# United States District Court
# Eastern District of Michigan



## Summons in a Civil Action and Return of Service Form

JULIAN ABELE COOK

**04-70366**

Case Number and Judge Assignment (to be supplied by the Court)

| Plaintiff name(s): | Defendant name(s): |
|---|---|
| NETJUMPER, L.L.C., a Michigan limited liability corporation | GOOGLE, INC., a California Corporation |

VS.

| Plaintiff=s attorney, address and telephone: | Name and address of defendant being served: |
|---|---|
| ANDREW KOCHANOWSKI (P55117) 2000 Town Center, Suite 900 Southfield, Michigan 48075    (248) 355-0300 | GOOGLE, INC. 2400 Bayshore Parkway Mountain View, California 94043 |

FILED '04 FEB 18 P4 21 U.S. DIST. COURT EAST DIST. MICH. DETROIT

**To the defendant:**

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff=s attorney, name and address above, an answer to the complaint within __20__ days after receiving this summons, or take other actions that are permitted by the Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

David J. Weaver
Clerk of the Court

By: _____   2-2-04
      Deputy Clerk                               Date of issuance

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Sommers, Schwartz, Silver & Schwartz<br>2000 Town Center<br>Suite 900<br>Southfield, MI 48075<br>*Telephone No:* (248) 355-0300    *FAX No:* (248) 748-4001<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Eastern District Of Michigan | |
| *Plaintiff:* NetJumper, L.L.C.<br>*Defendant:* Google, Inc. | *Case Number:*<br>2:04CV70366 |
| **AFFIDAVIT OF SERVICE**<br>**Summons in a Civil Acti**  *Hearing Date:*   *Time:*   *Dept/Div:* | *Ref. No. or File No.:* |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint for Patent Infringement, Jury Trial and Damages; Patent, Trademark or Copyright Information form; Civil Cover Sheet

3. a. *Party served:*              Google, Inc., a California corporation
   b. *Person served:*             party in item 3.a.

4. *Address where the party was served:*   1600 Amphitheatre Parkway
                                            Building 41
                                            Mountain View, CA 94043

5. I served the party:
   b. **by substituted service.** On: Thu., Feb. 05, 2004 at: 03:40PM I left the documents listed in item 2 with or in the presence of:
      Grace Kawahira, Contracts Administrator, Authorized to Accept Service
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. Richard W. Barrett
   **b. BENDER'S LEGAL SERVICE, RPS #740**
   LRS INVESTIGATIONS, PI 16723
   1625 The Alameda, Ste. 511
   San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   *Fee for Service:*   $93.00
   I Declare under penalty of perjury under the laws of the State of Michigan that the foregoing is true and correct.

   2-9-04
   *(Date)*

State of California
County of Santa Clara

PHYLLIS I. ARMENTA
Comm. # 1318788
NOTARY PUBLIC - CALIFORNIA
Santa Clara County
My Comm. Expires Aug. 19, 2005

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.
   My Commission Expires 8/19/05
   *(Date)*

                                                                    (Notary Public)

† Judicial Council form POS-010       AFFIDAVIT OF SERVICE
   (Rev January 1, 2004)              Summons in a Civil Acti                                    sssds.111802