UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETJUMPER, L.L.C.
a Michigan limited liability corporation,

       Plaintiff,

v.                                                     Civil Action No. 04-70366-CV
                                                       Hon. Julian Abele Cook

                                                       Magistrate Judge R. Steven Whalen

GOOGLE INC.
A California corporation

       Defendant.

_____/

Andrew Kochanowski (P55117)               Kathleen A. Lang (P34695)
SOMMERS, SCHWARTZ, SILVER &               L. Pahl Zinn (P57516)
SCHWARTZ, P.C.                            DICKINSON WRIGHT PLLC
2000 Town Center Drive, Suite 900         500 Woodward Avenue, Suite 4000
Southfield, MI 48075-1100                 Detroit, MI 48226-3425
(248) 355-030                             (313) 223-3500

*Attorney for Net Jumper, L.L.C.*         Frank E. Scherkenbach
                                          Howard G. Pollack
                                          FISH & RICHARDSON, P.C.
                                          225 Franklin Street
                                          Boston, MA 02110-2804

                                          *Attorneys for Google Inc.*

_____/

## APPEARANCE AND NOTICE OF APPEARANCE

'04 FEB 24 P3:16
U.S. DIST. COURT CLERK
EAST DIST MICH.
DETROIT-PSG

TO: Clerk of the Court
U.S. District Court – Eastern District of Michigan
Theodore Levin United States Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

Please enter the Appearance of Fish & Richardson, P.C. and Dickinson Wright PLLC as counsel on behalf of Defendant Google Inc.

By: /s/
Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
Howard G. Pollack
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110-2804

*Attorneys for Google Inc.*

## NOTICE

TO:   COUNSEL OF RECORD

PLEASE TAKE NOTICE that Fish & Richardson, P.C. and Dickinson Wright, PLLC have entered their appearance in the above-entitled cause of action as counsel on behalf of Defendant Google Inc.

By: _____
Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
Howard G. Pollack
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110-2804

*Attorneys for Google Inc.*

Dated: February 24, 2004

DETROIT 99993 953 793532

3

...

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETJUMPER, L.L.C.,
a Michigan limited liability corporation,

   Plaintiff,

v.

            Civil Action No. 04-70366-CV
            Hon. Julian Abele Cook

            Magistrate Judge R. Steven Whalen

GOOGLE, INC., a California corporation,

   Defendant.
_____/

| | |
|---|---|
| Andrew Kochanowski (P55117)<br>SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C.<br>2000 Town Center Drive, Suite 900<br>Southfield, MI 48075-1100<br>(248) 355-030<br><br>*Attorney for Net Jumper, L.L.C.* | Kathleen A. Lang (P34695)<br>L. Pahl Zinn (P57516)<br>DICKINSON WRIGHT PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-3425<br>(313) 223-3500<br><br>Frank E. Scherkenbach<br>Howard G. Pollack<br>FISH & RICHARDSON, P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br><br>*Attorneys for Google Inc.* |

_____/

### PROOF OF SERVICE

STATE OF MICHIGAN )
        ) ss.
COUNTY OF WAYNE )

  Joyce A. Ford, being first duly sworn, deposes and says that she is employed as a secretary at Dickinson Wright, PLLC; that on February 24, 2004, she served a copy of Appearance and Notice of Appearance and Proof of Service upon:

        Andrew Kochanowski, Esq.
        Sommers, Schwartz
        2000 Town Center Drive
        Suite 900
        Southfield, MI  48075 1100

by placing same in an envelope addressed as above, with proper first-class postage affixed thereto, and by causing the same to be deposited in the mail receptacle maintained by the U.S. Government at 500 Woodward Avenue, Detroit, MI, 48226.

                                                              Joyce A. Ford

Subscribed and sworn to before me
this 24th day of February, 2004.

_____
Notary Public, Wayne County, MI
My Commission Expires: _____

                CHERI D. OMEY
           Notary Public, Wayne County, Michigan
          My Commission Expires July 31, 2005