

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NET JUMPER, L.L.C.
a Michigan limited liability corporation,

       Plaintiff,

v.

                                Civil Action No. 04-70366-CV
                                Hon. Julian Abele Cook

                                Magistrate Judge R. Steven Whalen

GOOGLE INC.
A California corporation

       Defendant.

_____/

| | |
|---|---|
| Andrew Kochanowski (P55117)<br>SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C.<br>2000 Town Center Drive, Suite 900<br>Southfield, MI 48075-1100<br>(248) 355-030<br><br>*Attorney for NetJumper, L.L.C.* | Kathleen A. Lang (P34695)<br>L. Pahl Zinn (P57516)<br>DICKINSON WRIGHT PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-3425<br>(313) 223-3500<br><br>Frank E. Scherkenbach<br>Howard G. Pollack<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br><br>*Attorneys for Google Inc.* |

_____/

### STIPULATED ORDER FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Upon the Stipulation of the parties, Plaintiff Net Jumper, L.L.C. and Defendant Google Inc., that additional time is necessary for Google Inc. to answer or otherwise respond to Plaintiff's Complaint, the parties stipulate that Google Inc. has until on or before March 26, 2004 to respond to the Complaint.

The Court having reviewed the stipulation of the parties and being otherwise fully advised, IT IS HEREBY ORDERED THAT Google Inc. is granted leave to answer or otherwise respond to Plaintiff's Complaint until on or before March 26, 2004.

_____
Hon. Julian Abele Cook

**SO STIPULATED AND AGREED:**

By: *Andrew Kochanowski by LPZ*
Andrew Kochanowski (P55117)
SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C.
2000 Town Center Drive, Suite 900
Southfield, MI 48075-1100
(248) 355-0300

*Attorney for NetJumper, L.L.C.*

By: _____
Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
Howard E. Pollack
Fish & Richardson
225 Franklin Street
Boston, MA 02110-2804

*Attorneys for Google Inc.*

Dated: February 24, 2004

DETROIT 99993-953 793517

PURSUANT TO RULE 77(D), FRCivP COPIES HAVE BEEN MAILED TO ALL ATTORNEYS FOR ALL PARTIES ON
March 1, 2004
_____
DEPUTY CLERK

2

The Court having reviewed the stipulation of the parties and being otherwise fully advised, IT IS HEREBY ORDERED THAT Google Inc. is granted leave to answer or otherwise respond to Plaintiff's Complaint until on or before March 29, 2004.

_____
Hon. Julian Abele Cook

SO STIPULATED AND AGREED:

By: _____
Andrew Kochanowski (P55117)
SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C.
2000 Town Center Drive, Suite 900
Southfield, MI 48075-1100
(248) 355-0300

*Attorney for Net Jumper, L.L.C.*

By: _____
Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
Howard E. Pollack
Fish & Richardson
500 Arguello Street, Suite 500
Redwood City, CA 94063

*Attorneys for Google Inc.*

Dated: February __, 2004

DETROIT 98895-953 793317