

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NET JUMPER, L.L.C.
a Michigan limited liability corporation,

        Plaintiff,

v.

GOOGLE INC.,
a California corporation

        Defendant.

Civil Action No. 04-70366-CV
Hon. Julian Abele Cook

Magistrate Judge R. Steven Whalen

Andrew Kochanowski
Sommers, Schwartz, Silver & Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075

*Attorney for NetJumper, LLC*

Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

*Attorneys for Google Inc.*

FILED '04 MAR 26 P2:37

## CORPORATE DISCLOSURE STATEMENT FOR GOOGLE INCORPORATED

The undersigned, counsel of record for Google Incorporated ("Google"), certifies that

Google does not have a parent corporation that owns more than 10% of Google's stock, and no

1

publicly traded company owns more than 10% of Google's stock.

                          Respectfully submitted,

By: /s/ 
Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

*Attorneys for Google Inc.*

Dated: March 26, 2004

DETROIT 28155-1 800305

NetJumper, L.L.C. v Google Inc.
Case No. 04-70366-CV

## PATENT, TRADEMARK, COPYRIGHT INFORMATION

**ORIGINAL**

1. If this is a patent action, please respond:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 5,890,172 | March 30, 1999 | Tenretni Dynamics, Inc. |
| 6,226,655 | May 1, 2001 | NetJumper, Inc. |

2. If this is a trademark action, please respond:

| MARK | REG. NO. | REG. DATE | GOODS |
|---|---|---|---|
| GOOGLE | 2806075 | 1/20/2004 | See attached TESS Printout |

FILED '04 MAR 26 P2:36

3. If this is a copyright action, please respond:

| COPYRIGHT REG. NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | | |

Attorney's Signature
Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)

Dated: March 26, 2004

DETROIT 28155-1 800375

http://tess2.uspto.gov/bin/showfield?f=doc&state=m5e21a.3.1



### Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Mar 24 04:30:45 EST 2004*

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[Check Status] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | GOOGLE |
| **Goods and Services** | IC 042. US 100 101. G & S: computer services, namely, providing software interfaces available over a network in order to create a personalized on-line information service; extraction and retrieval of information and data mining by means of global computer networks; creating indexes of information, indexes of web sites and indexes of other information sources in connection with global computer networks; providing information from searchable indexes and databases of information, including text, electronic documents, databases, graphics and audio visual information, by means of global computer information networks. FIRST USE: 19970900. FIRST USE IN COMMERCE: 19970300

IC 038. US 100 101 104. G & S: Providing electronic mail and workgroup communications services over computer networks; providing multiple user access to proprietary collections of information by means of global computer information networks. FIRST USE: 19970900. FIRST USE IN COMMERCE: 19970900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial** | 75978469 |

| | |
|---|---|
| **Number** | |
| **Filing Date** | September 16, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 4, 2001 |
| **Registration Number** | **2806075** |
| **Registration Date** | January 20, 2004 |
| **Owner** | (REGISTRANT) Google Inc. CORPORATION CALIFORNIA 2400 Bayshore Parkway Mountain View CALIFORNIA 94043 |
| **Attorney of Record** | Julie Anne Matheson |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARKS | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT