**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETJUMPER, L.L.C.
a Michigan limited liability corporation,

        Plaintiff,　　　　　　　　Civil Action No. 04-70366-CV
　　　　　　　　　　　　　　　　　　Hon. Julian Abele Cook
v.
　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen
GOOGLE INC.,
a California corporation

        Defendant.

---

Andrew Kochanowski　　　　　　　Kathleen A. Lang (P34695)
Sommers, Schwartz, Silver & Schwartz, P.C.　L. Pahl Zinn (P57516)
2000 Town Center, Suite 900　　　DICKINSON WRIGHT PLLC
Southfield, MI 48075　　　　　　 500 Woodward Avenue, Suite 4000
　　　　　　　　　　　　　　　　　Detroit, MI 48226-3425
*Attorney for NetJumper, LLC*　　(313) 223-3500

　　　　　　　　　　　　　　　　　Frank E. Scherkenbach
　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　　　Boston, MA 02110-2804

　　　　　　　　　　　　　　　　　Howard G. Pollack
　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　500 Arguello Street, Suite 500
　　　　　　　　　　　　　　　　　Redwood City, CA 94063

　　　　　　　　　　　　　　　　　*Attorneys for Google Inc.*

### PROOF OF MAILING

STATE OF MICHIGAN　　)
　　　　　　　　　　　) ss.
COUNTY OF WAYNE　　　)

    Ann Howington, being first duly sworn, deposes and says that she is employed at Dickinson Wright, PLLC, that on March 26, 2004, she served a copy of ***ANSWER AND AFFIRMATIVE DEFENSES OF GOOGLE INCORPORATED TO NETJUMPER, L.L.C.'S***



*COMPLAINT; COUNTERCLAIM; PATENT, TRADEMARK, COPYRIGHT INFORMATION, CORPORATE DISCLOSURE STATEMENT FOR GOOGLE INCORPORATED* upon:

>Andrew Kochanowski, Esq.
>Sommers, Schwartz, Silver & Schwartz, P.C.
>2000 Town Center, Suite 900
>Southfield, MI 48075

by enclosing the same in a sealed envelope bearing proper postage and address and by causing the same to be deposited in the U.S. Mail receptacle maintained at 500 Woodward Avenue, Suite 4000, Detroit, Michigan.

_____
Ann Howington

Subscribed and sworn to before me this 26th day of March, 20004.

_____
Notary Public

DETROIT 28155-1 800433

PHYLLIS J. TRAVIS
Notary Public, Wayne County, Michigan
My Commission Expires April 15, 2007