UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETJUMPER, L.LC.,

        Plaintiff(s).

Case Number: 04-70366

v.

Hon. Julian Abele Cook, Jr.

GOOGLE INC.,

        Defendant(s).
_____/

NOTICE OF TELEPHONIC SCHEDULING CONFERENCE

PLEASE TAKE NOTICE that you are required to appear telephonically with the Honorable Julian Abele Cook, Jr., for a conference relating to the contested issues in the above-entitled cause pursuant to Federal Rule of Civil Procedure 16 on **MAY 24, 2004 AT 10:30 A.M.**.

**Parties are required to comply with Fed. R. Civ. P. 26 and pursuant to 26(f) submit a written report outlining the discovery plan and proposed scheduling order dates to Judge Cook on or before May 17, 2004.**

Your failure to attend this conference on the scheduled date and time may result in the imposition of sanctions by the Court.

Dated:  April 27, 2004                                                    DAVID J. WEAVER, CLERK OF THE COURT
      DETROIT, MICHIGAN

                                                                                BY: S/ KAY DOAKS
                                                                                   KAY DOAKS, DEPUTY CLERK
                                                                                    313-234-5100

c.c. Andrew Kochanowski, Kathleen Lang, L. Pahl Zinn, Frank Scherkenbach, Howard Pollack