MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

NETJUMPER, L.L.C.,                      Case Number: 04-70366

           Plaintiff(s),                  Honorable Julian Abele Cook, Jr.

v.                                     Magistrate Judge R. Steven Whalen

GOOGLE, INC.,

           Defendant(s),
_____/

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge R. Steven Whalen for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (B)(1)(A)) on:**

Motion by Defendant for entry of miscellaneous discovery orders filed November 15, 2004

DATED: November 17, 2004                 s/ JULIAN ABELE COOK, JR.
                                                       United States District Judge

### CERTIFICATE OF MAILING

I certify that a copy of this order was served upon Andrew Kochanowski, Michael Baniak, Kathleen Lang, Frank Scherkenbach and Howard Pollack on the above date by ordinary mail.

                                                        s/ KAY DOAKS
                                                        Deputy Clerk