UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NET JUMPER, L.L.C.
a Michigan limited liability corporation,

        Plaintiff,

v.

GOOGLE INC.,
a California corporation

        Defendant.

Civil Action No. 04-70366-CV
Hon. Julian Abele Cook

Magistrate Judge R. Steven Whalen

Andrew Kochanowski
Sommers, Schwartz, Silver & Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
Baniak Pine & Gannon
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606

*Attorneys for NetJumper, LLC*

Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

*Attorneys for Google Inc.*

## ORDER ON DISCOVERY OF NAMED INVENTORS

WHEREAS, Plaintiff NetJumper, L.L.C. ("NetJumper") filed this action for patent infringement against Defendant Google Inc. ("Google") concerning U.S. Patent No. 5,890,172 (the '172 patent) and U.S. Patent No. 6,226,655 (the '655 patent), each patent naming multiple inventors appearing to be foreign nationals and/or residents, said named inventors including:

    1.    Rajat Bhatnagar, believed to be a citizen of India, whose last known address is in Stamford, Connecticut;

2.  Arul Sebastian, believed to a citizen of India, whose last known address is in Chennai, India;

3.  Anup Mathur, believed to be a citizen of India, whose last known address is in Sunnyvale, California;

4.  Vinay Wadhwa, believed to be a citizen of India, whose last known address is in New Dehli, India;

5.  C. Vinay Kumar Singh, believed to be a citizen of India, whose last known address is in Guaragon, India; and

6.  Mukesh Kumar, believed to be a citizen of India, whose last known address is in New Dehli, India.

WHEREAS, Google seeks discovery concerning the patents-in-suit, including discovery from the named inventors of the patents-in-suit and their respective employer(s).

WHEREAS, NetJumper and Google (the "Parties"), by and through their respective counsel of record, have executed and submitted to the Court a STIPULATION ON DISCOVERY MATTERS, and the Court has entered a corresponding ORDER ON DISCOVERY MATTERS that such discovery is reasonable and necessary.

IT IS HEREBY ORDERED THAT:

Discovery upon the named inventors

1.  Rajat Bhatnagar
2.  Arul Sebastian
3.  Anup Mathur
4.  Vinay Wadhwa
5.  C. Vinay Kumar Singh, and
6.  Mukesh Kumar

concerning the patents-in-suit is reasonable and believed to be necessary in this action.

2

If so required by the United States of America, including the United States Department of State or United States Department of Homeland Security, such limited travel by the named inventors is for a legitimate business purpose and is sought for the administration of justice in an action pending in the United States District Court for the Eastern District of Michigan.

Discovery of the named inventor may be taken at a time and location agreed to by the Parties and the respective named inventors.

In the event that discovery may not or cannot be reasonably taken on any named inventors within the United States of America, the need for discovery upon United States of America soil in a foreign jurisdiction, such as a United States Consulate in India, is hereby recognized.

Dated: December 3, 2004

By: _____
Magistrate Judge R. Steven Whalen

DETROIT 28155-1 843577v02