UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2004 DEC -3 P 1:04

NET JUMPER, L.L.C.
a Michigan limited liability corporation,

        Plaintiff,                 Civil Action No. 04-70366-CV
                                            Hon. Julian Abele Cook

v.

                                            Magistrate Judge R. Steven Whalen

GOOGLE INC.,
a California corporation

        Defendant.

_____/

| Andrew Kochanowski | Kathleen A. Lang (P34695) |
|---|---|
| Sommers, Schwartz, Silver & Schwartz, P.C. | L. Pahl Zinn (P57516) |
| 2000 Town Center, Suite 900 | DICKINSON WRIGHT PLLC |
| Southfield, MI 48075 | 500 Woodward Avenue, Suite 4000 |
| | Detroit, MI 48226-3425 |
| Michael H. Baniak | (313) 223-3500 |
| Baniak Pine & Gannon | |
| 150 N. Wacker Drive, Suite 1200 | Frank E. Scherkenbach |
| Chicago, IL 60606 | FISH & RICHARDSON P.C. |
| | 225 Franklin Street |
| *Attorneys for NetJumper, LLC.* | Boston, MA 02110-2804 |
| | |
| | Howard G. Pollack |
| | FISH & RICHARDSON P.C. |
| | 500 Arguello Street, Suite 500 |
| | Redwood City, CA 94063 |
| | |
| | *Attorneys for Google Inc.* |

_____/

### ORDER ON DISCOVERY MATTERS

The Court, having considered the Stipulation on Discovery Matters executed by NetJumper, L.L.C. and Google Inc. (the "Parties"), hereby orders that

    1.    Google Inc. may seek the discovery, including document production and depositions from the foreign witnesses identified in the Parties' Stipulation and the Court may issue such orders concerning the same as appear necessary or required to effectuate such discovery within the United States or in a foreign jurisdiction.

1

Dockets.Justia.com

2.  Google Inc. shall provide periodic status reports, in the form of a letter to the Court and opposing counsel, on the progress of this discovery. The first report shall be provided August 2, 2004, with reports to follow the first Court day of every second month thereafter.

3.  All objections as to the scope, admissibility, and otherwise of any discovery sought or information obtained are preserved.

IT IS SO ORDERED.

Dated: December 3, 2004

By: _____
Magistrate Judge R. Steven Whalen

#845378 v1 - ProposedOrderDiscoveryMatters
DETROIT 28155-1 845378