UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2004 DEC -3 P 1: 04

NET JUMPER, L.L.C.
a Michigan limited liability corporation,

        Plaintiff,

v.

GOOGLE INC.,
a California corporation

        Defendant.

Civil Action No. 04-70366-CV
Hon. Julian Abele Cook

Magistrate Judge R. Steven Whalen

---

Andrew Kochanowski
Sommers, Schwartz, Silver & Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
Baniak Pine & Gannon
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606

*Attorneys for NetJumper, L.L.C.*

Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

*Attorneys for Google Inc.*

---

## STIPULATION ON DISCOVERY MATTERS

Whereas, Plaintiff NetJumper, L.L.C. ("NetJumper") filed this action for patent infringement against Defendant Google Inc. ("Google") concerning U.S. Patent No. 5,890,172 (the '172 patent) and U.S. Patent No. 6,226,655 (the '655 patent), each patent naming multiple inventors, including foreign nationals and/or residents, which, on information and belief, were employed at the time of alleged invention by HCL Consulting and/or HCL Technologies Ltd., a foreign corporation, such named inventors including:

1

1.    Rajat Bhatnagar, believed to be a citizen of India, whose last known address is in Stamford, Connecticut;

2.    Arul Sebastian, believed to a citizen of India, whose last known address is in Chennai, India;

3.    Anup Mathur, believed to be a citizen of India, whose last known address is in Sunnyvale, California;

4.    Vinay Wadhwa, believed to be a citizen of India, whose last known address is in New Dehli, India;

5.    C. Vinay Kumar Singh, believed to be a citizen of India, whose last known address is in Guaragon, India; and

6.    Mukesh Kumar, believed to be a citizen of India, whose last known address is in New Dehli, India.

Whereas, Google seeks discovery concerning the patents-in-suit, including discovery from the named inventors of the patents-in-suit and their respective employers.

Whereas, Google has filed trademark and related counterclaims against NetJumper, and, on information and belief, discoverable information related to the same is held by, Tucows Inc., a foreign corporation.

NetJumper and Google (the "Parties"), by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

1.    The Parties agree that Google may seek discovery from the foreign witnesses identified above, including document production and depositions, and the Court may issue orders concerning the same.

2.    Google shall provide periodic status reports, in the form of a letter to the Court and opposing counsel, on the progress of this discovery. The first report shall be provided August 2, 2004, with reports to follow the first Court day of every second month thereafter.

3.    The Parties agree that all objections as to the scope, admissibility, and otherwise of any discovery sought or information obtained are preserved.

Dated: December 2, 2004         SOMMERS, SCHWARTZ, SILVER &
                                SCHWARTZ, P.C.

                                By: *Andrew Kochanowski by LPZ w/ permission attached*
                                    Andrew Kochanowski

                                Attorneys for Plaintiff
                                NETJUMPER, L.L.C.


Dated: December 2, 2004         DICKINSON WRIGHT PLLC.

                                By: _____
                                    L. Pahl Zinn

                                Attorneys for Defendant
                                GOOGLE INC.

#845379 v1 - StipulationDiscoveryMatters

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NET JUMPER, L.L.C.
a Michigan limited liability corporation,

        Plaintiff,

v.

GOOGLE INC.,
a California corporation

        Defendant.

Civil Action No. 04-70366-CV
Hon. Julian Abele Cook

Magistrate Judge R. Steven Whalen

---

Andrew Kochanowski
Sommers, Schwartz, Silver & Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
Baniak Pine & Gannon
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606

*Attorneys for NetJumper, L.L.C.*

Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

*Attorneys for Google Inc.*

---

## STIPULATION ON DISCOVERY MATTERS

Whereas, Plaintiff NetJumper, L.L.C. ("NetJumper") filed this action for patent infringement against Defendant Google Inc. ("Google") concerning U.S. Patent No. 5,890,172 (the '172 patent) and U.S. Patent No. 6,226,655 (the '655 patent), each patent naming multiple inventors, including foreign nationals and/or residents, which, on information and belief, were employed at the time of alleged invention by HCL Consulting and/or HCL Technologies Ltd., a foreign corporation, such named inventors including:

1

1. Rajat Bhatnagar, believed to be a citizen of India, whose last known address is in Stamford, Connecticut;

2. Arul Sebastian, believed to a citizen of India, whose last known address is in Chennai, India;

3. Anup Mathur, believed to be a citizen of India, whose last known address is in Sunnyvale, California;

4. Vinay Wadhwa, believed to be a citizen of India, whose last known address is in New Dehli, India;

5. C. Vinay Kumar Singh, believed to be a citizen of India, whose last known address is in Guaragon, India; and

6. Mukesh Kumar, believed to be a citizen of India, whose last known address is in New Dehli, India.

Whereas, Google seeks discovery concerning the patents-in-suit, including discovery from the named inventors of the patents-in-suit and their respective employers.

Whereas, Google has filed trademark and related counterclaims against NetJumper, and, on information and belief, discoverable information related to the same is held by, Tucows Inc., a foreign corporation.

NetJumper and Google (the "Parties"), by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

1. The Parties agree that Google may seek discovery from the foreign witnesses identified above, including document production and depositions, and the Court may issue orders concerning the same.

2. Google shall provide periodic status reports, in the form of a letter to the Court and opposing counsel, on the progress of this discovery. The first report shall be provided August 2, 2004, with reports to follow the first Court day of every second month thereafter.

3. The Parties agree that all objections as to the scope, admissibility, and otherwise of any discovery sought or information obtained are preserved.

2

Dated: November 15, 2004

SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C.

By: _____ per Andrew Kochanowski
Andrew Kochanowski

Attorneys for Plaintiff
NETJUMPER, L.L.C.

Dated: November 15, 2004

DICKINSON WRIGHT PLLC.

By: _____
L. Pahl Zinn

Attorneys for Defendant
GOOGLE INC.

#845379 v1 - StipulationDiscoveryMatters

3