MIE 310 Order of Reference to a Magistrate Judge Rev. 3/98

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.,      Case Number: 04-70366

    Plaintiff(s),      Honorable Julian Abele Cook, Jr.

v.      Magistrate Judge R. Steven Whalen

GOOGLE INC., a Delaware cororation,

    Defendant(s),
_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge R. Steven Whalen for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (b)(1)(A)) on:**

Motion by Plaintiff for Protective Order filed December 2, 2004

DATED: December 6, 2004      s/ JULIAN ABELE COOK, JR.
     United States District Judge

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon all counsel on the above date by ordinary mail.

     s/ KAY DOAKS
     Deputy Clerk