FILED

DEC - 3 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. DISTRICT COURT
E... MICHIGAN

NETJUMPER SOFTWARE, L.L.C.,
a Michigan limited liability corporation,

      Plaintiff,

vs.

GOOGLE INC.,
a Delaware corporation,

      Defendant.

Case No. 04-70366-CV
Hon. Julian Abele Cook
Magistrate Judge R. Steven Whalen

RECEIVED

DEC - 1 2004

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

| | |
|---|---|
| SOMMERS, SCHWARTZ, SILVER & SCHWARTZ<br>Andrew Kochanowski (P55117)<br>Nabeel N. Hamamch (P60981)<br>Attorneys For Plaintiff<br>2000 Town Center, 9th Floor<br>Southfield, MI 48075<br>(248) 355-0300 | DICKINSON WRIGHT, PLLC<br>Kathleen A. Lang (P34695)<br>L. Pahl Zinn (P57516)<br>Attorneys For Defendant<br>500 Woodward Ave., Ste. 4000<br>Detroit, MI 48226<br>(313) 223-3500 |
| BANIAK, PINE & GANNON<br>Michael Baniak<br>Co-Counsel For Plaintiff<br>150 N. Wacker Drive, Suite 1200<br>Chicago, IL 60606<br>(312) 673-0360 | FISH & RICHARDSON P.C.<br>Howard G. Pollack<br>Attorneys For Defendant<br>500 Arguello Street, Ste. 500<br>Redwood City, CA 94063<br>(650) 839-5070 |
| | FISH & RICHARDSON P.C.<br>Frank E. Scherkenbach<br>225 Franklin Street<br>Boston, MA 02110-2804<br>(617) 542-5070 |

LAW OFFICES
SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

## STIPULATION AND ORDER TO AMEND CASE CAPTION

WHEREAS Netjumper Software, L.L.C. is the real party in interest to the patents-in-suit, and

Netjumper Software, L.L.C. is also the proper party to defend against Defendant and Counterclaim

Plaintiff Google Inc.'s counterclaims arising from activity at the Google.com domain, and Defendant

Dockets.Justia.com

LAW OFFICES
SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

and Counterclaim Plaintiff Google Inc. is misidentified in the case caption with a punctuation error and as a California Corporation.

Therefore the parties hereby stipulate and agree that the case caption should be amended to correctly name the Plaintiff and Counterclaim Defendant as Netjumper Software, L.L.C. and the Defendant and Counterclaim Plaintiff as Google Inc., a Delaware corporation. The parties further stipulate and agree that all pleadings preceding this Order that reference Netjumper, L.L.C. shall be deemed to correctly reference Netjumper Software, L.L.C.

## ORDER

**THIS MATTER** having come before the Court upon the foregoing stipulations of the Parties, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the case caption shall be amended to correctly name the Plaintiff and Counterclaim Defendant as Netjumper Software, L.L.C. and to correctly identify the Defendant and Counterclaim Plaintiff as Google Inc. a Delaware corporation.

**IT IS FURTHER ORDERED** that all pleadings preceding this Order that reference Netjumper, L.L.C. shall be deemed to correctly reference Netjumper Software, L.L.C.

_____
JULIAN ABELE COOK, JR.

Approved and Agreed upon:

_____
SOMMERS, SCHWARTZ, SILVER & SCHWARTZ
Andrew Kochanowski (P55117)
Nabeel N. Hamameh (P60981)
Attorneys For Plaintiff

DATE: 11/30/04

_____
DICKINSON WRIGHT, PLLC
Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
Attorneys For Defendant

DATE: 11-29-04

2

and Counterclaim Plaintiff Google Inc. is misidentified in the case caption with a punctuation error and as a California Corporation.

Therefore the parties hereby stipulate and agree that the case caption should be amended to correctly name the Plaintiff and Counterclaim Defendant as Netjumper Software, L.L.C. and the Defendant and Counterclaim Plaintiff as Google Inc., a Delaware corporation. The parties further stipulate and agree that all pleadings preceding this Order that reference Netjumper, L.L.C. shall be deemed to correctly reference Netjumper Software, L.L.C.

## ORDER

**THIS MATTER** having come before the Court upon the foregoing stipulations of the Parties, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the case caption shall be amended to correctly name the Plaintiff and Counterclaim Defendant as Netjumper Software, L.L.C. and to correctly identify the Defendant and Counterclaim Plaintiff as Google Inc. a Delaware corporation.

**IT IS FURTHER ORDERED** that all pleadings preceding this Order that reference Netjumper, L.L.C. shall be deemed to correctly reference Netjumper Software, L.L.C.

_____

**Magistrate Judge R. Steven Whalen**

Approved and Agreed upon:

SOMMERS, SCHWARTZ, SILVER & SCHWARTZ
Andrew Kochanowski (P55117)
Nabeel N. Hamameh (P60981)
Attorneys For Plaintiff

DATE: 11/30/04

DICKINSON WRIGHT, PLLC
Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
Attorneys For Defendant

DATE: Nov. 29, 2004

DETROIT 26155-1 847610

2