UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



NETJUMPER SOFTWARE, L.L.C.,

        Plaintiff,                Case No. 04-70366

v.                              District Judge Julian Abele Cook
                                 Magistrate Judge R. Steven Whalen

GOOGLE, INC.,
a Delaware Corporation,

        Defendant.
_____/

**ORDER DISMISSING MOTION FOR PROTECTIVE ORDER**

Plaintiff's counsel having informed the Court that Plaintiff's Motion for Protective Order [Docket #22] has been resolved, and that he is withdrawing said Motion,

IT IS ORDERED that Plaintiff's Motion for Protective Order is hereby DISMISSED.

                                                          **R. Steven Whalen**
                                                          **United States Magistrate Judge**

Date: January 3, 2005

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that I have on the 3rd day of January 2005, mailed copies of the attached ORDER DISMISSING MOTION FOR PROTECTIVE ORDER to the following parties:

NABEEL N. HAMAMEH, ESQ.
ANDREW KOCHANOWSKI, ESQ.
2000 TOWN CENTER
SUITE 900
SOUTHFIELD, MI 48075-1100

L. PAHL ZINN, ESQ.
KATHLEEN A. LANG, ESQ.
DICKINSON WRIGHT
500 WOODWARD AVENUE
SUITE 4000
DETROIT, MI 48226-3425

_____
G. K. Wilson, Judicial Assistant
Magistrate Judge R. Steven Whalen