NetJumper Sofware L. L. C. v. Google, Incorporated　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Doc. 31
Case 2:04-cv-70366-JAC-RSW   Document 31   Filed 12/29/2004   Page 1 of 1

DEC-30-2004 09:24AM FROM-SOMMERS           12487464001           T-384  P.002/002  F-466

LAW OFFICES
## SOMMERS, SCHWARTZ, SILVER & SCHWARTZ
PROFESSIONAL CORPORATION
2000 TOWN CENTER
SUITE 900
SOUTHFIELD, MICHIGAN 48075-1100

(248) 355-0300
FAX: (248) 746-4001
INTERNET MAIL: EMAIL@S4ONLINE.COM
WEB SITE: WWW.S4ONLINE.COM

400 PLYMOUTH ROAD
SUITE 200
PLYMOUTH, MICHIGAN 48170-1834
(734) 455-4290

100 ROSS STREET
PITTSBURGH, PENNSYLVANIA 15219-2071
(800) 857-1234
*ALSO ADMITTED IN PENNSYLVANIA

December 29, 2004

U.S. Magistrate Judge R. Steven Whalen
US District Court
231 W Lafayette Blvd
673 Theodore Levin US Courthouse
Detroit, MI 48226

FILED
DEC 29 2004
CLERK'S OFFICE
DETROIT

Re:   NetJumper Software, L.L.C. v Google Inc.
      USDC-Eastern District of Michigan Case No. 04-70366

Dear Magistrate Judge Whalen:

Please allow this letter to serve as notice that the issues raised in our motion for protective order, currently scheduled for hearing on January 13, 2005, have been resolved. We have provided the dates of February 11, 2005 through February 23, 2005 to Google's counsel as the dates that we are available to conduct the depositions of Mr. Bhatnagar and Mr. Mathur. These witnesses are also available in this time frame as we are told. We are awaiting the response of Google's counsel as to their availability, but Google's counsel has indicated that the aforementioned dates are acceptable. Accordingly, please remove our motion for protective order from your docket. Please call if you have any questions or concerns.

Very truly yours,

SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C.

Nabeel N. Hamameh

cc:  Andrew Kochanowski
     Jason Wolff
     L. Pahl Zinn