MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.,

    Plaintiff(s),    Case Number: 04-70366

v.    Honorable Julian Abele Cook, Jr.

GOOGLE INC.,,    Magistrate Judge R. Steven Whalen

    Defendant(s),
_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge R. Steven Whalen for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (B)(1)(A)) on:**

Objections to Subpoena filed by Plaintiff on March 29, 2005

DATED: April 27, 2005    s/ Julian Abele Cook, Jr.
    Julian Abele Cook, Jr.
    United States District Judge

### CERTIFICATE OF MAILING

The undersigned certifies that a copy of the foregoing order was served on the attorneys of record by electronic means or U.S. Mail on April 27, 2005.

    s/ Kay Alford
    Courtroom Deputy Clerk