UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.,

       Plaintiff,                   Case No. 04-70366

v.                                     District Judge Julian Abele Cook
                                       Magistrate Judge R. Steven Whalen

GOOGLE, INC.,
a Delaware Corporation,

       Defendant.
_____/

## ORDER WITHDRAWING OBJECTIONS

Pursuant to Plaintiff's counsel's letter to the Court of May 10, 2005, Plaintiff's Objection to Subpoena [Docket #33] is WITHDRAWN, and the scheduled hearing thereon cancelled.

SO ORDERED.

                                        s/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

Dated: May 11, 2005

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 11, 2005.

                                        s/G.K.Wilson
                                        Judicial Assistant