UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.,                         Case No. 04-70366-CV
a Michigan limited liability corporation,            Hon. Julian Abele Cook
                                                     Magistrate Judge R. Steven Whalen

    Plaintiff,

vs.

GOOGLE INC.,
a Delaware corporation,

    Defendant.
_____/

| | |
|---|---|
| SOMMERS SCHWARTZ, P.C. | DICKINSON WRIGHT, PLLC |
| Andrew Kochanowski (P55117) | Kathleen A. Lang (P34695) |
| Nabeel N. Hamameh (P60981) | L. Pahl Zinn (P57516) |
| Attorneys For Plaintiff | Attorneys For Defendant |
| 2000 Town Center, 9th Floor | 500 Woodward Ave., Ste. 4000 |
| Southfield, MI 48075 | Detroit, MI 48226 |
| (248) 355-0300 | (313) 223-3500 |
| | |
| BANIAK, PINE & GANNON | FISH & RICHARDSON P.C. |
| Michael Baniak | Howard G. Pollack |
| Co-Counsel For Plaintiff | Attorneys For Defendant |
| 150 N. Wacker Drive, Suite 1200 | 500 Arguello Street, Ste. 500 |
| Chicago, IL 60606 | Redwood City, CA 94063 |
| (312) 673-0360 | (650) 839-5070 |
| | |
| | FISH & RICHARDSON P.C. |
| | Frank E. Scherkenbach |
| | 225 Franklin Street |
| | Boston, MA 02110-2804 |
| | (617) 542-5070 |

_____/

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

**To:  Attorney Admission Clerk and All Other Parties**

Pursuant to the Electronic Filing Policies and Procedures, please take notice of the following attorney information change(s) for: **Andrew Kochanowski (P55117)**

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

Dockets.Justia.com

___    **Name**

      From: _____    To: _____

___     I am a Michigan attorney.  My Bar Number is: _____

___     I am an out-of-state attorney.

_x_    **Law Firm/Government Agency Association**:

      From:  Sommers, Schwartz, Silver & Schwartz, P.C.

      To:    Sommers Schwartz, P.C.

_x_     I will continue to be counsel of record on the above-entitled case at my new firm.

___     I am no longer counsel of record on the above-entitled case; please serve all subsequent documents on: _____, Michigan Bar Number: _____ at my former firm.  This attorney ____ is ____ is not currently on the Court's docket.

___    **Address**:  _____

___    **Telephone Number**: _____

_x_    **Email Address**:     akochanowski@sommerspc.com_____

_x_    **Secondary Registered Email Address**:     dhyek@sommerspc.com
(My secretary Denise Hyek is also registered to receive e-file notifications from the USDC, Eastern District of Michigan. Please update your system to reflect her new email address as well).

                                              Respectfully submitted,

                                              Andrew Kochanowski (P55117)
                                              SOMMERS SCHWARTZ, P.C.
                                              Attorneys for Plaintiff
                                              2000 Town Center Drive, Suite 900
                                              Southfield, MI  48075
                                              (248) 355-0300
                                              akochanowski@sommerspc.com

DATED:  July 12, 2005

LAW OFFICES
**SOMMERS SCHWARTZ, P.C.**
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

**PROOF OF SERVICE**

I certify that on 7-12-05, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Kathleen A. Lang; klang@dickinsonwright.com
L. Pahl Zinn; pzinn@dickinsonwright.com

and I hereby certify that I have mailed by United States Postal Service First Class Mail the paper to the following non-ECF participants:

BANIAK, PINE & GANNON
Michael Baniak
Co-Counsel For Plaintiff
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606

FISH & RICHARDSON P.C.
Howard G. Pollack
500 Arguello Street, Ste. 500
Redwood City, CA 94063

FISH & RICHARDSON P.C.
Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804

<u>s/Andrew Kochanowski (P55117)</u>
Sommers Schwartz, PC
2000 Town Center, Suite 900
Southfield, MI 48075
(248) 355-0300
akochanowski@sommerspc.com

3

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.