## INDEX OF EXHIBITS TO GOOGLE'S REPLY BRIEF IN
## SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER

Exhibit

1. Declaration of L. Pahl Zinn in Support of Reply Brief with attachments

DETROIT 28155-1 892437v1