UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NET JUMPER SOFTWARE, L.L.C.
a Michigan limited liability corporation,

        Plaintiff/Counterclaim
        Defendant,

v.

GOOGLE INC.,
a Delaware corporation

        Defendant/Counterclaim
        Plaintiff.

Civil Action No. 04-70366-CV
Hon. Julian Abele Cook

Magistrate Judge R. Steven Whalen

---

Andrew Kochanowski (P55117)
Nabeel N. Hamameh (P60981)
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
Baniak Pine & Gannon
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606

*Attorneys for NetJumper Software, L.L.C.*

Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

*Attorneys for Google Inc.*

---

### JOINT STIPULATED MOTION TO ADJOURN
### THE COURT'S SCHEDULING ORDER OF AUGUST 2, 2004

Plaintiff NetJumper Software, L.L.C. ("NetJumper") and Defendant Google Inc.

("Google") hereby file a joint stipulated motion to adjourn the Court's scheduling order of

1

August 2, 2004. The parties desire an additional month in which to conclude discovery matters. In addition, Defendant's counsel has a trial date in another case that conflicts with the February 7, 2006, trial date currently docketed for this matter.

The changes by this schedule move the existing schedule forward by approximately one month. This should have little impact on the Court. Attached hereto as Exhibit A is a proposed amended scheduling order that reflects the previously entered dates and the new dates.

SO STIPULATED:

By: *Andrew Kochanowski*
     *by LPZ w/ permission*
SOMMERS SCHWARTZ, P.C.
Andrew Kochanowski (P55117)
Nabeel N. Hamameh (P60981)
2000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-0300

BANIAK, PINE & GANNON
Michael Baniak
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606
(312) 673-0360

*Attorneys for NetJumper Software, L.L.C.*

By: _____
DICKINSON WRIGHT, PLLC
Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
500 Woodward Ave., Ste. 4000
Detroit, MI 48226
(313) 223-3500

FISH & RICHARDSON P.C.
Howard G. Pollack
500 Arguello Street, Ste. 500
Redwood City, CA 94063
(650) 839-5070

FISH & RICHARDSON P.C.
Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

*Attorneys for Defendant Google Inc.*

August 2, 2004. The parties desire an additional month in which to conclude discovery matters. In addition, Defendant's counsel has a trial date in another case that conflicts with the February 7, 2006, trial date currently docketed for this matter.

The changes by this schedule move the existing schedule forward by approximately one month. This should have little impact on the Court. Attached hereto as Exhibit A is a proposed amended scheduling order that reflects the previously entered dates and the new dates.

SO STIPULATED:

By: /s/ *signature*                          By: _____

SOMMERS SCHWARTZ, P.C.                       DICKINSON WRIGHT, PLLC
Andrew Kochanowski (P55117)                  Kathleen A. Lang (P34695)
Nabeel N. Hamameh (P60981)                   L. Pahl Zinn (P57516)
2000 Town Center, 9th Floor                  500 Woodward Ave., Ste. 4000
Southfield, MI 48075                         Detroit, MI 48226
(248) 355-0300                               (313) 223-3500

BANIAK, PINE & GANNON                        FISH & RICHARDSON P.C.
Michael Baniak                               Howard G. Pollack
150 N. Wacker Drive, Suite 1200              500 Arguello Street, Ste. 500
Chicago, IL 60606                            Redwood City, CA 94063
(312) 673-0360                               (650) 839-5070

*Attorneys for NetJumper Software, L.L.C.*   FISH & RICHARDSON P.C.
                                             Frank E. Scherkenbach
                                             225 Franklin Street
                                             Boston, MA 02110-2804
                                             (617) 542-5070

                                             *Attorneys for Defendant Google Inc.*