Case 2:04-cv-70366-JAC-RSW　　Document 44-2　　Filed 08/18/2005　　Page 1 of 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NET JUMPER, L.L.C.
a Michigan limited liability corporation,

        Plaintiff,

v.

GOOGLE INC.,
a California corporation

        Defendant.

Civil Action No. 04-70366-CV
Hon. Julian Abele Cook

Magistrate Judge R. Steven Whalen

---

Andrew Kochanowski (P55117)
Nabeel N. Hamameh (P60981)
Sommers, Schwartz, Silver & Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
Baniak Pine & Gannon
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606

*Attorneys for NetJumper, LLC.*

Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

*Attorneys for Google Inc.*

---

### [PROPOSED] AMENDED SCHEDULING ORDER

1

The Court, having considered the Joint Stipulated Motion to Adjourn the Court's August 2, 2004, Scheduling Order executed by NetJumper, L.L.C. and Google Inc. (the "Parties"), hereby orders that the following dates and times constitute an Order of this Court and replace the dates and times ordered by the Court on August 2, 2004:

| Event | Prior Date | New Date |
|---|---|---|
| 1. Deadline for the identification of all witnesses | September 12, 2005 | **October 10, 2005** |
| 2. Closing date for all discovery | September 26, 2005 | **October 24, 2005** |
| 3. Deadline for filing dispositive motions | October 10, 2005 | **November 7, 2005** |
| 4. Deadline for filing motions in limine | January 30, 2006 | **February 27, 2006** |
| 5. Case referred to mediation | Parties to advise at close of discovery | **Parties to advise at close of discovery** |
| 6. Settlement conference date | Referral to a Magistrate Judge at a later date | **Referral to a Magistrate Judge at a later date** |
| 7. Deadline for filing Joint Pretrial Order | January 23, 2006 | **February 20, 2006** |
| 8. Final Pretrial Conference | January 30, 2006 at 1:00 P.M. | **February 27, 2006, or as soon thereafter as the Court's schedule will permit.** |
| 9. Jury Trial set | February 7, 2006 at 8:30 A.M. | **March 7, 2006 at 8:30 A.M., or as soon thereafter as the Court's schedule will permit** |

2

IT IS SO ORDERED.

Dated: August _____, 2005

                                  By: _____
                                        Hon. Julian Abele Cook
                                        United States District Judge