PRINT OF DRAWINGS
AS ORIGINALLY FILED

08 727085



FIG. 8B

PRIOR OR FORMS
AS ORIGINALLY FILED

09 727085



FIG. 8C

08 727085



FIG. 9A
(Prior Art)

G 000145

AS ORIGINALLY FILED

00.727085

08722705

966001.0872705

900

902

920

922

924

914

926

928

930

932

934

936

LEVEL 1 >

LEVEL 2 >

LEVEL 3 >

LEVEL 4 >

LEVEL 5 >

FIG. 9B



#12

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 08/727,085 | 10/08/96 | BORMAN | G    18041.701 |

0262/1206
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA

0000

DATE MAILED:

12/06/96

### NOTICE TO FILE MISSING PARTS OF APPLICATION
*Filing Date Granted*

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted ALONG WITH THE PAYMENT OF A SURCHARGE for items 1 and 3-6 only of $ ___130 °° ___ for a ☐ large entity ☐ small entity in compliance with 37 CFR 1.27. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

If all required items on this form are filed within the period set above, the total amount owed by applicant as a ☐ large entity ☐ small entity (verified statement filed), is $ _1,222_ .

☑ 1. The statutory basic filing fee is:
  ☐ missing.
  ☐ insufficient.
  Applicant must submit $ ___770 °°___ to complete the basic filing fee and/or file a verified small entity statement claiming such status (37 CFR 1.27).

☑ 2. Additional claim fees of $ ___372 °°___ , including any multiple dependent claim fees, are required.
  Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.

☑ 3. The oath or declaration:
  ☑ is missing.
  ☐ does not cover the newly submitted items.
  ☐ does not identify the application to which it applies.
  ☐ does not include the city and state or foreign country of applicant's residence.
  An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.

☐ 4. The signature(s) to the oath or declaration is/are:
  ☐ missing.
  ☐ by a person other than inventor or person qualified under 37 CFR 1.42, 1.43, or 1.47.
  A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:

  _____
  An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

☐ 6. A $ _____ processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

☐ 7. Your filing receipt was mailed in error because your check was returned without payment.

☐ 8. The application does not comply with the Sequence Rules.
  See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."

☐ 9. OTHER:

Direct the response and any questions about this notice to "Attention: Box Missing Parts."

*A copy of this notice MUST be returned with the response.*

_____ TC
Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1533 (REV.7-96)                PART 1 - ATTORNEY/APPLICANT COPY                *U.S. GPO: 1996-404-492/40515



Attorney Docket No.: 18041-701

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application                           )        PATENT APPLICATION
                                            )
Inventor(s): Gilbert Borman, et al.         )
                                            )        Group Art Unit: Not Yet Assigned
Application No.: 08/727,825 ~ GVS           )
                                            )        Examiner: Not Yet Assigned
Filed: October 8, 1996                      )
                                            )
Title: INTERNET SEARCH TOOLS                )

CERTIFICATE OF MAILING UNDER 37 C.F.R. §1.8
I hereby certify that this correspondence is being deposited in the United States
Postal Service with sufficient postage as first class mail in an envelope addressed
to Commissioner of Patents and Trademarks, Washington, D.C. 20231, on
March 5, 1997.

*Annette Granados*
Annette Granados

## RESPONSE TO NOTICE TO FILE MISSING PARTS OF APPLICATION

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    In response to the Notice to File Missing Parts of Application - Filing Date Granted, dated
December 8, 1996, enclosed are the following documents in connection with the above-identified
application:

X    Copy of Notice to File Missing Parts – Filing Date Granted

X    Combined Declaration and Power of Attorney for Utility Patent Application

X    Revocation and New Power of Attorney by Assignee of Entire Interest

___  Power of Attorney by Assignee

X    Verified statement(s) of small entity status -Small Business Concern

X    Petition for an Extension of Time pursuant to 37 C.F.R. §1.136(a) for responding to the
     Notice to File Missing Parts

___  Information Disclosure Statement under 37 C.F.R. §1.56

___  Preliminary Amendment

H:\PRIVATE\H4DENT\RENT\NJ701\MISS.PTS                1 of 3

G 000148

Patent Application Filing Fee

The patent application filing fee (if applicable) is calculated as shown below:

| | NO. OF CLAIMS | | EXTRA CLAIMS | RATE | FEE |
|---|---|---|---|---|---|
| Basic Application Fee | | | | | $ 770.00 |
| Total Claims | 26 | MINUS 20= | 6 | x $22 = | $132.00 |
| Independent Claims | 6 | MINUS 3 = | 3 | x $80 = | $240.00 |
| If multiple dependent claims are presented, add $290.00 | | | | | $00.00 |
| Total Application Fee (LARGE ENTITY) | | | | | $1,142.00 |
| If verified statement claiming small entity status is enclosed, subtract 50% of Total Application Fee | | | | | $571.00 |
| | | | | | |
| PATENT APPLICATION FILING FEE | | | | | $571.00 |

Total Fee

The Total Fee associated with this communication has been calculated as shown below:

| | | |
|---|---|---|
| _X_ | Patent application filing fee | $ 571.00 |
| _X_ | Net fee for extension of time | $ 195.00 |
| _X_ | Surcharge under 37 C.F.R. §1.16(e) for late filing of oath or declaration | |
| | ___ Large Entity | $ 130.00 |
| | _X_ Small Entity | $ 65.00 |
| | TOTAL FEE DUE: | $ 831.00 |

H:\PRIVATE\HSOATENRENTN701WIISS.PTS                    2 of 3

G 000149

Method of Payment of Fees

X.    The Commissioner is hereby authorized to charge underpayment of any additional fees associated with this communication or credit any overpayment to Deposit Account No. 23-2415 (Atty. Docket No. 18041-701). A duplicate copy of this authorization is enclosed.

Respectfully submitted,

Date: March 5, 1997                By: David J. Weitz

                                       David J. Weitz
                                       Reg. No.: 38,362

WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1505
(415)493-9300

H:\PRIVATE\18\AXTENRENTN\701\MISSLPT9                3 of 3

G 000150

**RECEIVED**

DEC 1 3 1996

WILSON, SONSINI,
GOODRICH & ROSATI

0300  18041-701
CC7  Tenston
#3

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 08/727,085 | 10/08/96 | BORMAN | G  18041.701 |

0262/1206

WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA

0000

DATE MAILED:                12/06/96

## NOTICE TO FILE MISSING PARTS OF APPLICATION
### Filing Date Granted

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted ALONG WITH THE PAYMENT OF A SURCHARGE for items 1 and 3-6 only of $_____ for a ☐ large entity ☐ small entity in compliance with 37 CFR 1.27. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

If all required items on this form are filed within the period set above, the total amount owed by applicant as a ☐ large entity ☐ small entity (verified statement filed), is $_____

☐ 1. The statutory basic filing fee is:
   ☐ missing.
   ☐ insufficient.
   Applicant must submit $ 770 to complete the basic filing fee and/or file a verified small entity statement claiming such status (37 CFR 1.27).

☐ 2. Additional claim fees of $_____ including any multiple dependent claim fees, are required.
   Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.

☐ 3. The oath or declaration:
   ☑ is missing.
   ☐ does not cover the newly submitted items.
   ☐ does not identify the application to which it applies.
   ☐ does not include the city and state or foreign country of applicant's residence.
   An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.

☐ 4. The signature(s) to the oath or declaration is/are:
   ☐ missing.
   ☐ by a person other than inventor or person qualified under 37 CFR 1.42, 1.43, or 1.47.
   A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:
   _____
   An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

☐ 6. A $_____ processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

☐ 7. Your filing receipt was mailed in error because your check was returned without payment.

☐ 8. The application does not comply with the Sequence Rules.
   See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."

☐ 9. OTHER:

Direct the response and any questions about this notice to: Attention: Box Missing Parts.

**A copy of this notice MUST be returned with the response.**

_[signature]_ TG

Customer Service Center
Initial Patent Examination Division (703) 308-1202

34127 201          383.00CH
                    66.00CH
74179 204          120.00CH

**WSGR PATENT DOCKET**
U.S.: X      FOREIGN:
DOCKETED: 12-13-96 BY: AOW
ACTION: N9 - Missing Parts
DUE DATES: 1/6/97
First Extension 2/6/97
Final Day 5/6/97
ATTY: CC7  CM #: 18041-701

FORM PTO-1533 (REV.7-96)       PART 2 - COPY TO BE RETURNED WITH RESPONSE       *U.S. GPO: 1996-404-496/40313

G 000151



PATENT
Attorney Docket No. 18041.701

## COMBINED DECLARATION AND POWER OF ATTORNEY
### FOR UTILITY PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

### INTERNET SEARCH TOOLS

the specification of which

_____ is attached hereto.

  X   was filed on <u>October 8, 1996</u>, as Application Serial No. <u>08/727,085</u>
and was amended on _____
                    (If Applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a) which states in relevant part: "Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section....The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98."

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate as indicated below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                                    <u>Priority Claimed</u>

_____    _____    _____    Yes    No
(Number)    (Country)           (Day/Month/Year Filed)

G 000152

Attorney Docket No. 18041.701

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulation, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |
| --- | --- | --- |
| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith, and to file, prosecute and to transact all business in connection with international applications directed to said invention:

| | |
| --- | --- |
| Stephen C. Durant | 31,506 |
| Mark A. Haynes | 30,846 |
| Paul Davis | 29,294 |
| Michael Hetherington | 32,357 |
| Hark C. Chan | 35,477 |
| Charles D. Holland | 35,196 |
| David J. Weitz | 38,362 |
| Michael J. Panepucci | 37,203 |
| Michael J. Murphy | 37,404 |
| Kent R. Richardson | 39,443 |
| Charles C. Cary | 36,764 |

Address all correspondence to:

Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

Direct all telephone calls to Charles C. Cary at (415) 493-9300.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18, United States Code, §1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Attorney Docket No. 18041.701

| | |
|---|---|
| Full name of sole or first inventor: | Gilbert Borman |
| Inventor's signature: | |
| Date: | 1-7-97 |
| Citizenship: | U.S.A. |
| Residence: | 554 Bennington, Bloomfield Hills, MI 48304 |
| Post Office Address: | Same as above. |

| | |
|---|---|
| Full name of second joint inventor, if any: | Rajat Bhatnagar |
| Inventor's signature: | |
| Date: | |
| Citizenship: | India |
| Residence: | 1435 Bedford Street, #5C, Stamford, CT 06905 |
| Post Office Address: | Same as above. |

| | |
|---|---|
| Full name of third joint inventor, if any: | Arul Sebastian |
| Inventor's signature: | |
| Date: | |
| Citizenship: | India |
| Residence: | 60 Strawberry Hill Ave. #816, Stamford, CT 06902 |
| Post Office Address: | Same as above. |

| | |
|---|---|
| Full name of fourth joint inventor, if any: | Anup Mathur |
| Inventor's signature: | |
| Date: | |
| Citizenship: | India |
| Residence: | 870 E. El Camino Real, #521, Sunnyvale, CA 94087 |
| Post Office Address: | Same as above. |

G 000153.1

Attorney Docket No. 13041.701

Full name of fifth joint
  inventor, if any:      Vinay Wadhwa

Inventor's signature:

Date:

Citizenship:           India

Residence:           C2150 Vasant Kunj, New Delhi, India 110070

Post Office Address:    Same as above.


Full name of sixth joint
  inventor, if any:      Mukesh Kumar

Inventor's signature:

Date:

Citizenship:           India

Residence:           A4C - 117, Janakpuri, New Delhi India 110058

Post Office Address:    Same as above.


Full name of seventh joint
  inventor, if any:      C. Vinay Kumar Singh

Inventor's signature:

Date:

Citizenship:           India

Residence:           A-502, Rail Vihar, Sector 15 phase II, Gurgaon, India

Post Office Address:    Same as above.



**PATENT**
Attorney Docket No. 18041.701

## COMBINED DECLARATION AND POWER OF ATTORNEY
### FOR UTILITY PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

### INTERNET SEARCH TOOLS

the specification of which

_____ is attached hereto.

__X__ was filed on October 8, 1996 as Application Serial No. 08/727,085
and was amended on _____
(If Applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a) which states in relevant part: "Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section....The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98."

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate as indicated below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                                          <u>Priority Claimed</u>

_____    _____        _____        ____   ____
(Number)              (Country)            (Day/Month/Year Filed)      Yes    No

G 000155

Attorney Docket No. 18041.701

Full name of sole or
   first inventor:          Gilbert Borman

Inventor's signature:

Date:

Citizenship:              U.S.A.

Residence:             554 Bennington, Bloomfield Hills, MI 48304

Post Office Address:   Same as above.


Full name of second joint
   inventor, if any:      Rajat Bhatnagar

Inventor's signature:

Date:               1/15/97

Citizenship:              India

Residence:             1435 Bedford Street, #5C, Stamford, CT 06905

Post Office Address:   Same as above.


Full name of third joint
   inventor, if any:      Arul Sebastian

Inventor's signature:

Date:               1/20/97

Citizenship:              India

Residence:             60 Strawberry Hill Ave., #816, Stamford, CT 06902

Post Office Address:   Same as above.


Full name of fourth joint
   inventor, if any:      Anup Mathur

Inventor's signature:

Date:

Citizenship:              India

Residence:             870 E. El Camino Real, #521, Sunnyvale, CA 94087

Post Office Address:   Same as above.

G 000156

Attorney Docket No. 18041.701

Full name of fifth joint
  inventor, if any:          Vinay Wadhwa

Inventor's signature:

Date:

Citizenship:               India

Residence:                 C2150 Vasant Kunj, New Delhi, India 110070

Post Office Address:       Same as above.


Full name of sixth joint
  inventor, if any:          Mukesh Kumar

Inventor's signature:

Date:

Citizenship:               India

Residence:                 A4C - 117, Janakpuri, New Delhi, India 110058

Post Office Address:       Same as above.


Full name of seventh joint
  inventor, if any:          C. Vinay Kumar Singh

Inventor's signature:

Date:

Citizenship:               India

Residence:                 A -502, Rail Vihar, Sector 15 phase II, Gurugon, India

Post Office Address:       Same as above.

G 000157



**PATENT**
Attorney Docket No. 18041.701

### COMBINED DECLARATION AND POWER OF ATTORNEY
### FOR UTILITY PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

### INTERNET SEARCH TOOLS

the specification of which

    ____  is attached hereto.

    __X__  was filed on October 8, 1996 as Application Serial No. 08/727,085
         and was amended on _____
                          (If Applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a) which states in relevant part: "Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section....The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98."

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate as indicated below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                              Priority Claimed

_____  _____        _____   ____   ____
(Number)     (Country)         (Day/Month/Year Filed)   Yes    No

G 000158

Attorney Docket No. 18041.701

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulation, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |
| --- | --- | --- |
| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith, and to file, prosecute and to transact all business in connection with international applications directed to said invention:

| | |
| --- | --- |
| Stephen C. Durant | 31,506 |
| Mark A. Haynes | 30,846 |
| Paul Davis | 29,294 |
| Michael Hetherington | 32,357 |
| Hark C. Chan | 35,477 |
| Charles D. Hoiland | 35,196 |
| David J. Weitz | 38,362 |
| Michael J. Panepucci | 37,203 |
| Michael J. Murphy | 37,404 |
| Kent R. Richardson | 39,443 |
| Charles C. Cary | 36,764 |

Address all correspondence to:

Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

Direct all telephone calls to Charles C. Cary at (415) 493-9300.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18, United States Code, §1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Attorney Docket No. 18041.701

| | |
|---|---|
| Full name of sole or first inventor: | Gilbert Borman |
| Inventor's signature: | |
| Date: | |
| Citizenship: | U.S.A. |
| Residence: | 554 Bennington, Bloomfield Hills, MI 48304 |
| Post Office Address: | Same as above. |

| | |
|---|---|
| Full name of second joint inventor, if any: | Rajat Bhatnagar |
| Inventor's signature: | |
| Date: | |
| Citizenship: | India |
| Residence: | 1435 Bedford Street, #5C, Stamford, CT 06905 |
| Post Office Address: | Same as above. |

| | |
|---|---|
| Full name of third joint inventor, if any: | Anil Sebastian |
| Inventor's signature: | |
| Date: | |
| Citizenship: | India |
| Residence: | 60 Strawberry Hill Ave., #816, Stamford, CT 06902 |
| Post Office Address: | Same as above. |

| | |
|---|---|
| Full name of fourth joint inventor, if any: | Anup Mathur |
| Inventor's signature: | Anup Kumara Mathur |
| Date: | 2/5/97 |
| Citizenship: | India |
| Residence: | 870 E. El Camino Real, #521, Sunnyvale, CA 94087 |
| Post Office Address: | Same as above. |

G 000160

Attorney Docket No. 18041.701

Full name of fifth joint
  inventor, if any:          Vinay Wadhwa
Inventor's signature:        _____
Date:                        _____
Citizenship:                 India
Residence:                   C2150 Vasant Kunj, New Delhi, India 110070
Post Office Address:         Same as above


Full name of sixth joint
  inventor, if any:          Mukesh Kumar
Inventor's signature:        _____
Date:                        _____
Citizenship:                 India
Residence:                   A4C - 117, Janakpuri, New Delhi India 110058
Post Office Address:         Same as above


Full name of seventh joint
  inventor, if any:          C. Vinay Kumar Singh
Inventor's signature:        _____
Date:                        _____
Citizenship:                 India
Residence:                   A-502, Rail Vihar, Sector 15 phase II, Gurgaon, India
Post Office Address:         Same as above

G 000161



**PATENT**
Attorney Docket No. 18041.701

## COMBINED DECLARATION AND POWER OF ATTORNEY
### FOR UTILITY PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

### INTERNET SEARCH TOOLS

the specification of which

_____ is attached hereto.

___X___ was filed on October 8, 1996, as Application Serial No. 08/727,085
and was amended on _____
(If Applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a) which states in relevant part: "Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section....The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98."

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate as indicated below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                                    Priority Claimed

_____   _____   _____      _____   _____
(Number)        (Country)       (Day/Month/Year Filed)   Yes     No

G 000162

Attorney Docket No. 18041.701

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulation, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith, and to file, prosecute and to transact all business in connection with international applications directed to said invention:

| | |
|---|---|
| Stephen C. Durant | 31,506 |
| Mark A. Haynes | 30,846 |
| Paul Davis | 29,294 |
| Michael Hetherington | 32,357 |
| Hark C. Chan | 35,477 |
| Charles D. Holland | 35,196 |
| David J. Weitz | 38,362 |
| Michael J. Panepucci | 37,203 |
| Michael J. Murphy | 37,404 |
| Kent R. Richardson | 39,443 |
| Charles C. Cary | 36,764 |

Address all correspondence to:

Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

Direct all telephone calls to Charles C. Cary at (415) 493-9300.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18, United States Code, §1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

G 000163

Attorney Docket No. 18041.701

Full name of sole or
  first inventor:          Gilbert Borman
Inventor's signature:
Date:
Citizenship:              U.S.A.
Residence:                554 Bennington, Bloomfield Hills, MI 48304.
Post Office Address:      Same as above.


Full name of second joint
  inventor, if any:       Rajat Bhatnagar
Inventor's signature:
Date:
Citizenship:              India
Residence:                1435 Bedford Street, #5C, Stamford, CT 06905
Post Office Address:      Same as above.


Full name of third joint
  inventor, if any:       Anil Sebastian
Inventor's signature:
Date:
Citizenship:              India
Residence:                60 Strawberry Hill Ave., #816, Stamford, CT  06902
Post Office Address:      Same as above.


Full name of fourth joint
  inventor, if any:       Anup Mathur
Inventor's signature:
Date:
Citizenship:              India
Residence:                870 E. El Camino Real, #521, Sunnyvale, CA  94087
Post Office Address:      Same as above.

G 000164

Attorney Docket No. 18041.701

Full name of fifth joint
   inventor, if any:    Vinay Wadhwa

Inventor's signature:    _____

Date:    _____

Citizenship:    India

Residence:    C2150 Vasant Kunj, New Delhi, India 110070

Post Office Address:    Same as above.


Full name of sixth joint
   inventor, if any:    Mukesh Kumar

Inventor's signature:    _Mukesh_

Date:    Feb. 04, 1997

Citizenship:    India

Residence:    285 E. Del Mar, Apt. 5, Pasadena, CA 91101

Post Office Address:    Same as above.


Full name of seventh joint
   inventor, if any:    C. Vinay Kumar Singh

Inventor's signature:    _____

Date:    _____

Citizenship:    India

Residence:    A-502, Rail Vihar, Sector 15 phase II, Guragon, India

Post Office Address:    Same as above.

G 000165



**PATENT**
Attorney Docket No. 18041.701

## COMBINED DECLARATION AND POWER OF ATTORNEY
## FOR UTILITY PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

### INTERNET SEARCH TOOLS

the specification of which

_____ is attached hereto.

__X__ was filed on <u>October 8, 1996</u> as Application Serial No. <u>08/727,085</u>
and was amended on _____
(If Applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a) which states in relevant part: "Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section....The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98."

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate as indicated below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                                          Priority Claimed

_____  _____    _____    Yes    No

(Number)           (Country)              (Day/Month/Year Filed)

Attorney Docket No. 18041.701

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulation, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith, and to file, prosecute and to transact all business in connection with international applications directed to said invention:

| Stephen C. Durant | 31,506 |
|---|---|
| Mark A. Haynes | 30,846 |
| Paul Davis | 29,294 |
| Michael Hetherington | 32,357 |
| Hark C. Chan | 35,477 |
| Charles D. Holland | 35,196 |
| David J. Weitz | 38,362 |
| Michael I. Panepucci | 37,203 |
| Michael J. Murphy | 37,404 |
| Kent R. Richardson | 39,443 |
| Charles C. Cary | 36,764 |

Address all correspondence to:

Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

Direct all telephone calls to Charles C. Cary at (415) 493-9300.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18, United States Code, §1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

G 000167

Attorney Docket No. 18041.701

Full name of sole or
first inventor:                      Gilbert Borman

Inventor's signature:

Date:

Citizenship:                         U.S.A.

Residence:                           554 Bennington, Bloomfield Hills, MI 48304

Post Office Address:                 Same as above.


Full name of second joint
inventor, if any:                    Rajat Bhatnagar

Inventor's signature:

Date:

Citizenship:                         India

Residence:                           1435 Bedford Street, #5C, Stamford, CT 06905

Post Office Address:                 Same as above.


Full name of third joint
inventor, if any:                    Arul Sebastian

Inventor's signature:

Date:

Citizenship:                         India

Residence:                           60 Strawberry Hill Ave., #816, Stamford, CT 06902

Post Office Address:                 Same as above.


Full name of fourth joint
inventor, if any:                    Anup Mathur

Inventor's signature:

Date:

Citizenship:                         India

Residence:                           870 E. El Camino Real, #521, Sunnyvale, CA 94087

Post Office Address:                 Same as above.

G 000168

Attorney Docket No. 18041.701

Full name of fifth joint
    inventor, if any:            Vinay Wadhwa
Inventor's signature:            Vinay Wadhw
Date:                            January 17th, 1997
Citizenship:                     India
Residence:                       C2150 Vasant Kunj, New Delhi, India 110070
Post Office Address:             Same as above


Full name of sixth joint
    inventor, if any:            Mukesh Kumar
Inventor's signature:
Date:
Citizenship:                     India
Residence:                       A4C - 117, Janakpuri, New Delhi India 110058
Post Office Address:             Same as above


Full name of seventh joint
    inventor, if any:            C. Vinay Kumar Singh
Inventor's signature:            Vinay
Date:                            January 17th, 1997
Citizenship:                     India
Residence:                       A-502, Rail Vihar, Sector 15 phase II, Guragon, India
Post Office Address:             Same as above

G 000169



PATENT

Attorney Docket No. 18041.701

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of | ) | |
| | ) | Examiner: Unknown |
| Gilbert Borman et al. | ) | |
| | ) | Group Art Unit: Unknown |
| Serial No. 08/727,~~925~~ 085 | ) | |
| | ) | |
| Filed: October 8, 1996 | ) | |
| | ) | |
| For: Internet Search Tools | ) | |

## REVOCATION AND NEW POWER OF ATTORNEY
## BY ASSIGNEE OF ENTIRE INTEREST

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

As the Assignee of the entire interest in the above-identified application, all powers of attorney previously given are hereby revoked, Paul Davis, Registration No. 29,294; Mark A. Haynes, Registration No. 30,846; Michael Hetherington, Registration No. 32,357; Charles D. Holland, Registration No. 35,196; Hark C. Chan, Registration No. 35,477; Charles C. Cary, Registration No. 36,764; Michael J. Panepucci, Registration No. 37,203; Michael J. Murphy, Registration No. 37,404; David J. Weitz, Registration No. 38, 362; and Kent R. Richardson, Registration No. 39,443, are hereby appointed to prosecute and transact all business in the U.S. Patent and Trademark Office connected with the above-identified application.

Please direct all telephone calls and correspondence to:

Charles C. Cary
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(415) 493-9300

By: _____    Date: 2/12/97

Gilbert Borman, President
Tenretni Dynamics, Inc.

02/18/97  14:42    WILSON SONSINI → 8103530383                                    NO.874  P002/003

MAR 1 2 1997

Patent
Attorney Docket No. 18041.701

-Applicant or Patentee: Gilbert Borman et al.

Serial or Patent No.: 08/727.085

Filed or Issued: October 3, 1996

For: Internet Search Tools

### VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) and 1.27(c) - SMALL BUSINESS CONCERN

I hereby declare that I am

[X]    the owner of the small business concern identified below:

[ ]    an official of the small business concern empowered to act on behalf of the concern identified below:

Name of Concern: Tenretni Dynamics, Inc.

Address of Concern: 1 Oakland Towne Square, Suite 1690, Southfield, Michigan 48076

I hereby declare that the above identified small business concern qualifies as a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons. For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the persons employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third-party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed, to and remain with the small business concern identified above with regard to the invention, entitled

### INTERNET SEARCH TOOLS

by inventors Gilbert Borman, Rajat Bhatnagar, Arul Sebastian, Anup Mathur, Vinay Wadhwa, Mukesh Kumar and C. Vinay Kumar Singh, described in

[ ]    the specification filed herewith

[x ]    Application Serial No. 08/727.085, filed October 3, 1996

[ ]    Patent No. _____ issued _____

If the rights held by the above identified small-business concern are not exclusive, each individual, concern or organization having rights to the invention is listed below* and no rights to the invention are held by any person, other than the inventor, who could not qualify as a small business concern under 37 CFR 1.9(d) or by any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(s).

Name: Gilbert Borman

Address: 1 Oakland Towne Square
Suite 1690
Southfield, MI 48076

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earlier of the issue fee or any maintenance fee due after the date on which status as a small business entity is no longer appropriate. (37 CFR 1.28(b)).

02/18/97  14:43    WILSON-SONSINI → 8103530383                    NO.074  P003/003

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which the verified statement is directed.

Name of Person Signing: Gilbert Borman

Title of Person Other Than Owner: President

Address of Person Signing: 1 Oakland Towne Square, Suite 1690, Southfield, Michigan 48076

Signature: _____    Date: 2-28-97

08727085.100896

D3CO

Attorney Docket No.: 18041-701

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of                    ) PATENT APPLICATION
                                               )
Gilbert Borman, et al.                         )
                                               )
Application No.: 08/727,925 685               ) Examiner: Not Yet Assigned
                                               )
Filed: October 8, 1996                         ) Group Art Unit:  Not Yet Assigned
                                               )
Title: INTERNET SEARCH TOOLS                   )
                                               )

CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8 – FIRST CLASS MAIL
I hereby certify that this correspondence is being deposited
postage prepaid, with the United States Postal Service as
"First Class Mail" in an envelope addressed to the Assistant
Commissioner for Patents, Washington, D.C. 20231 on
March 5, 1997.

_Annette Granados_____ (Signature)
Annette Granados

## PETITION FOR EXTENSION OF TIME

Assistant Commissioner for Patents
Washington, D.C.  20231

Dear Sir:

Pursuant to 37 C.F.R. §1.136(a), an extension of time of:

|              | Large Entity   | Small Entity   |
|--------------|----------------|----------------|
| Two Months   | [ ] $ 390.00   | [X] $195.00    |

and at least up to and including the filing date of the present paper is hereby requested to
respond to the Official Action mailed December 6, 1996.

PAYMENT OF FEES

The full fee due in connection with this Petition is $195.00, and is provided as follows:

[X]    The fee is provided as set forth in the accompanying paper entitled
       RESPONSE TO NOTICE TO FILE MISSING PARTS OF APPLICATION.

Respectfully submitted,

Date: _March 5, 1997_          By: _David J. Weitz_
                                   David J. Weitz
                                   Registration No. 38,362   14.5  03/13/97  0877725
                                                             74151 215       195.00M

WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1505
(415)493-9300

H:\PRIVATE\18\CATENRENTM\701EXTTIME.M8T



**PATENT**
Attorney Docket No. 18041.704

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | ) |
| | ) |
| Gilbert Borman et al. | )    Examiner: Unknown |
| | ) |
| Application No. 08/727,825 | ) |
| | )    Group Art Unit: Unknown |
| Filed: October 8, 1996 | ) |
| | ) |
| For: Internet Search Tools | ) |

GROUP 2600   AUG 15 97   RECEIVED

## CONSENT OF ASSIGNEE

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    Tenretni Dynamics, Inc., is the sole assignee of record for the above-referenced application. As the sole assignee, Tenretni Dynamics, Inc. hereby consents to the addition of C. Vinay Kumar Singh as a joint inventor of the above-referenced application.

    Executed this 12th day of February 1997 at Southfield Michigan, Michigan

_____
Gilbert Borman, President

PC Docs 123186

CERTIFICATE OF MAILING
I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on March 5, 1997.

Annette Granados

PATENT
Attorney Docket No. 18041.701

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                    )

Gilbert Borman et al.                    )                    RECEIVED

Application No. 08/727,825               )                    APR 0 2 1997

Filed: October 8, 1996                   )                    GROUP 2500

For:    Internet Search Tools            )

PETITION TO CHANGE INVENTORSHIP UNDER 37 C.F.R. 1.48(a)

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

This Petition is submitted under 37 CFR 1.48(a) to correct inventorship in the above-referenced application.

It is hereby requested that C. Vinay Kumar Singh be added as an additional inventor in this application.

This petition is accompanied by:

(a)    A declaration, including Verified Statement of Facts and Consent of Change of Inventorship Under 37 C.F.R. 1.48(a) by the original named inventors establishing when the error without deceptive intent was discovered and how it occurred;

(b)    A declaration of omitted inventor, C. Vinay Kumar Singh;

(c)    A copy of the combined declaration and power of attorney signed by each of the actual inventors as required under 37 C.F.R. 1.63. The original Declaration was filed with the U.S. Patent and Trademark Office in a response to the Notice to File Missing Parts dated December 6, 1996 ;

PC Docs 123081

Application No. 08/727,075
Page 2

    (d)    Consent of Assignee; and

    (e)    The commissioner is authorized to withdraw from Deposit Account No. 23-2415
(Docket No. 18041.701) the fee of $65.00 to cover the cost of this petition as well as any additional fee
or credit for overpayment as deemed appropriate.   A duplicate of this paper is enclosed.

    The above-identified application was filed on October 8, 1996, and C. Vinay Kumar Singh was
inadvertently omitted as an inventor.

    In October 1996 of this year, I was involved in the preparation and filing of the above-
mentioned application. At the time this application was being prepared and filed, I did not realize
that the claims as filed included contributions for which C. Vinay Kumar Singh should be named
as a co-inventor. Less than a month after filing the patent application, the originally named
inventors had occasion to carefully review the patent claims. At that time, it was brought to my
attention that C. Vinay Kumar Singh should be named as a co-inventor. I then promptly prepared
this petition to add Mr. Singh as a co-inventor.

    The omission of C. Vinay Kumar Singh as a joint inventor of the above-referenced patent
application was done with no deceptive intent.

    For these reasons, favorable action on this petition is respectfully solicited.

                          Respectfully submitted,

                          WILSON SONSINI GOODRICH & ROSATI

                          By: _David J. Weitz_

                          David Weitz
                          Registration No. 38,362

650 Page Mill Road
Palo Alto, California 94304
(415) 493-9300

Date: March 5, 1997

PC Docs 123081



PATENT
Attorney Docket No. 18041.701

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                    )
                                         )
Inventors:  Gilbert Borman et al.        )
                                         )
Application No. 08/727,825               )
                                         )
Filed: October 8, 1996                   )
                                         )
For:  Internet Search Tools              )

### VERIFIED STATEMENT OF FACTS AND CONSENT OF CHANGE OF INVENTORSHIP BY GILBERT BORMAN ET AL. UNDER 37 C.F.R. 1.48(a)

    1.    We, Gilbert Borman, Rajat Bhatnagar, Arul Sebastian, Anup Mathur, Vinay Wadhwa and Mukesh Kumar are the originally named inventors of the above mentioned application filed on October 8, 1996, and assigned application number 08/727,085.  Gilbert Borman is President of Tenretni Dynamics.  Rajat Bhatnagar, Arul Sebastian, Anup Mathur are employees of HCL America where we hold positions as Engineers.  Vinay Wadhwa and Mukesh Kumar are employees of HCL Consulting where we hold positions as Engineers.

    2.    Gilbert Borman contacted HCL America to discuss certain difficulties associated with conducting Internet searches. The originally named inventors, along with C. Vinay Kumar Singh, an engineer employed by HCL Consulting, worked on solutions to some of these difficulties which are described in the above mentioned application.

    3.    Around October 1996, Gilbert Borman, Rajat Bhatnagar and Charles C. Cary, patent counsel, were involved in preparing and filing the above-mentioned application. Due to the fact Mr. Singh was in India, he did not participate in the preparation of the application. At the time the application was filed, we did not realize that C. Vinay Kumar Singh had not been named as a co-inventor. Less than a month after filing the patent application, we had occasion to carefully review the patent claims and realized that C. Vinay Kumar Singh had not been named as a co-inventor.

PC Docs 123066

G 000177

Attorney Docket No. 18041.701
Page 2

    4.    The omission of C. Vinay Kumar Singh as a joint inventor of the above-referenced patent application was done with no deceptive intent. Once we learned that C. Vinay Kumar Singh had been omitted as an inventor we promptly contacted Charles C. Cary, patent counsel, to have Mr. Singh added as an inventor.

    5.    We make this verification with the full knowledge that willful false statements are punishable by fine or imprisonment or both (18 U.S.C. § 1001) and may jeopardize the validity of the patent above referenced. All statements made herein of my own knowledge are true. All statements made herein on information and belief, are believed to be true.

    Executed this 7th day of _January_, 1997, at _Bloomfield Hills_, Michigan.

_____
Gilbert Borman

Executed this _____ day of _____, 1997, at
_____, Connecticut.

_____
Rajat Bhatnagar

Executed this _____ day of _____, 1997, at
_____, Connecticut.

_____
Arul Sebastian

PC Docs 123066

G 000178

Attorney Docket No. 18041.701
Page 3

Executed this _____ day of _____, 1997, at
_____, California.

_____
Anup Mathur

Executed this _____ day of _____, 1997, at
_____, India.

_____
Vinay Wadhwa

Executed this _____ day of _____, 1997, at
_____, India.

_____
Mukesh Kumar

PC Docs 123066

G 000179



**PATENT**
Attorney Docket No. 18041.701

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | ) |
| | ) |
| Inventors: Gilbert Borman et al. | ) |
| | ) |
| Application No. 08/727,825 | ) |
| | ) |
| Filed: October 8, 1996 | ) |
| | ) |
| For: Internet Search Tools | ) |

RECEIVED
AUG 15 97
GROUP 2600

VERIFIED STATEMENT OF FACTS AND CONSENT OF CHANGE OF
INVENTORSHIP BY GILBERT BORMAN ET AL. UNDER 37 C.F.R. 1.48(a)

1.    We, Gilbert Borman, Rajat Bhatnagar, Arul Sebastian, Anup Mathur, Vinay Wadhwa and Mukesh Kumar are the originally named inventors of the above mentioned application filed on October 8, 1996, and assigned application number 08/727,085. Gilbert Borman is President of Tenratni Dynamics. Rajat Bhatnagar, Arul Sebastian, Anup Mathur are employees of HCL America where we hold positions as Engineers. Vinay Wadhwa and Mukesh Kumar are employees of HCL Consulting where we hold positions as Engineers.

2.    Gilbert Borman contacted HCL America to discuss certain difficulties associated with conducting Internet searches. The originally named inventors, along with C. Vinay Kumar Singh, an engineer employed by HCL Consulting, worked on solutions to some of these difficulties which are described in the above mentioned application.

3.    Around October 1996, Gilbert Borman, Rajat Bhatnagar and Charles C. Cary, patent counsel, were involved in preparing and filing the above-mentioned application. Due to the fact Mr. Singh was in India, he did not participate in the preparation of the application. At the time the application was filed, we did not realize that C. Vinay Kumar Singh had not been named as a co-inventor. Less than a month after filing the patent application, we had occasion to carefully review the patent claims and realized that C. Vinay Kumar Singh had not been named as a co-inventor.

PC Docs 123066

G 000180

Attorney Docket No. 18041.701
Page 2

4.   The omission of C. Vinay Kumar Singh as a joint inventor of the above-referenced patent application was done with no deceptive intent. Once we learned that C. Vinay Kumar Singh had been omitted as an inventor we promptly contacted Charles C. Cary, patent counsel, to have Mr. Singh added as an inventor.

5.   We make this verification with the full knowledge that willful false statements are punishable by fine or imprisonment or both (18 U.S.C. § 1001) and may jeopardize the validity of the patent above referenced. All statements made herein of my own knowledge are true. All statements made herein on information and belief, are believed to be true.

Executed this _____ day of _____, 1997, at
_____, Michigan.

_____
Gilbert Borman

Executed this _____ day of _____, 1997, at
_____, Connecticut.

_____
Rajat Bhatnagar

Executed this _____ day of _____, 1997, at
_____, Connecticut.

_____
Arul Sebastian

PC Docs 123066

Attorney Docket No. 18041.701
Page 3

Executed this _____ day of _____, 1997, at
_____,California.

_____
Anup Mathur

Executed this _30ᵗʰ_ day of _January_, 1997, at
_New Delhi_____,India.

_____
Vinay Wadhwa

Executed this _____ day of _____, 1997, at
_____, India.

_____
Mukesh Kumar

PC Docs 123066

G 000182



PATENT
Attorney Docket No. 18041.701

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                              )
                                                   )
Inventors: Gilbert Borman et al.                   )
                                                   )
Application No. 08/727,825                          )
                                                   )
Filed: October 8, 1996                             ).
                                                   )
For:    Internet Search Tools

## VERIFIED STATEMENT OF FACTS AND CONSENT OF CHANGE OF INVENTORSHIP BY GILBERT BORMAN ET AL. UNDER 37 C.F.R. 1.48(a)

1.     We, Gilbert Borman, Rajat Bhatnagar, Arul Sebastian, Anup Mathur, Vinay Wadhwa and Mukesh Kumar are the originally named inventors of the above mentioned application filed on October 8, 1996, and assigned application number 08/727,085. Gilbert Borman is President of Tenretni Dynamics. Rajat Bhatnagar, Arul Sebastian, Anup Mathur are employees of HCL America where we hold positions as Engineers. Vinay Wadhwa and Mukesh Kumar are employees of HCL Consulting where we hold positions as Engineers.

2.     Gilbert Borman contacted HCL America to discuss certain difficulties associated with conducting Internet searches. The originally named inventors, along with C. Vinay Kumar Singh, an engineer employed by HCL Consulting, worked on solutions to some of these difficulties which are described in the above mentioned application.

3.     Around October 1996, Gilbert Borman, Rajat Bhatnagar and Charles C. Cary, patent counsel, were involved in preparing and filing the above-mentioned application. Due to the fact Mr. Singh was in India, he did not participate in the preparation of the application. At the time the application was filed, we did not realize that C. Vinay Kumar Singh had not been named as a co-inventor. Less than a month after filing the patent application, we had occasion to carefully review the patent claims and realized that C. Vinay Kumar Singh had not been named as a co-inventor.

PC Docs 123066

G 000183

Attorney Docket No. 18041.701
Page 2

4.      The omission of C. Vinay Kumar Singh as a joint inventor of the above-referenced patent application was done with no deceptive intent. Once we learned that C. Vinay Kumar Singh had been omitted as an inventor we promptly contacted Charles C. Cary, patent counsel, to have Mr. Singh added as an inventor.

5.      We make this verification with the full knowledge that willful false statements are punishable by fine or imprisonment or both (18 U.S.C. § 1001) and may jeopardize the validity of the patent above referenced. All statements made herein of my own knowledge are true. All statements made herein on information and belief, are believed to be true.

Executed this _____ day of _____, 1997, at _____, Michigan.

_____
Gilbert Borman

Executed this _15_ day of __Jan__, 1997, at _Stamford_, Connecticut.

_____
Rajat Bhatnagar

Executed this _20_ day of __Jan.__, 1997, at _Stamford._, Connecticut.

_____
Arul Sebastian

PC Does 123066

Attorney Docket No. 18041.701
Page 3


Executed this _____ day of _____, 1997, at
_____,California.

_____
Anup Mathur


Executed this _____ day of _____, 1997, at
_____, India.

_____
Vinay Wadhwa


Executed this _____ day of _____, 1997, at
_____, India.

_____
Mukesh Kumar

G 000185



PATENT
Attorney Docket No. 18041.701

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | ) |
| | ) |
| Inventors: Gilbert Borman et al. | ) |
| | ) |
| Application No. 08/727,825 | ) |
| | ) |
| Filed: October 8, 1996 | ) |
| | ) |
| For:   Internet Search Tools | ) |

### VERIFIED STATEMENT OF FACTS AND CONSENT OF CHANGE OF INVENTORSHIP BY GILBERT BORMAN ET AL. UNDER 37 C.F.R. 1.48(a)

1.      We, Gilbert Borman, Rajat Bhatnagar, Arul Sebastian, Anup Mathur, Vinay Wadhwa and Mukesh Kumar are the originally named inventors of the above mentioned application filed on October 8, 1996, and assigned application number 08/727,085. Gilbert Borman is President of Tenretni Dynamics. Rajat Bhatnagar, Arul Sebastian, Anup Mathur are employees of HCL America where we hold positions as Engineers. Vinay Wadhwa and Mukesh Kumar are employees of HCL Consulting where we hold positions as Engineers, *at the time invention*

*was made.*
*wewel*
*01/31/97*
2.      Gilbert Borman contacted HCL America to discuss certain difficulties associated with conducting Internet searches. The originally named inventors, along with C. Vinay Kumar Singh, an engineer employed by HCL Consulting, worked on solutions to some of these difficulties which are described in the above mentioned application.

3.      Around October 1996, Gilbert Borman, Rajat Bhatnagar and Charles C. Cary, patent counsel, were involved in preparing and filing the above-mentioned application. Due to the fact Mr. Singh was in India, he did not participate in the preparation of the application. At the time the application was filed, we did not realize that C. Vinay Kumar Singh had not been named as a co-inventor. Less than a month after filing the patent application, we had occasion to carefully review the patent claims and realized that C. Vinay Kumar Singh had not been named as a co-inventor.

PC Docs 123066

Attorney Docket No. 18041.701
Page 2

    4.    The omission of C. Vinay Kumar Singh as a joint inventor of the above-referenced
patent application was done with no deceptive intent. Once we learned that C. Vinay Kumar
Singh had been omitted as an inventor we promptly contacted Charles C. Cary, patent counsel, to
have Mr. Singh added as an inventor.

    5.    We make this verification with the full knowledge that willful false statements are
punishable by fine or imprisonment or both (18 U.S.C. § 1001) and may jeopardize the validity of
the patent above referenced. All statements made herein of my own knowledge are true. All
statements made herein on information and belief, are believed to be true.

        Executed this _____ day of _____, 1997, at
_____, Michigan.

                                    _____
                                    Gilbert Borman


Executed this _____ day of _____, 1997, at
_____, Connecticut.

                                    _____
                                    Rajat Bhatnagar



Executed this _____ day of _____, 1997, at

_____, Connecticut.

                                    _____
                                    Arul Sebastian



PC Docs 123066

Attorney Docket No. 18041.701
Page 3


Executed this _____ day of _____, 1997, at
_____California.

_____
Anup Mathur


Executed this _____ day of _____, 1997, at
_____, India.

_____
Vinay Wadhwa


Executed this 31 day of January, 1997, at
285. E. DEL MAR APTS, India Pasadena, California - 9110 1

_____
Mukesh Kumar

PC Docs 123066

G 000188



PATENT
Attorney Docket No. 18041.701

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: )
)
Inventors: Gilbert Borman et al. )
)
Application No. 08/727,825 )
)
Filed: October 8, 1996 )
)
For: Internet Search Tools )

### VERIFIED STATEMENT OF FACTS AND CONSENT OF CHANGE OF INVENTORSHIP BY GILBERT BORMAN ET AL. UNDER 37 C.F.R. 1.48(a)

1.   We, Gilbert Borman, Rajat Bhatnagar, Arul Sebastian, Anup Mathur, Vinay Wadhwa and Mukesh Kumar are the originally named inventors of the above mentioned application filed on October 8, 1996, and assigned application number 08/727,085. Gilbert Borman is President of Tenretni Dynamics. Rajat Bhatnagar, Arul Sebastian, Anup Mathur are employees of HCL America where we hold positions as Engineers. Vinay Wadhwa and Mukesh Kumar are employees of HCL Consulting where we hold positions as Engineers.

2.   Gilbert Borman contacted HCL America to discuss certain difficulties associated with conducting Internet searches. The originally named inventors, along with C. Vinay Kumar Singh, an engineer employed by HCL Consulting, worked on solutions to some of these difficulties which are described in the above mentioned application.

3.   Around October 1996, Gilbert Borman, Rajat Bhatnagar and Charles C. Cary, patent counsel, were involved in preparing and filing the above-mentioned application. Due to the fact Mr. Singh was in India, he did not participate in the preparation of the application. At the time the application was filed, we did not realize that C. Vinay Kumar Singh had not been named as a co-inventor. Less than a month after filing the patent application, we had occasion to carefully review the patent claims and realized that C. Vinay Kumar Singh had not been named as a co-inventor.

PC Docs 123066

G 000189

Attorney Docket No. 18041.701
Page 2

4.    The omission of C. Vinay Kumar Singh as a joint inventor of the above-referenced patent application was done with no deceptive intent. Once we learned that C. Vinay Kumar Singh had been omitted as an inventor we promptly contacted Charles C. Cary, patent counsel, to have Mr. Singh added as an inventor.

5.    We make this verification with the full knowledge that willful false statements are punishable by fine or imprisonment or both (18 U.S.C. § 1001) and may jeopardize the validity of the patent above referenced. All statements made herein of my own knowledge are true. All statements made herein on information and belief, are believed to be true.

Executed this _____ day of _____, 1997, at
_____, Michigan.

                        Gilbert Borman

Executed this _____ day of _____, 1997, at
_____, Connecticut.

                        Rajat Bhatnagar

Executed this _____ day of _____, 1997, at

_____, Connecticut.

                        Arul Sebastian

PC Docs 123066

Attorney Docket No. 18041.701
Page 3

Executed this _6th_ day of _February_, 1997, at
_Sunnyvale_, California.

_Anup Kumar Mathur_
Anup Mathur

Executed this _____ day of _____, 1997, at
_____, India.

_____
Vinay Wadhwa

Executed this _____ day of _____, 1997, at
_____, India.

_____
Mukesh Kumar

PC Docs 123066