PATENT
Attorney Docket No. 18041.701

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: )
)
Inventors: Gilbert Borman et al. )
)
Application No. 08/727,825 )
)
Filed: October 8, 1996 )
)
For: Internet Search Tools

**DECLARATION OF: C. VINAY KUMAR SINGH**

Assistant Commissioner for Patents
Washington, D.C. 20231
ATTN: BOX DAC

Sir:

I, C. Vinay Kumar Singh, declare that the following is true and correct:

1. I have worked at HCL Consulting since 8th June 1995 (Date) and presently hold the position of Project leader (Title).

2. Upon my review of the claims presently pending in the above-referenced patent application, it is my belief that I am a co-inventor of subject matter claimed in at least one of the pending claims.

3. Gilbert Borman contacted HCL America to discuss certain difficulties associated with conducting Internet searches. I worked with the named inventors on solutions to these difficulties which are described in the above-mentioned application.

4. Around October 1996, the above-mentioned U.S. patent application was prepared and filed. I was aware that the above-referenced application was being prepared and filed, but did not participate in its preparation. Less than a month after filing the patent application, it was realized

PC Docs 123070

that I was not named as a co-inventor. Once this error was realized, I understand that patent counsel was promptly requested to add me as a co-inventor.

5. I believe that the omission of my name as an inventor in the above-referenced patent application was inadvertent and was not done with any deceptive intent.

6. I make this declaration with the knowledge that willful false statements and the like are punishable by fine or imprisonment or both (18 U.S.C. § 1001) and may jeopardize the validity of the patent. All statements of my own knowledge are true. I believe all statements made herein on information and belief to be true.

Executed this 17th day of January, 1997 at New Delhi, India.

C. Vinay Kumar Singh



PATENT
Attorney Docket No. 18041.701

COMBINED DECLARATION AND POWER OF ATTORNEY
FOR UTILITY PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

INTERNET SEARCH TOOLS

the specification of which

_____ is attached hereto.

__X__ was filed on October 8, 1996, as Application Serial No. 08/727,085
and was amended on ____________________
(If Applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a) which states in relevant part: "Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section....The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Offices in the manner prescribed by §§ 1.97(b)-(d) and 1.98."

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate as indicated below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed:

| Prior Foreign Application(s) | | | Priority Claimed | |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

Attorney Docket No. 18041.701

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulation, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith, and to file, prosecute and to transact all business in connection with international applications directed to said invention:

| | |
|---|---|
| Stephen C. Durant | 31,506 |
| Mark A. Haynes | 30,846 |
| Paul Davis | 29,294 |
| Michael Hetherington | 32,357 |
| Hark C. Chan | 35,477 |
| Charles D. Holland | 35,196 |
| David J. Weitz | 38,362 |
| Michael J. Panepucci | 37,203 |
| Michael J. Murphy | 37,404 |
| Kent R. Richardson | 39,443 |
| Charles C. Cary | 36,764 |

Address all correspondence to:

**Wilson, Sonsini, Goodrich & Rosati**
**650 Page Mill Road**
**Palo Alto, CA 94304**

Direct all telephone calls to Charles C. Cary at (415) 493-9300.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18, United States Code, §1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Attorney Docket No. 18041.701

Full name of sole or first inventor: Gilbert Borman

Inventor's signature: [signature]

Date: 1-7-97

Citizenship: U.S.A.

Residence: 554 Bennington, Bloomfield Hills, MI 48304

Post Office Address: Same as above.

Full name of second joint inventor, if any: Rajat Bhatnagar

Inventor's signature:

Date:

Citizenship: India

Residence: 1435 Bedford Street, #5C, Stamford, CT 06905

Post Office Address: Same as above.

Full name of third joint inventor, if any: Arul Sebastian

Inventor's signature:

Date:

Citizenship: India

Residence: 60 Strawberry Hill Ave., #816, Stamford, CT 06902

Post Office Address: Same as above.

Full name of fourth joint inventor, if any: Anup Mathur

Inventor's signature:

Date:

Citizenship: India

Residence: 870 E. El Camino Real, #521, Sunnyvale, CA 94087

Post Office Address: Same as above.

Attorney Docket No. 18041.701

| | |
|---|---|
| Full name of fifth joint inventor, if any: | Vinay Wadhwa |
| Inventor's signature: | |
| Date: | |
| Citizenship: | India |
| Residence: | C2150 Vasant Kunj, New Delhi, India 110070 |
| Post Office Address: | Same as above. |

| | |
|---|---|
| Full name of sixth joint inventor, if any: | Mukesh Kumar |
| Inventor's signature: | |
| Date: | |
| Citizenship: | India |
| Residence: | A4C - 117, Janakpuri, New Delhi India 110058 |
| Post Office Address: | Same as above. |

| | |
|---|---|
| Full name of seventh joint inventor, if any: | C. Vinay Kumar Singh |
| Inventor's signature: | |
| Date: | |
| Citizenship: | India |
| Residence: | A-502, Rail Vihar, Sector 15 phase II, Gurgaon, India |
| Post Office Address: | Same as above. |



PATENT
Attorney Docket No. 18041.701

08/727085 . 100895

# COMBINED DECLARATION AND POWER OF ATTORNEY FOR UTILITY PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

## INTERNET SEARCH TOOLS

the specification of which

_____ is attached hereto.

__X__ was filed on October 8, 1996, as Application Serial No. 08/727,085 and was amended on ____________________ (If Applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a) which states in relevant part: "Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section....The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98."

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate as indicated below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed:

| Prior Foreign Application(s) | | | Priority Claimed | |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

Attorney Docket No. 18041.701

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulation, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith, and to file, prosecute and to transact all business in connection with international applications directed to said invention:

| | |
|---|---|
| Stephen C. Durant | 31,506 |
| Mark A. Haynes | 30,846 |
| Paul Davis | 29,294 |
| Michael Hetherington | 32,357 |
| Hark C. Chan | 35,477 |
| Charles D. Holland | 35,196 |
| David J. Weitz | 38,362 |
| Michael J. Panepucci | 37,203 |
| Michael J. Murphy | 37,404 |
| Kent R. Richardson | 39,443 |
| Charles C. Cary | 36,764 |

08/722085 . 100859

Address all correspondence to:

Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

Direct all telephone calls to Charles C. Cary at (415) 493-9300.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18, United States Code, §1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Attorney Docket No. 18041.701

Full name of sole or first inventor: Gilbert Borman

Inventor's signature:

Date: 1-7-97

Citizenship: U.S.A.

Residence: 554 Bennington, Bloomfield Hills, MI 48304

Post Office Address: Same as above.

Full name of second joint inventor, if any: Rajat Bhatnagar

Inventor's signature:

Date:

Citizenship: India

Residence: 1435 Bedford Street, #5C, Stamford, CT 06905

Post Office Address: Same as above.

Full name of third joint inventor, if any: Anil Sebastian

Inventor's signature:

Date:

Citizenship: India

Residence: 60 Strawberry Hill Ave., #816, Stamford, CT 06902

Post Office Address: Same as above.

Full name of fourth joint inventor, if any: Anup Mathur

Inventor's signature:

Date:

Citizenship: India

Residence: 870 E. El Camino Real, #521, Sunnyvale, CA 94087

Post Office Address: Same as above.

08872580 . 100896

Attorney Docket No. 18041.701

Full name of sole or first inventor: Gilbert Borman

Inventor's signature:

Date:

Citizenship: U.S.A.

Residence: 554 Bennington, Bloomfield Hills, MI 48304

Post Office Address: Same as above.

Full name of second joint inventor, if any: Rajat Bhatnagar

Inventor's signature: [signature]

Date: 1/15/97

Citizenship: India

Residence: 1435 Bedford Street, #5C, Stamford, CT 06905 CT

Post Office Address: Same as above.

Full name of third joint inventor, if any: Arul Sebastian

Inventor's signature: [signature]

Date: 1/20/97

Citizenship: India

Residence: 60 Strawberry Hill Ave., #816, Stamford, CT 06902 CT

Post Office Address: Same as above.

Full name of fourth joint inventor, if any: Anup Mathur

Inventor's signature:

Date:

Citizenship: India

Residence: 870 E. El Camino Real, #521, Sunnyvale, CA 94087

Post Office Address: Same as above.

08/785780 08/772495

Attorney Docket No. 13041.701

Full name of sole or first inventor: Gilbert Borman

Inventor's signature:

Date:

Citizenship: U.S.A.

Residence: 554 Bennington, Bloomfield Hills, MI 48304

Post Office Address: Same as above

Full name of second joint inventor, if any: Rajat Bhatnagar

Inventor's signature:

Date:

Citizenship: India

Residence: 1435 Bedford Street, #5C, Stamford, CT 06905

Post Office Address: Same as above.

Full name of third joint inventor, if any: Arul Sebastian

Inventor's signature:

Date:

Citizenship: India

Residence: 60 Strawberry Hill Ave., #816, Stamford, CT 06902

Post Office Address: Same as above.

4OO

Full name of fourth joint inventor, if any: Anup Mathur

Inventor's signature: Anup Kumar Mathur

Date: 3/5/97

Citizenship: India

Residence: 870 E. El Camino Real, #521, Sunnyvale, CA 94087 CA

Post Office Address: Same as above.

08827085 . 100396

Attorney Docket No. 18041.701

500

| | |
|---|---|
| Full name of fifth joint inventor, if any: | Vinay Wadhwa |
| Inventor's signature: | Vinay Wadhwa |
| Date: | January 17th, 1997 |
| Citizenship: | India |
| Residence: | C2150 Vasant Kunj, New Delhi, India 110070 INX |
| Post Office Address: | Same as above. |

| | |
|---|---|
| Full name of sixth joint inventor, if any: | Mukesh Kumar |
| Inventor's signature: | |
| Date: | |
| Citizenship: | India |
| Residence: | A4C - 117, Janakpuri, New Delhi, India 110058 |
| Post Office Address: | Same as above. |

700

| | |
|---|---|
| Full name of seventh joint inventor, if any: | C. Vinay Kumar Singh |
| Inventor's signature: | Vinay |
| Date: | January 17th, 1997 |
| Citizenship: | India |
| Residence: | A-502, Rail Vihar, Sector 15 phase II, Gurgaon, India INX |
| Post Office Address: | Same as above. |

95800T - 580/2780

Attorney Docket No. 18041.701

| | |
|---|---|
| Full name of fifth joint inventor, if any: | Vinay Wadhwa |
| Inventor's signature: | |
| Date: | |
| Citizenship: | India |
| Residence: | C2150 Vasant Kunj, New Delhi, India 110070 |
| Post Office Address: | Same as above. |

6-00

| | |
|---|---|
| Full name of sixth joint inventor, if any: | Mukesh Kumar |
| Inventor's signature: | Mkumar |
| Date: | Feb. 04, 1997 |
| Citizenship: | India |
| Residence: | 285 E. Del Mar, Apt. 5, Pasadena, CA 91101 CA |
| Post Office Address: | Same as above. |

| | |
|---|---|
| Full name of seventh joint inventor, if any: | C. Vinay Kumar Singh |
| Inventor's signature: | |
| Date: | |
| Citizenship: | India |
| Residence: | A-502, Rail Vihar, Sector 15 phase II, Gurgaon, India |
| Post Office Address: | Same as above. |

08/729780 - 56800T-100895

08/727,085

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/727,085 | 10/08/96 | BORMAN | G 18041.701 |

LM41/0303

| EXAMINER | |
|---|---|
| HONG, S | |
| ART UNIT | PAPER NUMBER |
| 2772 | 4 |

DATE MAILED: 03/03/98

CHARLES C CARY
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA 94304-1050

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## OFFICE ACTION SUMMARY

☑ Responsive to communication(s) filed on 10-8-96

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 D.C. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire three month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☑ Claim(s) 1-26 is/are pending in the application.

Of the above, claim(s) NONE is/are withdrawn from consideration.

☐ Claim(s) ______ is/are allowed.

☑ Claim(s) 1-26 is/are rejected.

☐ Claim(s) ______ is/are objected to.

☐ Claims ______ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on ______ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on ______ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) ______.

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ______

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of Reference Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). ______

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

— SEE OFFICE ACTION ON THE FOLLOWING PAGES —

Serial Number: 08/727,083
Art Unit: 2772

Part III DETAILED ACTION

1. This action is responsive to communications: application, filed on 10/8/96.

2. Claims 1-25 are pending in the case. Claims 1, 7, 18, 23 and 25 are independent claims.

*Drawings*

3. This application has been filed with informal drawings which are acceptable for examination purposes only. Formal drawings will be required when the application is allowed.

The drawings submitted with this application were declared informal by the applicant. Accordingly they have not been reviewed by a draftsperson at this time. When formal drawings are submitted, the draftsperson will perform a review. Any inquiries concerning drawing review should be directed to the Drawing Review Branch at (703) 305-8404.

*Specification*

4. The title of the invention is not descriptive. A new title is required that is clearly indicative of the invention to which the claims are directed.

5. Examiner requests that Applicant review the application carefully for informalities including typographical errors.

*Claim Rejections - 35 USC § 112*

6. Claims 1-6 are rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Independent claim 1 claims both apparatus and method (in line 1, "A computer implemented method and system") as the subject matter. The hybrid structure renders the claim indefinite, since it is unclear what subject matter is actually being claimed. See Ex. Parte Lyell, 17 USPQ2d 1548.

Claims that are noted above as being rejected but not specifically cited below are rejected based on their dependency on rejected independent claims.

*Claim Rejections - 35 USC § 101*

7. 35 U.S.C. 101 reads as follows:

> Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter or any new and useful improvement thereof, may obtain a patent therefore, subject to the conditions and requirements of this title.

8. Claim 1, 7 and 18 are rejected under 35 U.S.C. 101 because the claims are directed to "Manipulation of Abstract Ideas Without a Claimed Practical Application" (the below paragraphs are from MPEP § 2106 *Patentable Subject Matter - Computer - Related Inventions)*.

> A process that consists solely of the manipulation of an abstract idea without any limitation to a practical application is nonstatutory. E.g., Warmerdam , 33 F.3d at 1360, 31 USPQ2d at 1759. See also Schrader,22 F.3d at 295, 30 USPQ2d at 1459. Office personnel have the burden to establish a prima facie case that the claimed invention taken as a whole is directed to the manipulation of abstract ideas without a practical application.
>
> In order to determine whether the claim is limited to a practical application of an abstract idea, Office personnel must analyze the claim as a whole, in light of the specification, to understand what subject matter is being manipulated and how it is being manipulated. During this procedure, Office personnel must evaluate any statements of intended use or field of use, any data gathering step and any post - manipulation

activity. See section IV.B.2(d) above for how to treat various types of claim language. Only when the claim is devoid of any limitation to a practical application in the technological arts should it be rejected under 35 U.S.C. 101. Further, when such a rejection is made, Office personnel must expressly state how the language of the claims has been interpreted to support the rejection.

(b) Statutory Process Claims

A claim that requires one or more acts to be performed defines a process. However, not all processes are statutory under 35 U.S.C. 101. To be statutory, a claimed computer - related process must either: (1) result in a physical transformation outside the computer for which a practical application in the technological arts is either disclosed in the specification or would have been known to a skilled artisan (discussed in (i) below), or (2) be limited by the language in the claim to a practical application within the technological arts (discussed in (ii) below). See Diamond v. Diehr , 450 U.S. at 183 - 84, 209 USPQ at 6 (quoting Cochrane v. Deener , 94 U.S. 780, 787 - 88 (1877)) ("A [statutory] process is a mode of treatment of certain materials to produce a given result. It is an act, or a series of acts, performed upon the subject - matter to be transformed and reduced to a different state or thing . . . . The process requires that certain things should be done with certain substances, and in a certain order; but the tools to be used in doing this may be of secondary consequence."). See also Alappat , 33 F.3d at 1543, 31 USPQ2d at 1556 - 57 (quoting Diamond v. Diehr, 450 U.S. at 192, 209 USPQ at 10). See also id. at 1569, 31 USPQ2d at 1578 - 79 (Newman, J., concurring) ("unpatentability of the principle does not defeat patentability of its practical applicants") (citing O'Reilly v. Morse, 56 U.S. (15 How.) at 114 - 19). The claimed practical application must be a further limitation upon the claimed subject matter if the process is confined to the internal operations of the computer. If a physical transformation occurs outside the computer, it is not necessary to claim the practical application. A disclosure that permits a skilled artisan to practice the claimed invention, i.e., to put it to a practical use, is sufficient. On the other hand, it is necessary to claim the practical application if there is no physical transformation or if the process merely manipulates concepts or converts one set of numbers into another.

Accordingly, the presently pending independent claims 1, 7 and 18 are non-statutory, since it neither: "(1) result in a physical transformation outside the computer for which a practical application in the technological arts is either disclosed in the specification or would have been known to a skilled artisan" or "(2) be limited by the language in the claim to a practical application within the technological arts".

The claims presently recite the steps of "receiving... information", "parsing said... information..." and then "selecting...site identifiers" which are all performed inside of a computer without any transformation outside the computer. Furthermore, none of those limitations constitutes a "practical application". As Examiner understands, the practical application in the Applicant's invention is using the "identifier" to retrieve data from the

well known search engine called AltaVista discloses this feature (see page 2 of the print out, as the "Prev" icon, "Next" icon, "1" icon and "20" icon). It would have been obvious to a person of ordinary skill in the art at the time the invention was made to have incorporated the feature of AltaVista into Yahoo, since they both taught accessing the site identifiers resulted from a search, and AltaVista taught the features which improved user interface for the navigation.

Dependent claims 12 is for computer readable medium comprising the methods of claim 6, and is similarly rejected under the same rationale.

13. Claims 23-26 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of CNN Interactive, "http:/cnn.com/index", 2/20/98, screen printout pp.1-7. It is noted that although the screen printout date of the CNN web site is 2/20/98, Examiner takes an Official Notice that the CNN Interactive web site was available to the public before the filing date of the present application.

As per independent claim 23, the CNN Interactive teaches the following claimed limitations:

- receiving into a browser window a 1st file of information network (on page 1 of the printout, as the content of the CNN page is received.);

- displaying a jumper window (on page 1, on the left most column, the jumper window containing the index image of "WORLD", "U.S.", "LOCAL"...);

- selecting and receiving one of said 1st site identifier from said browser (on page 5, see the jumper window as the "EARTH" was chosen and the right window shows that the "EARTH MAIN PAGE" is retrieved.);

- selecting and receiving an other of said 1st file identifier from said jumper window (on page 5 of the printout, since each of the "WORLD", "U.S", "LOCAL", indexes is accessible.).

However, the claimed invention differs from the prior art of CNN Interactive in that the prior art fails to show the steps of: parsing the 1st file of the information to extract a list comprised of said 1st file site identifiers and then receiving into said jumper window said set of 1st file site identifiers. Regarding this feature, the Applicant's admitted prior art at least shows the feature of parsing the 1st file retrieved, as FIG.5B shows that the URL links are underlined by the browser after the browser parsed the 1st file and recognized the existence of the URLs. Therefore, the issue is whether or not it would have been obvious to a person of ordinary skill in the art at the time the invention was made to have provided, to the Yahoo, the jumper window like that of CNN Interactive. In view of the prior art teachings as a whole, such feature would have been obvious to a person of ordinary skill in the art at the time the invention was made, since the CNN-like jumper window in the Yahoo search engine would have given the user the concurrent access to the URL indexes while viewing the contents of an index.

Dependent claim 24, which is dependent on claim 23, recites substantially similar limitations as claim 5, and is similarly rejected under the same rationale.

Independent claim 25 and its dependent claim 26 are for computer readable medium comprising the methods of claims 23 and 24, respectively, and are similarly rejected under the same rationale.

*Conclusion*

14. Any inquiry concerning this communication or earlier communications from the examiner should be directed to Steve Hong whose telephone number is (703) 308-5465. The examiner can normally be reached on Monday-Friday from 8:00 AM-5:30 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Heather Herndon, can be reached on (703) 305-9701.

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 305-3900.

**Any response to this action should be mailed to:**
Commissioner of Patents and Trademarks
Washington, D.C. 20231
**or faxed to:**
(703) 308-9051, (for formal communications intended for entry)
**Or:**
(703) 305-9724 (for informal or draft communications, please label "PROPOSED" or "DRAFT")
Hand-delivered responses should be brought to Crystal Park II, 2121 Crystal Drive, Arlington. VA., Sixth Floor (Receptionist).

Effective November 16, 1997, the Examiner handling this application will be assigned to a new Art Unit as a result of the consolidation into Technology Center 2700. See the forth coming Official Gazette notice dated November 11, 1997. For any written or facsimile communication submitted ON OR AFTER November 16, 1997, this Examiner, who was assigned to Art Unit 2412, will be assigned to Art Unit 2772. Please include the new Art Unit in the caption or heading of any communication submitted after the November 16, 1997 date. Your cooperation in this matter will assist in the timely processing of the submission and is appreciated by the Office.

Stephen Hong

Patent Examiner

February 20, 1998

FORM PTO-892 U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE

# NOTICE OF REFERENCES CITED

SERIAL NO. 08/727,085 | GROUP ART UNIT 2772 | ATTACHMENT TO PAPER NO. 4

APPLICANT(S) Borman et al.

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | L | ★ | | | | | |
| | M | | | | | | |
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | R | CNN Interactive, "http:/cnn.com/index", 2/20/98, screen printout pp.1-7. |
| | S | AltaVista, "http:/www.altavista.com", 2/20/98, screen printouts pp.1-2. |
| | T | ★ |

EXAMINER Stephen Hong | DATE 2/20/98

Form 892MR2:07

* A copy of this reference is not being furnished with this office action. See Manual of Patent Examining Procedure, section 707.05(a).)

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/727,065 | 10/08/96 | BORMAN | G 15041.701 |

LM41/0608

CHARLES C CARY
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA 94304-1050

| EXAMINER | |
|---|---|
| HONG, S | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2776 | |

DATE MAILED: 06/08/98

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

08/727,085

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARK
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
| --- | --- | --- | --- |
| | | | |

| EXAMINER | |
| --- | --- |
| ART UNIT | PAPER NUMBER |
| | 5 |

DATE MAILED:

## INTERVIEW SUMMARY

All participants (applicant, applicant's representative, PTO personnel):

(1) Charles C. Cary (Applicant's rep.) (3)

(2) Stephen Hong (Examiner) (4)

Date of Interview 6-4-98

Type: ☑ Telephonic ☐ Televideo Conference ☐ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☑ No If yes, brief description:

Agreement ☐ was reached, ☑ was not reached.

Claim(s) discussed: 1, 13 and 23

Identification of prior art discussed: Yahoo Search engine, CNN website

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: Discussed the invention with respect to the claimed limitations in the Draft Amendment (see attached)

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

☑ It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a reply to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

Examiner Note: You must sign this form unless it is an attachment to another form.

FORM PTOL-413 (REV. 2-98)

TELEPHONE
(650) 493-9300

FAX
(650) 493-6811

SENDERS' DIRECT FAX:
(650) 845-5000

**WILSON SONSINI GOODRICH & ROSATI**
PROFESSIONAL CORPORATION
650 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304-1050
HTTP://WWW.WSGR.COM

ORIGINAL:
Will Not Follow x
Follows Via Mail
Follows Via Courier

# TELECOPY COVER SHEET

TO: Examiner Steven Hong ON: June 3, 1998 (Date) at (Time)

FIRM: ART UNIT: 2772 CLIENT NO.: 18041.701

CITY/ STATE: CLIENT NAME:

OFFICE PHONE: WSGR OPERATOR:

HOME PHONE:

TELECOPY #: (703) 305-9724 ___ ATTENTION: NOTIFY RECIPIENT BEFORE SENDING

___ ATTENTION: USE THIS FAX NO. ONLY

HOME FAX #: ___ ATTENTION: NOTIFY RECIPIENT BEFORE SENDING

___ ATTENTION: USE THIS FAX NO. ONLY

FROM: Charles C. Cary EXT.: 4945 LOCATION 1117-1

TOTAL NUMBER OF PAGES *INCLUDING THIS COVER SHEET*: 2

*IF YOU DO NOT RECEIVE THE ENTIRE DOCUMENT PLEASE CONTACT THE WSGR OPERATOR AT (650) 493-9300, Ext.* 7474

MESSAGE:

PLEASE DELIVER TO EXAMINER HONG. APPLICATION NO. 08/727,085 -

PROPOSED AMENDMENT.

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM WILSON SONSINI GOODRICH & ROSATI AND ARE FOR THE SOLE USE OF THE ABOVE INDIVIDUAL OR ENTITY, AND MAY BE PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER LAW. ANY OTHER DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE IF YOU ARE NOT THE INTENDED RECIPIENT AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS. WE WILL REIMBURSE YOUR REASONABLE PHONE AND POSTAGE EXPENSES FOR DOING SO.
1993 © WILSON SONSINI GOODRICH & ROSATI [ALL RIGHTS RESERVED]

H:\HOME\DH1\FAXES\FTO.FAX

DRAFT

PATENT
Attorney Docket No. 18041.701

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Patent Application of | ) | |
| Gilbert Borman et al. | ) | |
| Application No. 08/727,085 | ) | Group Art Unit: 2772 |
| Filed: October 8, 1996 | ) | Examiner: Stephen Hong |
| Title: INTERNET SEARCH TOOLS | ) | |

AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Responsive to the Official Action of March 3, 1998, Applicant respectfully requests reconsideration of the above-identified application in view of the following amendments and remarks.

IN THE SPECIFICATION:

IN THE TITLE:

Please delete the title "Internet Search Tools" and amend to read -- METHOD AND APPARATUS FOR RETRIEVING DATA FROM A NETWORK USING LOCATION IDENTIFIERS--

IN THE CLAIMS:

Please cancel claims 2-3, 8-9, 14-15 and 19-20.

Please amend the remaining claims 1, 4-7, 10-13, 16-18 and 21-26 as follows:

1. (Amended) A computer implemented method [and system for retrieving information from] for searching on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, and the method for searching comprising the [following steps] acts performed on the local computer of [:] :

constructing a search window on a display screen of the local computer;

displaying a first and a second icon on said display screen;

[receiving a 1st file of information] retrieving an initial data file from the network together with displaying the initial data file in the search window, and the initial data file [which includes site] including location identifiers [and other information];

parsing [said 1st file of information] the location [to extract a list comprising site] identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon; [and]

displaying any of the data files stored on the network in the search window; and

[responsive to a jump command, determining which of the list of site identifiers is currently selected and automatically selecting an other of said site identifiers from said list.]

retrieving a first data file corresponding to a selected one of the location identifiers in the stored initial list together with displaying the first data file in the search window, responsive to a selection of the second icon.

4. (Amended) The computer implemented method of claim 1 wherein:

said [1st] initial data file comprises information in a markup language; and

said [site] location identifiers comprise URLs.

5. (Amended) The computer implemented method of claim [3] 1 wherein:

said [1st] initial file and said [2nd] first data file comprise information in a markup language; and

said [site] location identifiers comprise URLs.

6. (Amended) The computer implemented method of claim [5] 1 wherein said [responsive step] retrieving act further comprises:

retrieving the first data file corresponding to the one of the location identifiers in the stored initial list [automatically selecting] selected from a group consisting of: a next [site] location identifier, a prior [site] location identifier, a first [site] location identifier and a last [site] location identifier, [said other of said site identifiers from said list.] together with displaying the first data file in the search window, responsive to a selection of the second icon.

7.(Amended) A computer usable medium having computer readable program code means embodied therein for searching on a local computer [causing a retrieval of information from] a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files , the computer readable program code means in said article of manufacture comprising:

computer readable program code means for causing a computer to construct a search window on a display screen of the local computer;

computer readable program code means for causing a computer to display a first and a second icon on said display screen;

computer readable program code means for causing a computer to [receive] retrieve [a 1st] an initial data file [of information] from the network and displaying the initial data file in the search window, and the initial data file [which includes site] including location identifiers [and other information];

computer readable program code means for causing a computer to parse the location identifiers from [said 1st] the initial data file [of information] to [extract a] form an initial list [comprising site] of location identifiers together with storing the initial list, responsive to a selection of the first icon;

computer readable program code means for causing a computer to display any of the data files stored on the network in the search window; and

computer readable program code means for causing a computer [responsive to a jump command,] to [determine which of the list of site identifiers is currently selected and to automatically select an other of said site identifiers from said list.] retrieve a first data file corresponding to a selected one of the location identifiers in the stored initial list together with displaying the first data file in the search window, responsive to a selection of the second icon.

10. (Amended) The computer readable program code means in said article of manufacture of claim 7 comprising:

computer readable program code means for causing a computer to [receive] retrieve [said 1st] the initial data file [of information], wherein said [1st] initial data file, comprises information in a markup language and said [site] location identifiers comprise URLs.

11. (Amended) The computer readable program code means in said article of manufacture of claim [9] 7 comprising:

computer readable program code means for causing a computer to [receive] retrieve [a 1st] the initial data file [of information] and [to access a 2nd] the first data file, wherein each of said [1st] initial and said [2nd] first data files, comprise information in a markup language and said [site] location identifiers comprise URLs.

12. (Amended) The computer readable program code means in said article of manufacture of claim [11] 7 comprising:

computer readable program code means for causing a computer to retrieve the first data file corresponding to the one of the location identifiers in the stored initial list [automatically select] selected [said other of said site identifiers from said list] from a group consisting of: a next [site] location identifier, a prior [site] location identifier, a first [site] location identifier and a last [site] location identifier[.] together with displaying the first data file in the search window, responsive to a selection of the second icon.

13. (Amended) A computer implemented method [of retrieving information] for searching on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, and the method for searching, comprising the [following steps] acts performed on the local computer of [:] :

constructing a search window on a display screen of the local computer;

displaying a first and a second icon on said display screen;

[receiving a 1st file of information] retrieving an initial data file from the network together with displaying the initial data file in the search window, and the initial data file [which includes site] including location identifiers [and other information];

parsing [said 1st file of information] the location [to extract a list comprising site] identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon; [and]

displaying any of the data files stored on the network in the search window; and

automatically [sending a plurality of jump commands to the browser wherein each of said jump commands includes a one of said site identifiers from said list comprising site identifiers, and wherein further responsive to said plurality of jump commands a site corresponding to each of said site identifiers is accessed.] retrieving at a predefined interval data files corresponding to each of the location identifiers in the stored initial list, together with successively displaying the data files in the search window, responsive to a single selection of the second icon.

16. (Amended) The computer implemented method of claim 13 wherein:

said [1st] initial data file comprises information in a markup language; and

said [site] location identifiers comprise URLs.

17. (Amended) The computer implemented method of claim [15] 13 wherein:

said [1st] initial data file and said first data file [comprises] comprise information in a markup language; and

said [site] location identifiers comprise URLs.

::ODMA\PCDOCS\SQL1\2185172\6

18. (Amended) A computer usable medium having computer readable program code means embodied therein for [causing a retrieval of information from] for searching on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, and the computer readable program code means in said article of manufacture comprising:

computer readable program code means for causing a computer to construct a search window on a display screen of the local computer;

computer readable program code means for causing a computer to display a first and a second icon on said display screen;

computer readable program code means for causing a computer to [receive] retrieve [a 1st ] an initial data file [of information] from the network together with displaying the initial data file in the search window, and the initial data file [which includes site] including location identifiers [and other information];

computer readable program code means for causing a computer to parse said [1st] initial data file [of information] to [extract] form [a] an initial list [comprising site] of location identifiers together with storing the initial list, responsive to a selection of the first icon;

computer readable program code means for causing a computer to automatically [send a plurality of jump commands wherein each of said jump commands includes a one of said site identifiers from said list comprising site identifiers, and wherein further responsive to said plurality of jump commands, a site corresponding to each of said site identifiers is accessed.] retrieve at a predefined interval data files corresponding to each of the location identifiers in the stored initial list, together with successively displaying the data files in the search window, responsive to a single selection of the second icon.

21. (Amended) The computer readable program code means in said article of manufacture of claim 18 comprising:

computer readable program code means for causing a computer to receive said [1st] initial data file [of information], wherein said [1st] initial data file, comprises information in a markup language and said [site] location identifiers comprise URLs.

22. (Amended) The computer readable program code means in said article of manufacture of claim [20] 18 comprising:

computer readable program code means for causing a computer to receive said [1st] initial data file and said first data file [of information], wherein said [1st] initial data file and said first data file, [comprises] comprise information in a markup language and said [site] location identifiers comprise URLs.

23. (Amended) A computer-implemented method [of retrieving information] for searching on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, and the method for searching comprising the [following steps] acts performed on the local computer of:

constructing a browser window on a display screen of the local computer;

displaying a first icon and a list window on said display screen;

[receiving] retrieving into [a] the browser window [a 1st] an initial data file [of information] from the network [which includes site identifiers and other information] together with displaying the initial data file in the browser window, and the initial data file including location identifiers;

parsing [said 1st file of information to extract a] the location identifiers from the initial data file to form an initial list [comprised] of [said 1st file site] location identifiers together with storing and displaying the initial list in the list window, responsive to a selection of the first icon;

[displaying a jumper window;

receiving into said jumper window said set of 1st file site identifiers;]

[selecting a one of said 1st file site identifiers from said browser window, wherein the browser accesses a location corresponding to said one selected and retrieves from said location a 2nd file which includes side identifiers and other information;]

[receiving into said browser window said 2nd file of information;]

maintaining the list window containing the list of location identifiers while displaying any of the data files stored on the network in the browser window; and

[selecting an other of said 1st file site identifier from said jumper window, wherein the

browser accesses a location corresponding to said other selected site identifier and retrieves from said location a 3rd file; and ]

[receiving into said browser said 3rd file.] .

retrieving a first data file corresponding to a one of the location identifiers displayed in the list window together with displaying the first data file in the browser window, responsive to a selection of the corresponding one of the location identifiers displayed in the list window.

24. A computer-implemented method of [retrieving information through a browser according to] of claim 23, wherein:

wherein said [1st] initial data file and said [2nd] first data file comprise information in a markup language and said [site] location identifiers comprise URLs.

25. (Amended) A computer usable medium having computer readable program code means embodied therein for [causing a retrieval of information from a] for searching on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, the computer readable program code means in said article of manufacture comprising:

computer readable program code means for constructing a browser window on a display screen of the local computer;

computer readable program code means for displaying a first icon and a list window on said display screen;

computer readable program code means for [causing a computer to receive] retrieving into [a] the browser window [a 1st] an initial data file [of information which includes site identifiers and other information] from the network together with displaying the initial data file in the browser window, and the initial data file including location identifiers;

computer readable program code means for [causing a computer to parse] parsing [said 1st] the location identifiers from the initial data file [of information] to [extract] form [a] an initial list [comprised] of [said 1st file site] location identifiers together with storing and displaying the initial list in the list window, responsive to a selection of the first icon;

[computer readable program code means for causing a computer to display a jumper window;

computer readable program code means for causing a computer to receive into said jumper window said set of 1st file site identifiers;]

[computer readable program code means for causing a computer to select a one of said 1st file site identifiers from said browser window, wherein the browser accesses a location corresponding to said one selected and retrieves from said location a 2nd file which includes side identifiers and other information;]

[computer readable program code means for causing a computer to receive into said browser window said 2nd file of information;]

computer readable program code means for maintaining the list window containing the list of location identifiers while displaying any of the data files stored on the network in the browser window; and [causing a computer to select an other of said 1st file site identifier from said jumper window, wherein the browser accesses a location corresponding to said other selected and retrieves from said location a 3rd file; and]

computer readable program code means for retrieving a first data file corresponding to a one of the location identifiers displayed in the list window together with displaying the first data file in the browser window, responsive to a selection of the corresponding one of the location identifiers displayed in the list window. [causing a computer to receive into said browser said 3rd file.]

26. The computer readable program code means in said article of manufacture of claim 25 comprising:

computer readable program code means [for causing a computer] to [receive] retrieve said [1st] initial data file of information, wherein said [1st] initial data file, comprises information in a markup language and said [site] location identifiers comprise URLs.

::ODMA\PCDOCS\SQL1\2185126

06/04/98 06:36 WILSON SONSINI → 4033585724 NO.790 P010

**REMARKS**

This communication is responsive to Office Action of March 3, 1998. Claims 1-26 are present for examination of which claims 1,7,18, 23 and 25 are independent claims. Examiner has noted that the informal drawings are suitable for examination purposes only. Examiner has objected to the new title as not descriptive. Claims 1-6 stand rejected under 35 U.S.C. § 112, second paragraph, as being indefinite. Claims 1, 7 and 18 are rejected under 35 U.S.C. §101 because the claims are directed to "Manipulation of Abstract Ideas Without a Claimed Practical Application.." Claims 1-5, 7-11 and 13-22 are rejected under 35 U.S.C. 102(a) as being anticipated by Applicant's admitted known prior art. Claims 6 and 12 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of AltaVisa, "http:/www.altavista.com", 2/2098, screen printouts pp. 1-2. Claims 23-26 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of CNN Interactive, "http:/cnn.com/index", 2/20/98, screen printout pp.1-7.

Applicant has canceled claims 2-3, 8-9, 14-15 and 19-20. Applicant has amended the remaining claims 1, 4-7, 10-13, 16-18 and 21-26.

*3:* **Drawings:**

Applicant will submit formal drawings at such time as the Examiner indicates allowability of one or more claims.

*4-5:* **Specification:**

The title has been amended to a: --METHOD AND APPARATUS FOR RETRIEVING DATA FROM A NETWORK USING LOCATION IDENTIFIERS--. Applicant has reviewed the application for typographical errors.

*6:* **Rejection Under 35 U.S.C. § 112, ¶ 2 of Claims 1-6:**

Claims 1-6 stand rejected under 35 U.S.C. § 112, second paragraph as being indefinite for failing to particularly point out and distinctly claim the subject matter which Applicant regards as the invention.

Applicant amends Claims 1-6 to distinctly claim the invention as a "A computer implemented method for searching a network...." (Applicant's amended Claim 1, at lines 1-2)

and requests that the Examiner reconsider and withdraw the rejection under 35 U.S.C. § 112 in view of the amendments.

*7-8:* **Rejection Under 35 U.S.C. § 101 of Claims 1, 7 and 18:**

Independent Claims 1, 7 and 18 stand rejected under 35 U.S.C. §101 because the claims are directed to "Manipulation of Abstract Ideas Without a Claimed Practical Application." Applicant has amended each of claims 1, 7, and 18 to include the practical limitation of retrieving data from remote Internet sites which are then displayed on a screen. Applicant requests that the Examiner reconsider and withdraw the rejection under 35 U.S.C. § 101 in view of the amendments.

*9-10:* **Rejection Under 35 U.S.C. § 102(a) of Claims 1-5, 7-11 and 13-22:**

Claims 1-5, 7-11 and 13-22 are rejected under 35 U.S.C. 102(a) as being anticipated by Applicant's admitted known prior art. Applicant has amended each of independent claims 1, 7, 13 and 18 to include the limitations performed on a local computer of:

*"...retrieving an initial data file from the network ... parsing the location identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon..." (Amended Claim 1, lines 9, 12-14)*

*" ... retrieve an initial data file from the network ...to parse the location identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon..." (Amended Claim 7, lines 11-12, 23-26)*

*"... retrieving an initial data file from the network... parsing the location identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon..."(Amended Claim 13, lines 8, 11-13)*

*" ... retrieve an initial data file from the network ... parse said initial data file to form an initial list of location identifiers together with storing the initial list ... responsive to a selection of the first icon..." (Amended Claim 18, lines 11-12, 15-17)*

Examiner has indicated that by underlining the URL hotlinks on each Web page the Netscape Browser parses the initial data file (Office Action at page 5). Assuming, arguendo, that the underlining of URL hotlinks by the Netscape browser involves a parsing step, there are still claimed patentable distinctions between the "parsing" of the Netscape browser and

the parsing claimed in the current invention. First, the Netscape browser does not provide a "first icon" for selecting which of the pages displayed in the search window will be parsed to form an initial list. Second, the Netscape browser does not store the initial list of location identifiers as is claimed by the applicant. In the specification at page 17 the applicant indicates that: "... if a determination is made that the refresh/update button ... has been selected, then an HTML encoded page displayed in the browser view window is parsed into ... hot links... [t]hen the hot-links [are stored] ... in storage segment 230" (Specification at page 17, lines 19-31). Thus the parsing in the applicant's invention is an optional treatment accorded to a web page displayed in the browser's view window, the selection of which option results in the extraction from the selected web page of specific information, i.e. hot links, and the storage of that information for later use. There is no corresponding capability in any of the references cited.

The Examiner has indicated that the Yahoo search engine shows where the user activates the next page request, and in view of the current page, the next page (i.e. site identifier is automatically chosen (Office Action, page 6). The navigation tools provided by the Internet search providers such as Yahoo and Alta Vista, i.e. the "next 20 button" and "the 1-10, 10-20, etc. button bars " do not achieve the claimed functionality of the applicant's invention in several respects. First, both Yahoo and Alta-Vista (See Appendix C, line 171-188, and Appendix D, line 183-202) hardcode the various permutations of the button bar into the initial and each subsequent data file received from them. Thus, the user has no choice as to the creation of the button bar, it is provided only provided for locations catalogued by Yahoo or Alta-Vista and only within the context of their pages. The button bar is not part of the processes on the local computer, rather it is hardcoded into the pages provided by information indexers such as Yahoo and Alta-Vista. Second, the button bar is NOT stored separately from the initial data file, it is part of the file. Once you visit a location you no longer have any such navigation tool. Thus the button bar is a transient phenomenon, visible only within the confines of the Yahoo page. Once you visit a site the button bar is gone, and because it is not stored, you must hit the back button on the browser one or more times to return to the Yahoo search, and then select the next site to visit. Third, you can not select a location identifier with the buttons on Yahoo and Alta-Vista, rather you select a set, e.g. "next 20", of location identifiers.

**APPENDIX: A**

## CNN-MAIN PAGE

```
<html>
<head>
<title>CNN Interactive</title>
<script language="javascript" src="/virtual/1998/code/cnn.js">
</script>
<link rel="stylesheet" href="/virtual/1998/code/cnn.css" type="text/css">
</head>
<body bgcolor="white" link="#3333cc" vlink="#777777"
onload="if(parent.frames.length!=0)top.location='http://cnn.com';">
<a name="top"></a>
<table width=600 cellpadding="0" cellspacing="0" border="0">
<tr><td colspan="3"><table border="0" width="600" cellspacing="0"
cellpadding="0"><tr><td width="120"><A
HREF="/event.ng/Type=click&RunID=11075&ProfileID=469&AdID=5902&GroupID=1&
FamilyID=328&TagValues=434.435.586.598.606.629.644.645&Redirect=http:%2F%2Fallp
olitics.com" target="_top"><img src="/ads/advertiser/cnn/9805/promos/tempolitics120.gif"
border=1 height=60 width=120 alt="What's new in Politics today?"></a></td><td
width="8" align=right><a href="/ads/e.market/"><img
src="/images/1998/05/homepage/ad.info.gif" width=7 height=62 border=0 alt="ad
info"></a></td><td width="468"><A
HREF="/event.ng/Type=click&RunID=11294&ProfileID=34&AdID=6188&GroupID=15&
FamilyID=849&TagValues=249.434.435.586.594.598.506.629&Redirect=http:%2F%2Fww
w.pagenet.com%2F" target="_top"><img src="/ads/advertiser/pagenet/9805/pn.slide.99.gif"
border=1 height=60 width=468 alt=""></a></td></tr></table><hr noshade width="600"
size="1" align="LEFT">
</td></tr><tr valign=top><td width="125">
<a href="/index.html"><img src="/images/1998/05/homepage/cnnin.logo.gif" alt="CNNin"
width="125" height="76" border="0" hspace="0" vspace="0"></a><br>

<!--TOP-LEVEL NAVIGATION-->
<table border="0" width="125" cellspacing="0" cellpadding="2" bgcolor="#CCCCFF">
<tr>
<td bgcolor="#333399"><img src="/images/1998/05/homepage/icon.arrow.left.gif"
width="15" height="15" align="RIGHT"><b><font face="Helvetica, Arial,sans-serif"
size="1"> <a href="/index.html"><font color="#FFFFFF">MAIN
PAGE</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/WORLD/"><font color="#000000">WORLD</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a href="/US/"><font
```

```
color="#000000">U.S.</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/LOCAL/"><font color="#000000">U.S. LOCAL</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/allpolitics/"><font color="#000000">POLITICS</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/WEATHER/"><font color="#000000">WEATHER</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/cnnfn/"><font color="#000000">BUSINESS</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/cnnsi/"><font color="#000000">SPORTS</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TECH/"><font color="#000000">SCI-TECH</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/SHOWBIZ/"><font
color="#000000">ENTERTAINMENT</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TRAVEL/"><font color="#000000">TRAVEL</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/HEALTH/"><font color="#000000">HEALTH</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/STYLE/"><font color="#000000">STYLE</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/SPECIALS/"><font color="#000000">IN-DEPTH</font></a></font></b></td>
```

```
</tr>
<tr>
<td><hr size=1 noshade></td>
</tr>
<tr>
  <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="http://cnn.com/CustomNews/"><font color="#000000">custom
news</font></a></font></td>
</tr>
<tr>
  <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/QUICKNEWS/"><font color="#000000">news summary</font></a></font></td>
</tr>
<tr>
  <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/almanac/daily/"><font color="#000000">daily almanac</font></a></font></td>
</tr>
<tr>
  <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TRANSCRIPTS/"><font color="#000000">on-air
transcripts</font></a></font><br><br></td>
</tr>
</table>

<!--/TOP-LEVEL NAVIGATION -->
```

MAIN PAGE
WORLD
U.S.
U.S. LOCAL
POLITICS
WEATHER
[illegible]
BUSINESS
SPORTS
SCI-TECH
ENTERTAINMENT
TRAVEL
HEALTH
STYLE
IN-DEPTH
[illegible]

CNN WEB SITES

svenska
en español
em português

MORE SERVICES

[illegible]

DISCUSSION

[illegible]

CNN SERVICE

[illegible]

# weather

mainpage

## Deadly storms return to East

Rescue crews went house to house searching for victims Wednesday after powerful storms and possibly tornadoes slammed into the East Coast for the second time this week. At least two people were killed in Pennsylvania. There also was extensive damage in Maryland.

(FULL STORY)

## Carolinas stormy; Texas gets heat wave

Thunderstorms were lining up over the Carolinas and into the muggy Tennessee Valley early Wednesday as the southern Plains got ready for more blistering heat. Stormy weather was shaping up across the Pacific Northwest.

(FULL STORY)

## Tornado victims get help

FOUR DAY FORECASTS FOR 6,300 CITIES WORLDWIDE

u.s. cities

[illegible]

world cities

[illegible]

ALLERGY REPORT

[illegible]

SPECIALS

[illegible]

STAY INFORMED DURING WEATHER EMERGENCIES

[illegible]

**APPENDIX: B**

**CNN WEATHER**

```
<HTML>
<HEAD>
<TITLE>CNN - Weather</TITLE>
<LINK REL="stylesheet" HREF="/virtual/1998/code/cnn.css" TYPE="text/css">
<SCRIPT LANGUAGE="javascript" SRC="/virtual/weather/vector.js">
</SCRIPT>
</HEAD>
<BODY BGCOLOR="WHITE" TEXT="#000000" LINK="#3333CC"
VLINK="#666666">
<a name="top"></a>
<table width=600 cellpadding="0" cellspacing="0" border="0">
<tr valign="top"><td colspan="3">
<table border="0" width="600" cellspacing="0" cellpadding="0"><tr valign="TOP"><td
width="120"><A
HREF="/event.ng/Type=click&RunID=11075&ProfileID=469&AdID=5904&GroupID=1&
FamilyID=328&TagValues=434.435.586.598.606.629.644.645&Redirect=http:%2F%2Fcnn
.com%2FSHOWBIZ" target="_top"><img
src="/ads/advertiser/cnn/9805/promos/tempshowbiz120.gif" border=1 height=60 width=120
alt="What's new in Showbiz today?"></a></td><td width="8" align=right><a
href="/ads/e.market/"><img src="/images/1998/05/homepage/ad.info.gif" width=7
height=62 border=0 alt="ad info"></a></td><td width="468"><A
HREF="/event.ng/Type=click&RunID=9909&ProfileID=48&AdID=5942&GroupID=24&F
amilyID=328&TagValues=307.434.435.586.594.598.606.629&Redirect=http:%2F%2Fwww
.roughcut.com" target="_top"><img src="/ads/advertiser/cnn/9805/regodzilla468.gif"
border=1 height=60 width=468 alt="TNT Rough Cut and Propecia present the summer
movie monster mash"></a></td></tr></table>
<hr noshade width="600" size="1" align="LEFT">
</td></tr><tr valign=top><td width="125">
<a href="/index.html"><img src="/images/1998/05/homepage/cnnin.logo.gif" alt="CNNin"
width="125" height="76" border="0" hspace="0" vspace="0"></a><br>

<!--TOP-LEVEL NAVIGATION-->
<table border="0" width="125" cellspacing="0" cellpadding="2" bgcolor="#CCCCFF">
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/index.html"><font color="#000000">MAIN PAGE</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/WORLD/"><font color="#000000">WORLD</font></a></font></b></td>
</tr>
<tr>
```

```
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a href="/US/"><font
color="#000000">U.S.</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/LOCAL/"><font color="#000000">U.S. LOCAL</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/allpolitics/"><font color="#000000">POLITICS</font></a></font></b></td>
</tr>
<tr>
<td bgcolor="#333399"><img src="/images/1998/05/homepage/icon.arrow.down.gif"
width="15" height="15" align="RIGHT"><b><font face="Helvetica, Arial,sans-serif"
size="1"> <a href="/WEATHER/"><font
color="#FFFFFF">WEATHER</font></a></font></b></td>
</tr>
<tr>
<td bgcolor="#9999FF"><b><font face="Helvetica, Arial,sans-serif" size="1"> 
 <a href="/WEATHER/images.html"><font color="#000000">weather
maps</font></a></font></b></td>
</tr>
<tr>
<td bgcolor="#9999FF"><b><font face="Helvetica, Arial,sans-serif" size="1"> 
 <a href="/WEATHER/storm.center/"><font color="#000000">storm
center</font></a></font></b></td>
</tr>
<tr>
<td bgcolor="#9999FF"><b><font face="Helvetica, Arial,sans-serif" size="1"> 
 <a href="/WEATHER/allergy/"><font color="#000000">allergy
report</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/cnnfn/"><font color="#000000">BUSINESS</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/cnnsi/"><font color="#000000">SPORTS</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TECH/"><font color="#000000">SCI-TECH</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
```

```
href="/SHOWBIZ/"><font
color="#000000">ENTERTAINMENT</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TRAVEL/"><font color="#000000">TRAVEL</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/HEALTH/"><font color="#000000">HEALTH</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/STYLE/"><font color="#000000">STYLE</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/SPECIALS/"><font color="#000000">IN-DEPTH</font></a></font></b></td>
</tr>
<tr>
     <td><hr size=1 noshade></td>
</tr>
<tr>
 <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="http://cnn.com/CustomNews/"><font color="#000000">custom
news</font></a></font></td>
</tr>
<tr>
 <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/QUICKNEWS/"><font color="#000000">news summary</font></a></font></td>
</tr>
<tr>
 <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/almanac/daily/"><font color="#000000">daily almanac</font></a></font></td>
</tr>
<tr>
 <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TRANSCRIPTS/"><font color="#000000">on-air
transcripts</font></a></font><br><br></td>
</tr>
</table>

<!--/TOP-LEVEL NAVIGATION -->
```



About 53,754,269 matches were found.

**Real Name[SM] Address - computer graphics**
Subscribe your company, brands and trademarks to the Real Name System.

1. **TU Vienna - Computer Graphics - Algorithms and Programming Methodology**
[URL: stunix.tuwien.ac.at/]
TU Vienna > Computer Graphics. Abteilung für Algorithmen und Programmiermethodik (Prof. Barth) (Algorithms and Programming Methodology Group)...
Last modified 12-Mar-98 - page size 6K - in English [ Translate ]

2. **hitmel galleries for 3d computer graphics!**
[URL: www.asmggnh.com/]
studio and gallery of 3d computer artist Dave Hill
Last modified 14-Feb-98 - page size 4K - in English [ Translate ]

3. **Okino Computer Graphics**
[URL: www.okino.com/]
Okino Computer Graphics develops and markets a broad range of 3d rendering, visualization, 3d data translation/conversion and toolkit software: the NuGraf
Last modified 25-Aug-97 - page size 1K - in English [ Translate ]

4. **Computer Graphics at Stanford University**
[URL: www-graphics.stanford.edu/]
Welcome to the World Wide Web server of the Stanford Computer Graphics Laboratory. The URL of this page is http://graphics.stanford.edu. *** Workshop on..
Last modified 30-Mar-98 - page size 3K - in English [ Translate ]

5. **Paradigm Productions - 3D Computer Graphics, Animation & Design**
[URL: www.2dimes.com/]
3D Computer Graphics * Animation * Design. Paradigm Productions. P.O. Box 770188, Memphis, Tennessee 38177-0188. 901-685-7703. http://www.2dimes.com....
Last modified 30-Dec-97 - page size 3K - in English [ Translate ]

6. **University of Otago, NZ, Computer Graphics Laboratory**
[URL: atlas.otago.ac.nz:800/graphics/haydenresearch.html]
This research project investigates ways of visualising the spatial relationships of spectral data. The spectral data is sampled from the sub-surface of...
Last modified 17-Jul-97 - page size 1K - in English [ Translate ]

7. **Computer Graphics and Interactive Media Page**
[URL: community.only.com/]

Amazon.com suggests
Books of the Day
Titles about computer gra...

Entertainment
Finance
Health
Travel

Free Email
Translation

Our Search Network
Search in Chinese
Search in Japanese
Search in Korean

Netscape

Computer Graphics and Interactive Media Home Page. Welcome to the Computer Graphics and Interactive Media Page. We are a research group in Bellcore's...
Last modified 12-Mar-98 - page size 753 bytes - in English [Translate]

8. 3D Animation Grafik Computer Graphics Web-Design Layout Film Video NTML Multim
[URL: www.cmr-sc.com/]
Computergrafic Meinhard Ritter und SCARABAEUS COMPUTER GRAFIK André Dokmanov. Professionelle 2D/3D-Konstruktionen und Animationen für Film und Video...
Last modified 20-Feb-98 - page size 5K

9. UCD Computer Graphics Lab Home Page
[URL: muldoon.cipic.ucdavis.edu/]
UC Davis Visualization and Computer Graphics. People. Research. Publications. Notes. Gallery. Courses. Facilities. Join Us. Source Code....
Last modified 14-Mar-98 - page size 3K - in English [Translate]

10. 6.837--Computer Graphics SGI locations
[URL: graphics.lcs.mit.edu/6.837/f96/sgis.html]
Current public SGI machines: 1-142 10 SGI's. 2-225 13 SGI's. 11-113 3 SGI's. 11-116 3 SGI's. 37-312 4 SGI's. 66-080 10 SGI's. W20-575 25 SGI's. Rotch...
Last modified 9-Sep-96 - page size 1K - in English [Translate]

Pages: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 [>>]

word count: computer: 24067421; graphics: 38023009

Search | Choose | Add URL | Help | Feedback
©1998 Digital Equipment Corporation. All Rights Reserved.
About AltaVista | Text-Only | Disclaimer | Privacy
digital

**APPENDIX: C**

**ALTA VISTA**
**Page 1 of ____**

```
<html><head>
<title>AltaVista: Simple Query computer graphics</title>
</head><body bgcolor=#ffffff text=#000000 link=#000099 vlink=#663366 alink=#ff0000>
<MAP NAME="hdr">
<AREA SHAPE=RECT COORDS="378,33,420,51" HREF="/" ALT=Home>
<AREA SHAPE=RECT COORDS="424,33,456,52" HREF="/av/content/zones.html"
ALT=Zones>

<b>10. </b><a href="http://graphics.lcs.mit.edu/6.837/f96/sgis.html"><b>6.837--Computer
Graphics SGI locations</b></a><br>
<font face=arial size=-2>[<b>URL:</b>
graphics.lcs.mit.edu/6.837/f96/sgis.html]</font><br>
Current public SGI machines: 1-142 10 SGI's. 2-225 13 SGI's. 11-113 3 SGI's. 11-116 3
SGI's. 37-312 4 SGI's. 66-080 10 SGI's. W20-575 25 SGI's. Rotch...<br><font face=arial
size=-2>Last modified 9-Sep-96 - page size 1K - in English [ <a
href="http://babelfish.altavista.digital.com/cgi-bin/translate?urltext=http%3a%2f%2fgraphic
s%2elcs%2emit%2eedu%2f6%2e837%2ff96%2fsgis%2ehtml&language=en">Translate</a>
]</font><P>
</font><font face=arial size=-1>Pages: <b>1</b> <a
href="/cgi-bin/query?pg=q&q=computer+graphics&stq=10&c9k">2</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=20&c9k">3</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=30&c9k">4</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=40&c9k">5</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=50&c9k">6</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=60&c9k">7</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=70&c9k">8</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=80&c9k">9</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=90&c9k">10</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=100&c9k">11</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=110&c9k">12</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=120&c9k">13</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=130&c9k">14</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=140&c9k">15</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=150&c9k">16</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=160&c9k">17</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=170&c9k">18</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=180&c9k">19</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=190&c9k">20</a>
 <a
```

About 44,852,431 matches were found.

81. F.V.C.C. - Printing, Copying, Graphics, Computer Services
[URL: www.fv-chamber.com/biz/printgraph.html]
Printing, Copying, Graphics, Computer Services. Kinko's Bob Bowie & Kirk Hoover 18709 Brookhurst Street Fountain Valley, CA 92708 Phone: (714)...
Last modified 4-Dec-97 - page size 1K - in English [ Translate ]

82. Computer Graphics
[URL: the-duke.duq-duke.duq.edu/notes/week_7/COMPAN_G.htm]
Computer Graphics & Animation. Computer animation is the use of computers to creat e animations. There are a few different ways to make computer...
Last modified 18-Aug-96 - page size 3K - in English [ Translate ]

83. Techimage - 3D Computer Graphics
[URL: www.techimage.co.uk/noframes/houdini/t_1_14.html]
Expandable Foundation: Future specialised tools will fit into the Houdini foundation seamlessly. Techimage Ltd., 25 Lodersfield, Lechlade,...
Last modified 10-Apr-97 - page size 1K - in English [ Translate ]

84. CS 790a -- Computer Graphics -- Class 28
[URL: www.cs.unr.edu/~fredh/class/790a/class/class28.html]
CS 790a -- Computer Graphics -- Class 28. Question-Answer session. Senior Project Presentation. Mr. Butt. Last Modified: 2/14/97 fredh@cs.unr.edu
Last modified 21-Mar-97 - page size 388 bytes - in English [ Translate ]

85. TIME INK - Computer Graphics Home Page
[URL: timeink.com/default.html]
Viewing this page requires a browser capable of displaying frames.
Last modified 3-Dec-97 - page size 435 bytes - in English [ Translate ]

86. SFTW301 - Computer Graphics
[URL: www.umac.mo/fst/sftw301.html]
SFTW301 - Computer Graphics. Conceptual model for the interactive computer graphics programmer. Coordinate systems. Graphical input and output....
Last modified 24-Sep-97 - page size 600 bytes - in English [ Translate ]

87. ARC 104. INTRODUCTION TO COMPUTER GRAPHICS
[URL: www2.sunydutchess.edu/Credit/Courses/ARC104.html]
ARCHITECTURAL TECHNOLOGY. NOTE: The College reserves the right to retain certain selected works of students enrolled in its architectural design courses...
Last modified 4-Nov-97 - page size 1K - in English [ Translate ]

88. Computer Graphics FAQ's

Amazon.com suggests
Books of the Day
Titles about computer gra...

Entertainment
Finance
Health
Travel

Free Email
Translation

Our Search Network
Search in Chinese
Search in Japanese
Search in Korean

Netscape

[URL: www.bergen.org/AAST/ComputerAnimation/He..._Raytrace2.html]
Raytracing FAQ - Part 2. This is part 2 of the comp.graphics.rendering.raytra ing Frequently Asked Questions list. The latest version of the FAQ is...
Last modified 9-Dec-98 - page size 48K - in English [ Translate ]

89. **Bibliography on computer graphics and vision**
[URL: wheat.uwaterloo.ca/bibliography/Graphics/Contrib.html]
Bibliography on computer graphics and vision. This bibliography is a part of the Computer Science Bibliography Collection.
Last modified 31-Mar-98 - page size 5K - in English [ Translate ]

90. **CSE328 FUNDAMENTALS OF COMPUTER GRAPHICS**
[URL: www.cs.sunysb.edu/~theo/328/course.html]
CSE328: FUNDAMENTALS OF COMPUTER GRAPHICS. Monday, Friday 12:40-2:00pm Room Life Sciences 030 (it may change soon) Instructor: T. Pavlidis,...
Last modified 31-Mar-98 - page size 5K - in English [ Translate ]

Pages: [<<] 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 [>>]

word count: computer: 24087421; graphics: 18023008

©1995-98 Digital Equipment Corporation

**APPENDIX: D**

**ALTA VISTA**
**Page 9 of.......**

```
<html><head>
<title>AltaVista: Simple Query computer graphics</title>
</head><body bgcolor=#ffffff text=#000000 link=#000099 vlink=#663366 alink=#ff0000>
<MAP NAME="hdr">
<AREA SHAPE=RECT COORDS="378,33,420,51" HREF="/" ALT=Home>
<AREA SHAPE=RECT COORDS="424,33,456,52" HREF="/av/content/zones.html"
ALT=Zones>
<AREA SHAPE=RECT COORDS="462,33,507,52" HREF="/av/content/services.html"

CSE328: FUNDAMENTALS OF COMPUTER GRAPHICS. Monday, Friday
12:40-2:00pm Room Life Sciences 030 (it may change soon) Instructor: T.
Pavlidis,...<br><font face=arial size=-2>Last modified 31-Mar-98 - page size 5K - in
English [ <a
href="http://babelfish.altavista.digital.com/cgi-bin/translate?urltext=http%3a%2f%2fwww%
2ecs%2esunysb%2eedu%2f%7etheo%2f328%2fcourse%2ehtml&language=en">Translate</
a> ]</font><P>
</font><font face=arial size=-1>Pages: <a
href="/cgi-bin/query?pg=q&q=computer+graphics&stq=70&c9k">[<b>&lt;&lt;</b>]</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=0&c9k">1</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=10&c9k">2</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=20&c9k">3</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=30&c9k">4</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=40&c9k">5</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=50&c9k">6</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=60&c9k">7</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=70&c9k">8</a>
 <b>9</b> <a
href="/cgi-bin/query?pg=q&q=computer+graphics&stq=90&c9k">10</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=100&c9k">11</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=110&c9k">12</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=120&c9k">13</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=130&c9k">14</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=140&c9k">15</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=150&c9k">16</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=160&c9k">17</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=170&c9k">18</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=180&c9k">19</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=190&c9k">20</a>
 <a
```

GP 2772 #6/A 6-15-98 MJC

*CERTIFICATE OF MAILING*
I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on: June 4, 1998.

Donna L. Hengst

JUN 0 8 1998 PATENT & TRADEMARK OFFICE

**PATENT**
**Attorney Docket No. 18041.701**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of )
Gilbert Borman et al. )
Application No. 08/727,085 )
Filed: October 8, 1996 )
Title: INTERNET SEARCH TOOLS )

Group Art Unit: 2772
Examiner: Stephen Hong

RECEIVED 98 JUN 11 AM 10:12 GROUP 2700

**AMENDMENT**

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Responsive to the Official Action of March 3, 1998, Applicant respectfully requests reconsideration of the above-identified application in view of the following amendments and remarks.

**IN THE SPECIFICATION:**

**IN THE TITLE:**

Please delete the title "Internet Search Tools" and amend to read -- METHOD AND APPARATUS FOR RETRIEVING DATA FROM A NETWORK USING LOCATION IDENTIFIERS--.