IN THE CLAIMS:

Please cancel claims 2-3, 8-9, 14-15 and 19-20.

Please amend the remaining claims 1, 4-7, 10-13, 16-18 and 21-26 as follows:

1. (Amended) A computer implemented method [and system for retrieving information from] for searching on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, and the method for searching comprising the [following steps] acts performed on the local computer of [;] :

constructing a search window on a display screen of the local computer;

displaying a first and a second icon separate from the search window on said display screen;

[receiving a 1st file of information] retrieving an initial data file from the network together with displaying the initial data file in the search window, and the initial data file [which includes site] including location identifiers [and other information];

parsing [said 1st file of information] the location [to extract a list comprising site] identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon; and

[responsive to a jump command, determining which of the list of site identifiers is currently selected and automatically selecting an other of said site identifiers from said list] retrieving a first data file corresponding to a selected one of the location identifiers in the stored initial list together with displaying the first data file in the search window, responsive to a selection of the second icon.

2. (Amended) The computer implemented method of claim 1 wherein;

said [1st] initial data file comprises information in a markup language; and

said [site] location identifiers comprise URLs.

2

G 000250

3.
1    5. (Amended)   The computer implemented method of claim [3] 1 wherein:
2        said [1st] initial file and said [2nd] first data file comprise information in a markup
3    language; and
4        said [site] location identifiers comprise URLs.

4.
1    6. (Amended)   The computer implemented method of claim [5] 1 wherein said [responsive
2    step] retrieving act further comprises;
3        retrieving the first data file corresponding to the one of the location identifiers in the
4    stored initial list    [automatically selecting] selected from a group consisting of: a next [site]
5    location identifier, a prior [site] location identifier, a first [site] location identifier and a last
6    [site] location identifier, [said other of said site identifiers from said list.] together with
7    displaying the first data file in the search window, responsive to a selection of the second
8    icon.

5.
1    7. (Amended)    A computer usable medium having computer readable program code means
2    embodied therein for searching on a local computer [causing a retrieval of information from]
3    a network of nodes with data files stored at corresponding ones of the nodes and each of the
4    data files identifiable by a location identifier and several of the data files containing location
5    identifiers for others of the data files , the computer readable program code means in said
6    article of manufacture comprising:
7        computer readable program code means for causing a computer to construct a search
8    window on a display screen of the local computer;
9        computer readable program code means for causing a computer to display a first and a
10    second icon separate from the search window on said display screen;
11        computer readable program code means for causing a computer to [receive] retrieve [a
12    1st] an initial data file [of information] from the network and displaying the initial data file
13    in the search window, and the initial data file [which includes site] including location
14    identifiers [and other information];
15        computer readable program code means for causing a computer to parse the location
16    identifiers from [said 1st] the initial data file [of information] to [extract a] form an initial list
17    [comprising site] of location identifiers together with storing the initial list, responsive to a

18  selection of the first icon; and
19      computer readable program code means for causing a computer [responsive to a jump
20  command,] to [determine which of the list of site identifiers is currently selected and to
21  automatically select an other of said site identifiers from said list.] retrieve a first data file
22  corresponding to a selected one of the location identifiers in the stored initial list together
23  with displaying the first data file in the search window, responsive to a selection of the
24  second icon.

6.
1   10. (Amended)   The computer readable program code means in said article of manufacture
2   of claim 7 comprising:
3       computer readable program code means for causing a computer to [receive] retrieve
4   [said 1st] the initial data file [of information], wherein said [1st] initial data file, comprises
5   information in a markup language and said [site] location identifiers comprise URLs.

7.
1   11. (Amended)   The computer readable program code means in said article of manufacture
2   of claim [9] 7 comprising:
3       computer readable program code means for causing a computer to [receive] retrieve [a
4   1st] the initial data file [of information] and [to access a 2nd] the first data file, wherein each
5   of said [1st] initial and said [2nd] first data files, comprise information in a markup language
6   and said [site] location identifiers comprise URLs.

8.
1   12. (Amended)   The computer readable program code means in said article of manufacture
2   of claim [11] 7 comprising:
3       computer readable program code means for causing a computer to retrieve the first data
4   file corresponding to the one of the location identifiers in the stored initial list [automatically
5   select] selected [said other of said site identifiers from said list] from a group consisting of:
6   a next [site] location identifier, a prior [site] location identifier, a first [site] location
7   identifier and a last [site] location identifier[.] together with displaying the first data file in
8   the search window, responsive to a selection of the second icon.

9.
1   13. (Amended)   A computer implemented method [of retrieving information] for searching

```
 1    on a local computer a network of nodes with data files stored at corresponding ones of the
 2    nodes and each of the data files identifiable by a location identifier and several of the data
 3    files containing location identifiers for others of the data files, and the method for searching,
 4    comprising the [following steps] acts performed on the local computer of [;] :
 5        constructing a search window on a display screen of the local computer;
 6        displaying a first and a second icon separate from the search window on said display
 7    screen;
 8        [receiving a 1st file of information] retrieving an initial data file from the network
 9    together with displaying the initial data file in the search window, and the initial data file
10    [which includes site] including location identifiers [and other information];
11        parsing [said 1st file of information] the location [to extract a list comprising site]
12    identifiers from the initial data file to form an initial list of location identifiers together with
13    storing the initial list, responsive to a selection of the first icon; and
14        automatically [sending a plurality of jump commands to the browser wherein each of
15    said jump commands includes a one of said site identifiers from said list comprising site
16    identifiers, and wherein further responsive to said plurality of jump commands a site
17    corresponding to each of said site identifiers is accessed.] retrieving at a predefined time
18    interval data files corresponding to each of the location identifiers in the stored initial list,
19    together with successively displaying the data files in the search window, responsive to a
20    single selection of the second icon.
```

```
         10.              9
 1    16. (Amended)    The computer implemented method of claim 15 wherein:
 2        said [1st] initial data file comprises information in a markup language; and
 3        said [site] location identifiers comprise URLs.

         11.              9
 1    17. (Amended)    The computer implemented method of claim [15] 13 wherein:
 2        said [1st] initial data file and said first data file [comprises] comprise information in a
 3    markup language; and
 4        said [site] location identifiers comprise URLs.

         12.
 1    18. (Amended)    A computer usable medium having computer readable program code means
```

1  embodied therein for [causing a retrieval of information from] <u>for searching on a local</u>
2  <u>computer a network of nodes with data files stored at corresponding ones of the nodes and</u>
3  <u>each of the data files identifiable by a location identifier and several of the data files</u>
4  <u>containing location identifiers for others of the data files, and</u> the computer readable program
5  code means in said article of manufacture comprising:
6    <u>computer readable program code means for causing a computer to construct a search</u>
7  <u>window on a display screen of the local computer;</u>
8    <u>computer readable program code means for causing a computer to display a first and a</u>
9  <u>second icon separate from the search window on said display screen;</u>
10   computer readable program code means for causing a computer to [receive] <u>retrieve</u> [a
11 1st ] <u>an initial data</u> file [of information] <u>from the network together with displaying the initial</u>
12 <u>data file in the search window, and the initial data file</u> [which includes site] <u>including</u>
13 <u>location</u> identifiers [and other information];
14   computer readable program code means for causing a computer to parse said [1st] <u>initial</u>
15 <u>data</u> file [of information] to [extract] <u>form</u> [a] <u>an initial</u> list [comprising site] <u>of location</u>
16 identifiers <u>together with storing the initial list, responsive to a selection of the first icon;</u>
17   computer readable program code means for causing a computer to automatically [send a
18 plurality of jump commands wherein each of said jump commands includes a one of said
19 site identifiers from said list comprising site identifiers, and wherein further responsive to
20 said plurality of jump commands, a site corresponding to each of said site identifiers is
21 accessed.] <u>retrieve at a predefined time interval data files corresponding to each of the</u>
22 <u>location identifiers in the stored initial list, together with successively displaying the data</u>
23 <u>files in the search window, responsive to a single selection of the second icon.</u>

13.
1  2̶1̶. (Amended)  The computer readable program code means in said article of manufacture
2  of claim 1̶8̶ 12 comprising:
3    computer readable program code means for causing a computer to receive said [1st]
4  <u>initial data</u> file [of information],  wherein said [1st] <u>initial data</u> file, comprises information in
5  a markup language and said [site] <u>location</u> identifiers comprise URLs.

14.
1  2̶2̶. (Amended)  The computer readable program code means in said article of manufacture

1  of claim [20] 18 (2-) comprising:
2      computer readable program code means for causing a computer to receive said [1st]
3  initial data file and said first data file [of information], wherein said [1st] initial data file and
4  said first data file, [comprises] comprise information in a markup language and said [site]
5  location identifiers comprise URLs.

1  23. 15. (Amended)   A computer-implemented method [of retrieving information] for searching
2  on a local computer a network of nodes with data files stored at corresponding ones of the
3  nodes and each of the data files identifiable by a location identifier and several of the data
4  files containing location identifiers for others of the data files, and the method for searching
5  comprising the [following steps] acts performed on the local computer of:
6      constructing a browser window on a display screen of the local computer;
7      displaying a first icon and a list window separate from the browser window on said
8  display screen;
9      [receiving] retrieving into [a] the browser window [a 1st] an initial data file [of
10 information] from the network [which includes site identifiers and other information]
11 together with displaying the initial data file in the browser window, and the initial data file
12 including location identifiers;
13     parsing [said 1st file of information to extract a] the location identifiers from the initial
14 data file to form an initial list [comprised] of [said 1st file site] location identifiers together
15 with storing and displaying the initial list in the list window, responsive to a selection of the
16 first icon;
17     [displaying a jumper window;
18     receiving into said jumper window said set of 1st file site identifiers;]
19     [selecting a one of said 1st file site identifiers from said browser window, wherein the
20 browser accesses a location corresponding to said one selected and retrieves from said
21 location a 2nd file which includes side identifiers and other information;]
22     [receiving into said browser window said 2nd file of information;]
23     [selecting an other of said 1st file site identifier from said jumper window, wherein the
24 browser accesses a location corresponding to said other selected site identifier and retrieves
25 from said location a 3rd file;] and

26      [receiving into said browser said 3rd file.]
27      retrieving a first data file corresponding to a one of the location identifiers displayed in
28      the list window together with displaying the first data file in the browser window,
29      responsive to a selection of the corresponding one of the location identifiers displayed in the
30      list window.

16. (Amended)
1       24. A computer-implemented method of [retrieving information through a browser
2       according to] of claim 23, 15 wherein:
3           wherein said [1st] initial data file and said [2nd] first data file comprise information in a
4       markup language and said [site] location identifiers comprise URLs.

17.
1       25. (Amended)   A computer usable medium having computer readable program code means
2       embodied therein for [causing a retrieval of information from a] for searching on a local
3       computer a network of nodes with data files stored at corresponding ones of the nodes and
4       each of the data files identifiable by a location identifier and several of the data files
5       containing location identifiers for others of the data files, the computer readable program
6       code means in said article of manufacture comprising:
7           computer readable program code means for constructing a browser window on a display
8       screen of the local computer;
9           computer readable program code means for displaying a first icon and a list window
10      separate from the browser window on said display screen;
11          computer readable program code means for [causing a computer to receive] retrieving
12      into [a] the browser window [a 1st] an initial data file [of information which includes site
13      identifiers and other information] from the network together with displaying the initial data
14      file in the browser window, and the initial data file including location identifiers;
15          computer readable program code means for [causing a computer to parse] parsing [said
16      1st] the location identifiers from the initial data file [of information] to [extract] form [a] an
17      initial list [comprised] of [said 1st file site] location identifiers together with storing and
18      displaying the initial list in the list window, responsive to a selection of the first icon;
19          [computer readable program code means for causing a computer to display a jumper
20      window;

```
21        computer readable program code means for causing a computer to receive into said
22   jumper window said set of 1st file site identifiers;]
23        [computer readable program code means for causing a computer to select a one of said
24   1st file site identifiers from said browser window, wherein the browser accesses a location
25   corresponding to said one selected and retrieves from said location a 2nd file which includes
26   side identifiers and other information;]
27        [computer readable program code means for causing a computer to receive into said
28   browser window said 2nd file of information;]
29        [computer readable program code means for causing a computer to select an other of
30   said 1st file site identifier from said jumper window, wherein the browser accesses a
31   location corresponding to said other selected and retrieves from said location a 3rd file;] and
32        computer readable program code means for retrieving a first data file corresponding to a
33   one of the location identifiers displayed in the list window together with displaying the first
34   data file in the browser window, responsive to a selection of the corresponding one of the
35   location identifiers displayed in the list window. [causing a computer to receive into said
36   browser said 3rd file.]
```

5

A

18. (Amended)                                                                    17
1    26. The computer readable program code means in said article of manufacture of claim 25
2    comprising:
3        computer readable program code means [for causing a computer] to [receive] retrieve
4    said [1st] initial data file of information, wherein said [1st] initial data file, comprises
5    information in a markup language and said [site] location identifiers comprise URLs.

The applicant claims the ability to select a parsing and storage operation responsive to a selection of a first icon, e.g. the update button. The applicant claims that the subsequent display of any of the data files stored on the network in the search window, any files from any site, will not prevent the display of a first data file corresponding to a selected one of the location identifiers in the stored initial list responsive only to the selection of the second icon. This ability to perform a two dimensional traversal to next site on initial list is a unique feature of the applicant's invention.

Independent claims 13 and respective dependent claims 16-17 contain an additional limitation not found in any of the examiners cited references. Each claims the "slide show" feature of automatic site searching.

*"... automatically ... retrieve at a predefined interval data files corresponding to each of the location identifiers in the stored initial list, together with successively displaying the data files in the search window, responsive to a single selection of the second icon." (Amended Claim 18, Line 18, 22-24).*

Thus independent claim 13 and dependent claims 16-17 are believed to be allowable because they contain a patentably distinct feature not found in any of the references.

The applicant has amended rejected independent claims 1, 7, 13 and 18 to overcome the examiner's rejection under 35. U.S.C. § 102(a). The applicant therefore requests that independent claims 1,7,13 and 18 be allowed. Remaining rejected dependent claims 4-5, 10-11,16-17 and 21-22 depend directly or indirectly from independent claims 1,7, 13 and 18, which amended independent claims are believed to be in allowable form. For this reason and for other reasons of independent significance claims 4-5, 10-11,16-17 and 21-22 are believed to be in allowable form and the applicant therefore requests that they be allowed.

11-12: Rejection Under 35 U.S.C. § 103(a) of Claims 6 and 12:

Claims 6 and 12 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of AltaVista, "http:/www.altavista.com," 2/20/98, screen printouts pp.1-2. Claims 6 and 12 have been amended to depend directly, from respectively, amended independent claims 1 and 7.

Examiner has cited Alta-Vista as teaching a button bar with previous and next icons. The Examiner has indicated that the combination of the Alta-Vista button bar into Yahoo

-13-

search engine is obvious and the applicant concurs. However, such a combination does not produce the claimed features of the applicant's invention.

The navigation tools provided by the Internet search providers such as Yahoo and Alta Vista, i.e. the "next 20 button" and "the 1-10, 10-20, etc. button bars " do not achieve singly or in combination the claimed functionality of the applicant's invention in several respects. First, both Yahoo and Alta-Vista (See Appendix C, line 171-188, and Appendix D, line 183-202) hardcode the various permutations of the button bar into the initial and each subsequent data file received from them. Thus, the user has no choice as to the creation of the button bar, it is provided only provided for locations catalogued by Yahoo or Alta-Vista and only within the context of their pages. The button bar is not part of the processes on the local computer, rather it is hardcoded into the pages provided by information indexers such as Yahoo and Alta-Vista. Second, the button bar is NOT stored separately from the initial data file, it is part of the file. Once you visit a location you no longer have any such navigation tool. Thus the button bar is a transient phenomenon, viable only within the confines of the Yahoo page. Once you visit a site the button bar is gone, and because it is not stored, you must hit the back button on the browser one or more times to return to the Yahoo search, and then select the next site to visit. Third, you can not select a location identifier with the buttons on Yahoo and Alta-Vista, rather you select a set, e.g. "next 20", of location identifiers.

The applicant claims the ability to select a parsing and storage operation responsive to a selection of a first icon, e.g. the update button. The applicant claims that the subsequent display of any of the data files stored on the network in the search window, any files from any site, will not prevent the display of a first data file corresponding to a selected one of the location identifiers in the stored initial list responsive only to the selection of the second icon. This ability to perform a two dimensional traversal to next site on initial list is a unique feature of the applicant's invention.

The applicant has amended rejected independent claims 1, 7 to overcome the examiner's rejection under 35. U.S.C. § 103(a). The applicant therefore requests that independent claims 1 and 7 be allowed. Remaining rejected dependent claims 6 and 12 depend directly or indirectly from independent claims 1 and 7, which amended independent claims are believed to be in allowable form. For this reason and for other reasons of independent

-14-

::ODMA\PCDOCS\SQL1\218512\8

G 000232

The applicant claims the ability to select a parsing and storage and display operation responsive to a selection of a first icon, e.g. the update button, in which the hot-links are displayed in a list window. The applicant claims that the subsequent display of any of the data files stored on the network in the search window, any files from any site, will not prevent the display of a first data file in the browser window responsive only to a selection from the list window of a location identifier corresponding to the first data file. This ability to perform a two dimensional traversal to next site on initial list is a unique feature of the applicant's invention.

The applicant has amended rejected independent claims 23, 25 to overcome the examiner's rejection under 35. U.S.C. § 103(a). The applicant therefore requests that independent claims 23 and 25 be allowed. Remaining rejected dependent claims 24 and 26 depend directly from independent claims 23 and 25, which amended independent claims are believed to be in allowable form. For this reason and for other reasons of independent significance claims 24 and 26 are believed to be in allowable form and the applicant therefore requests that they be allowed.

## CONCLUSION

Applicant has canceled claims 2-3, 8-9, 14-15 and 19-20. Applicant has amended each of remaining claims 1, 4-7, 10-13, 16-18 and 21-26 into allowable form and requests that they be allowed.

In view of the above remarks, Applicant submits that this application is now ready for allowance. Early notice to this effect is solicited.

Respectfully submitted,

Wilson Sonsini Goodrich & Rosati

By: _____

Charles C. Cary
Registration No. 36,764

650 Page Mill Road
Palo Alto, CA 94304-1050
(415) 493-9300
Date: June 3, 1998

-16-

::ODMA\PCDOCS\SQL1\218512\9

G 000234





G 000235

Serial Number: 08/727,085 -5-
Art Unit: 2772

remote internet sites which are then displayed on screen. Thus, the independent claims must be limited by a language in the claims to such practical application within the technological arts.

*Claim Rejections - 35 USC § 102*

9. The following is a quotation of the appropriate paragraphs of 35 U.S.C. § 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless —
> (a) the invention was known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for a patent.

10. Claims 1-5, 7-11 and 13-22 are rejected under 35 U.S.C. 102(a) as being anticipated by Applicant's admitted known prior art.

On page 3 of the specification, in the Background Information section, applicant admits that "Yahoo" search engine was a well known prior art.

As per independent claim 1, Applicant admits that the following claimed steps in a method for retrieving information from network was well known in the art:

- receiving a first file of information which includes site identifiers and other information (in FIG.4, at the bottom of the figure, the dialog box shows input area for the user to type in keywords for search, and item 406 in FIG.5 shows the window with the received results.);

- parsing said 1st file of information to extract a list comprising site identifiers (since the "NETSCAPE" browser in FIGs.4 and 5, parses the HTML document and underlines the URL hotlinks.);

G 000209

Serial Number: 08/727,085                                                                                              -7-
Art Unit: 2772

      Independent claim 18 and its dependent claims 19-22 are for computer readable medium comprising the methods of claims 13-22, respectively, and are similarly rejected under the same rationale.

### Claim Rejections - 35 USC § 103

11.     The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.
>
> This application currently names joint inventors. In considering patentability of the claims under 35 U.S.C. 103(a), the examiner presumes that the subject matter of the various claims was commonly owned at the time any inventions covered therein were made absent any evidence to the contrary. Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor and invention dates of each claim that was not commonly owned at the time a later invention was made in order for the examiner to consider the applicability of 35 U.S.C. 103(c) and potential 35 U.S.C. 102(f) or (g) prior art under 35 U.S.C. 103(a).

12.     Claims 6 and 12 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of AltaVista, "http:/www.altavista.com", 2/20/98, screen printouts pp.1-2. Note that although the printouts of the AltaVista search engine was made on 2/20/98, as Applicant admits on page 4, line 7 of the specification, it was available to public before the filing date of the present application.

      As per dependent claim 6, which is dependent on claim 5, Applicant's admitted prior art discloses the limitations of claim 5, but does not explicitly teach the following additional limitations: automatically selecting from a group consisting of: a next site identifier, a prior site identifier, a first site identifier and a last site identifier. In the Applicant's admitted prior art of the Yahoo search engine, this feature does not seem to be shown. However, another

G 000211