## REMARKS

This communication is responsive to Office Action of March 3, 1998. Claims 1-26 are present for examination of which claims 1,7,18, 23 and 25 are independent claims. Examiner has noted that the informal drawings are suitable for examination purposes only. Examiner has objected to the new title as not descriptive. Claims 1-6 stand rejected under 35 U.S.C. § 112, second paragraph, as being indefinite. Claims 1, 7 and 18 are rejected under 35 U.S.C. §101 because the claims are directed to "Manipulation of Abstract Ideas Without a Claimed Practical Application.." Claims 1-5, 7-11 and 13-22 are rejected under 35 U.S.C. 102(a) as being anticipated by Applicant's admitted known prior art. Claims 6 and 12 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of AltaVisa, "http:/www.altavista.com", 2/2098, screen printouts pp. 1-2. Claims 23-26 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of CNN Interactive, "http:/cnn.com/index", 2/20/98, screen printout pp.1-7.

Applicant has canceled claims 2-3, 8-9, 14-15 and 19-20. Applicant has amended the remaining claims 1, 4-7, 10-13, 16-18 and 21-26.

Applicant gratefully acknowledges the telephonic interview grated by the Examiner on June 4, 1998. Examiner and Applicant discussed inventive features of claims 1,13 and 23.

### 3: Drawings:

Applicant will submit formal drawings at such time as the Examiner indicates allowability of one or more claims.

### 4-5: Specification:

The title has been amended to a: --METHOD AND APPARATUS FOR RETRIEVING DATA FROM A NETWORK USING LOCATION IDENTIFIERS--. Applicant has reviewed the application for typographical errors.

### 6: Rejection Under 35 U.S.C. § 112, ¶ 2 of Claims 1-6:

Claims 1-6 stand rejected under 35 U.S.C. § 112, second paragraph as being indefinite for failing to particularly point out and distinctly claim the subject matter which Applicant regards as the invention.

:ODMA\PCDOCS\SQL1\218512\10                    10

G 000258

Dockets.Justia.com

Applicant amends Claims 1-6 to distinctly claim the invention as a "A computer implemented method for searching a network...." (Applicant's amended Claim 1, at lines 1-2) and requests that the Examiner reconsider and withdraw the rejection under 35 U.S.C. § 112 in view of the amendments.

### 7-8: Rejection Under 35 U.S.C. § 101 of Claims 1, 7 and 18:

Independent Claims 1, 7 and 18 stand rejected under 35 U.S.C. §101 because the claims are directed to "Manipulation of Abstract Ideas Without a Claimed Practical Application." Applicant has amended each of claims 1, 7, and 18 to include the practical limitation of retrieving data from remote Internet sites which are then displayed on a screen. Applicant requests that the Examiner reconsider and withdraw the rejection under 35 U.S.C. § 101 in view of the amendments.

### 9-10: Rejection Under 35 U.S.C. § 102(a) of Claims 1-5, 7-11 and 13-22:

Claims 1-5, 7-11 and 13-22 are rejected under 35 U.S.C. 102(a) as being anticipated by Applicant's admitted known prior art. Applicant has amended each of independent claims 1, 7, 13 and 18 to include the limitations performed on a local computer of:

"...retrieving an initial data file from the network ... parsing the location identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon..." (Amended Claim 1, lines 9, 12-14)

" ... retrieve an initial data file from the network ...to parse the location identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon..." (Amended Claim 7, lines 11-12, 23-26)

"... retrieving an initial data file from the network... parsing the location identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon..."(Amended Claim 13, lines 8, 11-13)

" ... retrieve an initial data file from the network ... parse said initial data file to form an initial list of location identifiers together with storing the initial list ... responsive to a selection of the first icon..." (Amended Claim 18, lines 11-12, 15-17)

Examiner has indicated that by underlining the URL hotlinks on each Web page the Netscape Browser parses the initial data file (Office Action at page 5). Assuming, arguendo,

11

G 000259

that the underlining of URL hotlinks by the Netscape browser involves a parsing step, there are still claimed patentable distinctions between the "parsing" of the Netscape browser and the parsing claimed in the current invention. First, the Netscape browser does not provide a "first icon" for selecting which of the pages displayed in the search window will be parsed to form an initial list. Second, the Netscape browser does not store the initial list of location identifiers as is claimed by the applicant. In the specification at page 17 the applicant indicates that: "... if a determination is made that the refresh/update button ... has been selected, then an HTML encoded page displayed in the browser view window is parsed into ... hot links... [t]hen the hot-links [are stored] ... in storage segment 230" (Specification at page 17, lines 19-31). Thus the parsing in the applicant's invention is an optional treatment accorded to a web page displayed in the browser's view window, the selection of which option results in the extraction from the selected web page of specific information, i.e. hot links, and the storage of that information for later use. There is no corresponding capability in any of the references cited.

The Examiner has indicated that the Yahoo search engine shows where the user activates the next page request, and in view of the current page, the next page (i.e. site identifier is automatically chosen (Office Action, page 6). The navigation tools provided by the Internet search providers such as Yahoo and Alta Vista, i.e. the "next 20 button" and "the 1-10, 10-20, etc. button bars " do not achieve the claimed functionality of the applicant's invention in several respects. First, both Yahoo and Alta-Vista (See Appendix C, line 171-188, and Appendix D, line 183-202) hardcode the various permutations of the button bar into the initial and each subsequent data file received from them. Thus, the user has no choice as to the creation of the button bar, it is provided only provided for locations catalogued by Yahoo or Alta-Vista and only within the context of their pages. The button bar is not part of the processes on the local computer, rather it is hardcoded into the pages provided by information indexers such as Yahoo and Alta-Vista. Second, the button bar is NOT stored separately from the initial data file, it is part of the file. Once you visit a location you no longer have any such navigation tool. Thus the button bar is a transient phenomenon, viable only within the confines of the Yahoo page. Once you visit a site the button bar is gone, and because it is not stored, you must hit the back button on the browser one or more times to return to the Yahoo search, and then select the next site to visit. Third, you can not select a

G 000260

location identifier with the buttons on Yahoo and Alta-Vista, rather you select a set, e.g. "next 20", of location identifiers.

The applicant claims the ability to select a parsing and storage operation responsive to a selection of a first icon, e.g. the update button. The applicant claims that the subsequent display of any of the data files stored on the network in the search window, any files from any site, will not prevent the display of a first data file corresponding to a selected one of the location identifiers in the stored initial list responsive only to the selection of the second icon. This ability to perform a two dimensional traversal to next site on initial list is a unique feature of the applicant's invention.

Independent claims 13 and respective dependent claims 16-17 contain an additional limitation not found in any of the examiners cited references. Each claims the "slide show" feature of automatic site searching.

*"... automatically ... retrieve at a predefined time interval data files corresponding to each of the location identifiers in the stored initial list, together with successively displaying the data files in the search window, responsive to a single selection of the second icon." (Amended Claim 18, Line 18, 22-24).*

Thus, independent claim 13 and dependent claims 16-17 are believed to be allowable because they contain a patentably distinct feature not found in any of the references.

The applicant has amended rejected independent claims 1, 7, 13 and 18 to overcome the examiner's rejection under 35 U.S.C. § 102(a). The applicant therefore requests that independent claims 1,7,13 and 18 be allowed. Remaining rejected dependent claims 4-5, 10-11,16-17 and 21-22 depend directly or indirectly from independent claims 1,7, 13 and 13 which amended independent claims are believed to be in allowable form. For this reason and for other reasons of independent significance claims 4-5, 10-11,16-17 and 21-22 are believed to be in allowable form and the applicant therefore requests that they be allowed.

### 11-12: Rejection Under 35 U.S.C. § 103(a) of Claims 6 and 12:

Claims 6 and 12 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of AltaVista, "http:/www.altavista.com," 2/20/98, screen printouts pp.1-2. Claims 6 and 12 have been amended to depend directly, from respectively, amended independent claims 1 and 7.

13

G 000261

Examiner has cited Alta-Vista as teaching a button bar with previous and next icons. The Examiner has indicated that the combination of the Alta-Vista button bar into Yahoo search engine is obvious and the applicant concurs. However, such a combination does not produce the claimed features of the applicant's invention.

The navigation tools provided by the Internet search providers such as Yahoo and Alta Vista, i.e. the "next 20 button" and "the 1-10, 10-20, etc. button bars " do not achieve singly or in combination the claimed functionality of the applicant's invention in several respects. First, both Yahoo and Alta-Vista (See Appendix C, line 171-188, and Appendix D, line 183-202) hardcode the various permutations of the button bar into the initial and each subsequent data file received from them. Thus, the user has no choice as to the creation of the button bar, it is provided only provided for locations catalogued by Yahoo or Alta-Vista and only within the context of their pages. The button bar is not part of the processes on the local computer, rather it is hardcoded into the pages provided by information indexers such as Yahoo and Alta-Vista. Second, the button bar is NOT stored separately from the initial data file, it is part of the file. Once you visit a location you no longer have any such navigation tool. Thus the button bar is a transient phenomenon, viable only within the confines of the Yahoo page. Once you visit a site the button bar is gone, and because it is not stored, you must hit the back button on the browser one or more times to return to the Yahoo search, and then select the next site to visit. Third, you can not select a location identifier with the buttons on Yahoo and Alta-Vista, rather you select a set, e.g. "next 20", of location identifiers.

The applicant claims the ability to select a parsing and storage operation responsive to a selection of a first icon, e.g. the update button. The applicant claims that the subsequent display of any of the data files stored on the network in the search window, any files from any site, will not prevent the display of a first data file corresponding to a selected one of the location identifiers in the stored initial list responsive only to the selection of the second icon. This ability to perform a two dimensional traversal to next site on initial list is a unique feature of the applicant's invention.

The applicant has amended rejected independent claims 1, 7 to overcome the examiner's rejection under 35. U.S.C. § 103(a). The applicant therefore requests that independent claims 1 and 7 be allowed. Remaining rejected dependent claims 6 and 12 depend directly

G 000262

or indirectly from independent claims 1 and 7, which amended independent claims are believed to be in allowable form. For this reason and for other reasons of independent significance claims 6 and 12 are believed to be in allowable form and the applicant therefore requests that they be allowed.

**13: Rejection Under 35 U.S.C. § 103(a) of Claims 23-26:**

Independent Claims 23 and 25 and claims dependent thereon, respectively 24 and 26 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of CNN interactive, "http:/cnn.com/index," 2/20/98, screen printout pp. 1-7.

Each of claims 23 and 25 contains features not found in any of the cited references. *"... retrieving a first data file corresponding to a one of the location identifiers displayed in the list window together with displaying the first data file in the browser window, responsive to a selection of the corresponding one of the location identifiers displayed in the list window." (Amended claim 23, line 22-23, 28-31)(Amended claim 25, line 29-31, 34-37).*

Examiner has cited the CNN site as displaying a "jumper window containing the index image of WORLD..." (Office Action, page 8). Applicant concurs that CNN displays on each page a uniform index of their site. Examiner has cited the combination of the CNN site index and the Yahoo search engine is obvious and the applicant concurs. However, such a combination does not produce the claimed features of the applicant's invention.

The navigation tools provided by CNN, i.e. the site index and Yahoo do not achieve singly or in combination the claimed functionality of the applicant's invention in several respects. First, CNN (See Appendix A, line 29-112, and Appendix B, line 31-129) hardcodes the various permutations of the index all the pages of their site. Thus, the user has no choice as to the creation of the index, it is provided only for locations within the CNN site. Neither the index nor its creation is part of the processes on the local computer, rather it is hardcoded into the pages provided by CNN. Second, the index is NOT stored separately from the initial data file, it is part of the file. If you leave the CNN site you no longer have any index. Thus, the index is a transient phenomenon, viable only within the confines of the pages of the CNN site. Once you visit another site the CNN index is gone, and because it is not stored, you must hit the back button on the browser one or more times to return to the CNN site, and then select the next section of the site to visit.

G 000263

The applicant claims the ability to select a parsing and storage and display operation responsive to a selection of a first icon, e.g. the update button, in which the hot-links are displayed in a list window. The applicant claims that the subsequent display of any of the data files stored on the network in the search window, any files from any site, will not prevent the display of a first data file in the browser window responsive only to a selection from the list window of a location identifier corresponding to the first data file. This ability to perform a two dimensional traversal to next site on initial list ia a unique feature of the applicant's invention.

The applicant has amended rejected independent claims 23, 25 to overcome the examiner's rejection under 35. U.S.C. § 103(a). The applicant therefore requests that independent claims 23 and 25 be allowed. Remaining rejected dependent claims 24 and 26 depend directly from independent claims 23 and 25, which amended independent claims are believed to be in allowable form. For this reason and for other reasons of independent significance claims 24 and 26 are believed to be in allowable form and the applicant therefore requests that they be allowed.

## CONCLUSION

Applicant has canceled claims 2-3, 8-9, 14-15 and 19-20. Applicant has amended each of remaining claims 1, 4-7, 10-13, 16-18 and 21-26 into allowable form and requests that they be allowed.

In view of the above remarks, Applicant submits that this application is now ready for allowance. Early notice to this effect is solicited.

Respectfully submitted,

Wilson Sonsini Goodrich & Rosati

By:

Charles C. Cary
Registration No. 36,764

650 Page Mill Road
Palo Alto, CA 94304-1050
(415) 493-9300
Date: June 4, 1998

::ODMA\PCDOCS\SGL1\218512\10

16

G 000264

**APPENDIX A**

Do Not Print

G 000265

CNN Interactive                                    APPENDIX A                        http://cnn.com/index.html



### 60 dead, hundreds injured in high-speed German train crash

At least 60 people were reported to have been killed and 200 others injured when a high-speed InterCity Express (ICE) passenger train struck a car that had crashed onto the tracks near the northern town of Celle Wednesday morning, officials at the scene said.

(FULL STORY)

Gray Davis wins California Democratic gubernatorial primary

Lewinsky hires new lawyers

Police say Hartman's wife told friends about shooting

Deadly storms return to East

Shuttle TV antenna knocked out
Live: NASA-TV

G 000266

## APPENDIX: A

### CNN-MAIN PAGE

```
1    <html>
2    <head>
3    <title>CNN Interactive</title>
4    <script language="Javascript" src="/virtual/1998/code/cnn.js">
5    </script>
6    <link rel="stylesheet" href="/virtual/1998/code/cnn.css" type="text/css">
7    </head>
8    <body bgcolor="white" link="#3333cc" vlink="#777777"
9    onload="if(parent.frames.length!=0)top.location='http://cnn.com';">
10   <a name="top"></a>
11   <table width=600 cellpadding="0" cellspacing="0" border="0">
12   <tr><td colspan="3"><table border="0" width="600" cellspacing="0"
13   cellpadding="0"><tr><td width="120"><A
14   HREF="/event.ng/Type=click&RunID=11075&ProfileID=469&AdID=5902&GroupID=1&
15   FamilyID=328&TagValues=434.435.586.598.606.629.644.645&Redirect=http:%2F%2Fallp
16   olitics.com" target="_top"><img src="/ads/advertiser/cnn/9805/promos/tempolitics120.gif"
17   border=1 height=60 width=120 alt="What's new in Politics today?"></a></td><td
18   width="8" align=right><a href="/ads/c.market/"><img
19   src="/images/1998/05/homepage/ad.info.gif" width=7 height=62 border=0 alt="ad
20   info"></a></td><td width="468"><A
21   HREF="/event.ng/Type=click&RunID=11294&ProfileID=34&AdID=6188&GroupID=15&
22   FamilyID=849&TagValues=249.434.435.586.594.598.606.629&Redirect=http:%2F%2Fww
23   w.pagenet.com%2F" target="_top"><img src="/ads/advertiser/pagenet/9805/pn.slide.99.gif"
24   border=1 height=60 width=468 alt=""></a></td></tr></table><hr noshade width="600"
25   size="1" align="LEFT">
26   </td></tr><tr valign=top><td width="125">
27   <a href="/index.html"><img src="/images/1998/05/homepage/cnnin.logo.gif" alt="CNNin"
28   width="125" height="76" border="0" hspace="0" vspace="0"></a><br>

29   <!--TOP-LEVEL NAVIGATION-->
30   <table border="0" width="125" cellspacing="0" cellpadding="2" bgcolor="#CCCCFF">
31   <tr>
32   <td bgcolor="#333399"><img src="/images/1998/05/homepage/icon.arrow.left.gif"
33   width="15" height="15" align="RIGHT"><b><font face="Helvetica, Arial,sans-serif"
34   size="1"> <a href="/index.html"><font color="#FFFFFF">MAIN
35   PAGE</font></a></font></b></td>
36   </tr>
37   <tr>
38    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
39   href="/WORLD/"><font color="#000000">WORLD</font></a></font></b></td>
40   </tr>
41   <tr>
42    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a href="/US/"><font
```

-2-

G 000267

```
43    color="#000000">U.S.</font></a></font></b></td>
44    </tr>
45    <tr>
46    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
47    href="/LOCAL/"><font color="#000000">U.S. LOCAL</font></a></font></b></td>
48    </tr>
49    <tr>
50    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
51    href="/allpolitics/"><font color="#000000">POLITICS</font></a></font></b></td>
52    </tr>
53    <tr>
54    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
55    href="/WEATHER/"><font color="#000000">WEATHER</font></a></font></b></td>
56    </tr>
57    <tr>
58    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
59    href="/cnnfn/"><font color="#000000">BUSINESS</font></a></font></b></td>
60    </tr>
61    <tr>
62    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
63    href="/cnnsi/"><font color="#000000">SPORTS</font></a></font></b></td>
64    </tr>
65    <tr>
66    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
67    href="/TECH/"><font color="#000000">SCI-TECH</font></a></font></b></td>
68    </tr>
69    <tr>
70    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
71    href="/SHOWBIZ/"><font
72    color="#000000">ENTERTAINMENT</font></a></font></b></td>
73    </tr>
74    <tr>
75    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
76    href="/TRAVEL/"><font color="#000000">TRAVEL</font></a></font></b></td>
77    </tr>
78    <tr>
79    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
80    href="/HEALTH/"><font color="#000000">HEALTH</font></a></font></b></td>
81    </tr>
82    <tr>
83    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
84    href="/STYLE/"><font color="#000000">STYLE</font></a></font></b></td>
85    </tr>
86    <tr>
87    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
88    href="/SPECIALS/"><font color="#000000">IN-DEPTH</font></a></font></b></td>
```

-3-

G 000268

```
89      </tr>
90      <tr>
91      <td><hr size=1 noshade></td>
92      </tr>
93      <tr>
94       <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
95      href="http://cnn.com/CustomNews/"><font color="#000000">custom
96      news</font></a></font></td>
97      </tr>
98      <tr>
99       <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
100     href="/QUICKNEWS/"><font color="#000000">news summary</font></a></font></td>
101     </tr>
102     <tr>
103      <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
104     href="/almanac/daily/"><font color="#000000">daily almanac</font></a></font></td>
105     </tr>
106     <tr>
107      <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
108     href="/TRANSCRIPTS/"><font color="#000000">on-air
109     transcripts</font></a></font><br><br></td>
110     </tr>
111     </table>

112     <!--TOP-LEVEL NAVIGATION -->
```

::ODMA\PCDOCS\SCL1\218512\10

G 000269

**APPENDIX B**

G 000270

CNN - Weather

APPENDIX: B

http://cnn.com/WEATHER/



# weather

*mainpage*



## Deadly storms return to East

Rescue crews went house to house searching for victims Wednesday after powerful storms and possibly tornadoes slammed into the East Coast for the second time this week. At least two people were killed in Pennsylvania. There also was extensive damage in Maryland.

(FULL STORY)

## Carolinas stormy; Texas gets heat wave

Thunderstorms were lining up over the Carolinas and into the muggy Tennessee Valley early Wednesday as the southern Plains got ready for more blistering heat. Stormy weather was shaping up across the Pacific Northwest.

(FULL STORY)

## Tornado victims get help

**FOUR-DAY FORECASTS FOR 6,100 CITIES WORLDWIDE**

### u.s. cities

### world cities



**ALLERGY REPORT**

**SPECIALS**

**STAY INFORMED DURING WEATHER EMERGENCIES**

G 000271

## APPENDIX: B

### CNN WEATHER

```
1    <HTML>
2    <HEAD>
3    <TITLE>CNN - Weather</TITLE>
4    <LINK REL="stylesheet" HREF="/virtual/1998/code/cnn.css" TYPE="text/css">
5    <SCRIPT LANGUAGE="javascript" SRC="/virtual/weather/vector.js">
6    </SCRIPT>
7    </HEAD>
8    <BODY BGCOLOR="WHITE" TEXT="#000000" LINK="#3333CC"
9    VLINK="#666666">
10   <a name="top"></a>
11   <table width=600 cellpadding="0" cellspacing="0" border="0">
12   <tr valign="top"><td colspan="3">
13   <table border="0" width="600" cellspacing="0" cellpadding="0"><tr valign="TOP"><td
14   width="120"><A
15   HREF="/event.ng/Type=click&RunID=11075&ProfileID=469&AdID=5904&GroupID=1&
16   FamilyID=328&TagValues=434.435.586.598.606.629.644.645&Redirect=http:%2F%2Fcnn
17   .com%2FSHOWBIZ" target="_top"><img
18   src="/ads/advertiser/cnn/9805/promos/tempshowbiz120.gif" border=1 height=60 width=120
19   alt="What's new in Showbiz today?"></a></td><td width="8" align=right><a
20   href="/ads/c.market/"><img src="/images/1998/05/homepage/ad.info.gif" width=7
21   height=62 border=0 alt="ad info"></a></td><td width="468"><A
22   HREF="/event.ng/Type=click&RunID=9909&ProfileID=48&AdID=5942&GroupID=24&F
23   amilyID=328&TagValues=307.434.435.586.594.598.606.629&Redirect=http:%2F%2Fwww
24   .roughcut.com" target="_top"><img src="/ads/advertiser/cnn/9805/rcgodzilla468.gif"
25   border=1 height=60 width=468 alt="TNT Rough Cut and Propecia present the summer
26   movie monster mash"></a></td></tr></table>
27   <hr noshade width="600" size="1" align="LEFT">
28   </td></tr><tr valign=top><td width="125">
29   <a href="/index.html"><img src="/images/1998/05/homepage/cnnin.logo.gif" alt="CNNin"
30   width="125" height="76" border="0" hspace="0" vspace="0"></a><br>

31   <!--TOP-LEVEL NAVIGATION-->
32   <table border="0" width="125" cellspacing="0" cellpadding="2" bgcolor="#CCCCFF">
33   <tr>
34    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
35   href="/index.html"><font color="#000000">MAIN PAGE</font></a></font></b></td>
36   </tr>
37   <tr>
38    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
39   href="/WORLD/"><font color="#000000">WORLD</font></a></font></b></td>
40   </tr>
41   <tr>
```

-2-

::ODMA\PCDOCS\SQL1\21851\10

G 000272

```
42    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a href="/US/"><font
43    color="#000000">U.S.</font></a></font></b></td>
44    </tr>
45    <tr>
46    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
47    href="/LOCAL/"><font color="#000000">U.S. LOCAL</font></a></font></b></td>
48    </tr>
49    <tr>
50    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
51    href="/allpolitics/"><font color="#000000">POLITICS</font></a></font></b></td>
52    </tr>
53    <tr>
54    <td bgcolor="#333399"><img src="/images/1998/05/homepage/icon.arrow.down.gif"
55    width="15" height="15" align="RIGHT"><b><font face="Helvetica, Arial,sans-serif"
56    size="1"> <a href="/WEATHER/"><font
57    color="#FFFFFF">WEATHER</font></a></font></b></td>
58    </tr>
59    <tr>
60    <td bgcolor="#9999FF"><b><font face="Helvetica, Arial,sans-serif" size="1"> 
61     <a href="/WEATHER/images.html"><font color="#000000">weather
62    maps</font></a></font></b></td>
63    </tr>
64    <tr>
65    <td bgcolor="#9999FF"><b><font face="Helvetica, Arial,sans-serif" size="1"> 
66     <a href="/WEATHER/storm.center/"><font color="#000000">storm
67    center</font></a></font></b></td>
68    </tr>
69    <tr>
70    <td bgcolor="#9999FF"><b><font face="Helvetica, Arial,sans-serif" size="1"> 
71     <a href="/WEATHER/allergy/"><font color="#000000">allergy
72    report</font></a></font></b></td>
73    </tr>
74    <tr>
75    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
76    href="/cnnfn/"><font color="#000000">BUSINESS</font></a></font></b></td>
77    </tr>
78    <tr>
79    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
80    href="/cnnsi/"><font color="#000000">SPORTS</font></a></font></b></td>
81    </tr>
82    <tr>
83    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
84    href="/TECH/"><font color="#000000">SCI-TECH</font></a></font></b></td>
85    </tr>
86    <tr>
87    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
```

-3-

G 000273

```
88    href="/SHOWBIZ/"><font
89    color="#000000">ENTERTAINMENT</font></a></font></b></td>
90    </tr>
91    <tr>
92    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
93    href="/TRAVEL/"><font color="#000000">TRAVEL</font></a></font></b></td>
94    </tr>
95    <tr>
96    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
97    href="/HEALTH/"><font color="#000000">HEALTH</font></a></font></b></td>
98    </tr>
99    <tr>
100   <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
101   href="/STYLE/"><font color="#000000">STYLE</font></a></font></b></td>
102   </tr>
103   <tr>
104   <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
105   href="/SPECIALS/"><font color="#000000">IN-DEPTH</font></a></font></b></td>
106   </tr>
107   <tr>
108   <td><hr size=1 noshade></td>
109   </tr>
110   <tr>
111   <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
112   href="http://cnn.com/CustomNews/"><font color="#000000">custom
113   news</font></a></font></td>
114   </tr>
115   <tr>
116   <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
117   href="/QUICKNEWS/"><font color="#000000">news summary</font></a></font></td>
118   </tr>
119   <tr>
120   <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
121   href="/almanac/daily/"><font color="#000000">daily almanac</font></a></font></td>
122   </tr>
123   <tr>
124   <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
125   href="/TRANSCRIPTS/"><font color="#000000">on-air
126   transcripts</font></a></font><br><br></td>
127   </tr>
128   </table>

129   <!--/TOP-LEVEL NAVIGATION -->
```

-4-

::ODMA\PCDOCS\SQL1\21851\10

G 000274

# APPENDIX C

G 000275

AltaVista: Simple Query computer graphics          http://www.altavista.digital.com/c...&q=computer+graphics&search=Search

APPENDIX C



About 53,754,289 matches were found.

**Real Name™ Address - computer graphics**
Subscribe your company, brands and trademarks to the Real Name System.

**1. TU Vienna - Computer Graphics - Algorithms and Programming Methodology**
[URL: eluntx.tuwien.ac.at/]
TU Vienna > Computer Graphics. Abteilung für Algorithmen und Programmiermethodik (Prof. Barth) (Algorithms and Programming Methodology Group)...
Last modified 12-Mar-98 - page size 8K - in English [ Translate ]

**2. hitmet galleries for 3d computer graphics!**
[URL: www.aamcgphn.com/]
studio and gallery of 3d computer artist Dave Hill
Last modified 14-Feb-98 - page size 4K - in English [ Translate ]

**3. Okino Computer Graphics**
[URL: www.okino.com/]
Okino Computer Graphics develops and markets a broad range of 3d rendering, visualization, 3d data translation/conversion and toolkit software: the NuGraf
Last modified 25-Aug-97 - page size 1K - in English [ Translate ]

**4. Computer Graphics at Stanford University**
[URL: www-graphics.stanford.edu/]
Welcome to the World Wide Web server of the Stanford Computer Graphics Laboratory. The URL of this page is http://graphics.stanford.edu. **** Workshop on..
Last modified 30-Mar-98 - page size 3K - in English [ Translate ]

**5. Paradigm Productions - 3D Computer Graphics, Animation & Design**
[URL: www.2dimes.com/]
3D Computer Graphics * Animation * Design. Paradigm Productions. P.O. Box 770188, Memphis, Tennessee 38177-0188. 901-685-7703. http://www.2dimes.com....
Last modified 30-Dec-97 - page size 3K - in English [Translate ]

**6. University of Otago, NZ, Computer Graphics Laboratory**
[URL: atlas.otago.ac.nz:400/graphics/haydenresearch.html]
This research project investigates ways of visualising the spatial relationships of spectral data. The spectral data is sampled from the sub-surface of...
Last modified 17-Jul-97 - page size 1K - in English [ Translate]

**7. Computer Graphics and Interactive Media Page**
[URL: community.bellcore.com/]

**Amazon.com suggests**
Books at the eBay
Titles about computer gra....

**Zones**
Entertainment
Finance
Health
Travel

**Services**
Free Email
Translation

**International**
Our Search Network
Search in Chinese
Search in Japanese
Search in Korean

1 of 2                                                                                          02/Mar 8:27 AM

G 000276

AltaVista: Simple Query computer graphics          http://www.altavista.digital....om/c...&q=computer+graphics&search=Search

APPENDIX: C

Computer Graphics and Interactive Media Home Page. Welcome to the
Computer Graphics and Interactive Media Page. We are a research
group in Bellcore's...
Last modified 12-Mar-98 - page size 783 bytes - in English [Translate ]

8. 3D Animation Grafik Computer Graphics Web-Design Layout
Film Video HTML Multim-
[URL: www.cmr-sc.com/]
Computergrafic Meinhard Ritter und SCARABAEUS COMPUTER
GRAFIK André Dekmanov. Professionelle 2D/3D-Konstruktionen und
Animationen für Film und Video...
Last modified 20-Feb-98 - page size 8K

9. UCD Computer Graphics Lab Home Page
[URL: muldoon.cipic.ucdavis.edu/]
UC Davis Visualization and Computer Graphics. People. Research.
Publications. Notes. Gallery. Courses. Facilities. Join Us.
Source Code....
Last modified 14-Mar-98 - page size 3K - in English [ Translate ]

10. 6.837--Computer Graphics SGI locations
[URL: graphics.lcs.mit.edu/6.837/f98/sgis.html]
Current public SGI machines: 1-142 10 SGI's. 2-225 13 SGI's. 11-113 3
SGI's. 11-116 3 SGI's. 37-312 4 SGI's. 56-080 10 SGI's. W20-575 25
SGI's. Rotch...
Last modified 9-Sep-96 - page size 1K - in English [Translate ]

Pages: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 [>>]

word count computer: 24087421; graphics: 36023009

Search Home Help Pref Add URL Advanced Display Language
About AltaVista Disclaimer Privacy Statement Copyright AltaVision

digital

G 000277

<u>**APPENDIX: C**</u>

ALTA VISTA
Page 1 of ......

```
1    <html><head>
2    <title>AltaVista: Simple Query computer graphics</title>
3    </head><body bgcolor=#ffffff text=#000000 link=#000099 vlink=#663366 alink=#ff0000>
4    <MAP NAME="hdr">
5    <AREA SHAPE=RECT COORDS="378,33,420,51" HREF="/" ALT=Home>
6    <AREA SHAPE=RECT COORDS="424,33,456,52" HREF="/av/content/zones.html"
7    ALT=Zones>

159  <b>10. </b><a href="http://graphics.lcs.mit.edu/6.837/f96/sgis.html"><b>6.837--Computer
160  Graphics SGI locations</b></a><br>
161  <font face=arial size=-2>[<b>URL:</b>
162  graphics.lcs.mit.edu/6.837/f96/sgis.html]</font><br>
163  Current public SGI machines: 1-142 10 SGI's. 2-225 13 SGI's. 11-113 3 SGI's. 11-116 3
164  SGI's. 37-312 4 SGI's. 66-080 10 SGI's. W20-575 25 SGI's. Rotch...<br><font face=arial
165  size=-2>Last modified 9-Sep-96 - page size 1K - in English [ <a
166  href="http://babelfish.altavista.digital.com/cgi-bin/translate?urltext=http%3a%2f%2fgraphic
167  s%2clcs%2cmit%2cedu%2f6%2c837%2ff96%2fsgis%2chtml&language=en">Translate</a>
168  ]</font><P>
169  </font><font face=arial size=-1>Pages: <b>1</b> <a
170  href="/cgi-bin/query?pg=q&q=computer+graphics&stq=10&c9k">2</a>
171   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=20&c9k">3</a>
172   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=30&c9k">4</a>
173   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=40&c9k">5</a>
174   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=50&c9k">6</a>
175   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=60&c9k">7</a>
176   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=70&c9k">8</a>
177   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=80&c9k">9</a>
178   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=90&c9k">10</a>
179   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=100&c9k">11</a>
180   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=110&c9k">12</a>
181   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=120&c9k">13</a>
182   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=130&c9k">14</a>
183   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=140&c9k">15</a>
184   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=150&c9k">16</a>
185   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=160&c9k">17</a>
186   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=170&c9k">18</a>
187   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=180&c9k">19</a>
188   <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=190&c9k">20</a>
     <a
```

-3-

G 000278

**APPENDIX D**

Do not print
6/6/14

G 000279

AltaVista: Simple Query computer graphics                http://www.altavista.digital.com/c...g=q&q=computer+graphics&stq=80&c9k

APPENDIX:    D



About 44,652,431 matches were found.

**81. F.V.C.C. - Printing, Copying, Graphics, Computer Services**
[URL: www.fv-chamber.com/biz/pentgraph.html]
Printing, Copying, Graphics, Computer Services. Kinko's Bob Bowie &
Kirk Hoover 18709 Brookhurst Street Fountain Valley, CA 92708 Phone:
(714)...
Last modified 4-Dec-97 - page size 1K - in English [Translate ]

**82. Computer Graphics**
[URL: the-duke.duq-duke.duq.edu/notes/week_7/COMPAN_G.htm]
Computer Graphics & Animation. Computer animation is the use of
computers to creat e animations. There are a few different ways to
make computer...
Last modified 18-Aug-96 - page size 3K - in English [Translate ]

**83. Techimage - 3D Computer Graphics**
[URL: www.techimage.co.uk/noframes/houdini/l.1_14.html]
Expandable Foundation: Future specialised tools will fit into the Houdini
foundation seamlessly. Techimage Ltd., 25 Lodersfield, Lechlade,...
Last modified 10-Apr-97 - page size 1K - in English [Translate ]

**84. CS 790a -- Computer Graphics -- Class 26**
[URL: www.cs.unr.edu/~fredh/class/790a/class/class26.html]
CS 790a -- Computer Graphics -- Class 26. Question-Answer session.
Senior Project Presentation. Mr. Bult. Last Modified: 2/14/97
fredh@cs.unr.edu
Last modified 21-Mar-97 - page size 389 bytes - in English [Translate ]

**85. TIME INK - Computer Graphics Home Page**
[URL: timeink.com/default.html]
Viewing this page requires a browser capable of displaying frames.
Last modified 3-Dec-97 - page size 435 bytes - in English [ Translate ]

**86. SFTW301 - Computer Graphics**
[URL: www.umac.mo/fst/sftw301.html]
SFTW301 - Computer Graphics. Conceptual model for the interactive
computer graphics programmer. Coordinate systems. Graphical input
and output...
Last modified 24-Sep-97 - page size 800 bytes - in English [ Translate ]

**87. ARC 104. INTRODUCTION TO COMPUTER GRAPHICS**
[URL: www2.sunydutchess.edu/Credit/Courses/ARC104.html]
ARCHITECTURAL TECHNOLOGY. NOTE: The College reserves the
right to retain certain selected works of students enrolled in its
architectural design courses...
Last modified 4-Nov-97 - page size 1K - in English [Translate ]

**88. Computer Graphics FAQ's**

Amazon.com suggests
Books of the Day
Titles about computer gra...

Zones
Entertainment
Finance
Health
Travel

Services
Free Email
Translation

International
Our Search Network
Search in Chinese
Search in Japanese
Search in Korean



--1--

G 000280

AltaVista: Simple Query computer graphics          http://www.altavista.digital.com/c...g=q&q=computer+graphics&stq=80&c9k

APPENDIX:  L

[URL: www.bergen.org/AAST/ComputerAnimation/He..._Raytrace2.html]
Raytracing FAQ - Part 2. This is part 2 of the
comp.graphics.rendering.raytra ing Frequently Asked Questions list. The
latest version of the FAQ is...
Last modified 9-Dec-96 - page size 48K - in English [Translate]

**89. Bibliography on computer graphics and vision**
[URL: wheat.uwaterloo.ca/bibliography/Graphics/Contrib.html]
Bibliography on computer graphics and vision. This bibliography is a part
of the Computer Science Bibliography Collection.
Last modified 31-Mar-98 - page size 6K - in English [Translate]

**90. CSE328 FUNDAMENTALS OF COMPUTER GRAPHICS**
[URL: www.cs.sunysb.edu/~theo/328/course.html]
CSE328: FUNDAMENTALS OF COMPUTER GRAPHICS. Monday,
Friday 12:40-2:00pm Room Life Sciences 030 (it may change soon)
Instructor: T. Pavlidis....
Last modified 31-Mar-98 - page size 5K - in English [Translate]

Pages: [<<] 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20

word count: computer: 24087421; graphics: 38023009

digital

G 000281

**APPENDIX: D**

ALTA VISTA
Page 9 of.........

```
1    <html><head>
2    <title>AltaVista: Simple Query computer graphics</title>
3    </head><body bgcolor=#ffffff text=#000000 link=#000099 vlink=#663366 alink=#ff0000>
4    <MAP NAME="hdr">
5    <AREA SHAPE=RECT COORDS="378,33,420,51." HREF="/" ALT=Home>
6    <AREA SHAPE=RECT COORDS="424,33,456,52" HREF="/av/content/zones.html"
7    ALT=Zones>
8    <AREA SHAPE=RECT COORDS="462,33,507,52" HREF="/av/content/services.html"

174    CSE328: FUNDAMENTALS OF COMPUTER GRAPHICS. Monday, Friday
175    12:40-2:00pm Room Life Sciences 030 (it may change soon) Instructor: T.
176    Pavlidis,...<br><font face=arial size=-2>Last modified 31-Mar-98 - page size 5K - in
177    English [ <a
178    href="http://babelfish.altavista.digital.com/cgi-bin/translate?urltext=http%3a%2f%2fwww%
179    2ecs%2esunysb%2eedu%2f%7ethco%2f328%2fcourse%2ehtml&language=en">Translate</
180    a> ]</font><P>
181    </font><font face=arial size=-1>Pages: <a
182    href="/cgi-bin/query?pg=q&q=computer+graphics&stq=70&c9k">[<b>&lt;&lt;</b>]</a>
183    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=0&c9k">1</a>
184    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=10&c9k">2</a>
185    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=20&c9k">3</a>
186    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=30&c9k">4</a>
187    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=40&c9k">5</a>
188    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=50&c9k">6</a>
189    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=60&c9k">7</a>
190    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=70&c9k">8</a>
191    <b>9</b> <a
192    href="/cgi-bin/query?pg=q&q=computer+graphics&stq=90&c9k">10</a>
193    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=100&c9k">11</a>
194    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=110&c9k">12</a>
195    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=120&c9k">13</a>
196    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=130&c9k">14</a>
197    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=140&c9k">15</a>
198    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=150&c9k">16</a>
199    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=160&c9k">17</a>
200    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=170&c9k">18</a>
201    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=180&c9k">19</a>
202    <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=190&c9k">20</a>
       <a
```

-3-

G 000282

G D 2772

Please type a plus sign (+) inside this box: [+]

Approved for use through 9/30/00. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
PTO/SB/21 (12-97)

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | | |
|---|---|---|
| **TRANSMITTAL FORM** (to be used for all correspondence after initial filing) | Application Number | 08/727,085 |
| | Filing Date | October 8, 1996 |
| | First Named Inventor | Gilbert Borman |
| | Group Art Unit | 2772 |
| | Examiner Name | S. Hong |
| Total Number of Pages in This Submission   32 36 | Attorney Docket Number | 18041.701 |

## ENCLOSURES

| | | |
|---|---|---|
| [x] | Fee Transmittal Form | Assignment Papers (for an Application) |
| | [x] Fees Attached | Drawing(s) |
| | | Licensing-related Papers |
| [x] | Amendment/Response | Petition Routing Slip (PTO/SB/69) and Accompanying Petition |
| | [ ] After Final | To Convert a Provisional Application |
| | [ ] Affidavits/declarations | Power of Attorney, Revocation, Change of Corresp. Address |
| | | Terminal Disclaimer |
| [x] | Extension of Time Request | Small Entity Statement |
| | | Request for Refund |
| [ ] | Express Abandonment Request | After Allowance Communication to Group |
| | | Appeal Communication to Board of Appeals and Interferences |
| [ ] | Information Disclosure Statement | Appeal Communication to Group (Appeal Notice, Brief, Reply Brief) |
| | | Proprietary Information |
| [ ] | Certified Copy of Priority Document(s) | Status Letter |
| | | Additional Enclosure(s) (please identify below) |
| [ ] | Response to Missing Parts under 37 CFR 1.52 or 1.53 | Remarks  Appendices A-D |

RECEIVED
GROUP 2700
JUN 11 AM 11:00

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm or Individual Name | WILSON SONSINI GOODRICH & ROSATI |
| Signature | [signature]    Reg. No. 38,754 |
| Date | June 4, 1998 |

## CERTIFICATE OF MAILING

| | |
|---|---|
| I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date: | |
| Typed or printed name | Donna L. Hempel |
| Signature | [signature] Donna L. Hempel    Date   June 4, 1998 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

G 000283

PTO/SB/17 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL

Note: Effective October 1, 1997, Patent fees are subject to annual revision.

**TOTAL AMOUNT OF PAYMENT** ($) 455.00

| Complete if Known | |
|---|---|
| Application Number | 08/727,085 |
| Filing Date | October 8, 1996 |
| First Named Inventor | Gilbert Borman |
| Group Art Unit | 2772 |
| Examiner Name | S. Hong |
| Attorney Docket Number | 18041.701 |

## METHOD OF PAYMENT (check one)

Deposit Account Number: 23-2415 ( Docket No. 18041.701)

Deposit Account Name: Wilson Sonsini Goodrich & Rosati

[x] Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

[ ] Charge the Issue Fee Set in 37 CFR 1.18 at the Mailing of the Notice of Allowance

[ ] Payment Enclosed:  [ ] Check  [ ] Money Order  [ ] Other

## FEE CALCULATION

### 1. FILING FEE

| Large Fee Code | Entity Fee ($) | Small Fee Code | Entity Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 790 | 201 | 395 | Utility filing fee | |
| 106 | 330 | 206 | 165 | Design filing fee | |
| 107 | 540 | 207 | 270 | Plant filing fee | |
| 108 | 790 | 208 | 395 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional filing fee | |

SUBTOTAL (1) ($)

### 2. CLAIMS

| | | | Fee from below | Fee Paid |
|---|---|---|---|---|
| Total Claims | - 20 = | X = | | |
| Independent Claims | - 3 = | X = | | |
| Multiple Dependent Claims | | X = | | |

| Large Fee Code | Entity Fee ($) | Small Fee Code | Entity Fee ($) | Fee Description |
|---|---|---|---|---|
| 103 | 22 | 203 | 11 | Claims in excess of 20 |
| 102 | 82 | 202 | 41 | Independent claims in excess of 3 |
| 104 | 270 | 204 | 135 | Multiple dependent claim |
| 109 | 82 | 209 | 41 | Reissue independent claims over original patent |
| 110 | 22 | 210 | 11 | Reissue claims in excess of 20 and over original patent |

SUBTOTAL (2) ($)

## FEE CALCULATION (continued)

### ADDITIONAL FEES

| Large Fee Code | Entity Fee ($) | Small Fee Code | Entity Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | 455.00 |
| 116 | 400 | 216 | 200 | Extension for reply within second month | |
| 117 | 950 | 217 | 475 | Extension for reply within third month | |
| 118 | 1,510 | 218 | 755 | Extension for reply within fourth month | |
| 128 | 2,060 | 228 | 1,030 | Extension for reply within fifth month | |
| 119 | 310 | 219 | 155 | Notice of Appeal | |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | |
| 121 | 270 | 221 | 135 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,320 | 241 | 660 | Petition to revive - unintentional | |
| 142 | 1,320 | 242 | 660 | Utility Issue fee (or reissue) | |
| 143 | 450 | 243 | 225 | Design Issue fee | |
| 144 | 670 | 244 | 335 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 148 | 790 | 246 | 395 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 149 | 790 | 249 | 395 | For each additional invention to be examined (37 CFR 1.129(b)) | |
| | | | | Other fee (specify) | |
| | | | | Other fee (specify) | |

*Reduced by Basic Filing Fee Paid

SUBTOTAL (3) ($) 55.00

## SUBMITTED BY

| Typed or Printed Name | Charles C. Cary | | Reg. Number | 36,754 |
|---|---|---|---|---|
| Signature | [signature] | Date 6/4/98 | Deposit Account User ID | 23-2415 (Docket No. 18041.701) |

Complete (if applicable)

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

DRH::ODMA\PCDOCS\SQL1\135319\1

G 000284

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|

| | EXAMINER |
|---|---|
| | HONG, S |

CHARLES Q. BUCKWALTER
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| ART UNIT | PAPER NUMBER |
|---|---|

DATE MAILED:

## NOTICE OF ALLOWABILITY

STEPHEN S. HONG
PATENT EXAMINER

G 000185

Application/Control Number: 08/727,085                                    Page 2

Art Unit: 2776

## REASONS FOR ALLOWANCE

1.    The following is an examiner's statement of reasons for allowance:

As per independent claims 1, 7, 13, 18, 23 and 25, the claimed feature of "displaying a first and second icon separate from the search window on said display screen...[and] parsing the location identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon (in claim 1, lines 8-15; substantially similar in the others)", in conjunction with the other claimed limitations, is not shown and would not have been obvious to a person of ordinary skill in the art at the time of the invention in view of the prior art of record.

As shown in the FIGURE 5A of the Applicant's invention, the first and second icons, which initiate parsing of the searched list and retrieve the data from a location in the list, are provided separate (item 300) from the browser window (item 400), which is not shown and not suggested by the prior art of record.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

G 000286

Application/Control Number: 08/727,085                                      Page 3

Art Unit: 2776

2.      Any inquiry concerning this communication or earlier communications from the
examiner should be directed to Steve Hong whose telephone number is (703) 308-5465. The
examiner can normally be reached on Monday-Friday from 8:00 AM-5:30 PM.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Heather Herndon, can be reached on (703) 305-9701.

        Any inquiry of a general nature or relating to the status of this application should be
directed to the Group receptionist whose telephone number is (703) 305-3900.

        Any response to this action should be mailed to:
                        Commissioner of Patents and Trademarks
                        Washington, D.C. 20231
                or faxed to:
                        (703) 308-9051, (for formal communications intended for entry)
                Or:
                        (703) 305-9724 (for informal or draft communications, please label
                        "PROPOSED" or "DRAFT")

                Hand-delivered responses should be brought to Crystal Park II, 2121 Crystal Drive,
                Arlington, VA., Sixth Floor (Receptionist).
        For any written or facsimile communication submitted ON OR AFTER APRIL 26, 1998,
this Examiner, who was assigned to Art Unit 2772, will be assigned to Art Unit 2776. Please
include the new Art Unit in the caption or heading of any communication submitted after the
APRIL 26, 1998 date. Your cooperation in this matter will assist in the timely processing of the
submission and is appreciated by the Office.

                                                    Stephen Hong

                                                    Patent Examiner

                                                    August 26, 1998

G 000287

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

LM41/0831

CHARLES C. CARY
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA 94304-1050

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/727,355 | 10/08/96 | 018 | HONG, S | 2776 | 08/21/97 |

First Named Applicant: BORMAN, GILBERT

TITLE OF INVENTION: METHOD AND APPARATUS FOR RETRIEVING DATA FROM A NETWORK USING LOCATION IDENTIFIERS (AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 18041.701 | 707-501.000 | I40 | UTILITY | YES | $660.00 | 11/20/97 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.

THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status; or

B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above; or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B-Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99 (0651-0033)     U.S. GPO 1996-474-802/1288

PART B—ISSUE FEE TRANSMITTAL

Complete and mail this form, together with applicable fees, to: Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS

RECEIVED
Publishing Division
NOV 17 1998

CHARLES C CARY
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA 94304-1050

**Note:** The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Donna L. Hengst _____ (Depositor's name)
Donna L. Hengst _____ (Signature)
11/13/98 _____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/727,068 | 10/08/96 | 018 | HONG, S | 2776 08/31/98 |

First Named Applicant: BORMAN, GILBERT

TITLE OF INVENTION: METHOD AND APPARATUS FOR RETRIEVING DATA FROM A NETWORK USING LOCATION IDENTIFIERS (AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3 18041.701 | 707-501.000 | 140 | UTILITY | YES | $660.00 | 11/30/98 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

Wilson Sonsini
Goodrich & Rosati,
Paul Davis
Charles C Cary

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE: TenRetni Dynamics, Inc.

(B) RESIDENCE: (CITY & STATE OR COUNTRY) South Field, MI

Please check the appropriate assignee category indicated below (will not be printed on the patent):
☐ individual  ☑ corporation or other private group entity  ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☐ Issue Fee
☐ Advance Order - # of Copies

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER 23-2415 (ENCLOSE AN EXTRA COPY OF THIS FORM)
☐ Issue Fee
☐ Advance Order - # of Copies

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to this application identified above.

(Authorized Signature) _____ (Date) 11/13/98

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

12/17/1998 ATHAII 00000071 08727068
01 FC:142 605.50 OP
02 FC:561 30.00 OP

Refund Ref 12/07/1998 ATHAII 00000059495
CHECK Refund Total: $65.50

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV. 10-96) Approved for use through 06/30/99. OMB 0651-0033

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

RECEIVED
Publishing Division

NOV 1 7 1998

11

CERTIFICATE OF MAILING:  I hereby certify that this correspondence is being
deposited with the United States Postal Service with sufficient postage as first class
mail in an envelope addressed to: Assistant Commissioner for Patents,
Washington, D.C. 20231, on: November 13, 1998.

Donna L. Hengst
Donna L. Hengst

Patent
Attorney's Docket No. 18041.701

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re application of | ) | |
| | ) | Examiner: S. Hong |
| Gilbert Borman et al. | ) | |
| | ) | |
| Serial No.: 08/727,085 | ) | Group Art Unit: 2776 |
| | ) | |
| Filing Date: October 8, 1996 | ) | Batch No.: I40 |
| | ) | |
| For:  METHOD AND APPARATUS FOR | ) | |
| RETRIEVING DATA FROM A NETWORK | ) | |
| USING LOCATION IDENTIFIERS | ) | |
| (AS AMENDED) | ) | |

### TRANSMITTAL OF FORMAL DRAWINGS

Assistant Commissioner for Patents
Washington, D.C. 20231

**ATTN: OFFICIAL DRAFTSMAN**

Sir:

In response to the Notice of Allowance and Issue Fee Due date of August 31, 1998,
please substitute the enclosed 14 sheets of formal drawings for the informal drawings previously
filed with respect to the above-identified patent application.

Respectfully submitted,

WILSON, SONSINI, GOODRICH & ROSATI

By:

Charles C. Cary
Registration No. 36,764

650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
Date:  November 13, 1998

G 000290



5890172



FIG. 1

G 000291





**FIG. 2**

G 000292





FIG. 3

G 000293

APPROVED | O.G. FIG.
BY | CLASS | SUBCLASS
DRAFTSMAN



400

402    412    414

404

406

410

408

Netscape - [NetSearch]

File  Edit  View  Go  Bookmarks  Options  Directory  Window  Help

Back | Forward | Home | Reload | Images | Open | Print | Find | Stop

Location: http://home.netscape.com/escapes/search/netsearch1.html    N

What's New | What's Cool | Handbook | Net Search | Net Directory | Software

N  DESTINATIONS

NET SEARCH

| Excite | Yahoo | Infoseek | Lycos | DejaNews |

YAHOO!  RAT    Search

- Get Yahoo - News Headlines - Science News/Science -

- Arts            - Government   - Music       - Science
- Business        - Health       - News        - Society
- Computers       - Internet     - Recreation  - Sports
- Education       - Medicine     - References  - Travel
- Entertainment   - Movies       - Restaurant  - Weather

NETCOM'S personalized internet service - because everybody's a little different.

Other Services    test drive
infoseek
ultra

Search Categories.

Destinations    French | German | Italian
Japanese | Swedish

| Netscape Home | Download Software | Customer Service | Technical Support | Search & Contents | Website Advertising |

(PRIOR ART)
FIG. 4

G 000294



FIG. 5A

G 000295





**FIG. 5B**

G 000296





**FIG. 5C**

G 000297





**FIG. 6**

G 000298





(Prior Art)
FIG. 7

G 000299



**FIG. 8A**





FIG. 8B

G 000301



FIG. 8C

G 000302





(Prior Art)
FIG. 9A

LEVEL 1 >
LEVEL 2 >
LEVEL 3 >
LEVEL 4 >
LEVEL 5 >



FIG. 9B

LEVEL 1 >
LEVEL 2 >
LEVEL 3 >
LEVEL 4 >
LEVEL 5 >

G 000304



PTO UTILITY GRANT
Paper Number _____

### The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

### United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to any statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extension.*

*Bruce Lehman*
Commissioner of Patents and Trademarks

*Attest*

Form PTO-1584 (Rev. 2/97)

(RIGHT INSIDE)

FM-LDM
G 000305

08 727085

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO-1556
(5/87)

G 000306

Form PTO 1139
(REV 2/91)

## PACE DATA ENTRY CODING SHEET

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

1ST EXAMINER

2ND EXAMINER

GROUP ART UNIT

CLASS

DATE 12-05-96

SHEETS OF DRAWING: 14

APPLICATION NUMBER: 08 727085

TOTAL CLAIMS: 16

INDEPENDENT CLAIMS: 6

TYPE APPL

SMALL ENTITY?

FILING DATE — MONTH 10 DAY 08 YEAR 96

FILING FEE

FOREIGN LICENSE

SPECIAL HANDLING

ATTORNEY DOCKET NUMBER

### CONTINUITY DATA

CONT STATUS CODE

CODE

PARENT APPLICATION SERIAL NUMBER

PCT APPLICATION SERIAL NUMBER

PARENT PATENT NUMBER

PARENT FILING DATE — MONTH DAY YEAR

### PCT/FOREIGN APPLICATION DATA

FOREIGN PRIORITY CLAIMED

COUNTRY CODE

PCT/FOREIGN APPLICATION SERIAL NUMBER

FOREIGN FILING DATE — MONTH DAY YEAR

G 000307