## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 1996

Application or Docket Number

08/727685

### CLAIMS AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 385.00 | OR | | 770.00 |
| TOTAL CLAIMS | 26 minus 20 = | 6 | x$11= | 66 | OR | x$22= | 132 |
| INDEPENDENT CLAIMS | 6 minus 3 = | 3 | x40= | 120 | OR | x80= | 240 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| | | | TOTAL | | OR | TOTAL | 1142 |

* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | ADDI- | | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT C** Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 10/96)

*U.S. Government Printing Office: 1996 - 413-265/49191

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

Dockets.Justia.com

Staple Issue Slip Here

| POSITION | ID NO. | | DATE |
|---|---|---|---|
| CLASSIFIER | #44 | | 10-22-96 |
| EXAMINER | 491 | | 12-05-96 |
| TYPIST | | 351 | 4-10-97 |
| VERIFIER | | 222 | 4-11 |
| CORPS CORR. | | | |
| SPEC. HAND | | 333 | 4-9-97 |
| FILE MAINT. | | 854 | 12-5-96 |
| DRAFTING | | | |

## INDEX OF CLAIMS

| Claim Final | Original | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | √ | = | | | | | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| 2 | 4 | | = | | | | | |
| 3 | 5 | | = | | | | | |
| 4 | 6 | | = | | | | | |
| 5 | 7 | | = | | | | | |
| | 8 | | | | | | | |
| | 9 | | | | | | | |
| 6 | 10 | | = | | | | | |
| 7 | 11 | | = | | | | | |
| 8 | 12 | | = | | | | | |
| 9 | 13 | | = | | | | | |
| | 14 | | | | | | | |
| | 15 | | | | | | | |
| 10 | 16 | | = | | | | | |
| 11 | 17 | | = | | | | | |
| 12 | 18 | | = | | | | | |
| | 19 | | | | | | | |
| | 20 | | | | | | | |
| 13 | 21 | | = | | | | | |
| 14 | 22 | | = | | | | | |
| 15 | 23 | | = | | | | | |
| 16 | 24 | | = | | | | | |
| 17 | 25 | | = | | | | | |
| 18 | 26 | √ | = | | | | | |
| | 27 | | | | | | | |
| | 28 | | | | | | | |
| | 29 | | | | | | | |
| | 30 | | | | | | | |
| | 31 | | | | | | | |
| | 32 | | | | | | | |
| | 33 | | | | | | | |
| | 34 | | | | | | | |
| | 35 | | | | | | | |
| | 36 | | | | | | | |
| | 37 | | | | | | | |
| | 38 | | | | | | | |
| | 39 | | | | | | | |
| | 40 | | | | | | | |
| | 41 | | | | | | | |
| | 42 | | | | | | | |
| | 43 | | | | | | | |
| | 44 | | | | | | | |
| | 45 | | | | | | | |
| | 46 | | | | | | | |
| | 47 | | | | | | | |
| | 48 | | | | | | | |
| | 49 | | | | | | | |
| | 50 | | | | | | | |

| Claim Final | Original | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | |
| | 52 | | | | | | | |
| | 53 | | | | | | | |
| | 54 | | | | | | | |
| | 55 | | | | | | | |
| | 56 | | | | | | | |
| | 57 | | | | | | | |
| | 58 | | | | | | | |
| | 59 | | | | | | | |
| | 60 | | | | | | | |
| | 61 | | | | | | | |
| | 62 | | | | | | | |
| | 63 | | | | | | | |
| | 64 | | | | | | | |
| | 65 | | | | | | | |
| | 66 | | | | | | | |
| | 67 | | | | | | | |
| | 68 | | | | | | | |
| | 69 | | | | | | | |
| | 70 | | | | | | | |
| | 71 | | | | | | | |
| | 72 | | | | | | | |
| | 73 | | | | | | | |
| | 74 | | | | | | | |
| | 75 | | | | | | | |
| | 76 | | | | | | | |
| | 77 | | | | | | | |
| | 78 | | | | | | | |
| | 79 | | | | | | | |
| | 80 | | | | | | | |
| | 81 | | | | | | | |
| | 82 | | | | | | | |
| | 83 | | | | | | | |
| | 84 | | | | | | | |
| | 85 | | | | | | | |
| | 86 | | | | | | | |
| | 87 | | | | | | | |
| | 88 | | | | | | | |
| | 89 | | | | | | | |
| | 90 | | | | | | | |
| | 91 | | | | | | | |
| | 92 | | | | | | | |
| | 93 | | | | | | | |
| | 94 | | | | | | | |
| | 95 | | | | | | | |
| | 96 | | | | | | | |
| | 97 | | | | | | | |
| | 98 | | | | | | | |
| | 99 | | | | | | | |
| | 100 | | | | | | | |

SYMBOLS
√ ............ Rejected
= ............ Allowed
– (Through numeral) .... Canceled
N ............ Restricted
÷ ............ Non-elected
I ............ Interference
A ............ Appeal
O ............ Objected

(LEFT INSIDE)

G 000309

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 707 | 501<br>513<br>514<br>10<br>102<br>104 | 1/20/98 | |
| 345 | 329<br>333<br>335<br>338<br>339<br>340<br>346 | | SH |
| Update | Search | 8/26/98 | SSH |

## SEARCH NOTES

| | Date | Exmr. |
|---|---|---|
| Internet WWW search<br>— Search Notes attached | 2/24/98 | SSH |
| Update search | 8/26/98 | SSH |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 707 | 501<br>513 | 8/26/98 | SSH |
| 345 | 339 | | |

(RIGHT OUTSIDE)

G 000310



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.,
a Michigan limited liability corporation,

      Plaintiff,

vs.

GOOGLE INC.,
a Delaware corporation,

      Defendant.

Case No. 04-70366-CV
Hon. Julian Abele Cook
Magistrate Judge R. Steven Whalen

---

SOMMERS, SCHWARTZ, SILVER & SCHWARTZ
Andrew Kochanowski (P55117)
Nabeel N. Hamameh  (P60981)
Attorneys For Plaintiff
2000 Town Center, 9th Floor
Southfield, MI  48075
(248) 355-0300

BANIAK, PINE & GANNON
Michael Baniak
Co-Counsel For Plaintiff
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606
(312) 673-0360

DICKINSON WRIGHT, PLLC
Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
Attorneys For Defendant
500 Woodward Ave., Ste. 4000
Detroit, MI 48226
(313) 223-3500

FISH & RICHARDSON P.C.
Howard G. Pollack
Attorneys For Defendant
500 Arguello Street, Ste. 500
Redwood City, CA 94063
(650) 839-5070

FISH & RICHARDSON P.C.
Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

---

## PLAINTIFF/COUNTERCLAIM DEFENDANT'S
## FIRST AMENDED ANSWERS TO DEFENDANT/COUNTERCLAIM PLAINTIFF'S
## FIRST SET OF REQUESTS FOR ADMISSIONS

NOW COMES Plaintiff, NETJUMPER SOFTWARE, L.L.C. ("Netjumper"), by and

through their attorneys, SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C., and for its

LAW OFFICES
SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

first amended answers to Defendant/Counterclaim Plaintiff's First Set of Requests for

Admissions, states as follows:

## REQUESTS FOR ADMISSIONS REQUEST FOR ADMISSION NO. 1:

Admit that the earliest date of invention of the asserted claims of the patents-in-suit is

not earlier than May 1, 1996.

**RESPONSE:**

**Denied. Original concepts relating to the invention occurred late 1995, and the
development of the prove-out technology occurred in early 1996.**

## REQUEST FOR ADMISSION NO. 2:

Admit that the Google Toolbar is displayed in a browser window (e.g. Internet Explorer).

**RESPONSE:**

**Admit.**

## REQUEST FOR ADMISSION NO. 3:

Admit that You have not contacted Arul Sebastian since the initiation of this lawsuit.

**RESPONSE:**

**Admit.**

## REQUEST FOR ADMISSION NO. 4:

Admit that You have not contacted Vinay Wadhwa since the initiation of this lawsuit.

**RESPONSE:**

**Admit.**

2

## REQUEST FOR ADMISSION NO. 56:

Admit that the document produced by Brooks & Cushman P.C., (e.g. Brooks 1-1032) are true and accurate copies of documents maintained by Brooks & Cushman P.C.

**RESPONSE:**

**Admit.**

## REQUEST FOR ADMISSION NO. 57:

Admit that the document produced by Google at G73-310 (inclusive of G 153.1) is a true and accurate copy of the prosecution history of the `172 Patent from the United States Patent & Trademark Office.

**RESPONSE:**

**Denied for lack of knowledge.**

## REQUEST FOR ADMISSION NO. 58:

Admit that the document produced by Google at G326-505 is a true and accurate copy of the prosecution history of the `655 Patent from the United States Patent & Trademark Office.

**RESPONSE:**

**Denied for lack of knowledge.**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _____

By: ☐ (U.S. Mail)    ☐ FAX
    ☐ Hand Delivered   ☐ Overnight Courier
    ☐ Federal Express  ☐ Other

Signature: _____

Dated: June 1, 2005

Respectfully submitted,
SOMMERS, SCHWARTZ, SILVER & SCHWARTZ

Andrew Kochanowski (P55117)
Nabeel N. Hamameh (P60981)
Attorneys For Plaintiff
2000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-0300

LAW OFFICES
SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

17



IEEE Std 100-1996

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

Standards Coordinating Committee 10, Terms and Definitions
Jane Radatz, Chair

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.

ISBN 1-55937-833-6



9 781559 378338

# I

**I** *See:* invalid; in-phase video.

**$I^2t$ (1) (protection and coordination of industrial and commercial power systems)** The measure of heat energy developed within a circuit during the fuses melting or clearing. Generally stated as melting $I^2t$ or clearing $I^2t$.
(IA) 242-1986r

**(2)** The integral of the square of the current during a given time interval in $A^2$-s:

$$I^2t = \int_{t_0}^{t_1} i^2 dt \ (A^2\text{-s})$$

*Notes:* 1. The melting $I^2t$ is equal to the integral of the square of the current during the melting time of the fuse. 2. The clearing $I^2t$ is equal to the integral of the square of the current during the clearing time of the fuse. The clearing time is equal to the sum of melting time and arcing time. 3. The $I^2t$ ($A^2$-s) multiplied by the resistance (ohms) through which the current flows is equal to the energy (Joules) that will be produced in the resistance. (PE/SWG) C37.40b-1996

**$I^2t$ characteristic (of a fuse)** The amount of ampere-squared seconds passed by the fuse during a specified period and under specified conditions. *Notes:* 1. The specified period may be the melting, arcing, or total clearing time. The sum of melting and arcing $I^2t$ is the clearing $I^2t$. 2. The melting characteristic is related to a specified current wave shape, and the arcing $I^2t$ to specified voltage and circuit-impedance conditions. (PE/SWG) C37.100-1992

**IA** *See:* laser gyro axes; internal address field; input axis.

**IACK daisy-chain driver** A functional module that activates the interrupt-acknowledge daisy-chain whenever an interrupt handler acknowledges an interrupt request. This daisy-chain ensures that only one interrupter responds with its status/ID when more than one has generated an interrupt request.
(BA/C) 1014-1987

**IAGC** *See:* instantaneous automatic gain control.

**IAM** Abbreviation for initial address message.
(COM) 973-1990w

**IC** *See:* information center; interexchange carrier; instruction counter; integrated circuit.

**ICEA** The Insulated Cable Engineers Association. Founded in 1925, the ICEA is a professional society of insulated cable engineers to promote the reliability of covered and insulated conductors for the transmission and distribution of electric energy, control, and instrumentation of equipment and communications. (PE/T&D) 524a-1993

**ice detection light (illuminating engineering)** An inspection light designed to illuminate the leading edge of the wing to check for ice formation. (EEC/IE) [126]

**ice proof (1) (high voltage air switches, insulators, and bus supports)** So constructed or protected that ice will not interfere with successful operation. (PE/SWG) C37.30-1971s
**(2)** So constructed or protected that ice of a specified composition and thickness will not interfere with successful operation. (PE/SWG) C37.100-1992

**ICES** *See:* Integrated Civil Engineering System.

**ice tests** Design tests made to determine the rated ice-breaking ability of the switching equipment.
(PE/SWG) C37.100-1992

**I chrominance signal (national television system committee color television)** The sidebands resulting from suppressed-carrier modulation of the chrominance subcarrier by the I video signal. *Note:* The signal is transmitted in vestigial form, the upper sideband being limited to a frequency within the top of the picture transmission channel (approximately 0.6 MHz above the chrominance subcarrier), and the lower sideband extending to approximately 1.5 MHz below the subcarrier. The phase of the signal, for positive I video signals, is 123 deg with respect to the (B-Y) axis. (BT) 201-1979w

**Icon** A high-order programming language designed primarily to process non-numerical data, as in the applications such as analyzing natural language, transforming or generating computer programs, and formatting documents.
(C) 610.13-1993

**icon** A symbol that is a pictorial indication of a command or object and is located on a graphics tablet or an on-screen menu.



icon
(C) 610.6-1991

**iconic model** A physical model that looks like the system being modeled; for example, a non-functional replica of a computer tape drive used for display purposes. *See also:* scale model.
(C) 610.3-1989

**ICV** *See:* integrity check value.

**ICW** *See:* interrupted continuous wave.

**IDA** *See:* independent disk array.

**IDCODE (identity code)** A defined instruction for the test logic defined by 1149.1-1990. (C/TT) 1149.1-1990

**IDE** *See:* integrated device electronics.

**ideal capacitor (nonlinear capacitor)** A capacitor whose transferred charge characteristic is single-valued. *See also:* nonlinear capacitor. (ED) [46]

**ideal code bin width $Q$** The full-scale range divided by the total number of code states. (IM) 1057-1994

**ideal codec** A codec that has theoretically optimum characteristics. (COM) 269-1992

**ideal conductor** *See:* perfect conductor.

**ideal dielectric** *See:* perfect dielectric.

**ideal filter (A) (frequency domain).** A filter that passes, without attenuation, all frequencies inside specified frequency limits while rejecting all other frequencies. **(B)** (time domain). A filter with a time domain response identical to the excitation except for a constant delay. (CAS) [13]

**ideally conducting medium** *See:* perfect conductor.

**ideal noise diode** *See:* noise diode, ideal.

**ideal paralleling (rotating machinery)** Paralleling by adjusting the voltage, and frequency and phase angle for alternating-current machines, such that the conditions of the incoming machine are identical with those of the system with which it is being paralleled. *See also:* asynchronous machine.
(PE) [9]

**ideal site** A test site on which the reflective surface is flat and has infinite conductivity and size.
(BMC) C63.4-1988s, C63.5-1988

**ideal transducer** *See also:* transducer, ideal.

**ideal value (1) (automatic control) (control)** The value of a selected variable that would result from a perfect system operating from the same command as the actual system under consideration. *See also:* control system; feedback.
(CS/IA) [60]

ratio does not fall below a specified value. *See also:* electromagnetic compatibility. (EMC) [53]

**separation distance** Space that has no interposing structures, equipment, or materials that could aid in the propagation of fire or that could otherwise disable Class 1E systems or equipment. (PE) 384-1992

**separation plane** A reference plane, used to separate two objects. This plane shall not be encroached upon by the object on either side except in clearly specified interface areas.
(BA/C) 1301.4-1996

**separation sort** *See:* distribution sort.

**separator (1) (storage cell)** A spacer employed to prevent metallic contact between plates of opposite polarity within the cell. (Perforated sheets are usually called retainers.) *See also:* battery. (EEC/PE) [119]
**(2)** *See also:* delimiter. (C) 610.12-1990, 610.5-1990
**(3)** A visual user interface control consisting of a line boundary that provides a visual distinction between two adjacent areas. The line may be drawn using various graphics styles.
(C) 1295-1993

**separator, insulation slot (rotating machinery)** Insulation member placed in a slot between individual coils, such as between main and auxiliary windings. *See also:* rotor; stator.
(IA) [90]

**septenary (A)** Pertaining to a selection in which there are seven possible outcomes. **(B)** Pertaining to the numeration system with a radix of 7. (C) 1084-1986w

**septendecimal (A)** Pertaining to a selection in which there are 17 possible outcomes. **(B)** Pertaining to the numeration system with a radix of 17. (C) 1084-1986w

**septet (1)** A group of seven adjacent digits operated upon as a unit. *Synonym:* seven-bit byte.
(C) 1084-1986w, 610.5-1990
**(2)** A byte composed of seven bits. *Synonym:* seven-bit byte.
(C) 610.10-1994

**sequence (1) (A)** To place items in a linear arrangement in accordance with the order of the natural numbers. *Note:* Methods or procedures may be specified for other natural linear orders by mapping onto the natural numbers. For example, the sequence may be alphabetic or chronological. *See also:* collating sequence; sort. **(B)** The order in which items are arranged. *See also:* collating sequence; random number sequence; recursively defined sequence. **(C)** A set of items that have been sequenced. *See also:* collating sequence; order.
(C) 610.5-1990
**(2) (STEbus)** An indivisible bus transaction comprising one or more transfers. *See also:* calling sequence; pseudo-random number sequence. (C/MM) 1000-1987r
**(3)** A set of bits, packets, or messages ordered in time and that are, or that are intended to be, transmitted consecutively without interruption. (C/IT) 1149.5-1995

**sequence by merging** *See:* sort by merging.

**sequence check** A check that verifies that a set of items are in a certain sequence. (C) 610.5-1990

**sequence control register** *See:* instruction address register.

**sequence field** *See:* key.

**sequence filter** *See:* sequence network.

**sequence network** An electrical circuit that produces an output proportional to one or more of the sequence components of a polyphase system of voltages or currents, e.g., positive sequence network, negative sequence network, or zero-sequence network. (PE/SWG) C37.100-1992

**sequence number (1)** A number identifying the relative location of blocks or groups of blocks on a tape. (IA) [61]
**(2)** Each I frame is sequentially numbered with a number listed in the control field, from 0 to 7. The sequence number cycle through the entire range. (EMB) 1073.3.1-1994

**sequence-number readout** Display of the sequence number punched on the tape. *See also:* block count readout.
(IA) [61]

**sequence-of-events (SOE)** Digital input points that are time tagged to include relative or absolute time of occurrence.
(PE/SUB) C37.1-1994

**sequence of events function** *See:* supervisory control functions.

**sequence-of-events point interface** Master station or RTU (or both) element(s) that accept(s) a digital input signal to perform the function of time tagging the occurrence of an event. *See also:* sequence-of-events. (PE/SUB) C37.1-1994

**sequence-of-events SCADA function** The capability of a supervisory system to recognize each predefined event, associate a time of occurrence with each event, and present the event data in order of occurrence of the events.
(PE/SUB) C37.1-1994

**sequence of operation (packaging machinery)** A written detailed description of the order in which electrical devices and other parts of the industrial equipment should function.
(IA) 333-1980w

**sequencer** A mechanical device or computer program that sequences the items in a set. *See also:* sorter.
(C) 610.5-1990

**sequence switch** A remotely controlled power-operated switching device used as a secondary master controller. *See also:* multiple-unit control. (EEC/PE) [119]

**sequence table (electric controller)** A table indicating the sequence of operation of contactors, switches, or other control apparatus for each step of the periodic duty. *See also:* multiple-unit control. (VT) 16-1955w

**sequence variable** A flow-control component involving a public location in System Memory or a CSR, holding the sequence number of the current message. The first message corresponds to sequence number one, etc. This sequence number is operated modulo the variable size (i.e., when the maximum value is reached, it rolls over to zero).
(C/MM) 1212.1-1993

**sequencing key** *See:* sort key.

**sequential (1) (formatted system) (telecommunications)** If the signal elements are transmitted successively in time over a channel, the transmission is said to be sequential. If the signal elements are transmitted at the same time over a multiwire circuit, the transmission is said to be coincident. *See also:* bit.
(COM) [49]
**(2) (software)** Pertaining to the occurrence of two or more events or activities in such a manner that one must finish before the next begins. *Synonym:* serial. *See also:* consecutive. (C) 610.12-1990
**(3)** Pertaining to a circuit whose output values, at a given instant, depend upon its input values and internal state at that instant, and whose internal state depends upon the immediately preceding input values and the preceding internal state. *Contrast:* combinational. (C) 610.10-1994

**sequential access (1) (test, measurement, and diagnostic equipment)** A system in which the information becomes available in a one after the other sequence only, whether all of it is desired or not. (MIL) [2]
**(2) (data management)** Pertaining to the process of storing and retrieving data using the sequential access mode. *Synonyms:* physical sequential access; serial access. *Contrast:* direct access; random access. *See also:* indexed access; indexed sequential access. (C) 610.5-1990
**(3)** *See also:* access. (C) 610.10-1994

**sequential access method (SAM)** A technique for accessing data using sequential access mode. That is, to process a given data record, all data records previous to it must be accessed. *See also:* basic sequential access method.
(C) 610.5-1990

**sequential access mode** An access mode in which data records are stored and retrieved in such a way that each successive access defines the next record to be retrieved. *Contrast:* direct access mode; indexed sequential access mode.
(C) 610.5-1990

**sequential access storage** A type of storage that provides only sequential access to data. For example, magnetic tape storage. *Synonym:* serial access storage. (C) 610.10-1994

nal which will reduce the noise output level of a frequency-modulation (FM) receiver by a specified amount, usually 20 dB.                    (MIL) [2]

**sensitivity, radiant (camera tubes or phototubes)** The quotient of signal output current by incident radiant flux at a given wavelength, under specified conditions of irradiation. *Note:* Radiant sensitivity is usually measured with a collimated beam at normal incidence. *See also:* luminous flux; phototube; radiant flux.                    (ED) 161-1971w

**sensitivity response** The net number of counts registered by the detector system per unit of time, divided by the activity of the radionuclide.                    (NI) N42.12-1994

**sensitivity, threshold (test, measurement, and diagnostic equipment)** The smallest quantity that can be detected by a measuring instrument or automatic control system.
                    (MIL) [2]

**sensitivity time control (STC)** Programmed variation of the gain (sensitivity) of a radar receiver as a function of time within each pulse-repetition interval or observation time in order to prevent overloading of the receiver by strong echoes from targets or clutter at close ranges.     (AE) 686-1990w

**sensitizing (electrostatography)** The act of establishing an electrostatic surface charge of uniform density on an insulating medium. *See also:* electrostatography.
                    (ED) [46], 224-1965w

**sensitometry** The measurement of the light response characteristics of photographic film under specified conditions of exposure and development.                    (SP) [32]

**sensor (?) (electrical heating applications to melting furnaces ... forehearths in the glass industry)** A device that re ... to a physical stimulus (such as heat and light) and ... a resulting signal.                    (IA) 668-1987w

... etectric pipe heating systems) The first system element ... responds quantitatively to the measure and performs the ... measurement operation. Sensors, as used in electric ... ating systems, respond to the temperature of the system and may be directly connected to controllers, alarms, or both. Sensors can be mechanical (bulb, bimetallic) or electrical (thermocouple, resistance-temperature detector (RTD), thermistor). *Synonym:* sensing element.
                    (PE) 622A-1984r

**(3) (electric heat tracing systems)** The first system element that responds quantitatively to the measure and performs the initial measurement operation. Sensors, as used in electric heat tracing systems, respond to the temperature of the system and may be directly connected to controllers, alarms, or both. Sensors can be mechanical (bulb, bimetallic) or electrical (thermocouple, RTD, thermistor). *Synonym:* sensing element.
                    (PE) 622B-1988r

**(4) (A) (nuclear power generating station)** That portion of a channel which first responds to changes in, and performs the primary measurement of, a plant variable or condition. **(B) (nuclear power generating station)** A device directly responsive to the value of the measured quantity.
                    (PE) 381-1977w

**(5) (temperature measurement)** That portion of a temperature-measuring system that responds to the temperature being measured.                    (PE) 119-1974w

**(6) (test, measurement, and diagnostic equipment)** A transducer which converts a parameter at a test point to a form suitable for measurement by the test equipment. *See also:* pickoff; pickup.                    (MIL) [2]

**(7) (nuclear power generating station) (safety systems)** The portion of a channel that responds to changes in a plant variable or condition and converts the measured process variable into an electric or pneumatic signal.     (PE) 603-1991

**sensor, active (test, measurement, and diagnostic equipment)** A sensor requiring a source of power other than the signal being measured.                    (MIL) [2]

**sensor-based system** An organization of components, including a computer, whose primary source of input is data from sensors and whose output can be used to control the related physical process being sensed.                    (C) 610.10-1994

**sensor, passive (test, measurement, and diagnostic equipment)** A sensor requiring no source of power other than the signal being measured.                    (MIL) [2]

**sensory saturation (nuclear power generating station)** The impairment of effective operator response to an event due to excessive amount of display information that must be evaluated prior to taking action.                    (PE) 566-1977w

**sentinel** *See:* flag.

**separable insulated connector (1) (separable insulated connectors)** A fully insulated and shielded system for terminating and electrically connecting an insulated power cable to electrical apparatus, other power cables, or both, so designed that the electrical connection can be readily established or broken by engaging or separating the connector at the operating interface.                    (PE/T&D) 386-1995

**(2) (power and distribution transformers)** A system for terminating and electrically connecting an insulated power cable to electrical apparatus, other power cables, or both, so designed that the electrical connection can be readily established or broken by engaging or separating mating parts of the connector at the operating interface.     (PE) C57.12.80-1978r

**separate chaining** Hashing in which collision resolution is handled by building a linked list, called a collision chain, for each position in the hash table to hold the items whose hash values correspond to that position in the hash table. *Synonyms:* direct chaining; external chaining. *Contrast:* open-address hashing.
                    (C) 610.5-1990

**separate excitation (1) (emergency and standby power)** A source of generator field excitation power derived from a source independent of the generator output power.
                    (IA) 446-1995

**(2) (power system device function numbers)** A device that connects a circuit, such as the shunt field of a synchronous converter, to a source of separate excitation during the starting sequence; or one that energizes the excitation and ignition circuits of a power rectifier.     (PE/SUB) C37.2-1979s

**separately excited (rotating machinery)** A qualifying term applied to a machine to denote that the excitation is obtained from a source other than the machine itself.     (PE) [9]

**separately ventilated machine (electric installations on shipboard)** A machine which has its ventilating air supplied by an independent fan or blower external to the machine.
                    (IA) 45-1983r

**separate parts of a network** The parts that are not connected. *See also:* network analysis.     (Std100) 270-1966w

**separate terminal enclosure (rotating machinery)** A form of termination in which the ends of the machine winding are connected to the incoming supply leads inside a chamber that need not be fully enclosed and may be formed by the foundations beneath the machine.                    (PE) [9]

**separating character** *See:* information separator.

**separation (1) (frequency modulation)** The process of deriving individual channel signals (for example, for stereophonic systems) from a composite transmitted signal. *Note:* Separation describes the ability of a receiver to produce left and right stereophonic channel signals at its output terminals and is a measured parameter for stereo receivers only. Left-channel signal separation is defined as the ratio in decibels of the output voltage of the left output of the receiver to that of the right output when an "L"-only signal is received. Right-channel separation is similarly defined.     (BT) 185-1975w

**(2) (nuclear power generating station) (separation and identification)** Physical independence of redundant circuits, components, and equipment. (Physical independence may be achieved by space, barriers, shields, etc.)     (PE) 690-1984r

**(3)** The distance between two objects, measured surface to surface, and usually filled with a solid or liquid material.
                    (NESC) C2-1997

**separation criteria** Curves that relate the frequency displacement to the minimum distance between a receiver and an undesired transmitter to insure that the signal-to-interference

**parking (1) (multiprocessor architecture)** The process whereby the current master retains control of the bus when there are no other masters wishing to use it.
(C/MM)  896.1-1987s

**(2) (MULTIBUS II)** The state of the bus owner where, after the completion of the current transfer operation, ownership is retained until there is a request by another agent for the use of the bus.  (C/MM)  1296-1987s

**parking lamp (illuminating engineering)** A lighting device placed on a vehicle to indicate its presence when parked.
(EEC/IE)  [126]

**parking stand** A bracket, designed for installation on an apparatus, suitable for holding accessory devices, such as the insulated parking bushing and the grounding bushing.
(PE/T&D)  386-1995

**PARLOG** A logic programming language used widely for parallel computing, supporting declarative programming.
(C)  610.13-1993

**parse (software)** To determine the syntactic structure of a language unit by decomposing it into more elementary subunits and establishing the relationships among the subunits. For example, to decompose blocks into statements, statements into expressions, expressions into operators and operands.
(C)  610.12-1990

**·PARSEC** *See:* PARser and Extensible Compiler.

**parsec (pc)** The distance at which 1 astronomical unit subtends an angle of 1 second of arc; approximately, 1 pc = 206 265 AU = 30857 × 10^{12} m.  (QUL)  268-1982s

**parser** A software tool that parses computer programs or other text, often as the first step of assembly, compilation, interpretation, or analysis.  (C)  610.12-1990

**PARser and Extensible Compiler (PARSEC)** An extensible language using syntax similar to PL/1; PARSEC is derived from PROTEUS and is yused as the base language for writing PL/PROPHET.  (C)  610.13-1993

**part (1) (unique identification in power plants and related facilities)** An element of a component not amenable to further disassembly for maintenance purposes.
(PE)  803-1983r, 804-1983r

**(2)** The lowest element of a physical or system architecture, specification tree, or system breakdown structure that can not be partitioned (e.g., bolt, nut, bracket, semiconductor, computer software unit).  (C/SE)  1220-1994

**partial (audio and electroacoustics)**
1) A physical component of a complex tone.
2) A component of a sound sensation that may be distinguished as a simple tone that cannot be further analyzed by the ear and that contributes to the timbre of the complex sound.

*Notes:* 1. The frequency of a partial may be either higher or lower than the basic frequency and may or may not be an integral multiple or submultiple of the basic frequency. If the frequency is not a multiple or submultiple, the partial is inharmonic. 2. When a system is maintained in steady forced vibration at a basic frequency equal to one of the frequencies of the normal modes of vibration of the system, the partials in the resulting complex tone are not necessarily identical in frequency with those of the other normal modes of vibration.
(SP)  [32]

**partial automatic control** Control that is a combination of manual and automatic control. For example, to cause a voltage reduction, the local automatic load tap changing closed-loop control may be biased by way of a supervisory control command.  (PE/SWG/SUB)  C37.1-1994, C37.100-1992

**partial-automatic station** A station that includes protection against the usual operating emergencies, but in which some or all of the steps in the normal starting or stopping sequence, or in the maintenance of the required character of service, must be performed by a station attendant or by supervisory control.  (PE/SWG)  C37.100-1992

**partial-automatic transfer equipment** (or throwover) Equipment that automatically transfers load to another (emergency) source of power when the original (preferred) source to which it has been connected fails, but that will not automatically retransfer the load to the original source under any conditions. *Note:* The restoration of the load to the preferred source from the emergency source upon the reenergization of the preferred source after an outage may be of the continuous-circuit restoration type or the interrupted-circuit restoration type.
(PE/SWG)  C37.100-1992

**partial body irradiation (electrobiology)** Pertains to the case in which part of the body is exposed to the incident electromagnetic energy. *See also:* electrobiology.
(NIR)  C95.1-1982s

**partial carry (1) (parallel addition)** A technique in which some or all of the carries are stored temporarily instead of being allowed to propagate immediately. *See also:* carry.
(C)  [20], [85]

**(2) (A) (mathematics of computing)** A carry process in which the carry digits are stored temporarily, instead of being processed as they occur. *Contrast:* complete carry. *See also:* cascaded carry; partial sum. **(B) (mathematics of computing)** The numeral that represents the carry digits generated in definition "A".  (C)  1084-1986w

**partial checkback message** Message from the initiating end is mirrored by the receiving end back to the initiating end to verify error-free transmission of the message.
(PE/SWG/SUB)  C37.1-1987s, C37.100-1992

**partial correctness (software)** In proof of correctness, a designation indicating that a program's output assertions follow logically from its input assertions and processing steps. *Contrast:* total correctness.  (C)  610.12-1990

**partial dial abandon or a partial dial timeout** Occurs if the call is abandoned or times out without sufficient digits dialed.
(COM)  973-1990w

**partial-dialing timing** The time interval following each dialed digit except the last that determines if the call shall be treated as if dialing had stopped prematurely. For nonimmediate start trunk types, the partial-dial timing interval may be shorter. Instead of timing each digit, an alternative for multifrequency trunks is an overall time limit from the beginning of the start signal until end of pulsing.  (COM)  973-1990w

**Partial Differential Equation Language (PDEL)** An application-oriented language used for solving partial differential equations in which the user does not have to program the numerical analysis algorithms. *Note:* Used as a preprocessor to PL/1.  (C)  610.13-1993

**partial directivity** *See:* directivity, partial.

**partial discharge (PD) (1) (liquid-filled power transformers)** An electric discharge that only partially bridges the insulation between conductors. *See also:* corona.  (PE)  [125]

**(2) (power and distribution transformers)** An electric discharge which only partially bridges the insulation between conductors, and which may or may not occur adjacent to a conductor. *Notes:* 1. Partial discharges occur when the local electric-field intensity exceeds the dielectric strength of the dielectric involved, resulting in local ionization and breakdown. Depending on intensity, partial discharges are often accompanied by emission of light, heat, sound, and radio influence voltage (with a wide frequency range). 2. The relative intensity of partial discharge can be observed at the transformer terminals by measurement of the apparent charge (coulombs). However, the apparent charge (terminal charge) should not be confused with the actual charge transferred across the discharging element in the dielectric which in most cases cannot be ascertained. Partial discharges tests using the radio influence voltage techniques which are responsive to the apparent terminal charges are generally used for measurement of relative discharge intensity. 3. Partial discharges can also be detected and located using sonic techniques. 4. "Corona" has also been used to describe partial discharges. This is a non-preferred term since it has other unrelated meanings.  (PE)  C57.12.80-1978r

used to minimize the effects of the changes in the electric field (displacement current). If the power-line voltage and geometry are constant with time, the average displacement current is zero.     (PE/T&D) 1227-1990r, 539-1990

**winch, double drum** *See:* puller, two drum, three drum.

**Winchester disk** A hard disk in which the magnetic heads and platter are contained within a sealed unit so that contaminants such as dust particles cannot interfere with the close tolerance between the disk and the head. *Note:* The entire assembly may be removable or fixed.     (C) 610.10-1994

**winch, single drum** *See:* puller, one drum.

**winch, three drum** *See:* puller, two drum, three drum.

**winch, triple drum** *See:* puller, two drum, three drum.

**winch, two drum** *See:* puller, two drum, three drum.

**wind direction** The direction of the movement of air relative to the conductor axis. The wind direction and the conductor axis are assumed to be in a plane parallel to the earth. When the wind is blowing parallel to the conductor axis it is termed "parallel wind." When the wind is blowing perpendicularly to the conductor axis it is termed "perpendicular wind."     (PE/T&D) 738-1993

**wind-driven generator for aircraft** A generator used on aircraft that derives its power from the air stream applied on its own air screw or impeller during flight.     (EEC/PE) [119]

**winder, pilot line** A device designed to payout and rewind pilot lines during stringing operations. It is normally equipped with its own engine, which drives a drum or a supporting shaft for a reel mechanically, hydraulically, or through a combination of both. These units are usually equipped with multiple drums or reels, depending upon the number of pilot lines required. The pilot line is payed out from the drum or reel, pulled through the travelers in the sag section, and attached to the pulling line on the reel stand or drum puller. It is then rewound to pull the pulling line through the travelers. A pilot line winder can be a unit similar to a bullwheel puller and often has the reelwinder as an integral part of the machine.     (PE/T&D) 524-1992

**winder, reel** A device designed to serve as a recovery unit for a pulling line. It is normally equipped with its own engine, which drives a supporting shaft for a reel mechanically, hydraulically, or through a combination of both. The shaft, in turn, drives the reel. It is normally used to rewind a pulling line as it leaves the bullwheel puller during stringing operations. This unit is not intended to serve as a puller, but sometimes serves this function where only low tensions are involved. *Synonym:* takeup reel.     (PE/T&D) 524-1992

**winding (data processing)** A conductive path, usually of wire, inductively coupled to a magnetic core or cell. *Note:* When several windings are employed, they may be designated by the functions performed. Examples are: sense, bias, and drive windings. Drive windings include read, write, inhibit, set, reset, input, shift, and advance windings.
    (Std100) 163-1959w

**winding, ac (thyristor converter)** The winding of a thyristor converter transformer that is connected to the ac circuit and usually has no conductive connection with the thyristor circuit elements. *Synonym:* primary winding.     (IA) 444-1973r

**winding, autotransformer series** *See:* series winding.

**winding, control power** The winding (or transformer) that supplies power to motors, relays, and other devices used for control purposes. *See also:* windings, high-voltage and low-voltage.     (PE) [57]

**winding, dc (thyristor converter)** The winding of a thyristor converter transformer that is conductively connected to the thyristor converter circuit elements and that conducts the direct current of the thyristor converter. *See also:* secondary winding.     (IA) 444-1973r

**winding-drum machine (elevators)** A geared-drive machine in which the hoisting ropes are fastened to and wind on a drum. *See also:* driving machine.     (EEC/PE) [119]

**winding factor (rotating machinery)** The product of the distribution factor and the pitch factor. *See also:* rotor; stator.     (PE) [9]

**winding hottest spot temperature (power and distribution transformers)** The highest temperature inside the transformer winding. It is greater than the measured average temperature (using the resistance change method) of the coil conductors.     (PE) C57.12.80-1978r

**winding inductance** *See:* air-core inductance.

**winding loss (electronic power transformer)** The power losses of all windings involved, expressed in watts, in an inductor or transformer with the values measured at or corrected to the rated load current, frequency, and waveshape and stabilized at the maximum ambient temperature. *Synonym:* copper losses.     (PEL) 295-1969r

**winding overhang (rotating machinery)** That portion of a winding extending beyond the ends of the core.     (PE) [9]

**winding pitch** *See:* coil pitch.

**winding, primary** *See:* primary winding.

**winding, secondary** *See:* secondary winding.

**winding shield (rotating machinery)** A shield secured to the frame to protect the windings but not to support the bearing.     (PE) [9]

**windings, high-voltage and low-voltage** The terms high-voltage and low-voltage are used to distinguish the winding having the greater from that having the lesser voltage rating.     (PE) C57.12.80-1978r

**winding, stabilizing** *See:* stabilizing winding.

**winding, tertiary** *See:* tertiary winding.

**winding voltage rating** The voltage for which the winding is designed. *See also:* duty.     (PE) [116]

**window (1) (counter tube) (radiation counter tubes)** That portion of the wall that is made thin enough for radiation of low penetrating power to enter. *See also:* anticoincidence.
    (ED) [45]

**(2) (charged-particle detectors)** *See also:* dead layer thickness.     (NPS) 300-1988r

**(3) (computer graphics)** A region of a two-dimensional world coordinate system that is to be visible as the display image.     (C) 610.6-1991

**(4)** A work area on the screen used by an application.
    (C) 1295-1993

**(5)** A contiguous unit of addressing space that one bus utilizes to provide access to data on another bus.
    (BA/C) 1014.1-1994

**(6)** In applications and graphical user interfaces, a defined portion of the display screen that is separated by a frame from the rest of the screen and which may be opened, closed, resized, and moved.     (C) 610.10-1994

**window amplifier** *See:* biased amplifier.

**window annunciator (alarm monitoring and reporting systems for fossil-fueled power generating stations)** A visual signal device consisting of a number of backlighted windows, each one indicating a condition that exists or has existed in a monitored circuit, and being identified accordingly.
    (PE) 676-1986w

**window-type current transformer** One that has a secondary winding insulated from and permanently assembled on the core, but has no primary winding as an integral part of the structure. Primary insulation is provided in the window, through which one turn of the line conductor can be passed to provide the primary winding.
    (PE) C37.110-1996, C57.12.80-1978r, C57.13-1993

**window, waveguide (waveguide components)** A gas- or liquid-tight barrier or cover designed to be essentially transparent to the transmission of electromagnetic waves.
    (MTT) 147-1979w

**window width** The difference between the upper-level and lower-level discriminator settings.     (NI) N42.12-1994

**windshield wiper for aircraft** A motor-driven device for removing rain, sleet, or snow from a section of an aircraft wind-





IBM Dictionary of Computing

▼ The most comprehensive computing dictionary ever published
▼ More than 18,000 entries

Sp

### Limitation of Liability

While the Editor and Publisher of this book have made reasonable efforts to ensure the accuracy and timeliness of the information contained herein, neither the Editor nor the Publisher shall have any liability with respect to loss or damage caused or alleged to be caused by reliance on any information contained herein.

Copyright © 1994 by International Business Machines Corporation. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permisssion of the publisher.

2 3 4 5 6 7 8 9 0   DOC/DOC   9 9 8 7 6 5 4

ISBN 0-07-031488-8 (HC)
ISBN 0-07-031489-6 (PBK)

*The sponsoring editor for this book was Daniel A. Gonneau and the production supervisor was Thomas G. Kowalczyk.*

*Printed and bound by R. R. Donnelley & Sons Company.*

### Tenth Edition (August 1993)

This is a major revision of the *IBM Dictionary of Computing*, SC20-1699-8, which is made obsolete by this edition. Changes are made periodically to the information provided herein.

It is possible that this material may contain reference to, or information about, IBM products (machines and programs), programming, or services that are not announced in your country. Such references or information must not be construed to mean that IBM intends to announce such IBM products, programming, or services in your country. Comments may be addressed to IBM Corporation, Department E37/656, P. O. Box 12195, Research Triangle Park, NC 27709.

### International Edition

Copyright © 1994 by International Business Machines Corporation. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113383-6.

This book is printed on acid-free paper.

**IC** Integrated circuit.

**ICA** (1) International Communication Association, formerly called Industrial Communication Association. (2) Integrated communication adapter.

**ICB** Interrupt control block.

**ICCF** Interactive computing and control facility. See VSE/ICCF.

**ICF** Intersystem communications function.

**ICF file** A device file that allows a program on one system to communicate with a program on another system. There can be one or more sessions with the same or different communications devices at the same time.

**IC memory** Integrated circuit memory. (A)

**ICMP** Internet Control Message Protocol.

**ICNCB** Intelligent controller node control block.

**icon** (1) A graphic symbol, displayed on a screen, that a user can point to with a device such as a mouse in order to select a particular function or software application. Synonymous with pictogram. (T) (2) In SAA Advanced Common User Access architecture, a graphical representation of an object, consisting of an image, image background, and a label.

**icon box** In the AIXwindows program, a window used as a visual storage area for icons representing minimized windows.

**icon layout policy** In the AIXwindows program, a specification that determines whether icons representing minimized windows are placed on the root window or within an icon box.

**ICR** Independent component release.

**ICU** Interactive chart utility.

**ICV** Initial chaining value.

**ICW** (1) Initial control word. (2) Interface control word.

**ID** (1) Identifier. (2) Identification.

**IDDU** Interactive data definition utility.

**idea processor** Personal computer application software that allows a user to organize thoughts in outline form and modify, expand, compress, and reorganize topics as required.

**identification** In computer security, the process that allows a system to recognize an entity by means of personal, equipment, or organizational characteristics or codes.

**identification card** In the 3600 Finance Communication System, a card similar to a credit card that contains a customer's identification number written on a magnetic stripe. Customers insert the identification card in the 3614 Consumer Transaction Facility to identify themselves. See also personal code.

**identification card reader** In the 3614 Consumer Transaction Facility, a component that reads precoded information from the magnetic stripe on a customer's identification card.

**Identification Division** One of the four main parts of a COBOL program. In addition to identifying the source program and the object program, this part may also describe the author's name, the location where written, and the date written.

**identification (ID) characters** Characters sent by a station on a switched line to identify the station. TWX, BSC, and SDLC stations use ID characters.

**identification number** See customer identification number.

**identifier** (1) One or more characters used to identify or name a data element and possibly to indicate certain properties of that data element. (A)    (2) In programming languages, a token that names a data object such as a variable, an array, a record, a subprogram, or a function. (A)    (3) In the C language, a sequence of letters, digits, and underscores used to identify a data object or function. (4) In COBOL, a syntactically correct combination of a data name, with its qualifiers, subscripts, and reference modifiers, as required for uniqueness of reference, that names a data item. The rules for an identifier associated with the general formats may, however, specifically prohibit qualification, subscripting, or reference modification. See resultant identifier. (5) In FORTRAN, a lexical unit that names a language object; for example, the names of variables, arrays, and program units. The name of a declared unit. (6) In Pascal, a lexical unit that names a language object; for example, the names of variables, arrays, records, labels, and procedures. The name of a declared item. (7) In PL/I, a single alphabetic character or a string of alphabetic characters, digits, and break characters that starts with an alphabetic character.  identifier, ordinary identifier. (8) A sequence of bits or characters that identifies a program, device, or system to another program, device, or system.    (9) In the AIX Enhanced X-Windows program, a unique value associated with a resource that a client program uses to name the resource. An identifier can be used over any con-

parent window _____ [500] _____

**parent window** In some operating systems, the window that controls the size and location of its children. If a window has children, it is a parent window.

**parity** A data transmission attribute used to ensure error-free transmission.

**parity bit** (1) A binary digit appended to a group of binary digits to make the sum of all the digits, including the appended binary digit, either odd or even as preestablished. (T)    (2) A check bit appended to an array of binary digits to make the sum of all the binary digits, including the check bit, always odd or always even. (A)    See Figure 110.



Figure 110. Parity Bit

**parity check** (1) A redundancy check by which a recalculated parity bit is compared to the pregiven parity bit. (T)    (2) A check that tests whether the number of ones (or zeros) in an array of binary digits is odd or even. (A)    (3) Synonymous with odd-even check.    (4) See longitudinal parity check, transverse parity check.

**parity error** A transmission error that occurs when the received data does not have the parity expected by the receiving system. A parity error is usually caused by the sending and receiving systems having different parity settings.

**parse** (1) In systems with time sharing, to analyze the operands entered with a command and create a parameter list for the command processor from the information. (2) In REXX, to split a string into parts, using function calls or by using a parsing template on the ARG, PARSE, or PULL instructions.

**parser** (1) In personal computer games, software that interprets a player's responses and makes user input in the form of English language sentences understandable to the computer.    (2) A program that interprets user input and determines what to do with the input.

**partial carry** (1) In parallel addition, a procedure in which some or all of the carries are stored temporarily instead of being transferred immediately. (I)  (A)    (2) Contrast with complete carry.

**partial journal receiver** In System/38, a journal receiver saved while it is attached to a journal. The

saved version of a partial [...] therefore, contain all the [...] journal receiver.

**partially qualified** name [...] incomplete, that is, one that [...] member itself, as well as [...] names in the hierarchical [...] member to which the partial [...]

**partial page** In the 3800 [...] that does not contain all its [...] pages can be printed after [...]

**partial-write operation** [...] automatically sending [...] I/O blocks to its destination [...] blocks.

**partition** (1) A fixed [...] main storage partition [...] division of the virtual addr [...] program execution. [...] puter hard disk, one of [...] variable size; one may [...] of the others may be [...] system. (4) Deprecated [...] (5) Synonymous with [...]

**partition balancing** See [...]

**partitioned access** method [...] access method.

**partitioned data set** (PDS) [...] storage that is divided [...] each of which can [...] program, or data. Synon [...]

**partitioned emulation** pro [...] function of a network [...] communication controller [...] nication lines in network [...] taneously operating [...]

**partitioned mode** An [...] 65 Multiprocessing [...] control units, auxiliary [...] devices are apportioned [...] units, which operate [...] See also multisystem [...]

**partition identifier** [...] code assigned to [...] structured field to [...] the presentation spa [...] which the partition [...]

**partner** In data comp [...] tion program or the [...]

sensor-based                                      [609]                          sequence field

**sensor-based** Pertaining to the use of sensing devices, such as transducers or sensors, to monitor a physical process.

**sensor-based computer** A computer designed and programmed to receive real-time analog or digital data from transducers, sensors, and other data sources that monitor a physical process. The computer can also generate signals to elements that control the process; for example, it might receive data from a gauge or flowmeter, compare the data with a predetermined standard, and then produce a signal that operates a relay, valve, or other control mechanism.

**sensor-based system** An organization of components, including a computer whose primary source of input is data from sensors and whose output can be used to control the related physical process.

**sentence** (1) A construct in a conceptual schema language that expresses a proposition. (T)   (2) In word processing, a grammatically self-contained group of words.   (3) In COBOL, a sequence of one or more statements, the last of which is terminated by a separator period:

**sentence control** In text processing, a control used to process text one sentence at a time; for example, skip, delete, move, print. (T)   (A)

**sentence key** In word processing, a control used to process text one sentence at a time. (T)

**sentinel** Synonym for flag.

**separate compilation** Deprecated term for dependent compilation. (T)

**separately compiled program** In COBOL, a program that, together with its contained programs, is compiled separately from all other programs.

**separating character** Synonym for information separator.

**separation of duties** In computer security, assurance that one person does not control multiple tasks if that control could increase vulnerability.

**separator** (1) In COBOL, a character or two contiguous characters used to delimit character-strings. (2) In SAA Advanced Common User Access architecture, a line or color boundary that provides a visual distinction between two adjacent areas. (3) A punctuation character used to delimit character strings. See also file separator, job separator.   (4) Synonym for delimiter.   (5) See corner separator, data-item separator, information separator.

**separator character** (1) In data communication, the character used with some autocall units to separate the digits to be dialed.   (2) See file separator character, group separator character, record separator character, unit separator character.

**separator page** A printed page used to show the end of output for one job and the start of output for another job.

**septet** A byte composed of seven binary elements. (I)   (A)   Synonymous with 7-bit byte.

**sequence** (1) A series of items that have been sequenced. (I)   (A)   (2) An arrangement of items according to a specified set of rules; for example, items arranged alphabetically, numerically, or chronologically.   (A)   (3) To place items in an arrangement in accordance with the order of the natural numbers. (T)   (4) Deprecated term for order.   (5) Synonym for collating sequence.

*Note:* Methods or procedures may be specified for mapping other natural linear orders onto the natural numbers. Sequencing for example, may be alphabetic or chronological.

**sequence array** In FORTRAN, an assumed-size array or an explicit-shape array without the RANGE attribute that is either a dummy array associated with a sequence array or is not a dummy argument.

**sequence-by-merging** To sequence by repeated splitting and merging. (I)   (A)

**sequence check** A check to determine whether items follow one another in a prescribed manner. (T)

**sequence checking** In RPG, a function that checks the sequence of records in input, update, or combined files used as primary and secondary files.

**sequence computer** See arbitrary sequence computer, consecutive sequence computer.

**sequence control register** Deprecated term for instruction address register.

**sequenced display** A display within a sequence. See nonsequenced display.

**sequenced frames** Information segments arranged in numerical order for transmission-checking.   See also frame, frame check sequence.

**sequence error** An error caused by trying to bypass required displays or end-of-sequence-set processing.

**sequence field** Synonym for key field.

**widget ID** In the AIX operating system, a unique identification number associated with each widget instantiated in an interface.

**widget instance** In the AIX operating system, a specific widget object, as opposed to a general widget class. It is composed of a data structure containing instance-specific values and another data structure containing information applicable to all widgets of that class.

**widget tree** (1) In the AIX operating system, the symbolic structure for Enhanced X-Windows Toolkit code. The basic element is a widget class. See also leaves, intermediate nodes, root. (2) A hierarchy of widgets within a specific client application. The Shell widget is the root of the widget tree. Widgets with no children of any kind are leaves of the tree.

**widget type** Synonym for widget class.

**widow** (1) A last line of a paragraph that is carried over to the top of the next column or page, where it stands alone. Synonymous with widow line. (T) (2) In word processing and desktop publishing, a heading, a line, or a few lines of text beginning a paragraph that are printed or displayed at the end of a page. See also orphan.

**widow line** Synonym for widow. (T)

**width slots** In the 3800 Printing Subsystem, the openings that mechanically lock the paper width lever in the continuous forms stacker. A specific opening is associated with each of the paper widths.

**wildcard character** Synonym for pattern-matching character.

**wild footage** Synonym for original footage.

**willful intercept** The act of intercepting messages intended for stations having equipment or line trouble. See also miscellaneous intercept.

**Winchester** Pertaining to a technology used in hard disk drives in which a movable read/write head floats above a rotating disk on a cushion of air produced by the rotating surface. When rotation stops, the air cushion is lost and the head comes to rest on the surface of the disk in a landing zone where no data recorded. See also Bernoulli, landing zone, loading zone.

*Note:* Winchester drives are sealed to prevent contamination that can cause head crashes.

**window** (1) A portion of a display surface in which display images pertaining to a particular application can be presented. Different applications can be dis-

played simultaneously in different windows. (A) (2) An area of the screen with visible boundaries within which information is displayed. A window can be smaller than or the same size as the screen. Windows can appear to overlap on the screen. (3) A division of a screen in which one of several programs being executed concurrently can display information. (4) In data communication, the number of data packets a DTE or DCE can send across a logical channel before waiting for authorization to send another data packet. The window is the main mechanism of pacing, or flow control, of packets. (5) In MSS, the portion of a sequential data set on a virtual volume that can be staged for processing. A window is a multiple of a page (8 cylinders) and can range from 2 to 25 pages. (6) In the AIX operating system, a rectangular area of the screen that a user can move about, place on top of another window, pull under another window, or iconize. (7) In AIX curses and extended curses, the internal representation of what a portion of the display may look like at some point in time. Windows can be any size, from the entire display screen to a single character.

**Window** (1) In SAA Advanced Common User Access architecture, a choice in the action bar of some applications. Users select it to arrange the display of several windows or to change the active window. (2) In SAA Advanced Common User Access architecture, a choice in the action bar of multiple-document interface applications. (3) In SAA Advanced Common User Access architecture, an icon that represents a general window in a user's work or parts box.

**window class** The grouping of windows whose processing requirements conform to the services provided by one window procedure.

**window class style** The set of properties that apply to every window in a window class.

**window component** In SAA Advanced Common User Access architecture, the smallest named visual part of a window, such as the title bar, system menu icon, action bar, and scroll bar.

**window coordinates** In System/38 graphics, the user-defined set of coordinates mapped on the viewport from which the scale is drawn.

**window edge** The sequence number of the last data packet in a window *(2)*.

**window gravity** In the AIX operating system, the attraction of a subwindow to some part of its parent. Window gravity causes subwindows to be automatically repositioned, relative to an edge, corner, or center of a window when resized. Synonymous with widget gravity.



1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF MICHIGAN

4        SOUTHERN DIVISION

5    ----------------------------------x

6    NETJUMPER SOFTWARE, L.L.C.,

     a Michigan limited liability

7    corporation,

8        Plaintiff/Counterclaim Defendant,

                                    Case No.

9            -against-             2:04 CV 70366

10   GOOGLE INC.,

     a Delaware corporation,

11

         Defendant/Counterclaim Plaintiff.

12                                  **CERTIFIED COPY**

     ----------------------------------x

13

                    March 17, 2005

14                  10:00 a.m.

15       Deposition of RAJAT BHATNAGAR, taken by

16   Defendant/Counterclaim Plaintiff, pursuant to

17   subpoena, at the offices of Fish & Richardson

18   P.C., 153 East 53rd Street, New York, New York,

19   before Jack Finz, a Certified Shorthand Reporter

20   and Notary Public within and for the State of New

21   York.

22

23

24

25



**LEGALINK**
A **WORDWAVE** COMPANY

LegaLink San Francisco          tel (415) 359-2040    www.legalink.com
601 Van Ness Ave, Suite 2052    tel (800) 869-9132
San Francisco, CA 94102         fax (415) 359-2050

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

```
1                  RAJAT BHATNAGAR
2    icons associated with it?
3         A.    Yes, it did.
4         Q.    And what were the icons?  First of
5    all, how would you describe the icons associated
6    with the NetJumper technology?
7         A.    Icon meant it's a button that's
8    sitting there, a set of buttons sitting there,
9    for, let's say, for starting the capture, for
10   replaying the capture, like fast forward, back
11   forward buttons, you can save them, capture
12   them.  Those are a set of buttons that we had
13   there.  Those are the icons.
14        Q.    And what would it mean to you to
15   display those icons on the display screen?
16        A.    To show the icons on the bar.  To
17   show the icons on the bar, so you can use them.
18   It is more a graphical representation than a
19   textual.
20        Q.    And do you have an understanding as
21   to what it means to display those separate from
22   the search window?
23        A.    The search window is at the bottom.
24   There is a frame.  It is not part of the frame.
25   It is away from, different from the frame, the
```

35

1                    RAJAT BHATNAGAR

2    design?

3         A.    Not the most originally on the

4    point.  There was a time frame before Anup was

5    pulled in.

6         Q.    During the prosecution of the patent,

7    did you review any information that came from the

8    Patent Office to NetJumper related to the patent

9    application process?

10        A.    As I said, you know, when we sat with

11   the lawyers, at that point whatever document they

12   showed us, we went through it.

13        Q.    I am trying to distinguish between

14   the process that happened at the beginning to

15   prepare the application from what happened

16   subsequent to the actual original filing.  From

17   time to time in patent prosecution the Patent

18   Office examiner will send a written document to

19   the applicant, typically referred to as an Office

20   Action, and either rejecting some of the claims

21   or stating some objections or providing an

22   allowance.

23             Do you recall reviewing any materials

24   from the Patent Office examiner during the

25   process of the prosecution of the '172 patent?

                                                    77

RAJAT BHATNAGAR March 17, 2005

RAJAT BHATNAGAR

1

2    A.    Yes, I do.  It came from -- yes, I

3    do.  It came from Gilbert.  I think some of the

4    original document that the lawyers gave him came

5    from him, to go through it.

6    Q.    Do you recall -- first of all, more

7    generally, do you have an understanding of the

8    term "prior art" as it relates to patents?

9    A.    I do not.

10    Q.    Do you recall any discussion during

11    the prosecution of the '172 patent related to

12    rejections of claims made by the examiner in view

13    of CNN website or AltaVista's website?

14    A.    I do not recall.

15    Q.    Turn, if you would for me, to page

16    205 in Exhibit 1.

17        From 205 to 214 there is a ten-page

18    document there, which is an Office Action from

19    the Patent Office, mailed on March 3, 1998.

20        Do you recall reviewing this Office

21    Action from the Patent Office at any point in

22    time?

23    A.    I'm not sure in the same format, but

24    I do recall going through some form of

25    documentation or conversation on what's in the

78

1                 RAJAT BHATNAGAR

2    document.

3         Q.    Did you participate in preparing a

4    response to the Patent Office addressing the

5    prior art discussed by the examiner in this

6    Office Action?

7         A.    With the lawyers?

8         Q.    I don't want to get -- just did you

9    have any involvement in preparing a response?

10        A.    I mean, only with Gilbert.  Not with

11   the lawyers.  But, as I said, informal

12   conversation.  But that's about it.

13        Q.    Do you recall anything specific about

14   the conversation you had with Mr. Borman as to

15   how to respond to what the Patent Office examiner

16   said about the Yahoo search and CNN and AltaVista

17   prior work?

18        A.    I do not recall.

19        Q.    I would like you to page a few more

20   pages in, starting at page 219.  There is a

21   document entitled "Draft Amendment."

22        A.    Okay.

23        Q.    And it actually is a fairly lengthy

24   document.  It goes to 248.

25        A.    Go to page 248?  Yes.

                                                    79

RAJAT BHATNAGAR March 17, 2005

```
 1              RAJAT BHATNAGAR
 2      Q.    I didn't mean to refer you to it.  I
 3  was just identifying the breadth of the
 4  amendment.  It starts at 219 and goes to 248.
 5            Do you recall reviewing any such
 6  draft amendment prior to it being submitted to
 7  the Patent Office?
 8      A.    Not in this format.  Not in this
 9  form.
10      Q.    I would like to refer you to page 12
11  of this document, which is at 230 of Exhibit 1.
12  And there is a full paragraph that starts a
13  little bit before the middle of the page, "The
14  examiner has indicated."  Do you see that?
15            A couple of sentences in it reads,
16  "First, both Yahoo and AltaVista," and then
17  there is a parenthetical, "hardcode the various
18  permutations of the button bar into the initial
19  and each subsequent data file received from
20  them."
21            Do you have an understanding as to
22  what was meant by hardcoding the permutations of
23  the button bar in that discussion there?
24      A.    No.
25      Q.    Do you have any recollection of
```

RAJAT BHATNAGAR March 17, 2005

```
 1              RAJAT BHATNAGAR
 2    discussing with Mr. Borman any issues about the
 3    difference between having navigation tools inside
 4    the page in the browser versus sort of having
 5    navigation tools separate from the browser page?
 6         A.    That I do.
 7         Q.    Did you feel that that was a point of
 8    distinction as to what you invented versus what
 9    had existed before, that the navigation tools
10    were separate from the browser itself?
11         A.    As different as to what existed on
12    Yahoo and AltaVista?
13         Q.    Yes.
14         A.    Yes.  We are trying to differentiate
15    ourselves from what they had.
16         Q.    Just a little bit above that, in the
17    prior paragraph, the second to last sentence
18    starts, "Thus the parsing in the applicant's
19    invention."  Do you see that?
20         A.    Yes.
21         Q.    It goes on to say "is an optional
22    treatment accorded to a web page displayed in the
23    browser's view window, the selection of which
24    option results in the extraction from the
25    selected web page of specific information."
```

81

RAJAT BHATNAGAR March 17, 2005

```
 1              RAJAT BHATNAGAR

 2              Do you have an understanding as to

 3   what was being conveyed there vis-a-vis the

 4   invention that you worked on, that the parsing is

 5   an optional treatment?

 6        A.    Well, when I say the optional

 7   treatment, it really says it is an option for the

 8   user to have a set of icons or, you know, tools.

 9   It's not as if -- you know, they can remove it if

10   they want.  We did not wish to hardwire our tools

11   or icons into their browser.  It was up to them

12   to put it there.

13        Q.    What does it mean that the parsing

14   function -- first of all, is that a reference to

15   the parsing function we discussed earlier in the

16   first invention?

17        A.    Yes.

18        Q.    What does it mean or what do you

19   understand it to mean that that parsing function

20   is optional?

21        A.    It's the ability to parse it, you

22   know, providing the ability to parse it.  It's up

23   to the user -- it's an option for them to use

24   it.  If they do not wish to use it, they don't

25   have to.  They can deactivate it.
```

82

```
 1                    RAJAT BHATNAGAR
 2         A.    Right.
 3         Q.    Did you from time to time receive any
 4    information from Mr. Borman related to products
 5    that existed in the workplace?
 6         A.    Yes, I did.
 7                         (Deposition Exhibit 26
 8    for identification, document bearing production
 9    numbers NetJumper 001173 and 001174.)
10         Q.    I am going to hand you what has been
11    marked as Exhibit 26.  It bears production
12    numbers NetJumper 1173 to 1174.  It appears to be
13    a copy of a magazine article.
14                Have you seen Exhibit 26 before?
15         A.    I'm not sure whether I saw this exact
16    one, but, yes, I do remember getting some faxed
17    information of similar tools that were coming up.
18         Q.    On that first page it says "To:
19    Rajat."  Is that you?
20         A.    That is me.
21         Q.    Do you recognize that as Mr. Borman's
22    handwriting?
23         A.    No, I don't.
24         Q.    Maybe I can --
25         A.    I'm not a handwriting expert.
```

85

RAJAT BHATNAGAR March 17, 2005

```
 1                    RAJAT BHATNAGAR
 2        Q.    No problem.
 3                        (Deposition Exhibit 27
 4   for identification, document bearing production
 5   number NetJumper 001197.)
 6        Q.    The court reporter has just marked as
 7   Exhibit 27 a document bearing production number
 8   NetJumper 1197.
 9              Have you seen Exhibit 27 before?
10        A.    It's possible.  I can't be specific
11   on this, because there's a lot of, you know,
12   documents we saw that was exchanged.
13        Q.    The top of Exhibit 27 has handwritten
14   "To: Rajat, From: Gilbert."  Do you have any
15   reason to believe you did not receive Exhibit 27
16   from Mr. Borman in the 1996 time frame?
17        A.    No, I have no reason to believe he
18   did not send it to me.  I'm sure he did.
19        Q.    I am going to just name some products
20   and ask you if you recall knowing anything about
21   these products in the 1996 time frame.
22              A product called Clearweb, from a
23   company called Clear Software?
24        A.    I'm not sure.
25        Q.    How about something called KnowIt
```

86

RAJAT BHATNAGAR March 17, 2005

```
 1                 RAJAT BHATNAGAR
 2    All, from a company called Grasp Software?
 3         A.    That I remember.  That one I
 4    remember.
 5         Q.    How about something called URL
 6    Grabber from Brookline?
 7         A.    I don't know the name of the company,
 8    but the tool name is familiar.
 9         Q.    I am going to hand you a copy of what
10    has previously been marked as Exhibit 14.  It is
11    an article from PC Magazine from May of '96,
12    entitled "Internet Organizers."
13              Did you subscribe to PC Magazine in
14    the 1996 time frame?
15         A.    Yes, we did.
16         Q.    Do you recall seeing this article
17    from PC Magazine in or around May of '96?
18         A.    Some of the article is familiar, I
19    remember.
20         Q.    Did you or anyone at HCL, to your
21    knowledge, obtain any of the products identified
22    in this Internet Organizers article and sort of
23    test them out?
24         A.    Some of them we did, yes.  I remember
25    this.  Because we pulled some products and tested
```

87

RAJAT BHATNAGAR March 17, 2005

```
 1                    RAJAT BHATNAGAR
 2    them out, and all of them were fairly static.
 3    The difference we were making is we were making
 4    it more dynamic in the sense we would not only
 5    capturing it online, but to have intelligence
 6    built into it playing it.  So those were the
 7    differentiations.
 8         Q.    Do you recall specifically any
 9    particular products that you were aware of or --
10    I'm sorry, had obtained and checked out?
11         A.    This one I remember, Surfbot.
12               MR. KOCHANOWSKI:  Which one are you
13    pointing to?
14               THE WITNESS:  Surfbot.  Specifically
15    there was this book, you know, this thing called
16    Smartbookmarks from on NetScape.  That I
17    remember.  And URL Grabber.  But I don't remember
18    the name of the company.  URL Grabber.
19         Q.    How about a product called
20    CyperPilot, from NetCarta?  Do you recall that?
21         A.    I do.
22         Q.    I hand you what has been previously
23    marked as Exhibit 16.  It doesn't have any
24    production numbers.  It is a 24-page document,
25    entitled "A Trip to Hawaii with CyperPilot Pro."
```

88

```
1                    RAJAT BHATNAGAR
2              Do you recall ever seeing Exhibit 16
3    before?
4         A.    This whole article by itself?
5         Q.    Or any of the screenshots of the
6    CyperPilot product shown in it.
7         A.    Yes, I remember the NetCarta WebMap.
8         Q.    So were you aware of the NetCarta
9    WebMap technology in the 1996 time frame?
10        A.    I can't be sure.  But this looks very
11   familiar to some of the products that were there
12   at that point.
13        Q.    Do you know, did anyone at HCL
14   actually obtain the CyperPilot product and do any
15   testing on it in the 1996 time frame?
16        A.    You have to ask one of the people.
17   I'm trying to remember.
18              No, you know, I don't want to comment
19   on that.
20              Again, this is just a drill-down.  It
21   looks like a drill-down.  I don't know what the
22   relevance of this is to the patent.
23        Q.    Prior to your hearing about the
24   current lawsuit between NetJumper and Google, had
25   you used any of Google's products or services?
```

89



1

2

3                          UNITED STATES DISTRICT COURT

4                          EASTERN DISTRICT OF MICHIGAN

5                                SOUTHERN DIVISION

6                                    ---o0o---

7      NETJUMPER SOFTWARE, L.L.C.,              )
                                                )
8                Plaintiff,                      )
                                                )
9            vs.                                 )          No. 2:04CV70366
                                                )
10     GOOGLE INC.,                              )
                                                )
11               Defendant.                      )
       _____)

12

13

14

15                          CERTIFIED COPY

16

17                          DEPOSITION OF

18                          ANUP MATHUR

19     _____

20                          March 15, 2005

21                      Volume I (Pages 1 - 173)

22

23

24

25     REPORTED BY: CATHERINE RYAN, CRR, RMR, CSR8239 (363696)



LEGALINK
A WORDWAVE COMPANY

LegaLink San Francisco          tel (415) 359-2040      www.legalink.com
601 Van Ness Ave, Suite 2052    tel (800) 869-9132
San Francisco, CA 94102         fax (415) 359-2050

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

ANUP MATHUR  March 15, 2005

| | |
|---|---|
| 11:27:31 | 1 |
| 11:27:37 | 2 |
| 11:27:42 | 3 |
| 11:27:47 | 4 |
| 11:27:52 | 5 |
| 11:27:54 | 6 |
| 11:27:57 | 7 |
| 11:28:02 | 8 |
| 11:28:09 | 9 |
| 11:28:11 | 10 |
| 11:28:15 | 11 |
| 11:28:20 | 12 |
| 11:28:26 | 13 |
| 11:28:29 | 14 |
| 11:28:31 | 15 |
| 11:28:35 | 16 |
| 11:28:40 | 17 |
| 11:28:43 | 18 |
| 11:28:46 | 19 |
| 11:28:50 | 20 |
| 11:28:52 | 21 |
| 11:28:55 | 22 |
| 11:28:58 | 23 |
| 11:29:02 | 24 |
| 11:29:06 | 25 |

generic term being used here.

Q.   The next little indented clause refers to displaying a first and second icon separate from the search window on said display screen.  First, generally, do you have an understanding as to what the claim is referring to by icon in that portion?

A.   Icons typically mean either small images or buttons, buttons with small images.  So that will definitely be different from the search window itself where the search results would be displayed.

Q.   Can icon also include a hyperlink?

A.   An icon could -- could include a hyperlink. An icon could be a link.  It could be an instruction or a command.  There are many ways of implementing how the icon acts.  Essentially, it's dictated by the user.  I mean, that's assigned software.  It's like a button equivalent of a -- any button in real life.  You have a computer button shown by a small image or text, and you press on it and it does something for you.

Q.   Okay.  So do you have an understanding as to what the claim means that the first and second icon are separate from the search window?

A.   It could -- I mean, a simple interpretation is that it is part of a slightly bigger concept, either part of the display itself, or it could be part of the

ANUP MATHUR March 15, 2005

| | |
|---|---|
| 11:59:42 | 1 |
| 11:59:45 | 2 |
| 11:59:48 | 3 |
| 11:59:51 | 4 |
| 11:59:54 | 5 |
| 11:59:58 | 6 |
| 12:00:02 | 7 |
| 12:00:05 | 8 |
| 12:00:07 | 9 |
| 12:00:10 | 10 |
| 12:00:17 | 11 |
| 12:00:17 | 12 |
| 12:00:18 | 13 |
| 12:00:18 | 14 |
| 12:00:22 | 15 |
| 12:00:25 | 16 |
| 12:00:28 | 17 |
| 12:00:31 | 18 |
| 12:00:35 | 19 |
| 12:00:37 | 20 |
| 12:00:40 | 21 |
| 12:00:43 | 22 |
| 12:00:45 | 23 |
| 12:00:48 | 24 |
| 12:00:52 | 25 |

search result directly, you are not actually in the scope of -- because that -- that was already available. That was not the new thing. The new thing was you constructed a list of the URLs that came about, and then you can go through the URL list very quickly through clicking on the second icon. Now, there are many ways of manifesting that second icon, as I've explained.

Q. Okay. But your belief would be that the second icon would have to be something other than the search results, URLs, in the -- in the search window itself?

A. Yeah.

Q. Okay.

A. Yeah, unless, of course -- I mean, see, again that comes to embodiment. I think that's the word here, or list base. Essentially, there may be methods by which an embodiment could be implemented by which you can embed that initial list into the page and redisplay that page. If that is the case, then you will see those buttons in the search results. But there will be an action that will be done. So when the result comes, you parse the initial list, and you have to display it some way. You can either embed that technology into the browser technology, which we would if we were Microsoft or Netscape, but if you are not, then you would display

ANUP MATHUR  March 15, 2005

| | | |
|---|---|---|
| 1^·00:54 | 1 | that separate window and you would display the list |
| 12:00:56 | 2 | there and you would have some other icons, which would |
| 12:00:58 | 3 | be the second icon in this case, which would help you |
| 12:01:00 | 4 | navigate through that list. |
| 12:01:01 | 5 | Q.    Okay.  Up at the top of column 14 -- |
| 12:01:14 | 6 | A.    Okay. |
| 12:01:15 | 7 | Q.    -- of the '172 patent, claim 2, it refers to |
| 12:01:19 | 8 | "The initial data file comprises information in a markup |
| 12:01:24 | 9 | language." Excuse me.  What's your understanding of |
| 12:01:26 | 10 | what is being referred to as markup language? |
| 12:01:36 | 11 | A.    Markup languages are HTML.  It stands for |
| 12:01:41 | 12 | hypertext markup language.  I also referred to a |
| 12:01:43 | 13 | frame-based markup language which I developed myself. |
| 1..01:46 | 14 | There is other languages also that are available for |
| 12:01:49 | 15 | marking up a document.  It is a way of annotating the |
| 12:01:55 | 16 | document more than just the text so that you can |
| 12:01:57 | 17 | interpret the text by computer software. |
| 12:02:04 | 18 | Q.    Okay.  Okay.  Thank you.  I'd like to turn now |
| 12:02:17 | 19 | to the '655 patent and ask you some similar questions -- |
| 12:02:20 | 20 | A.    Okay. |
| 12:02:23 | 21 | Q.    -- with regard to some of the words that are |
| 12:02:25 | 22 | used in the '655 patent.  So this is, for the record, |
| 12:02:28 | 23 | what's been marked as Exhibit 2, and the claims of the |
| 12:02:32 | 24 | '655 patent appear on the page marked with the G 351 |
| 12:02:38 | 25 | number. |

LegaLink San Francisco
(800) 869-9132  www.legalink.com





### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1989 by Merriam-Webster Inc.

Philippines Copyright 1989 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

   Includes index.
   I.  English language—Dictionaries.  I.  Merriam-
Webster Inc.
PE1628.W5638      1989       423        88-8335
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

3435RMcN89

Er

Abbrevi

Case 2:04-cv-70366-JAC-RSW   Document 46-7   Filed 08/17/2005   Page 43 of 50

**596   ICBM ● -id**

ICBM \ı̇-sē-()bē-'em\ *n, pl* ICBM's *or* ICBMs \-'emz\ (1955) : an intercontinental ballistic missile

ice \'ı̇s\ *n, often attrib* [ME *is,* fr. OE *īs;* akin to OHG *īs* ice, Av *iša-* icy] (bef. 12c)   **1 a :** frozen water  **b :** a sheet or stretch of ice   **2 :** a state of coldness (as from formality or reserve)   **3 :** a substance resembling ice *esp* **: a** substance reduced to the solid state by cold (ammonia ~ in the rings of Saturn)   **4 a :** a frozen dessert containing a flavoring (as fruit juice); *esp* : one containing no milk or cream   **b** *Brit* : a serving of ice cream   **5** *slang* : DIAMOND; *broadly* : JEWELRY   **6 :** an undercover premium paid to a theater employee for choice theater tickets — ice-less \'ı̇s-ləs\ *adj* — on ice   **1 :** with every likelihood of being won or accomplished   **2 :** in reserve or safekeeping

ice *vb* iced; ic·ing (15c)   **1 a :** to coat with or convert into ice   **b :** to chill with ice   **c :** to supply with ice   **2 :** to cover with or as if with icing   **3 :** to put on ice   **4 :** to shoot (an ice hockey puck) the length of the rink and beyond the opponents' goal line ~ *vi*   **1 :** to become ice-cold   **2 ● :** to become covered with ice — often used with up   **5 :** to have ice form inside (the carburetor *iced up*)

ice age *n* (1873)   **1 :** a time of widespread glaciation   **2** *cap I&A* : the Pleistocene glacial epoch

ice ax *n* (1820) : a combination pick and adz with a spiked handle that is used in mountain climbing

ice bag *n* (1883) : a waterproof bag to hold ice for local application of cold to the body

ice·berg \'ı̇s-bərg\ *n* (prob. part trans. of Dan *or* Norw *isberg,* fr. *is* + *berg* mountain) (ca. 1820)   **1 :** a large floating mass of ice detached from a glacier   **2 :** an emotionally cold person   **3 :** ICEBERG LETTUCE

iceberg lettuce *n* (1893) : any of various crisp light green head lettuces

ice·blink \-ı̇s-bliŋk\ *n* (1817) : a glare in the sky over an ice field

ice·boat \'ı̇s-bōt\ *n* (ca. 1819)   **1 :** a skeleton boat or frame on runners propelled on ice usu. by sails   **2 :** ICEBREAKER 2

ice·boat·ing \-ı̇s-bōt-iŋ\ *n* (1883) : the sport of sailing in iceboats — ice·boat·er \-bōt-ər\ *n*

ice·bound \'ı̇s-baund\ *adj* (1641) : surrounded or obstructed by ice

ice·box \'ı̇s-bäks\ *n* (1846) : REFRIGERATOR

ice·break·er \-ı̇s-brā-kər\ *n* (1819)   **1 :** a structure that protects a bridge pier from floating ice   **2 :** a ship equipped to make and maintain a channel through ice   **3 :** something that breaks the ice on a project or occasion; *specif* : MIXER 1c

ice cap *n* (ca. 1859)   **1 :** an ice bag shaped to the head   **2 :** a cover of perennial ice and snow; *specif* : a glacier forming on an extensive area of relatively level land and flowing outward from its center

ice-cold \'ı̇s-kōld\ *adj* (bef. 12c) : extremely cold

ice-cream *n* (1890) : of a color similar to that of vanilla ice cream

ice cream \'ı̇s-krēm, 'ı̇s-\ *n* (1688) : a sweet flavored frozen food containing cream or butterfat and usu. eggs

ice-cream chair *n* [fr. its use in ice cream parlors] (1949) : a small armless chair with a circular seat for use at a table (as at a sidewalk cafe)

ice-cream cone *n* (1909) : a thin crisp edible cone for holding ice cream; *also* : one filled with ice cream

ice·fall \'ı̇s-fȯl\ *n* (1817)   **1 :** a frozen waterfall   **2 :** the mass of usu. jagged blocks into which a glacier may break when it moves down a steep declivity

ice field *n* (1694)   **1 :** an extensive sheet of sea ice   **2 :** ICE CAP 2

ice floe *n* (1819) : a flat free mass of floating sea ice; *broadly* : a large floating fragment of sheet ice

ice fog *n* (1850) : a fog composed of ice particles

ice hockey *n* (1883) : a game played on an ice rink by two teams of six players on skates whose object is to drive a puck into the opponent's goal with a hockey stick

ice·house \'ı̇s-haus, 'ı̇s-\ *n* (1687) : a building in which ice is made or stored

Ice·land·ic \ı̇s-'lan-dik\ *adj* (1674) : of, relating to, or characteristic of Iceland, the Icelanders, or Icelandic

Icelandic *n* (ca. 1824) : the North Germanic language of Iceland

Ice·land moss \ı̇s-lənd()-, 'ı̇-slən()d-\ *n* (1805) : a lichen (*Cetraria islandica*) of mountainous and arctic regions sometimes used in medicine or as food

Iceland poppy *n* (1884) : any of various perennial cultivated poppies prob. derived from two species (*Papaver nudicaule* and *P. alpinum*) and characterized by rather small single or double chiefly pastel flowers

Iceland spar *n* (1771) : a doubly refracting transparent calcite

ice-man \'ı̇s-man\ *n* (1851)   **1 :** a man skilled in traveling on ice   **2 :** one who sells or delivers ice

ice milk *n* (1947) : a sweetened frozen food made of skim milk

ice needle *n* (ca. 1934) : one of numerous slender ice particles that float in the air in clear cold weather — called also *ice crystal*

ice·nard \-ı̇s-ə\ *n, pl* [L] (ca. 1891) : an ancient British people that under their queen Boadicea revolted against the Romans in A.D. 61 — Ice·ni·an \-'sē-nē-ən\ *or* Ice·nic \-'sē-nik, -'sen-ik\ *adj*

ice pack *n* (1833) : an expanse of pack ice

ice pick *n* (1879) : a hand tool ending in a spike for chipping ice

ice plant *n* (1753) : an Old World annual herb (*Mesembryanthemum crystallinum*) that is related to the carpetweed, has fleshy foliage covered with glistening papillate dots or vesicles, and is widely naturalized in warm regions; *broadly* : FIG MARIGOLD

ice point *n* (1903) : the temperature of 0° Celsius or 273.15 Kelvin at which ice is in equilibrium with liquid water under air saturated with water at standard atmospheric pressure

ice sheet *n* (1873) : ICE CAP

ice show *n* (1948) : an entertainment consisting of various exhibitions by ice skaters usu. with musical accompaniment

ice-skate \'ı̇s()-skāt\ *vi* (1948) : to skate on ice — ice skater *n*

ice skate *n* (1879) : a shoe with a metal runner attached for ice-skating

ice storm *n* (1876) : a storm in which falling rain freezes on contact

ice water *n* (1722) : chilled or iced water esp. served as a beverage

ichn- *or* ichno- *comb form* [Gk, fr. *ichnos*] : footprint : track (*ichnology*)

ich·neu·mon \ik-'nü-mən\ *n* [L, fr. Gk *ichneumōn,* lit. tracker, fr. *ichneuein* to track, fr. *ichnos* footprint] (15c)   **1 :** MONGOOSE   **2 :** ICHNEUMON FLY

ich·neu·mon fly *n* (1713) : any of a large superfamily (Ichneumonoidea) of hymenopterous insects whose larvae are usu. internal parasites of other insect larvae and esp. of caterpillars

ichor \'ı̇-kȯr, 'ı̇-kər\ *n* [Gk *ichōr*] (15c)   **1 :** a thin watery or blood-tinged discharge   **2 :** an ethereal fluid taking the place of blood in the veins of the ancient Greek gods — ichor·ous \-kə-rəs\ *adj*

ich·thy- *or* ichthyo- *comb form* [L, fr. Gk, fr. *ichthys,* akin to Arm *jukn* fish] : fish (*ichthyic*)

ich·thy·o·fau·na \ik-thē-ō-'fȯn-ə, -'fän-\ *n* [NL] (1883) : the fish life of a region — ich·thy·o·fau·nal \-'fȯn-əl, -'fän-\ *adj*

ich·thy·ol·o·gy \ik-thē-'äl-ə-jē\ *n* (1646)   **1 :** a branch of zoology that deals with fishes   **2 :** a treatise on fishes — ich·thy·o·log·i·cal \-thē-ə-'läj-i-kəl\ *also* — ich·thy·o·log·ic \-ik\ *adj* — ich·thy·ol·o·gist \-'äl-ə-jəst\ *n*

ich·thy·o·pha·gous \ik-thē-'äf-ə-gəs\ *adj* [Gk *ichthyophagos,* fr. *ichthy-* + *phagos*] (1828) : eating or subsisting on fish

ich·thy·or·nis \ik-thē-'ȯr-nəs\ *n* [NL, fr. *ichthy-* + Gk *ornis* bird — more at ARM] (1864) : any of a genus (*Ichthyornis*) of extinct toothed birds

ich·thy·o·saur \ik-thē-ə-sȯr\ *n* [deriv. of Gk *ichthy-* + *sauros* lizard — more at SAURIAN] (1830) : any of an order (Ichthyosauria) of extinct marine reptiles with fish-shaped body and elongated snout — ich·thy·o·sau·ri·an \ik-thē-ə-'sȯr-ē-ən\ *adj or n*

-i·cian \'ish-ən\ *n suffix* [ME, fr. OF *-icien,* fr. L *-ica* (as in *rhetorica* rhetoric) + OF *-ien* -ian] : specialist : practitioner (*beautician*)

icick \'ı̇-sik-əl\ *n* [ME *ikkel,* fr. *ı̇s* ice + *ikel* icicle, fr. OE *gicel* akin to OHG *ihilla* icicle, MIr *aig* ice] (14c)   **1 :** a pendent mass of ice formed by the freezing of dripping water   **2 :** an emotionally cold person

ic·ing \'ı̇-siŋ\ *n* (1769)   **1 :** a sweet flavored usu. creamy mixture used to coat baked goods (as cupcakes) — called also *frosting*

ic·ing *n* (1948) : an act by an ice-hockey player of shooting a puck from within his defensive zone or defensive half of the rink beyond the opponents' goal line but not into the goal

ick·er \'ik-ər\ *n* [deriv. of Gk *ichthy-* — more at EAR] *Scot* (1513) : a head of grain

ick·y \'ik-ē\ *adj* ick·i·er; -est [perh. baby talk alter. of *sticky*] (1929)   **1 :** offensive to the senses or sensibilities : DISTASTEFUL (put off by her *-iness*) — Renata Adler)   **2 :** lacking sophistication

icon \'ı̇-kän\ *n* [L, fr. Gk *eikōn,* fr. *eikenai* to resemble] (1572)   **1 :** usu. pictorial representation : IMAGE   **2** [LGk *eikōn,* fr. Gk] **:** a conventional religious image typically painted on a small wooden panel and used in the devotions of Eastern Christians   **3 :** an object of uncritical devotion : IDOL   **4 :** SIMULACRUM, SYMBOL (the house became an *-of* 1860's residential architecture —Paul Goldberger) — icon·ic \ı̇-'kän-ik\ *adj* — icon·i·cal·ly \-i-k(ə-)lē\ *adv* — ico·nic·i·ty \ı̇-kə-'nis-ət-ē\ *n*

icon- *or* icono- *comb form* [Gk *eikon-, eikonos,* fr. *eikōn, eikōn*] : image (*iconolater*)

icon·o·clasm \ı̇-'kän-ə-klaz-əm\ *n* (1797) : the doctrine, practice, or attitude of an iconoclast

icon·o·clast \ı̇-klast\ *n* [ML *iconoclastes,* fr. MGk *eikonoklastēs,* lit. image destroyer, fr. Gk *eikono-* + *klan* to break — more at HALT] (1641)   **1 :** one who destroys religious images or opposes their veneration   **2 :** one who attacks settled beliefs or institutions — icon·o·clas·tic \ı̇-kän-ə-'klas-tik\ *adj* — icon·o·clas·ti·cal·ly \-ti-k(ə-)lē\ *adv*

icon·og·ra·pher \ı̇-kə-'näg-rə-fər\ *n* (1888)   **1 :** a maker or designer of figures or drawings esp. of a conventional or mechanical type   **2 :** a student of iconography

icon·og·ra·phy \ı̇-kə-'näg-rə-fē\ *n* [prob. fr. NL *iconographia*, fr. Gk *eikonographia* sketch, description, fr. *eikonographein* to describe, fr. *eikono-* + *graphein* to write — more at CARVE] (1678)   **1 :** pictorial material relating to or illustrating a subject   **2 :** the traditional or conventional images or symbols associated with a subject and esp. a religious or legendary subject   **3 :** the imagery or symbolism of a work of art, an artist, or a body of art   **4 :** ICONOLOGY — icon·o·graph·ic \ı̇-kän-ə-'graf-ik\ *or* icon·o·graph·i·cal \-i-kəl\ *adj* (ca. 1835)   **1 :** of or relating to iconography   **2 :** representing something by pictures or diagrams — icon·o·graph·i·cal·ly \-i-k(ə-)lē\ *adv*

icon·ol·a·try \ı̇-kə-'näl-ə-trē\ *n* (1624) : the worship of images or icons

icon·ol·o·gy \ı̇-kə-'näl-ə-jē\ *n* [F *iconologie,* fr. *icono-* *icon-* + *-logie* -logy] (ca. 1730)   **1 :** the study of icons or artistic symbolism — icon·o·log·i·cal \ı̇-kän-ə-'läj-i-kəl\ *adj*

icon·o·scope \ı̇-'kän-ə-skōp\ *n* [fr. *Iconoscope,* a trademark] (1932) : a camera tube containing an electron gun and a photoemissive mosaic screen each cell of which produces a charge proportional to the varying light intensity of the image focused on the screen

icon·o·sta·sis \ı̇-kə-'näs-tə-səs\ *n, pl* -ta·ses \-sēz\ [MGk *eikonostasis*] (1833) : a screen or partition with doors and tiers of icons that separates the bema from the nave in Eastern churches

icos·a·he·dral \ı̇-käs-ə-'hē-drəl, -kās-ə-\ *adj* (ca. 1828) : of or having the form of an icosahedron

icos·a·he·dron \-drən\ *n, pl* -drons *or* -dra \-drə\ [Gk *eikosaedron,* fr. *eikosi* twenty + *-edron* -hedron — more at VIGESIMAL] (1570) : a polyhedron having 20 faces

-ics \'iks\ *n pl suffix but sing or pl in constr* [-ic + -s; trans. of Gk *-ika,* fr. neut. pl. of *-ikos* -ic]   **1 :** study : knowledge : skill : practice (*linguistics*) (*electronics*)   **2 :** characteristic actions or activities (*acrobatics*)   **3 :** characteristic qualities, operations, or phenomena (*mechanics*)

ic·ter·ic \ik-'ter-ik\ *adj* (1684) : of, relating to, or affected with jaundice

ic·ter·us \'ik-tə-rəs\ *n* [NL, fr. Gk *ikteros,* akin to Gk *iktis* a yellowbird] (1706) : JAUNDICE

ic·tus \'ik-təs\ *n* [L, fr. *ictus,* pp. of *icere* to strike; akin to Gk *aichmē* lance] (1752) : the recurring stress or beat in a rhythmic or metrical series of sounds

icy \'ı̇-sē\ *adj* ic·i·er; -est (bef. 12c)   **1 :** covered with, abounding in, or consisting of ice   **b :** intensely cold   **2 :** characterized by coldness : FRIGID (an ~ stare) — ic·i·ly \'ı̇-sə-lē\ *adv* — ic·i·ness \'ı̇-sē-nəs\ *n*

id \'id\ *n* [L, lit. it] (1924) : the one of the three divisions of the psyche in psychoanalytic theory that is completely unconscious and is the source of psychic energy derived from instinctual needs and drives — compare EGO, SUPEREGO

[1]id *n* [ad. Gr. *i·id-, -i·,* fem. patronymic suffix] (1936) : a skin rash that is an allergic reaction to an agent causing an infection

[1]-id \əd, (,)id\ *n suffix* [in sense 1, fr. L *-ida,* masc. patronymic suffix, fr. Gk *-idēs;* in sense 2, fr. L *-ide,* fr. L *-id-, ı̇s* fem. patronymic suffix, fr. Gk]   **1 :** one belonging to a (specified) dynastic line (*Fatimid*)   **2**

parquet circle *n* (1854) : the part of the main floor of a theater that is beneath the galleries

**par•quet•ry** \'pär-kə-trē\ *n, pl -tries* (ca. 1842) : work in the form of usu. geometrically patterned wood laid or inlaid esp. for floors

**parr** \'pär\ *n, pl* **parr** *also* **parrs** [origin unknown] (1713) : a young salmon actively feeding in fresh water; *also* : the young of any of several other fishes

**parr• a•keet** *var of* PARAKEET

**par•rel** *or* **par•ral** \'par-əl\ *n* [ME *parell*, fr. alter. of *parail* apparel, short for *apparail*, fr. MF *appareil*, fr. *appareiller* to prepare — more at AP-PAREL] (1750) : a rope loop or sliding collar by which a yard or spar is held to a mast in such a way that it may be hoisted or lowered

**par•ri•ci•dal** \,par-ə-'sīd-ᵊl\ *adj* (1627) : of, relating to, or guilty of parricide

**par•ri•cide** \'par-ə-,sīd\ *n* (1554) **1** : one that murders his or her father, mother, or a close relative **2** : the act of a parricide

**par•rot** \'par-ət\ *n* [prob. irreg. fr. MF *perroquet*] (1525) **1** : any of numerous widely distributed, tropical zygodactyl birds (order Psittaciformes) that have a distinctive short curved hooked bill, are often crested and brightly variegated, and are excellent mimics **2** : a person who sedulously echoes another's words — **parrot** *adj*

**parrot** *vt* (1596) : to repeat by rote

**parrot fever** *n* (ca. 1930) : PSITTACOSIS

**par•rot fish** *n* (1712) : any of numerous marine percoid fishes (as of the families Scaridae and Labridae) that have the teeth in each jaw fused into a cutting plate like a beak

**par•ry** \'par-ē\ *vb* **par•ried**; **par•ry•ing** [prob. fr. F *parez*, imper. of *parer* to parry, fr. OProv *parar*, fr. L *parare* to prepare — more at PARE] *vi* (1672) **1** : to ward off a weapon or blow ~ *vt* (1672) **1** : to ward off a weapon or blow **2** : to evade or turn aside something ~ *vt* **1** : to ward off (as a blow) **2** : to evade esp. by an adroit answer ~ *n* : an embarrassing question) — **parry** *n*

**parse** \'pärs *also* 'pärz\ *vb* **parsed**; **pars•ing** [L *pars orationis* part of speech] *vt* (1553) **1** : to resolve (as a sentence) into component parts of speech and describe them grammatically **2** : to describe grammatically by stating the part of speech and explaining the inflection and syntactical relationships ~ *vi* **1** : to give a grammatical description of a word or a group of words **2** : to admit of being parsed

**par•sec** \'pär-,sek\ *n* [*parallax* + *second*] (ca. 1913) : a unit of measure for interstellar space equal to a distance having a heliocentric parallax of one second or to 206,265 times the radius of the earth's orbit or to 3.26 light-years or to 19.2 trillion miles (30.9 trillion kilometers)

**Par•si** *also* **Par•see** \'pär-,sē\ *n* [Per. *pārsī*, fr. *Pārs* Persia] (1613) **1** : a Zoroastrian descended from Persian refugees settled principally in Bombay **2** : the Iranian dialect of the Parsi religious literature — **Par•si•ism** \-,iz-əm\ *n*

**par•si•mo•ni•ous** \,pär-sə-'mō-nē-əs\ *adj* (1598) : exhibiting or marked by parsimony; *esp* : frugal to the point of stinginess — **par•si•mo•ni•ous•ly** *adv*

**par•si•mo•ny** \'pär-sə-,mō-nē\ *n* [ME *parcimonie*, fr. L *parsimonia*, fr. *parsus*, pp. of *parcere* to spare] (15c) **1** *a* : the quality of being careful with money or resources **b** : THRIFT **2** : the quality or state of being niggardly : STINGINESS

**pars•ley** \'pär-slē\ *n* [ME *persely*, fr. OE *petersilie*, fr. (assumed) VL *petrosilium*, alter. of L *petroselinum*, fr. Gk *petroselinon*, fr. *petros* stone + *selinon* celery] (bef. 12c) : a an annual or biennial herb (*Petroselinum crispum*) of the carrot family that is native to southern Europe but widely cultivated elsewhere for its leaves which are used as a culinary herb or garnish

**pars•nip** \'pär-snəp\ *n* [ME *parsnep*, modif. of MF *pasnaie*, fr. L *pastinaca*] (14c) : a biennial herb (*Pastinaca sativa*) of the carrot family with large pinnate leaves and yellow flowers that is native to Europe but cultivated elsewhere; *also* : its long tapered root of which some cultivated varieties are used as a vegetable

**par•son** \'pärs-ᵊn\ *n* [ME *persone*, fr. OF, fr. ML *persona*, *lit.*, person, fr. L] (13c) **1** : RECTOR **2** : CLERGYMAN; *esp* : a Protestant pastor

**par•son•age** \'pärs-ᵊn-ij\ *n* (15c) : the house provided by a church for its pastor

**Parson table** \'pärs-ᵊn-'sōl-,bəl, -'nz-'tā-\ *n* [prob. fr. the name *Parsons*] (1967) : a usu. rectangular table having straight legs that are flush with the edge of the top

**part** \'pärt\ *n* [ME, fr. OF & OE, both fr. L *part-, pars*] (bef. 12c) **1** *a* : one of the often indefinite or unequal subdivisions into which something is or can be regarded as divided and which together constitute the whole : *b* : an essential portion or integral element : *c* : one of several or many equal units of which something is composed or into which it is divisible : an amount equal to another amount (mix one ~ of the powder with three ~s of water) *e* (1) : an exact divisor (of a quantity) : ALIQUOT (2) : PARTIAL FRACTION **d** : one of the constituent elements of a plant or animal body: as ~(1) : ORGAN, MEMBER (2) : PRIVATE PARTS ~*e* : a division of a literary work — *f* (1) : a vocal or instrumental line or melody in concerted music or in harmony ~(2) : a particular voice or instrument in concerted music; *also* : the score for it *g* : a constituent member of a machine or other apparatus; *also* : a spare part **2** : something falling to one in a division or apportionment : SHARE **3** : one's share or allotted task (as in an action) (achanges to his ~) **4** : one of the opposing sides in a conflict or dispute **5** : a general area of indefinite boundaries — usu. used in *pl.* (you're not from around these ~s) (look off for ~ unknown) **6** : a function or course of action performed **7** *a* : an actor's lines in a play; *also* : the role of a character in a play **8** : a constituent of character or capacity : TALENT (a man of many ~s) **9** : the line where the hair is parted

\ə\ abut \ᵊ\ kitten \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \au\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \o\ law \oi\ boy \th\ thin \th\ the \ü\ loot \u\ foot \y\ yet \zh\ vision \ə, k, ⁿ, œ, œ, ue, ⁣⃒\ see Guide to Pronunciation

**sentinel** vi -neled or -nelled; -nel-ing or -nel-ling (1593)   **1** : to watch over as a sentinel   **2** : to furnish with a sentinel   **3** : to post as sentinel
**sen-try** \'sen-trē\ n, pl sentries [perh. ir. obs. sentry (sanctuary), watch-tower)] (1632) : GUARD, WATCH: esp : a soldier standing guard at a point of passage (as a gate)
**sentry box** n (ca. 1758) : a shelter for a sentry on his post

**se-pal** \'sē-pəl, 'sep-\ n [NL sepalum, fr. sepu- (fr. Gk skepe covering) + -lum (as in petalum petal): akin to Lith kepure head covering] (1821) : one of the modified leaves comprising a calyx — see FLOWER illustration
**se-paloid** \-ə-,loid\ adj (1830) : resembling or functioning as a sepal
**sep-al-ous** \'sep-ə-ləs\ adj comb form [sepal] : having (such or so many) sepals (gamosepalous)

**sep-a-ra-ble** \'sep-(ə-)rə-bəl\ adj [ME, fr. L separabilis, fr. separare] (14c) : capable of being separated or dissociated   — sep-a-ra-bil-i-ty \,sep-(ə-)rə-'bil-ət-ē\ n — sep-a-ra-ble-ness n — sep-a-ra-bly \-blē\ adv
**sep-a-rate** \'sep-(ə-),rāt\ vb -rat-ed; -rat-ing [ME separaten, fr. L separatus, pp. of separare, fr. se- apart + parare to prepare, procure — more at SECEDE, PARE] vt (15c)   **1 a** : to set or keep apart : DISCONNECT, SEVER   **b** : to make a distinction between : DISCRIMINATE, DISTINGUISH (~ religion from superstition)   **c** : SORT (~ mail)   **d** : to disperse in space or time : SCATTER (widely separated homesteads)   **2** archaic : to set aside for a special purpose : CHOOSE, DEDICATE   **3** : to part by a legal separation:   **a** : to sever conjugal ties with   **b** : to sever contractual relations with : DISCHARGE (separated from the army)   **4** : to block off : SEGREGATE   **5** a : to isolate from a mixture : EXTRACT (~ cream from milk)   **b** : to divide into constituent parts ~ vi   **1** : to become divided or detached   **2** a : to sever an association : WITHDRAW   **b** : to cease to live together as man and wife   **3** : to go in different directions   **4** : to become isolated from a mixture
syn SEPARATE, PART, DIVIDE, SEVER, SUNDER, DIVORCE mean to become or cause to become disunited or disjoined. SEPARATE may imply any of several causes such as dispersion, removal of one from others, or presence of an intervening thing; PART implies the separating of things or persons in close union or association; DIVIDE implies separating into pieces or sections by cutting or breaking; SEVER implies violence esp. in the removal of a part or member; SUNDER suggests violent rending or wrenching apart; DIVORCE implies separating two things that commonly interact and belong together.
**sep-a-rate** \'sep-(ə-)rət\ adj (1600)   **1** a archaic : SOLITARY, SECLUDED   **b** : IMMATERIAL, DISEMBODIED   **c** : set or kept apart : DETACHED   **2** a : not shared with another : INDIVIDUAL (~ rooms)   **b** often esp : estranged from a parent body (~ churches)   **3** a : existing by itself : AUTONOMOUS   **b** : dissimilar in nature or identity   syn see DISTINCT — sep-a-rate-ly adv — sep-a-rate-ness n — sep-a-rate-ness n
**sep-a-rate** \'sep-(ə-)rət\ n (1892)   **1** : OFFPRINT   **2** : an article of dress designed to be worn interchangeably with others to form various costume combinations — usu. used in pl.
**sep-a-ra-tion** \,sep-ə-'rā-shən\ n (15c)   **1** : the act or process of separating : the state of being separated   **2** a : point, line, or means of division   **b** : an intervening space (~ of 12 feet)   **c** : cessation of cohabitation between husband and wife by mutual agreement or judicial decree   **b** : termination of a contractual relationship (as employment or military service)
**sep-a-ra-tion-ist** \-sh(ə-)nəst\ n (1882) : SEPARATIST
**sep-a-rat-ism** \'sep-(ə-)rət-,iz-əm\ n (1628) : a belief in, movement for, or state of separation (as schism, secession, or segregation)
**sep-a-rat-ist** \'sep-(ə-)rət-əst, -'se-p(ə-)rət-\ n (1608) : one that favors separatism, as a cap : one of a group of 16th and 17th century English Protestants preferring to separate from rather than to reform the Church of England   **b** : an advocate of independence or autonomy for a part of a political unit (as a nation)   **c** : an advocate of racial or cultural separation — separatist adj — sep-a-ra-tis-tic \,sep-(ə-)rə-'tis-tik\ adj
**sep-a-ra-tive** \'sep-ə-,rāt-iv, 'sep-(ə-)rət-\ adj (1592) : tending toward, causing, or expressing separation
**sep-a-ra-tor** \'sep-ə-,rāt-ər\ n (1607) : one that separates; esp : a device for separating liquids of different specific gravities (as cream from milk) or liquids from solids
**Se-phar-di** \sə-'färd-ē\ n, pl Se-phar-dim \-'färd-əm\ [LHeb sĕphāradhī, fr. sĕphāradh Spain, fr. Heb, region where Jews were once exiled (Obad 1: 20)] (1851) : a member of the occidental branch of European Jews settling in Spain and Portugal and later in Greece, the Levant, England, the Netherlands, and the Americas; also : one of their descendants — Se-phar-dic \-'färd-ik\ adj
**sepia** \'sē-pē-ə\ n [L, cuttlefish, ink, fr. Gk sēpia: akin to Gk sēpein to make putrid, sapros rotten] (1821)   **1 a** : the inky secretion of a cuttlefish   **b** : a brown melanin-containing pigment from the ink of cuttlefishes   **2** : a print or photograph of a brown color resembling sepia   **3** : a brownish gray to dark olive brown
**sepia** adj (1827)   **1** : made of or done in sepia   **2** : of the color sepia
**se-pi-o-lite** \'sē-pē-ə-,līt, 'sē-pē-ə\ n (1850) : SEPIOLITE, fr. Gk sēpion cuttlebone (fr. sēpia) + G -lith -lite (1854) : MEERSCHAUM †
**se-poy** \'sē-,pòi\ n [Pg sipai, fr. Hindi sipāhī, fr. Per. cavalryman] (1717) : a native of India employed as a soldier by a European power
**sep-pu-ku** \'se-,pü-(,)kü, 'sep-ə-,kü\ n [Jp] (1906) : HARA-KIRI
**sep-sis** \'sep-səs\ n, pl sep-ses \'sep-,sēz\ [NL, fr. Gk sēpsis decay, fr. sēpein to make putrid] (1876) : a toxic condition resulting from the spread of bacteria or their products from a focus of infection: esp : SEPTICEMIA
**sept** \'sept\ n [prob. alter. of sect] (1517) : a branch of a family: esp : CLAN
**sep-tal** \'sep-t°l\ adj (1839) : of or relating to a septum
**sep-tate** \'sep-,tāt\ adj (1846) : divided by or having a septum
**Sep-tem-ber** \sep-'tem-bər, səp-\ n [ME September, fr. OE & OF, both fr. L September (seventh month), fr. septem seven — more at SEVEN] (bef. 12c) : the 9th month of the Gregorian calendar
**sep-te-nar-i-us** \,sep-tə-'nar-ē-əs, -'ner-\ n, pl -nar-ii \-ē-,ī, -ē-,ē\ [L, fr. septenarius of seven, fr. septeni seven each, fr. septem seven] (1819) : a verse consisting of seven feet esp. in Latin prosody

**sep-ten-de-cil-lion** \(,)sep-,ten-di-'sil-yən\ n, often attrib [L septendecim seventeen (fr. septem seven + decem ten) + E -illion (as in million) — more at NINE] (ca. 1938) — see NUMBER table
**sep-ten-ni-al** \sep-'ten-ē-əl\ adj [LL septennium period of seven years, fr. L septem + -ennium (as in biennium)] (1640)   **1** : occurring or being done every seven years   **2** : consisting of or lasting for seven years — sep-ten-ni-al-ly \-ə-lē\ adv
**sep-ten-tri-on** \sep-'ten-trē-ən, -trē-,än\ n [ME, fr. MF, fr. L septentrio, sing. of septentriones the seven stars of Ursa Major or Ursa Minor, lit., the seven plow oxen, fr. septem seven + trio plow ox] obs (14c) : the northern regions : NORTH
**sep-ten-tri-o-nal** \-trē-ə(n)-°l\ adj (14c) : NORTHERN
**sep-tet** \sep-'tet\ n [G Septett, fr. L septem] (1837)   **1** : a musical composition for seven instruments or voices   **2** : a group or set of seven; esp : the performers of a septet
**sep-tic** \'sep-tik\ adj [L septicus, fr. Gk sēptikos, fr. sēpein to make putrid — more at SEPSIS] (1605)   **1** : PUTREFACTIVE   **2** : relating to, involving, or characteristic of sepsis
**sep-ti-ce-mia** \,sep-tə-'sē-mē-ə\ n [NL, fr. L septicus + NL -emia] (1866)   : invasion of the bloodstream by virulent microorganisms from a local seat of infection accompanied esp. by chills, fever, and prostration — called also blood poisoning; compare SEPSIS — sep-ti-ce-mic \-'sē-mik\ adj
**sep-ti-ci-dal** \,sep-tə-'sīd-°l\ adj [NL, septum + L -cidere to cut, fr. caedere — more at CONCISE] (1819) : dehiscent longitudinally at or along a septum (a ~ fruit)
**septic sore throat** n (1924) : an inflammatory sore throat caused by hemolytic streptococci and marked by fever, prostration, and toxemia
**septic tank** n (ca. 1902) : a tank in which the solid matter of continuously flowing sewage is disintegrated by bacteria
**sep-til-lion** \sep-'til-ni-gəl\ adj [NL septem + L frangere to break — more at BREAK] (1819) : dehiscing by breaking away from the dissepiments (a ~ pod)
**sep-til-lion** \sep-'til-yən\ n, often attrib [F. fr. L septem + F -illion (as in million) — more at SEVEN] (1690) — see NUMBER table
**sep-tu-a-ge-nar-i-an** \,(sep-,t(y)ü-ə-jə-'ner-ē-ən, ,sep-tə-,waj-ə-\ n [LL septuagenarius seventy years old, fr. L, of or containing seventy, fr. septuageni seventy each, fr. septuaginta] (1805) : a person whose age is in the seventies — septuagenarian adj
**Sep-tu-a-ges-i-ma** \,sep-tə-wə-'jes-ə-mə, -,jā-zə-\ n [ME, fr. LL, fr. L, fem. of septuagesimus seventieth, fr. septuaginta seventy; fr. its being approximately seventy days before Easter] (14c) : the third Sunday before Lent
**Sep-tu-a-gint** \sep-'t(y)ü-ə-jənt, 'sep-tə-wə-,jint\ n [LL Septuaginta, fr. L, seventy, irreg. fr. septem seven + -gintā (akin to L viginti twenty), fr. the approximate number of its translators — more at SEVEN, VIGESIMAL] (1633) : a pre-Christian Greek version of the Jewish Scriptures redacted by Jewish scholars and adopted by Greek-speaking Christians — Sep-tu-a-gin-tal \,sep-,t(y)ü-ə-'jint-°l, ,sep-tə-wə-\ adj
**sep-tum** \'sep-təm\ n, pl sep-ta \-tə\ [NL, fr. L saeptum enclosure, fence, wall, fr. saepire to fence in, fr. saepes fence, hedge: akin to Gk haimasia stone wall] (1726) : a dividing wall or membrane esp. between bodily spaces or masses of soft tissue — compare DISSEPIMENT
**sep-ul-cher or sep-ul-chre** \'sep-əl-kər\ n [ME sepulcre, fr. OF, fr. L sepulcrum, sepulchrum, fr. sepelire to bury: akin to Gk sepein to care for, Skt sapati he serves] (13c)   **1** : a place of burial : TOMB   **2** : a receptacle for religious relics esp. in an altar
**sepulcher or sepulchre** vt -chered or -chred; -cher-ing or -chring \-k(ə-)riŋ\ (1591)   **1** archaic : to place in or as if in a sepulcher : BURY   **2** archaic : to serve as a sepulcher for
**se-pul-chral** \sə-'pəl-krəl\ also -'pul-\ adj (1615)   **1** : MORTUARY   **2** : suited to or suggestive of a sepulcher : FUNEREAL — se-pul-chral-ly \-krə-lē\ adv
**sep-ul-ture** \'sep-əl-chü(ə)r\ n [ME, fr. OF, fr. L sepultura, fr. sepultus, pp. of sepelire] (13c)   **1** : BURIAL   **2** : SEPULCHER
**se-qua-cious** \si-'kwā-shəs\ adj [L sequac-, sequax inclined to follow, fr. sequi] (1643)   **1** archaic : SUBSERVIENT, TRACTABLE   **2** : intellectually servile — se-qua-cious-ly adv — se-quac-i-ty \-'kwas-ət-ē\ n
**se-quel** \'sē-kwəl also -,kwel\ n [ME, fr. MF sequelle, fr. L sequela, fr. sequi to follow — more at SUE] (15c)   **1** : CONSEQUENCE, RESULT   **2** : subsequent development   **3** : the next installment (as of a speech or story); esp : a literary or cinematic work continuing the course of a story begun in a preceding one
**se-quela** \si-'kwel-ə\, n, pl se-quel-ae \si-'kwel-(,)ē\ [NL, fr. L, sequel] (1793)   **1** : an aftereffect of disease or injury   **2** : a secondary result
**se-quence** \'sē-kwən(t)s, -,kwen(t)s\ n [ME, fr. ML sequentia, fr. LL, sequel, lit., act of following, fr. L sequent-, sequens, pp. of sequi] (14c)   **1** : a hymn in irregular meter between the gradual and Gospel in masses for special occasions (as Easter)   **2** a : a continuous or connected series   **b** : an extended series of poems united by a single theme (a sonnet ~)   **c** : three or more playing cards usu. of the same suit in consecutive order of rank   **d** : a succession of repetitions of a melodic phrase or harmonic pattern each in a new position   **e** : a set of elements ordered as are the natural numbers   **f** : a succession of related shots or scenes developing a single subject or phase of a film story   (2) : EPISODE   **3** a : order of succession   **b** : an arrangement of the tenses of successive verbs in a sentence designed to express a coherent relationship esp. between main and subordinate parts   **4** a : CONSEQUENCE, RESULT   **b** : subsequent development   **5** : continuity of progression
**sequence** vt se-quenced; se-quenc-ing (1941)   **1** : to arrange in a sequence   **2** : to determine the sequence of chemical constituents (as amino-acid residues) in (sequence biological macromolecules)
**se-quenc-er** \'sē-kwən-sər, -,kwen(t)-sər\ n (1949) : any of various devices for arranging (as informational items or the events in the launching of a rocket) into or separating (as amino acids from protein) in a sequence

\ə\ abut  \ə\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ cot, cart  \aù\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \ò\ law  \òi\ boy  \th\ thin  \th\ the  \ü\ loot  \ù\ foot  \y\ yet  \zh\ vision  \ə, k, °, œ, ü, œ̄, ī, ⁓\ see Guide to Pronunciation

projects than a new building were *in the wind* —Ben Riker) — near the wind  1 : close to the wind  2 : close to a point of danger – near the permissible limit — **off the wind** : away from the direction from which the wind is blowing — **on the wind** : toward the direction from which the wind is blowing — **under the wind**  1 : to leeward  2 : in a place protected from the wind : under the lee
**wind** \'wind\ *vt* (15c)  1 : to detect or follow by scent  2 : to expose to the air or wind : dry by exposing to air  3 : to make short of breath  4 : to regulate the wind supply of (an organ pipe)  3 : to rest (as a horse) in order to allow the breath to be recovered ~ *vi*  1 : to scent game  2 *dial* : to pause for breath
**wind** \'wind, 'wind\ *vb* **winded** \'win-dəd, 'win-\ *or* **wound** \'waund\; **wind·ing** \'win(d)\ *vt* (15c)  1 : to cause (as a horn) to sound by blowing : BLOW  2 : to sound (as a call or note) on a horn (wound a clarion call —R. L. Stevenson) ~ *vi* : to produce a sound on a horn
**wind** \'wind\ *vb* **wound** \'waund\; *also* **winded**; **wind·ing** [ME *winden*, fr. OE *windan* to twist, move with speed or force, brandish; akin to OHG *wintan* to wind, Umbrian *ohavendu* let him turn aside] *vt* (bef. 12c)  1 : BEND, WARP  2 a : to have a curving course or shape : extend in curves  b : to proceed as if by winding  3 : to move so as to encircle something  4 : to turn when lying at anchor ~ *vi*  1 a *obs* : WEAVE  b : ENTANGLE, INVOLVE  c : to introduce sinuously or stealthily : INSINUATE  2 a : to encircle or cover with something movable : bind with loops or layers  b : to turn completely or repeatedly about an object : COIL, TWINE  c (1) : to hoist or haul by means of a rope or chain and a windlass  (2) : to move (a ship) by hauling on a capstan  d (1) : to tighten the spring of (~ a clock)  (2) *obs* : to make tighter  3 : TIGHTEN, TUNE  (3) : CRANK  c : to raise to a high level (as of excitement or tension) — usu. used with up  3 a : to cause to move in a curving line or path  b *archaic* : to turn the course of; *esp* : to lead (a person) as one wishes  c (1) : to cause (as a ship) to change direction : TURN  (2) : to turn (a ship) end for end  d : to traverse on a curving course (the river ~s the valley)  e : to effect by or as if by curving
**wind** \'wind\ *n* (14c)  1 : a mechanism (as a winch) for winding  2 : an act of winding : the state of being wound  3 : COIL, TURN  4 : a particular method of winding.
**wind·age** \'win-dij\ *n* [*wind*] (ca. 1710)  1 : the space between the projectile of a smoothbore gun and the surface of the bore  b : the difference between the diameter of the bore of a muzzle-loading rifled cannon and that of the projectile cylinder  2 a : the amount of sight deflection necessary to compensate for wind displacement in aiming a gun  b (1) : the influence of the wind in deflecting the course of a projectile  (2) : the amount of deflection due to the wind  3 : the disturbance of the air caused by a passing object (as a projectile)  4 : the surface exposed (as by a ship) to the wind
**wind·bag** \'win(d)-ˌbag\ *n* (1827) : an exhaustively talkative person
**wind·bell** \-ˌbel\ *n* (1901)  1 : a cluster of small pieces of glass or metal hung loosely together in such a way that they tinkle when blown by the wind — usu. used in pl.  2 : a bell that is light enough to be moved and sounded by the wind
**wind·blast** \-ˌblast\ *n* (1942) : the destructive effect of air friction on a pilot ejected from a high-speed airplane
**wind·blown** \-ˌblōn\ *adj* (1600)  1 : blown by the wind; *esp* : having a permanent set or character of growth determined by the prevailing winds (~ trees)  2 *of hair* : cut so that the ends turn outward and to the front as if blown by a wind from behind
**wind·borne** \-ˌbȯ(ə)rn, -ˌbō(ə)rn\ *adj* (1842) : carried by the wind (~ pollen) (~ soil deposits)
**wind·break** \-ˌbrāk\ *n* (1861) : a growth of trees or shrubs serving to break the force of wind; *broadly* : a shelter (as a fence) from the wind
**wind·break·er** \-ˌbrā-kər\ *n* [fr. a trademark] (ca. 1918) : an outer jacket made of wind-resistant material
**wind·bro·ken** \-ˌbrō-kən\ *adj. of a horse* (1603) : affected with pulmonary emphysema or with heaves
**wind·burn** \-ˌbərn\ *n* (1925) : irritation of the skin caused by wind — **wind·burned** \-ˌbərnd\ *adj*
**wind·chest** \'win(d)-ˌchest\ *n, chiefly Brit* (1940) : WINDBREAKER
**wind·chill** \'win(d)-ˌchil\ *n* (1939) : a still-air temperature that would have the same cooling effect on exposed human flesh as a given combination of temperature and wind speed — called also *chill factor, windchill factor, windchill index*
**wind chime** *n* (ca. 1927) : WIND-BELL — usu. used in pl.
**wind down** *vi* (1952)  1 : to draw gradually toward an end  2 : RELAX, UNWIND ~ *vt* : to cause a gradual lessening of; *esp.* with the intention of bringing to an end
**wind·er** \'wīn-dər\ *n* [*wind*] (1553) : one that winds: as  a : a worker who winds yarn or thread  b : any of various textile machines for winding thread and yarn  c : a key for winding a mechanism (as a clock)  d : a step that is wider at one end than at the other (as in a spiral staircase)
**wind·fall** \'win(d)-ˌfȯl\ *n* (15c)  1 : something (as a tree or fruit) blown down by the wind  2 : an unexpected or sudden gain or advantage
**wind farm** *n* (1980) : an area of land with a cluster of wind turbines for driving electrical generators
**wind·flaw** \'win(d)-ˌflȯ\ *n* (1913) : a gust of wind : FLAW
**wind·flow·er** \-ˌflau(-ə)r\ *n* (15c1) : ANEMONE
**wind·gall** \-ˌgȯl\ *n* (1523) : a soft tumor or synovial swelling on a horse's leg in the region of the fetlock joint
**wind gap** *n* (1769) : a notch in the crest of a mountain ridge : a pass not occupied by a stream
**wind·ho·ver** \'wind-ˌhə-vər, -ˌhö-\ *n, dial* (1674) : KESTREL
**wind·ing** \'wīn-diŋ\ *n* (bef. 12c)  1 : material (as wire) wound or coiled about an object (as an armature); *also* : a single turn of the wound material  2 a : the act of one that winds  b : the manner of winding something  3 : a curved or sinuous course, line, or progress
**winding** *adj* (1530) : marked by winding: as  a : having a pronounced curve; *esp* : SPIRAL (a ~ stairway)  b : having a course that winds (a ~ road)
**winding·sheet** \'win-diŋ-ˌshēt\ *n* (15c) : a sheet in which a corpse is wrapped
**wind instrument** *n* (1582) : a musical instrument (as a trumpet, clarinet, or organ) sounded by wind; *esp* : one sounded by the player's breath

**wind-jam·mer** \'win(d)-ˌjam-ər\ *n* (1899) : a sailing ship; *also* : one of its crew — **wind-jam·ming** \-iŋ\ *n*
**wind·lass** \'win-d(ə)ləs\ *n* [ME *wyndlas*, alter. of *wyndas*, fr. ON *vindáss*, fr. *vinda* to wind (akin to OHG *wintan* to wind) + *áss* pole; akin to Goth *ans* pole] (15c)  1 : any of various machines for hoisting or hauling: as  a : a horizontal barrel supported on vertical posts and turned by a crank so that the hoisting rope is wound around the barrel  b : a steam or electric winch with horizontal or vertical shaft and two drums used to raise a ship's anchor
**wind·lass** *vt* (1870?) : to hoist or haul with a windlass
**wind·le·straw** \'win-d(ə)l-ˌstrȯ\ *n* [assumed] ME, fr. OE *windelstréaw*, fr. *windel* basket (fr. *windan* to wind) + *stréaw* straw] *Brit* (bef. 12c) : a dry thin stalk of grass
**wind·mill** \'win(d)-ˌmil\ *n* (13c)  1 a : mill operated by the wind usu. acting on oblique vanes or sails that radiate from a horizontal shaft; *esp* : a wind-driven water pump  b : the wind-driven wheel of a windmill  2 : something that resembles or suggests a windmill: as  a : PINWHEEL 2  b : HELICOPTER  3 [fr. the episode in *Don Quixote* by Cervantes in which the hero attacks windmills under the illusion that they are giants] : an imaginary wrong, evil, or opponent — usu. used in the phrase *to tilt at windmills*
**windmill** *vi* (1694) : to move like a windmill ~ *vt* : to cause to move like a windmill
**win·dow** \'win-(ˌ)dō, -də(-w)\ *n, often attrib* [ME *windowe*, fr. ON *vindauga*, fr. *vindr* wind (akin to OE *wind*) + *auga* eye; akin to OE *éage* eye — more at EYE] (13c)  1 a : an opening esp. in the wall of a building for admission of light and air that is usu. closed by casements or sashes containing transparent material (as glass) and capable of being opened and shut  b : WINDOWPANE  2 : a means of entrance or access; *esp* : a means of obtaining information  3 : an opening (as a shutter, slot, or valve) that resembles or suggests a window  4 : the transparent panel of a window envelope  5 : the framework (as a window sash with its fittings) that closes a window opening  6 : CHAFF 4  7 : a range of wavelengths in the electromagnetic spectrum to which a planet's atmosphere is transparent  8 : an interval of time within which a rocket or spacecraft must be launched to accomplish a particular mission  9 : an interval of time during which conditions are favorable or an opportunity exists  9 : an area at the limits of the earth's sensible atmosphere through which a spacecraft must pass for successful reentry  10 : any of the areas into which a computer display may be divided on which distinctly different types of information are displayed — **win·dow·less** \-d(ə)-ləs, -də-\ *adj*
**window key** *n* (ca. 1885)  1 : a box designed to hold soil for growing plants on a windowsill  2 : one of the hollows in the sides of a window frame for the weights that counterbalance a hung sash
**window dressing** *n* (1895)  1 : the display of merchandise in a retail store window  2 a : the act or an instance of making something appear deceptively attractive or favorable  b : something used to create a deceptively favorable or attractive impression — **win·dow-dress** \'win-dō-ˌdres\ *vt* — **window dresser** *n*
**win·dowed** \'win-(ˌ)dōd, -dəd\ *adj* (15c) : having windows esp. of a specified kind — often used in combination
**window envelope** *n* (1914) : an envelope having an opening through which the address on the enclosure is visible
**win·dow·pane** \'win-dō-ˌpān, -də(-w)-\ *n* (1819)  3 : a pane in a window  2 : TATTERSALL
**window seat** *n* (ca. 1755)  1 : a seat built into a window recess  2 : a seat at a window (as in a bus or airplane)
**window shade** *n* (1810) : a shade or curtain for a window
**win·dow-shop** \'win-dō-ˌshäp, -də(-w)-\ *vi* (1926) : to look at the displays in retail store windows without going inside the stores to make purchases — **window-shop·per** *n*
**win·dow-sill** \-ˌsil\ *n* (1703) : the horizontal member at the bottom of a window opening
**wind-pipe** \'win(d)-ˌpīp\ *n* (ca. 1530) : the passage for the breath from the larynx to the lungs : TRACHEA
**wind-pol·li·nat·ed** \-ˌpäl-ə-ˌnāt-əd\ *adj* (ca. 1884) : pollinated by wind-borne pollen
**wind-proof** \-ˌprüf\ *adj* (1616) : impervious to wind (a ~ jacket)
**wind rose** \'win-ˌdrōz\ *n* [G *windrose* compass card] (1846) : a diagram showing for a given place the relative frequency or frequency and strength of winds from different directions
**wind·row** \'win-(ˌ)drō, -drə\ *n* (1523)  1 a : a row of hay raked up to dry before being baled or stored  b : a similar row of cut vegetation (as grain) for drying  2 : a row heaped up by or as if by the wind  3 a : a long low ridge of road-making material scraped to the side of a road  b : BANK, RIDGE, HEAP
**win·draw** *vt* (1729) : to form (as hay) into a windrow
**wind scale** *n* (ca. 1909) : a series of numbers or words corresponding to various ranges of wind speeds for indicating the force of the wind
**wind·screen** \'win(d)-ˌskrēn\ *n* (1858)  1 : a screen that protects against the wind  2 *Brit* : an automobile windshield
**wind shake** *n* (1345) : shake in timber attributed to high winds
**wind shear** *n* (1941) : a radical shift in wind speed and direction between slightly different altitudes
**wind·shield** \'win(d)-ˌshēld\ *n* (1902) : a transparent screen (as of glass) in front of the occupants of a vehicle
**wind sock** *n* (1928) : a truncated cloth cone open at both ends and mounted in an elevated position to indicate the direction of the wind — called also *wind sleeve*
**Windsor chair** \'win-zər-\ *n* [*Windsor*, England] (1724) : a wooden chair with spindle back, raking legs, and usu. a saddle seat
**Windsor knot** *n* [prob. after Edward, Duke of *Windsor*] (1947) : a necktie knot that is wider than the usual four-in-hand knot
**Windsor tie** *n* (ca. 1897) : a broad necktie usu. tied in a loose bow

\ə\ abut  \ʲ\ kitten, F *table*  \ər\ further  \a\ ash  \ā\ ace  \ä\ cot, cart
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \o̯\ law  \o̯i\ boy  \th\ thin  \ṯh\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision  \ə, ḵ, ⁿ, œ, ǖ, ue, ᵫ, ᵳ\ see Guide to Pronunciation



Gilbert Borman
June 29, 2005

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF MICHIGAN

3

4    NETJUMPER SOFTWARE, L.L.C.,

5    a Michigan Limited Liability

6    Corporation,

7                    Plaintiff,

8         -vs-                          Civil Action

9                                       No. 2:04cv70366

10   GOOGLE, INC.,

11                   Defendant.

12   _____/

13   PAGE 1 TO 145

14

15        The Videotaped Deposition of

16        GILBERT BORMAN (Volume I),

17        Taken at 500 Woodward Avenue,

18        Detroit, Michigan,

19        Commencing at 10:35 a.m.,

20        Wednesday, June 29, 2005,

21        Before Laurel A. Frogner, RMR, CRR, CSR-2495

22

23

24

25

Gilbert Borman
June 29, 2005

Page 44

1    BY MR. POLLACK:

2         Q.    Have you had any discussions with anyone

3    since this lawsuit was filed as to the meaning of any

4    of the terms in the claims of the 655 patent?

5         A.    No.

6         Q.    Other than the NetJumper software that we

7    referred to earlier in its various releases and I think

8    you also mentioned Link Grabber, other than those two

9    products, were there any other products of NetJumper

10   Software, L.L.C. or its predecessors that use any of

11   the technology from the 172 or 655 patents?

12        A.    No.

13        Q.    I'd like to refer you to the 172 patent,

14   which is part of the file history, Exhibit 30, and if

15   you will just flip to Page G 80.

16        A.    Yes.

17        Q.    There's some -- Figure 5A is on Page G 80.

18   I take it you're familiar with the figures in the 172

19   patent?

20        A.    Yes.

21        Q.    The version of Internet Buffet or NetJumper

22   when it was released, did the software take the form of

23   a separate application from a web browser?

24        A.    It had to.  At the time of the software's

25   creation the Version 3.0 browsers did not support

Gilbert Borman
June 29, 2005

Page 45

1    embedded applications, you had to run outside and on

2    top of the browser.

3        Q.    And so I take it that the version of

4    NetJumper that was released would appear as sort of a

5    floating window on top of and associated with a

6    browser?

7        A.    Correct.

8        Q.    Similar to what's shown in Figure 5A of the

9    172 patent?

10       A.    Yes.

11               MR. KOCHANOWSKI:   Objection to the

12   extent that you're asking him to interpret what 5A

13   shows without reference to the specification.  I mean

14   for illustrative purposes that's -- I'll allow the

15   answer, which I think was yes.

16               THE WITNESS:  Yes.

17   BY MR. POLLACK:

18       Q.    So at the time the 172 patent application

19   was filed in October of '96, the only version that

20   NetJumper had created of the actual software was a

21   version that was a separate application from a web

22   browser, correct?

23       A.    Correct.

24       Q.    Are you aware of anywhere in the patent

25   where it describes an embodiment where the NetJumper

Hanson Renaissance Court Reporting & Video
(313) 567-8100  www.hansonreporting.com