# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NET JUMPER SOFTWARE, L.L.C.,
        Plaintiff(s),

v.

CASE NUMBER: 04-70366

HON. JULIAN ABELE COOK, JR.

GOOGLE INC.,,
        Defendant(s).
                                      /

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Julian Abele Cook, Jr., United States District Judge for the above proceeding on **NOVEMBER 17, 2005 AT 2:00 P.M.**, in Room 716, Theodore Levin U.S. Courthouse, 231 W. Lafayette Detroit, Michigan 48226. The following motion(s) are scheduled for hearing:

■ Motion by Defendant for Summary Judgment, filed August 17, 2005

## CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to all counsel of record on this date August 22, 2005 by ordinary mail and electronic means

Date: August 22, 2005

s/ Kay Doaks
Deputy Clerk    (313) 234-5100

dockets.Justia.com