UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
SEP 12 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

NETJUMPER SOFTWARE, L.L.C.,
a Michigan limited liability corporation,

  Plaintiff,

vs.

GOOGLE INC.,
a Delaware corporation,

  Defendant.

Case No. 04-70366-CV
Hon. Julian Abele Cook
Magistrate Judge R. Steven Whalen

---

SOMMERS SCHWARTZ, PC
Andrew Kochanowski (P55117)
Nabeel N. Hamameh (P60981)
Attorneys For Plaintiff
2000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-0300

BANIAK, PINE & GANNON
Michael Baniak
Co-Counsel For Plaintiff
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606
(312) 673-0360

*Attorneys for Plaintiff*

DICKINSON WRIGHT, PLLC
Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
Attorneys For Defendant
500 Woodward Ave., Ste. 4000
Detroit, MI 48226
(313) 223-3500

FISH & RICHARDSON P.C.
Howard G. Pollack
Attorneys For Defendant
500 Arguello Street, Ste. 500
Redwood City, CA 94063
(650) 839-5070

FISH & RICHARDSON P.C.
Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

*Attorneys for Defendant*

---

## STIPULATION AND ORDER TO ADJOURN RESPONSE DEADLINE

WHEREAS Plaintiff Netjumper Software, L.L.C.'s response to Defendant Google Inc.'s Motion for Summary Judgment of Non-Infringement and Invalidity of the '172 Patent is due on or about September 6, 2005, and due to discovery sought by, and scheduling conflicts of Netjumper Software,

Dockets.Justia.com

L.L.C. and its counsel, the parties hereby stipulate that Netjumper Software, L.L.C.'s response to Defendant's motion shall now be due on or before September 27, 2005.

WHEREAS Defendant Google Inc. may file a reply brief supporting its dispositive motion, the parties hereby stipulate that Google Inc.'s reply brief shall now be due 7 days after the depositions of the witnesses offering affidavits in support of Plaintiff Netjumper Software, L.L.C.'s response, and in no event less than 3 days before oral argument.

## ORDER

**THIS MATTER** having come before the Court upon the foregoing stipulations of the Parties, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that Plaintiff Netjumper Software, L.L.C.'s response to Defendant Google Inc.'s motion for summary judgment shall be due on or before September 27, 2005. Google Inc.'s reply brief, if any, shall be due 7 days after the depositions of any witnesses offering affidavits in support of Netjumper Software, L.L.C.'s response, and in no event less than 14 days before oral argument.

HON. JULIAN ABELE COOK
U.S. DISTRICT COURT JUDGE

Approved and Agreed upon:

SOMMERS SCHWARTZ, PC
Andrew Kochanowski (P55117)
Nabeel N. Hamameh (P60981)
Attorneys For Plaintiff

DATE: 9-1-05

DICKINSON WRIGHT, PLLC (w/permission)
Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
Attorneys For Defendant

DATE: 9-1-05

2

L.L.C. and its counsel, the parties hereby stipulate that Netjumper Software, L.L.C.'s response to Defendant's motion shall now be due on or before September 27, 2005.

WHEREAS Defendant Google Inc. may file a reply brief supporting its dispositive motion, the parties hereby stipulate that Google Inc.'s reply brief shall now be due 7 days after the depositions of the witnesses offering affidavits in support of Plaintiff Netjumper Software, L.L.C.'s response, and in no event less than 3 days before oral argument.

## ORDER

**THIS MATTER** having come before the Court upon the foregoing stipulations of the Parties, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that Plaintiff Netjumper Software, L.L.C.'s response to Defendant Google Inc.'s motion for summary judgment shall be due on or before September 27, 2005. Google Inc.'s reply brief, if any, shall be due 7 days after the depositions of any witnesses offering affidavits in support of Netjumper Software, L.L.C.'s response, and in no event less than 3 days before oral argument.

HON. JULIAN ABELE COOK
U.S. DISTRICT COURT JUDGE

Approved and Agreed upon:

_____
SOMMERS SCHWARTZ, PC
Andrew Kochanowski (P55117)
Nabeel N. Hamameh (P60981)
Attorneys For Plaintiff

DATE: _____

_____
DICKINSON WRIGHT, PLLC
Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
Attorneys For Defendant

DATE: _____

2