## INDEX OF EXHIBITS

**Exhibit 1**:   United States Patent No. 5,890,172

**Exhibit 2**:   Declaration of Bernard Galler dated September 27, 2005

**Exhibit 3**:   File History of United States Patent No. 5,890,172

**Exhibit 4**:   Declaration of Anup Mathur dated September 26, 2005

**Exhibit 5**:   Declaration of Nabeel N. Hamameh dated September 27, 2005

**Exhibit 6**:   Excerpts of Deposition Transcript of Joseph Hardin taken September 16, 2005

**Exhibit 7**:   Excerpts of Deposition Transcript of Breen Hagan taken September 22, 2005
(Filed Under Seal Pursuant to Protective Order dated 2/7/05)

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.