Dockets.Justia.com

embodiments provide a more integrated jumper/browser environment for the user.

Some alternative embodiments provide the user with more powerful
5      tools for traversing the search results. In one embodiment, the categories in
the search results are specially tagged (e.g., with a previously unused HTML
tag) to indicate category fields as opposed to simple URLs. Alternatively, the
categories can be parsed given their location in the search result (e.g., not
indented). In an embodiment that includes category identification, the jumper
10      includes functions for jumping from one category to the next category, in
addition to being able to jump from one site identifier to the site identifier. As
an enhancement to this embodiment, the user is presented with additional
buttons for jumping from category to category. In another embodiment, the
user can define how many site identifiers should be parsed from the search
15      results. For example, if the search results provide twenty site identifiers, but
the user may only want the first five identifiers, the user can specify that only
the first five identifiers be provided. Similarly, in another embodiment, the user
can specify what types of results should be parsed (e.g., only categories).
Alternatively, in another embodiment, the jumper parses all the site identifiers,
20      but the user specifies how many or what type to display.

In another embodiment, the user will be able to invoke the product from
within their electronic e-mail box simply by double-clicking on attached files.
These files may be encoded in markup language. In another embodiment, the
25      HTML parsed files for both transmission and receipt by users would be able to
be compressed and decompressed by users with simple click commands
common to normal software operations. In another embodiment, the product
will not require an additional instance of the presenter to be invoked upon
return to the original home page. In still another embodiment of the product,
30      the list box will contain a drag and drop user interface which will allow the user
to cut and paste URLs from one list to another and compile their own
individual lists to their preferred selection and taste. In still one more

E:\PUBLIC\CC\76108301.07

23

embodiment of the product, the user will be able to adjust and modify the
overall interface of various URLs, hot-links and other files viewable within the
presenter to both highlight the various objects mentioned previously for
marking the users place in the list that they are working from, and similarly be
5       able to change the nature of the highlight of such previously mentioned item to
be noted as important by a permanent highlighting of the particular object.


        Thus, a method and apparatus for retrieving information has been
described. Note that though the foregoing has particular utility and has been
10      described with reference to certain specific embodiments in the figures and the
text, that one may practice the present invention without implementing all of
these specific details. Thus, the figures and the text are to be viewed in an
illustrative sense only, and not limit the present invention. The present
invention is only to be limited by the appended claims which follow.

E:\PUBLIC\CCC7\0105301.07

24

9680087-7220885

-24-

## DEFINITIONS

1.    NETWORK:    A network is a hard drive, a local network, a wide area network, an intranet, the internet or any series or combination of computers or computing hardware.

2.    FILE:    A file is a collection of data that may be coded or unencoded. Coded files may contain the HTML, SGML or other mark up language. Unencoded files comprise; audio, visual, graphics, and/or video.  Files may be encrypted or unencrypted during transmission.  An electronic mail message is also considered to be a file.  In addition, attachments to electronic mail are also considered files.

3.    PRESENTER:  A presenter is an interactive information media either visual or audio, animated or static, graphical or textual, audio or silent.

4.    SITE IDENTIFIER:  A site identifier is a pointer to a file.

H:\PUBLIC\CC7\0108301.07

What is claimed is:

Sub 4 1 1. A computer implemented method and system for retrieving information
2 from a network comprising the following steps;
3 receiving a 1st file of information which includes site identifiers and
4 other information;
5 parsing said 1st file of information to extract a list comprising site
6 identifiers; and
7 responsive to a jump command, determining which of the list of site
8 identifiers is currently selected and automatically selecting an other of said site
9 identifiers from said list.

1 2. The computer implemented method of claim 1 wherein said responsive
2 step further comprises;
3 accessing a 2nd file at a site corresponding to said automatically
4 selected other site identifier from said list.

A

1 3. The computer implemented method of claim 2 wherein said responsive
2 step further comprises;
3 displaying said 2nd file.

Sub 4 2 4. The computer implemented method of claim 1 wherein;
2 said 1st file comprises information in a markup language; and
3 said site identifiers comprise URLs.

1 5. The computer implemented method of claim 3 wherein:
2 said 1st file and said 2nd file comprise information in a markup
3 language; and
4 said site identifiers comprise URLs.

L:\PUBLIC\CC70106301.07

2.6

-26-

1  6.    The computer implemented method of claim 5 wherein said responsive
2  step further comprises;
3          automatically selecting from a group consisting of: a next site
4  identifier, a prior site identifier, a first site identifier and a last site identifier,
5  said other of said site identifiers from said list.

1  7.    A computer usable medium having computer readable program code
2  means embodied therein for causing a retrieval of information from a network,
3  the computer readable program code means in said article of manufacture
4  comprising:
5          computer readable program code means for causing a computer to
6  receive a 1st file of information which includes site identifiers and other
7  information;
8          computer readable program code means for causing a computer to
9  parse said 1st file of information to extract a list comprising site identifiers;
10          computer readable program code means for causing a computer
11  responsive to a jump command, to determine which of the list of site identifiers
12  is currently selected and to automatically select an other of said site identifiers
13  from said list.

1  8.    The computer readable program code means in said article of
2  manufacture of claim 7 comprising:
3          computer readable program code means for causing a computer
4  responsive to said jump command, to access a 2nd file at a site corresponding
5  to said automatically selected other site identifier from said list.

1  9.    The computer readable program code means in said article of
2  manufacture of claim 8 comprising:
3          computer readable program code means for causing a computer
4  responsive to said jump command, to display said 2nd file.

H:\PUBLIC\CC\70106301.07

G 000126

Sub A 3

10.    The computer readable program code means in said article of
manufacture of claim 7 comprising:

        computer readable program code means for causing a computer to
receive said 1st file of information, wherein said 1st file, comprises
information in a markup language and said site identifiers comprise URLs.

11.    The computer readable program code means in said article of
manufacture of claim 9 comprising:

        computer readable program code means for causing a computer to
receive a 1st file of information and to access a 2nd file, wherein each of said
1st and said 2nd files, comprise information in a markup language and said
site identifiers comprise URLs.

12.    The computer readable program code means in said article of
manufacture of claim 11 comprising:

        computer readable program code means for causing a computer to
automatically select said other of said site identifiers from said list from a
group consisting of: a next site identifier, a prior site identifier, a first site
identifier and a last site identifier.

13.    A computer implemented method of retrieving information from a
network comprising the following steps:

        receiving a 1st file of information which includes site identifiers and
other information;

        parsing said 1st file of information to extract a list comprising site
identifiers;

        automatically sending a plurality of jump commands to the browser
wherein each of said jump commands includes a one of said site identifiers
from said list comprising site identifiers, and wherein further responsive to
said plurality of jump commands a site corresponding to each of said site
identifiers is accessed.

I:\PUBLIC\CC7\0105301.07

G 000127

14.  The computer implemented method of claim 13 wherein said step of automatically sending further comprises;

  retrieving a file from each of said accessed sites corresponding to each of said site identifiers.

15.  The computer implemented method of claim 14 wherein said step of automatically sending further comprises;

  displaying each of said retrieved files.

16.  The computer implemented method of claim 13 wherein:

  said 1st file comprises information in a markup language; and

  said site identifiers comprise URLs.

17.  The computer implemented method of claim 15 wherein:

  said 1st file comprises information in a markup language; and

  said site identifiers comprise URLs.

18.  A computer usable medium having computer readable program code means embodied therein for causing a retrieval of information from the computer readable program code means in said article of manufacture comprising:

  computer readable program code means for causing a computer to receive a 1st file of information which includes site identifiers and other information;

  computer readable program code means for causing a computer to parse said 1st file of information to extract a list comprising site identifiers;

  computer readable program code means for causing a computer to automatically send a plurality of jump commands wherein each of said jump commands includes a one of said site identifiers from said list comprising site identifiers, and wherein further responsive to said plurality of jump commands, a site corresponding to each of said site identifiers is accessed.

H:\PUBLIC\CC7\0106301.07

G 000128

19.  The computer readable program code means in said article of
manufacture of claim 18 comprising:
        computer readable program code means for causing a computer
responsive to said automatically sending a plurality of jump commands to
retrieve a file from each of said accessed sites corresponding to each of said
site identifiers.

20.  The computer readable program code means in said article of
manufacture of claim 19 comprising:
        computer readable program code means for causing a computer
responsive to said automatically sending a plurality of jump commands, to
display each of said retrieved files.

21.  The computer readable program code means in said article of
manufacture of claim 18 comprising:
        computer readable program code means for causing a computer to
receive said 1st file of information, wherein said 1st file, comprises
information in a markup language and said site identifiers comprise URLs.

22.  The computer readable program code means in said article of
manufacture of claim 20 comprising:
        computer readable program code means for causing a computer to
receive said 1st file of information, wherein said 1st file, comprises
information in a markup language and said site identifiers comprise URLs.

23.  A computer-implemented method of retrieving information network
comprising the following steps:
        receiving into a browser window a 1st file of information which
includes site identifiers and other information;
        parsing said 1st file of information to extract a list comprised of said 1st
file site identifiers;

t:\PUBLIC\CC7\010305301.07

G 000129

36

1       displaying a jumper window;

2       receiving into said jumper window said set of 1st file site identifiers;

3       selecting a one of said 1st file site identifiers from said browser

4   window, wherein the browser accesses a location corresponding to said one

5   selected and retrieves from said location a 2nd file which includes side

6   identifiers and other information;

7       receiving into said browser window said 2nd file of information;

8       selecting another of said 1st file site identifier from said jumper

9   window, wherein the browser accesses a location corresponding to said other

10  selected site identifier and retrieves from said location a 3rd file; and

11      receiving into said browser said 3rd file.

1    24.   A computer-implemented method of retrieving information through a

2   browser according to claim 23, wherein:

3       wherein said 1st file and said 2nd file comprise information in a markup

4   language and said site identifiers comprise URLs.

1    25.   A computer usable medium having computer readable program code

2   means embodied therein for causing a retrieval of information from a network,

3   the computer readable program code means in said article of manufacture

4   comprising;

5       computer readable program code means for causing a computer to

6   receive into a browser window a 1st file of information which includes site

7   identifiers and other information;

8       computer readable program code means for causing a computer to

9   parse said 1st file of information to extract a list comprised of said 1st file site

10  identifiers;

11      computer readable program code means for causing a computer to

12  display a jumper window;

13      computer readable program code means for causing a computer to

14  receive into said jumper window said set of 1st file site identifiers;

E:\PUBLIC\CC70106301.07

15      computer readable program code means for causing a computer to
16   select a one of said 1st file site identifiers from said browser window, wherein
17   the browser accesses a location corresponding to said one selected and
18   retrieves from said location a 2nd file which includes side identifiers and other
19   information;
20      computer readable program code means for causing a computer to
21   receive into said browser window said 2nd file of information;
22      computer readable program code means for causing a computer to
23   select an other of said 1st file site identifier from said jumper window, wherein
24   the browser accesses a location corresponding to said other selected and
25   retrieves from said location a 3rd file; and
26      computer readable program code means for causing a computer to
27   receive into said browser said 3rd file.

1    26.   The computer readable program code means in said article of
2   manufacture of claim 25 comprising:
3      computer readable program code means for causing a computer to
4   receive said 1st file of information, wherein said 1st file, comprises
5   information in a markup language and said site identifiers comprise URLs.

09/800.11.0872.7280

t:\PUBLIC\CG70105301.97

73-7085

52

## ABSTRACT

A computer implemented method and system for retrieving information through a browser connected to a network. A first file of information is received which includes a first mark-up language to identify contents of the information, which contents include site identifiers. The site identifiers corresponding for example to file locations on the Internet. The first file is displayed in a browser window. Responsive to receiving the first file of information by the browser, the first file of information is parsed by a jumper to generate a list of site identifiers. This list of site identifiers is then stored by the jumper and displayed in a jumper window. Responsive to an activation by the user, a computer is directed to perform the following steps. The jumper determines which of the stored site identifiers is currently selected and automatically selects the next. Next the jumper directs the browser to access the file at the site corresponding to automatically selected site identifier. Finally, the browser is directed to display the file the browser has retrieved in the browser window.

08727085.100896

E:\PUBLIC\CC\70106301.07

G 000132

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08 727085



FIG. 1

G 000133

PRINTS OF DRAWINGS
AS ORIGINALLY FILED

Case 2:04-cv-70366-JAC-RSW    Document 54-6    Filed 09/27/2005    Page 13 of

FIG. 2

AS ORIGINALLY FILED

08 727085



FIG. 3

G 000135

PRINT OF DRAWINGS
AS ORIGINALLY FILED

402  412  414  400

404



406

410

408

08727085 .100896

# FIG. 4
## (Prior Art)

G 000136

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08 727085



FIG. 5A

G 000137

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08 727085

Case 1:00-cv-00186-JWC-RSW    Document 54-6    Filed 09/27/2005    Page 17 of



**FIG. 5B**

G 000138

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08 727085



FIG. 5C

G 000139

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08 727085

Case 2:04-cv-703...-...-...   Document 54-8   Filed 09/27/2005   Page 19 of



**FIG. 6**

G 000140

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08 727085



FIG. 7
(Prior Art)

G 000141

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08 727085

08727085 . 100896



FIG. 8A

G 000142

Case 2:04-cv-70366-JAC-RSW   Document 54-6   Filed 09/27/2005   Page 22 of



FIG. 8B

G 000143

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08 727085

08727085.100896

Case 2:04-cv-70365-JAC-RSW    Document 54-6    Filed 09/27/2005    Page 23 of



C

OPEN JUMPER
DROP-DOWN
WINDOW — 880

882 — DROP-DOWN
BUTTON ?    YES→    WAIT FOR SELECTION — 884

NO

886 — LOCATE SELECTED
HOT-LINK IN DROP
DOWN LIST

888 — SEND
LEVEL "1" SITE
TO
BROWSER
TO LOCATE & DISPLAY

HIGHLIGHT SELECTED
ENTRY IN
JUMPER
DROP-DOWN
WINDOW — 890

COPY HIGHLIGHT
ENTRY TO
JUMPER
LOCATION
WINDOW — 892

894 — CLOSE JUMPER DROP
DOWN

896

USER DRILLS DOWN
FROM SELECTED SITE
ON BROWSER

DETECT RETURN TO
JUMPER

898 —

B

FIG. 8C

G 000144



08 727085

087708.100796

**FIG. 9A**
**(Prior Art)**

900

902

920

922
924

910
908

926

928

930

932

934
936

902
904

LEVEL 1 >

LEVEL 2 >

LEVEL 3 >

LEVEL 4 >

LEVEL 5 >

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08 727085

# FIG 9B

08727085 · 100896

900

920
922
924
902

936
934

914

932

926
928
930

LEVEL 1 >
LEVEL 2 >
LEVEL 3 >
LEVEL 4 >
LEVEL 5 >

G 000146



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

#12

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 08/727,085 | 10/08/96 | BORMAN | G    18041.701 |

0262/1206
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA

0000

DATE MAILED:                                        12/06/96

### NOTICE TO FILE MISSING PARTS OF APPLICATION
#### Filing Date Granted

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted ALONG WITH THE PAYMENT OF A SURCHARGE for items 1 and 3-6 only of $ _____130 00_____ for a ☐ large entity ☐ small entity in compliance with 37 CFR 1.27. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

*If all required items on this form are filed within the period set above, the total amount owed by applicant as a* ☐ **large entity** ☐ **small entity (verified statement filed), is $ _1,273_**

☑ 1. The statutory basic filing fee is:
   ☐ missing.
   ☐ insufficient.
   Applicant must submit $ ___770 00___ to complete the basic filing fee and/or file a verified small entity statement claiming such status (37 CFR 1.27).

☑ 2. Additional claim fees of $ ___373 00___, including any multiple dependent claim fees, are required.
   Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.

☑ 3. The oath or declaration:
   ☑ is missing.
   ☐ does not cover the newly submitted items.
   ☐ does not identify the application to which it applies.
   ☐ does not include the city and state or foreign country of applicant's residence.
   An oath or declaration in compliance with 37 CFR 1. 63, including residence information and identifying the application by the above Application Number and Filing Date is required.

☐ 4. The signature(s) to the oath or declaration is/are:
   ☐ missing.
   ☐ by a person other than inventor or person qualified under 37 CFR 1.42, 1.43, or 1.47.
   A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration: _____

   An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

☐ 6. A $ _____ processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

☐ 7. Your filing receipt was mailed in error because your check was returned without payment.

☐ 8. The application does not comply with the Sequence Rules.
   See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."

☐ 9. OTHER:

Direct the response and any questions about this notice to "Attention: Box Missing Parts."

### A copy of this notice MUST be returned with the response.

_signature_ T6
Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1533 (REV.7-96)

PART 1 - ATTORNEY/APPLICANT COPY

*U.S. GPO: 1996-404-864/40315

G 000147



Attorney Docket No.: 18041-701

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application

Inventor(s): Gilbert Borman, et al.

Application No.: 08/727,825

Filed: October 8, 1996

Title: INTERNET SEARCH TOOLS

PATENT APPLICATION

Group Art Unit: Not Yet Assigned

Examiner: Not Yet Assigned

---

CERTIFICATE OF MAILING UNDER 37 C.F.R. §1.8
I hereby certify that this correspondence is being deposited in the United States
Postal Service with sufficient postage on first class mail in an envelope addressed
to Commissioner of Patents and Trademarks, Washington, D.C. 20231, on
March 3, 1997.

*Annette Granados*
Annette Granados

---

## RESPONSE TO NOTICE TO FILE MISSING PARTS OF APPLICATION

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

In response to the Notice to File Missing Parts of Application - Filing Date Granted, dated December 6, 1996, enclosed are the following documents in connection with the above-identified application:

X   Copy of Notice to File Missing Parts – Filing Date Granted

X   Combined Declaration and Power of Attorney for Utility Patent Application

X   Revocation and New Power of Attorney by Assignee of Entire Interest

___   Power of Attorney by Assignee

X   Verified statement(s) of small entity status -Small Business Concern

X   Petition for an Extension of Time pursuant to 37 C.F.R. §1.136(a) for responding to the Notice to File Missing Parts

___   Information Disclosure Statement under 37 C.F.R. §1.56

___   Preliminary Amendment

H:\PRIVATE\18041\TENRENT\701MISS.PT3                1 of 3

G 000148

## Patent Application Filing Fee

The patent application filing fee (if applicable) is calculated as shown below:

| | NO. OF CLAIMS | | EXTRA CLAIMS | RATE | FEE |
|---|---|---|---|---|---|
| Basic Application Fee | | | | | $ 770.00 |
| Total Claims | 26 | MINUS 20= | 6 | x $22 = | $132.00 |
| Independent Claims | 6 | MINUS 3 = | 3 | x $80 = | $240.00 |
| If multiple dependent claims are presented, add $250.00 | | | | | $00.00 |
| Total Application Fee (LARGE ENTITY) | | | | | $1,142.00 |
| If verified statement claiming small entity status is enclosed, subtract 50% of Total Application Fee | | | | | $571.00 |
| PATENT APPLICATION FILING FEE | | | | | $571.00 |

## Total Fee

The Total Fee associated with this communication has been calculated as shown below:

X   Patent application filing fee                                                      $ 571.00

X   Net fee for extension of time                                                    $ 195.00

X   Surcharge under 37 C.F.R. §1.16(e) for late filing of oath or declaration

___ Large Entity                                                                            $ 130.00

X   Small Entity                                                                              $ 65.00

TOTAL FEE DUE:                                                                          $ 831.00

G 000149

Method of Payment of Fees

X.   The Commissioner is hereby authorized to charge underpayment of any additional fees
     associated with this communication or credit any overpayment to Deposit Account No.
     23-2415 (Atty. Docket No. 16041-701). A duplicate copy of this authorization is enclosed.

Respectfully submitted,

Date: March 5, 1997          By: _David J. Weitz_

                                  David J. Weitz
                                  Reg. No.: 38,362

WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1505
(415)493-9300

H:\PRIVATE\16041\ENR\ENTN\701\ISS.FIS          - 3 of 3 -

G 000150

RECEIVED

DEC 1 3 1996

WILSON, SONSINI
GOODRICH & ROSATI

O3D 18041-701
CC7 Tenretni

#3

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 08/727,085 | 10/08/96 | BORMAN | G 18041.701 |

0262/1206

WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA

0000

DATE MAILED: 12/06/96

**NOTICE TO FILE MISSING PARTS OF APPLICATION**
*Filing Date Granted*

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted ALONG WITH THE PAYMENT OF A SURCHARGE for items 1 and 3-8 only of $ _____ for a ☐ large entity ☐ small entity in compliance with 37 CFR 1.27. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

If all required items on this form are filed within the period set above, the total amount owed by applicant as a ☐ large entity ☐ small entity (verified statement filed), is $ _____

☐ 1. The statutory basic filing fee is:
   ☐ missing.
   ☐ insufficient.
   Applicant must submit $ _____ to complete the basic filing fee and/or file a verified small entity statement claiming such status (37 CFR 1.27).

☐ 2. Additional claim fees of $ _____ , including any multiple dependent claim fees, are required.
   Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.

☐ 3. The oath or declaration:
   ☐ is missing.
   ☐ does not cover the newly submitted items.
   ☐ does not identify the application to which it applies.
   ☐ does not include the city and state or foreign country of applicant's residence.
   An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.

☐ 4. The signature(s) to the oath or declaration is/are:
   ☐ missing.
   ☐ by a person other than inventor or person qualified under 37 CFR 1.42, 1.43, or 1.47.
   A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration.
   An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

☐ 6. A $ _____ processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

☐ 7. Your filing receipt was mailed in error because your check was returned without payment.

☐ 8. The application does not comply with the Sequence Rules.
   See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."

☐ 9. OTHER:

Direct the response and any questions about this notice to "Attention: Box Missing Parts."

*A copy of this notice MUST be returned with the response.*

Customer Service Center
Initial Patent Examination Division (703) 308-1202

| | | |
|---|---|---|
| 34127 201 | | 387.00CH |
| 34127 204 | | 66.00CH |
| 34127 204 | | 126.00CH |

WSGR PATENT DOCKET
U.S.: X   FOREIGN: _____
DOCKETED: 12-17-96 BY: MM
ACTION: US-MISSING PARTS
DUE DATES: 2-6-97
First Extension 2-6-97
Final Day 5-6-97
ATTY: CC7  CM #: 18041-701

FORM PTO-1533 (REV. 7-96)   PART 2 COPY TO BE RETURNED WITH RESPONSE

G 000151

PATENT
Attorney Docket No. 15041.702

## COMBINED DECLARATION AND POWER OF ATTORNEY
## FOR UTILITY PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

### INTERNET SEARCH TOOLS

the specification of which

\_\_\_\_   is attached hereto.

X   was filed on <u>October 8, 1996</u> as Application Serial No. <u>08/727,085</u>
and was amended on _____
(If Applicable)

I hereby state that I have reviewed and understood the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a) which states in relevant part: "Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section....The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98."

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate as indicated below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed:

| Prior Foreign Application(s) | | | Priority Claimed | |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

G 000152

Attorney Docket No. 18041.701

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulation, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith, and to file, prosecute and to transact all business in connection with international applications directed to said invention:

| | |
|---|---|
| Stephen C. Durant | 31,506 |
| Mark A. Haynes | 30,846 |
| Paul Davis | 29,294 |
| Michael Hetherington | 32,357 |
| Hark C. Chan | 35,477 |
| Charles D. Holland | 35,196 |
| David J. Weitz | 38,362 |
| Michael J. Panepucci | 37,203 |
| Michael J. Murphy | 37,404 |
| Kent R. Richardson | 39,443 |
| Charles C. Cary | 36,764 |

Address all correspondence to:

Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

Direct all telephone calls to Charles C. Cary at (415) 493-9300.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18, United States Code, §1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or
first inventor:                Gilbert Borman

Inventor's signature:

Date:                          1-7-97

Case 2:04-cv-70366-JAC-RSW     Document 54-6     Filed 09/27/2005     Page 33 of

Citizenship:                   USA

Residence:                     554 Bennington, Bloomfield Hills, MI 48304

Post Office Address:           Same as above.


Full name of second joint
inventor, if any:              Rajat Bhatnagar

Inventor's signature:

Date:

Citizenship:                   India

Residence:                     1435 Bedford Street, #5C, Stamford, CT 06905

Post Office Address:           Same as above.


Full name of third joint
inventor, if any:              Arul Sebastian

Inventor's signature:

Date:

Citizenship:                   India

Residence:                     60 Strawberry Hill Ave., #816, Stamford, CT 06902

Post Office Address:           Same as above.


Full name of fourth joint
inventor, if any:              Anup Mathur

Inventor's signature:

Date:

Citizenship:                   India

Residence:                     870 E. El Camino Real, #521, Sunnyvale, CA 94087

Post Office Address:           Same as above.

G 000153.1

Case 2:04-cv-70366-JAC-RSW    Document 54-6    Filed 09/27/2005    Page 34 of

Full name of fifth joint
inventor, if any:          Vinay Wadhwa
Inventor's signature:
Date:
Citizenship:               India
Residence:                 C2150 Vasant Kunj, New Delhi, India 110070
Post Office Address:       Same as above

Full name of sixth joint
inventor, if any:          Mukesh Kumar
Inventor's signature:
Date:
Citizenship:               India
Residence:                 A4C - 117, Janakpuri, New Delhi India 110058
Post Office Address:       Same as above

Full name of seventh joint
inventor, if any:          C. Vinay Kumar Singh
Inventor's signature:
Date:
Citizenship:               India
Residence:                 A-502, Rail Vihar, Sector 15 phase II, Gurgaon, India
Post Office Address:       Same as above



**PATENT**

Attorney Docket No. 18041.701

## COMBINED DECLARATION AND POWER OF ATTORNEY
## FOR UTILITY PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name:

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

### INTERNET SEARCH TOOLS

the specification of which

_____ is attached hereto.

___X___ was filed on October 8, 1996 as Application Serial No. 08/727,085
and was amended on _____
(If Applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a) which states in relevant part: "Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section....The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98."

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate as indicated below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                                    Priority Claimed

_____  _____    _____    _____
(Number)          (Country)           (Day/Month/Year Filed)    Yes    No

G 000155

Attorney Docket No. 18041.701

Full name of sole or
first inventor:                  Mitchell Koster

Inventor's signature:    _____

Date:                    _____

Citizenship:             U.S.A

Residence:               554 Rennington, Bloomfield Hills, MI 48304

Post Office Address:     Same as above


Full name of second joint
inventor, if any:         Rajat Bhatnagar

Inventor's signature:    _____

Date:                    1/15/97

Citizenship:             India

Residence:               1435 Bedford Street, #5C, Stamford, CT 06905

Post Office Address:     Same as above


Full name of third joint
inventor, if any:         Anil Sebastian

Inventor's signature:    _____

Date:                    1/20/97

Citizenship:             India

Residence:               60 Strawberry Hill Ave, #816, Stamford, CT, 06902

Post Office Address:     Same as above


Full name of fourth joint
inventor, if any:         Anup Mathur

Inventor's signature:    _____

Date:                    _____

Citizenship:             India

Residence:               870 E. El Camino Real, #521, Sunnyvale, CA, 94087

Post Office Address:     Same as above


G 000156

Full name of fifth joint
inventor, if any:                    Vinay Wadhwa
Inventor's signature:
Date:
Citizenship:                          India
Residence:                            C2150 Vasant Kunj, New Delhi, India 110070
Post Office Address:                  Same as above


Full name of sixth joint
inventor, if any:                    Mukesh Kumar
Inventor's signature:
Date:
Citizenship:                          India
Residence:                            A4C - 117, Janakpuri, New Delhi, India 110058
Post Office Address:                  Same as above


Full name of seventh joint
inventor, if any:                    C. Vinay Kumar Singh
Inventor's signature:
Date:
Citizenship:                          India
Residence:                            A-502, Rail Vihar, Sector 15 phase II, Guragon, India
Post Office Address:                  Same as above

G 000157



**PATENT**
Attorney Docket No. 18041.701

## COMBINED DECLARATION AND POWER OF ATTORNEY
### FOR UTILITY PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

### INTERNET SEARCH TOOLS

the specification of which

    \_\_\_\_    is attached hereto.

    X    was filed on October 8, 1996, as Application Serial No. 08/727,085
         and was amended on _____
                                   (If Applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a), which states in relevant part: "Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section...The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98."

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate as indicated below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed:

| Prior Foreign Application(s) | | | | Priority Claimed | |
|---|---|---|---|---|---|
| (Number) | (Country) | | (Day/Month/Year Filed) | Yes | No |

G 000158

Filed 09/27/2005     Page 39 of

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulation, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |
| --- | --- | --- |
| | | |
| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith, and to file, prosecute and to transact all business in connection with international applications directed to said invention:

| | |
| --- | --- |
| Stephen C. Durant | 31,506 |
| Mark A. Haynes | 30,846 |
| Paul Davis | 29,294 |
| Michael Hetherington | 32,357 |
| Hark C. Chan | 35,477 |
| Charles D. Holland | 35,196 |
| David J. Weitz | 38,362 |
| Michael J. Panepucci | 37,203 |
| Michael J. Murphy | 37,404 |
| Kent R. Richardson | 39,443 |
| Charles C. Cary | 36,764 |

Address all correspondence to:

Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

Direct all telephone calls to Charles C. Cary at (415) 493-9300.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18, United States Code, §1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or
first inventor:     Gilbert Borman

Inventor's signature:

Date:

Citizenship:     U.S.A.

Residence:     554 Bennington, Bloomfield Hills, MI 48304

Post Office Address:     Same as above.


Full name of second joint
inventor, if any:     Rajat Bhatnagar

Inventor's signature:

Date:

Citizenship:     India

Residence:     1435 Bedford Street, #5C, Stamford, CT 06905

Post Office Address:     Same as above.


Full name of third joint
inventor, if any:     Arul Sebastian

Inventor's signature:

Date:

Citizenship:     India

Residence:     60 Strawberry Hill Ave. #816, Stamford, CT 06902

Post Office Address:     Same as above.


Full name of fourth joint
inventor, if any:     Anup Mathur

Inventor's signature:     Anup Kumar Mathur

Date:     3/5/92

Citizenship:     India

Residence:     870 E. El Camino Real, #521, Sunnyvale, CA 94087

Post Office Address:     Same as above.

Case 2:04-cv-70366-JAC-RSW     Document 54-6     Filed 09/27/2005     Page 41 of

Full name of fifth joint
  inventor, if any:     Vinay Wadhwa _____

Inventor's signature: _____

Date: _____

Citizenship:          India _____

Residence:          C2150 Vasant Kunj, New Delhi India 110070

Post Office Address:    Same as above _____


Full name of sixth joint
  inventor, if any:     Mukesh Kumar _____

Inventor's signature: _____

Date: _____

Citizenship:          India _____

Residence:          A4C - 117, Janakpuri, New Delhi India 110058

Post Office Address:    Same as above _____


Full name of seventh joint
  inventor, if any:     C. Vinay Kumar Singh _____

Inventor's signature: _____

Date: _____

Citizenship:          India _____

Residence:          A-502, Rail Vihar, Sector 15 phase II, Gurgaon, India

Post Office Address:    Same as above _____

G 000161



PATENT
Attorney Docket No. 18041.701

**COMBINED DECLARATION AND POWER OF ATTORNEY**
**FOR UTILITY PATENT APPLICATION**

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**INTERNET SEARCH TOOLS**

the specification of which

_____ is attached hereto.

__X__ was filed on October 8, 1996, as Application Serial No. 08/727,085
and was amended on _____
                         (If Applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a) which states in relevant part: "Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section...The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98."

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate as indicated below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                                    Priority Claimed

_____    _____    _____    Yes    No
(Number)      (Country)      (Day/Month/Year Filed)

G 000162

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulation, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith, and to file, prosecute and to transact all business in connection with international applications directed to said invention:

| Stephen C. Durant | 31,506 |
|---|---|
| Mark A. Haynes | 30,846 |
| Paul Davis | 29,294 |
| Michael Hetherington | 32,357 |
| Hark C. Chan | 35,477 |
| Charles D. Holland | 35,196 |
| David J. Weitz | 38,362 |
| Michael J. Panepucci | 37,203 |
| Michael J. Murphy | 37,404 |
| Kent R. Richardson | 39,443 |
| Charles C. Cary | 36,764 |

Address all correspondence to:

Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

Direct all telephone calls to Charles C. Cary at (415) 493-9300.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18, United States Code, §1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

G 000163

Full name of sole or
  first inventor:            Gilbert Borman

Inventor's signature:

Date:

Citizenship:              U.S.A.

Residence:             554 Bennington  Bloomfield Hills, MI 48304

Post Office Address:    Same as above


Full name of second joint
  inventor, if any:       Rajat Bhatnagar

Inventor's signature:

Date:

Citizenship:              India

Residence:             1435 Bedford Street  #5C, Stamford, CT 06905

Post Office Address:    Same as above


Full name of third joint
  inventor, if any:       Arul Sebastian

Inventor's signature:

Date:

Citizenship:              India

Residence:             60 Strawberry Hill Ave.  #816, Stamford, CT  06902

Post Office Address:    Same as above


Full name of fourth joint
  inventor, if any:       Anup Mathur

Inventor's signature:

Date:

Citizenship:              India

Residence:             870 E. El Camino Real  #521  Sunnyvale, CA  94087

Post Office Address:    Same as above

G 000164

4
Full name of fifth joint
  inventor, if any:     Vinay Kumar

Inventor's signature: _____

Date: _____

Citizenship: India

Residence: C2150 Vasant Kunj, New Delhi, India 110070

Post Office Address: Same as above

Full name of sixth joint
  inventor, if any:     Mukesh Kumar

Inventor's signature: _Mukesh_____

Date: Feb. 04, 1997

Citizenship: India

Residence: 285 E. Del Mar, Apt. 5, Pasadena, CA 91101

Post Office Address: Same as above

Full name of seventh joint
  inventor, if any:     C. Vinay Kumar Singh

Inventor's signature: _____

Date: _____

Citizenship: India

Residence: A-502, Rail Vihar, Sector 15 phase II, Gurgaon, India

Post Office Address: Same as above



**PATENT**
Attorney Docket No. 18041.701

COMBINED DECLARATION AND POWER OF ATTORNEY
FOR UTILITY PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**INTERNET SEARCH TOOLS**

the specification of which

_____ is attached hereto.

___X___ was filed on October 8, 1996, as Application Serial No. 08/727,085
and was amended on _____
(If Applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a) which states in relevant part: "Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section... The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98."

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate as indicated below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                                                     Priority Claimed

_____   _____          _____          ___   ___
(Number)   (Country)        (Day/Month/Year Filed)    Yes   No

G 000166

Attorney Docket No. 18041.701

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulation, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |
| --- | --- | --- |
| (Application Serial No.) | (Filing Date) | (Patented, Pending, Abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith, and to file, prosecute and to transact all business in connection with international applications directed to said invention:

| | |
| --- | --- |
| Stephen C. Durant | 31,506 |
| Mark A. Haynes | 30,846 |
| Paul Davis | 29,294 |
| Michael Hetherington | 32,357 |
| Hark C. Chan | 35,477 |
| Charles D. Holland | 35,196 |
| David J. Weitz | 38,362 |
| Michael J. Panepucci | 37,203 |
| Michael J. Murphy | 37,404 |
| Kent R. Richardson | 39,443 |
| Charles C. Cary | 36,764 |

Address all correspondence to:

Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

Direct all telephone calls to Charles C. Cary at (415) 493-9300.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18, United States Code, §1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

G 000167

Attorney Docket No. 18041.701

Full name of sole or
first joint inventor:           Gilles Goscinian

Inventor's signature:          _____

Date:                          _____

Citizenship:                   U.S.A.

Residence:                     554 Bennington, Bloomfield Hills, MI 48304

Post Office Address:           Same as above.


Full name of second joint
inventor, if any:              Rajat Bhatnagar

Inventor's signature:          _____

Date:                          _____

Citizenship:                   India

Residence:                     1435 Bedford Street, #5C, Stamford, CT 06905

Post Office Address:           Same as above.


Full name of third joint
inventor, if any:              Arul Sebastian

Inventor's signature:          _____

Date:                          _____

Citizenship:                   India

Residence:                     60 Strawberry Hill Ave. #816, Stamford, CT 06902

Post Office Address:           Same as above.


Full name of fourth joint
inventor, if any:              Anup Mathur

Inventor's signature:          _____

Date:                          _____

Citizenship:                   India

Residence:                     870 E. El Camino Real, #521, Sunnyvale, CA 94087

Post Office Address:           Same as above.


G 000168

Full name of fifth joint
inventor, if any:

Inventor's signature:

Date:                    January 17th, 1997

Citizenship:             India

Residence:               C2150 Vasant Kunj, New Delhi, India 110070

Post Office Address:     Same as above


Full name of sixth joint
inventor, if any:        Mukesh Kumar

Inventor's signature:

Date:

Citizenship:             India

Residence:               A4C - 117, Janakpuri, New Delhi India 110058

Post Office Address:     Same as above


Full name of seventh joint
inventor, if any:        C. Vinay Kumar Singh

Inventor's signature:

Date:                    January 17th, 1997

Citizenship:             India

Residence:               A-502, Rail Vihar, Sector 15 phase II, Gurgaon, India

Post Office Address:     Same as above

G 000169

PATENT
Attorney Docket No. 18041.701

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                    )    Examiner:  Unknown
                                        )
Gilbert Borman et al.                   )    Group Art Unit:  Unknown
                                        )
Serial No. 08/727,925                   )
                                        )
Filed: October 8, 1996                  )
                                        )
For: Internet Search Tools              )

REVOCATION AND NEW POWER OF ATTORNEY
BY ASSIGNEE OF ENTIRE INTEREST

Assistant Commissioner for Patents
Washington, D.C.  20231

Dear Sir:

As the Assignee of the entire interest in the above-identified application, all powers of
attorney previously given are hereby revoked. Paul Davis, Registration No. 29,294;
Mark A. Haynes, Registration No. 30,846; Michael Hetherington, Registration No. 32,357;
Charles D. Holland, Registration No. 35,196; Hark C. Chan, Registration No. 35,477; Charles C.
Cary, Registration No. 36,764; Michael J. Panepucci, Registration No. 37,203; Michael J.
Murphy, Registration No. 37,404; David J. Weitz, Registration No. 38, 362; and Kent R.
Richardson, Registration No. 39,443, are hereby appointed to prosecute and transact all business
in the U.S. Patent and Trademark Office connected with the above-identified application.

Please direct all telephone calls and correspondence to:

Charles C. Cary
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(415) 493-9300

By: _____        Date: 2/12/97
Gilbert Borman, President
Tenretni Dynamics, Inc.

G 000170