Dockets.Justia.com

said [1st] initial file and said [2nd] first data file comprise information in a markup language; and

said [site] location identifiers comprise URLs.

6. (Amended) The computer implemented method of claim [5] 1 wherein said [responsive step] retrieving act further comprises:

retrieving the first data file corresponding to the one of the location identifiers in the stored initial list [automatically selecting] selected from a group consisting of: a next [site] location identifier, a prior [site] location identifier, a first [site] location identifier and a last [site] location identifier, [said other of said site identifiers from said list.] together with displaying the first data file in the search window, responsive to a selection of the second icon.

7.(Amended) A computer usable medium having computer readable program code means embodied therein for searching on a local computer [causing a retrieval of information from] a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, the computer readable program code means in said article of manufacture comprising:

computer readable program code means for causing a computer to construct a search window on a display screen of the local computer;

computer readable program code means for causing a computer to display a first and a second icon on said display screen;

computer readable program code means for causing a computer to [receive] retrieve [a 1st] an initial data file [of information] from the network and displaying the initial data file in the search window, and the initial data file [which includes site] including location identifiers [and other information];

computer readable program code means for causing a computer to parse the location identifiers from [said 1st] the initial data file [of information] to [extract a] form an initial list [comprising site] of location identifiers together with storing the initial list, responsive to a selection of the first icon;

computer readable program code means for causing a computer to display any of the data files stored on the network in the search window; and

computer readable program code means for causing a computer [responsive to a jump command,] to [determine which of the list of site identifiers is currently selected and to automatically select an other of said site identifiers from said list.] retrieve a first data file corresponding to a selected one of the location identifiers in the stored initial list together with displaying the first data file in the search window, responsive to a selection of the second icon.

10. (Amended) The computer readable program code means in said article of manufacture of claim 7 comprising:

computer readable program code means for causing a computer to [receive] retrieve [said 1st] the initial data file [of information], wherein said [1st] initial data file, comprises information in a markup language and said [site] location identifiers comprise URLs.

11. (Amended) The computer readable program code means in said article of manufacture of claim [9] 7 comprising:

computer readable program code means for causing a computer to [receive] retrieve [a 1st] the initial data file [of information] and [to access a 2nd] the first data file, wherein each of said [1st] initial and said [2nd] first data files, comprise information in a markup language and said [site] location identifiers comprise URLs.

12. (Amended) The computer readable program code means in said article of manufacture of claim [11] 7 comprising:

computer readable program code means for causing a computer to retrieve the first data file corresponding to the one of the location identifiers in the stored initial list [automatically select] selected [said other of said site identifiers from said list] from a group consisting of: a next [site] location identifier, a prior [site] location identifier, a first [site] location identifier and a last [site] location identifier[.] together with displaying the first data file in the search window, responsive to a selection of the second icon.

13. (Amended) A computer-implemented method [of retrieving information] for searching on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, and the method for searching, comprising the [following steps] acts performed on the local computer of [;] :

constructing a search window on a display screen of the local computer;

displaying a first and a second icon on said display screen;

[receiving a 1st file of information] retrieving an initial data file from the network together with displaying the initial data file in the search window, and the initial data file [which includes site] including location identifiers [and other information];

parsing [said 1st file of information] the location [to extract a list comprising site] identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon; [and]

displaying any of the data files stored on the network in the search window; and

automatically [sending a plurality of jump commands to the browser wherein each of said jump commands includes a one of said site identifiers from said list comprising site identifiers, and wherein further responsive to said plurality of jump commands a site corresponding to each of said site identifiers is accessed.] retrieving at a predefined interval data files corresponding to each of the location identifiers in the stored initial list, together with successively displaying the data files in the search window, responsive to a single selection of the second icon.

16. (Amended) The computer implemented method of claim 13 wherein:

said [1st] initial data file comprises information in a markup language; and

said [site] location identifiers comprise URLs.

17. (Amended) The computer implemented method of claim [15] 13 wherein:

said [1st] initial data file and said first data file [comprises] comprise information in a markup language; and

said [site] location identifiers comprise URLs.

18. (Amended) A computer usable medium having computer readable program code means embodied therein for [causing a retrieval of information from] for searching on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, and the computer readable program code means in said article of manufacture comprising:

computer readable program code means for causing a computer to construct a search window on a display screen of the local computer;

computer readable program code means for causing a computer to display a first and a second icon on said display screen;

computer readable program code means for causing a computer to [receive] retrieve [a 1st] an initial data file [of information] from the network together with displaying the initial data file in the search window, and the initial data file [which includes site] including location identifiers [and other information];

computer readable program code means for causing a computer to parse said [1st] initial data file [of information] to [extract] form [a] an initial list [comprising site] of location identifiers together with storing the initial list, responsive to a selection of the first icon;

computer readable program code means for causing a computer to automatically [send a plurality of jump commands wherein each of said jump commands includes a one of said site identifiers from said list comprising site identifiers, and wherein further responsive to said plurality of jump commands, a site corresponding to each of said site identifiers is accessed.] retrieve at a predefined interval data files corresponding to each of the location identifiers in the stored initial list, together with successively displaying the data files in the search window, responsive to a single selection of the second icon.

21. (Amended) The computer readable program code means in said article of manufacture of claim 18 comprising:

computer readable program code means for causing a computer to receive said [1st] initial data file [of information], wherein said [1st] initial data file, comprises information in a markup language and said [site] location identifiers comprise URLs.

::ODMA\PCDOCS\SCL\121851\8

G 000224

NO. 798 P007

WILSON SONSINI → 7033325724 06:38 06/04/98

22. (Amended) The computer readable program code means in said article of manufacture of claim [20] 18 comprising:

computer readable program code means for causing a computer to receive said [1st] initial data file and said first data file [of information], wherein said [1st] initial data file and said first data file, [comprises] comprise information in a markup language and said [site] location identifiers comprise URLs.

23. (Amended) A computer-implemented method [of retrieving information] for searching on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, and the method for searching comprising the [following steps] acts performed on the local computer of:

constructing a browser window on a display screen of the local computer;

displaying a first icon and a list window on said display screen;

[receiving] retrieving into [a] the browser window [a 1st] an initial data file [of information] from the network [which includes site identifiers and other information] together with displaying the initial data file in the browser window, and the initial data file including location identifiers;

parsing [said 1st file of information to extract a] the location identifiers from the initial data file to form an initial list [comprised] of [said 1st file site] location identifiers together with storing and displaying the initial list in the list window, responsive to a selection of the first icon;

[displaying a jumper window;

receiving into said jumper window said set of 1st file site identifiers;]

[selecting a one of said 1st file site identifiers from said browser window, wherein the browser accesses a location corresponding to said one selected and retrieves from said location a 2nd file which includes side identifiers and other information;]

[receiving into said browser window said 2nd file of information;]

maintaining the list window containing the list of location identifiers while displaying any of the data files stored on the network in the browser window; and

[selecting an other of said 1st file site identifier from said jumper window, wherein the

browser accesses a location corresponding to said other selected site identifier and retrieves from said location a 3rd file; and ]

[receiving into said browser said 3rd file.] .

retrieving a first data file corresponding to a one of the location identifiers displayed in the list window together with displaying the first data file in the browser window responsive to a selection of the corresponding one of the location identifiers displayed in the list window.

24. A computer-implemented method of [retrieving information through a browser according to] of claim 23, wherein:

wherein said [1st] initial data file and said [2nd] first data file comprise information in a markup language and said [site] location identifiers comprise URLs.

25. (Amended) A computer usable medium having computer readable program code means embodied therein for [causing a retrieval of information from a] for searching on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, the computer readable program code means in said article of manufacture comprising;

computer readable program code means for constructing a browser window on a display screen of the local computer;

computer readable program code means for displaying a first icon and a list window on said display screen;

computer readable program code means for [causing a computer to receive] retrieving into [a] the browser window [a 1st] an initial data file [of information which includes site identifiers and other information] from the network together with displaying the initial data file in the browser window, and the initial data file including location identifiers;

computer readable program code means for [causing a computer to parse] parsing [said 1st] the location identifiers from the initial data file [of information] to [extract] form [a] an initial list [comprised] of [said 1st file site] location identifiers together with storing and displaying the initial list in the list window, responsive to a selection of the first icon;

[computer readable program code means for causing a computer to display a jumper window;

computer readable program code means for causing a computer to receive into said jumper window said set of 1st file site identifiers;]

[computer readable program code means for causing a computer to select a one of said 1st file site identifiers from said browser window, wherein the browser accesses a location corresponding to said one selected and retrieves from said location a 2nd file which includes side identifiers and other information;]

[computer readable program code means for causing a computer to receive into said browser window said 2nd file of information;]

computer readable program code means for maintaining the list window containing the list of location identifiers while displaying any of the data files stored on the network in the browser window; and [causing a computer to select an other of said 1st file site identifier from said jumper window, wherein the browser accesses a location corresponding to said other selected and retrieves from said location a 3rd file; and]

computer readable program code means for retrieving a first data file corresponding to a one of the location identifiers displayed in the list window together with displaying the first data file in the browser window, responsive to a selection of the corresponding one of the location identifiers displayed in the list window. [causing a computer to receive into said browser said 3rd file.].

26. The computer readable program code means in said article of manufacture of claim 25 comprising:

computer readable program code means [for causing a computer] to [receive] retrieve said [1st] initial data file of information, wherein said [1st] initial data file, comprises information in a markup language and said [site] location identifiers comprise URLs.

06/04/98 06:38 . WILSON SONSINI → 7033059724 NO.790 P010

## REMARKS

This communication is responsive to Office Action of March 3, 1998. Claims 1-26 are present for examination of which claims 1,7,18, 23 and 25 are independent claims. Examiner has noted that the informal drawings are suitable for examination purposes only. Examiner has objected to the new title as not descriptive. Claims 1-6 stand rejected under 35 U.S.C. § 112, second paragraph, as being indefinite. Claims 1, 7 and 18 are rejected under 35 U.S.C. §101 because the claims are directed to "Manipulation of Abstract Ideas Without a Claimed Practical Application.." Claims 1-5, 7-11 and 13-22 are rejected under 35 U.S.C. 102(a) as being anticipated by Applicant's admitted known prior art. Claims 6 and 12 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of AltaVisa, "http:/www.altavista.com", 2/2098, screen printouts pp. 1-2. Claims 23-26 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of CNN Interactive, "http:/cnn.com/index", 2/20/98, screen printout pp.1-7.

Applicant has canceled claims 2-3, 8-9, 14-15 and 19-20. Applicant has amended the remaining claims 1, 4-7, 10-13, 16-18 and 21-26.

**3: Drawings:**

Applicant will submit formal drawings at such time as the Examiner indicates allowability of one or more claims.

**4-5: Specification:**

The title has been amended to a: --METHOD AND APPARATUS FOR RETRIEVING DATA FROM A NETWORK USING LOCATION IDENTIFIERS--. Applicant has reviewed the application for typographical errors.

**6: Rejection Under 35 U.S.C. § 112, ¶ 2 of Claims 1-6:**

Claims 1-6 stand rejected under 35 U.S.C. § 112, second paragraph as being indefinite for failing to particularly point out and distinctly claim the subject matter which Applicant regards as the invention.

Applicant amends Claims 1-6 to distinctly claim the invention as a "A computer implemented method for searching a network...." (Applicant's amended Claim 1, at lines 1-2)

G 000228

06/04/98 06:38 WILSON SONSINI → 7033059724 NO.790 P011

and requests that the Examiner reconsider and withdraw the rejection under 35 U.S.C. § 112 in view of the amendments.

7-8: Rejection Under 35 U.S.C. § 101 of Claims 1, 7 and 18:

Independent Claims 1, 7 and 18 stand rejected under 35 U.S.C. §101 because the claims are directed to "Manipulation of Abstract Ideas Without a Claimed Practical Application." Applicant has amended each of claims 1, 7, and 18 to include the practical limitation of retrieving data from remote Internet sites which are then displayed on a screen. Applicant requests that the Examiner reconsider and withdraw the rejection under 35 U.S.C. § 101 in view of the amendments.

9-10: Rejection Under 35 U.S.C. § 102(a) of Claims 1-5, 7-11 and 13-22:

Claims 1-5, 7-11 and 13-22 are rejected under 35 U.S.C. 102(a) as being anticipated by Applicant's admitted known prior art. Applicant has amended each of independent claims 1, 7, 13 and 18 to include the limitations performed on a local computer of:

*"...retrieving an initial data file from the network ... parsing the location identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon..." (Amended Claim 1, lines 9, 12-14)*

*"... retrieve an initial data file from the network ...to parse the location identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon..." (Amended Claim 7, lines 11-12, 23-26)*

*"... retrieving an initial data file from the network... parsing the location identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon..."(Amended Claim 13, lines 8, 11-13)*

*"... retrieve an initial data file from the network ... parse said initial data file to form an initial list of location identifiers together with storing the initial list ... responsive to a selection of the first icon..." (Amended Claim 18, lines 11-12, 15-17)*

Examiner has indicated that by underlining the URL hotlinks on each Web page the Netscape Browser parses the initial data file (Office Action at page 5). Assuming, arguendo, that the underlining of URL hotlinks by the Netscape browser involves a parsing step, there are still claimed patentable distinctions between the "parsing" of the Netscape browser and

the parsing claimed in the current invention. First, the Netscape browser does not provide a "first icon" for selecting which of the pages displayed in the search window will be parsed to form an initial list. Second, the Netscape browser does not store the initial list of location identifiers as is claimed by the applicant. In the specification at page 17 the applicant indicates that: "... if a determination is made that the refresh/update button ... has been selected, then an HTML encoded page displayed in the browser view window is parsed into ... hot links... [t]hen the hot-links [are stored] ... in storage segment 230" (Specification at page 17, lines 19-31). Thus the parsing in the applicant's invention is an optional treatment accorded to a web page displayed in the browser's view window, the selection of which option results in the extraction from the selected web page of specific information, i.e. hot links, and the storage of that information for later use. There is no corresponding capability in any of the references cited.

The Examiner has indicated that the Yahoo search engine shows where the user activates the next page request, and in view of the current page, the next page (i.e. site identifier is automatically chosen (Office Action, page 6). The navigation tools provided by the Internet search providers such as Yahoo and Alta Vista, i.e. the "next 20 button" and "the 1-10, 10-20, etc. button bars " do not achieve the claimed functionality of the applicant's invention in several respects. First, both Yahoo and Alta-Vista (See Appendix C, line 171-188, and Appendix D, line 183-202) hardcode the various permutations of the button bar into the initial and each subsequent data file received from them. Thus, the user has no choice as to the creation of the button bar, it is provided only provided for locations catalogued by Yahoo or Alta-Vista and only within the context of their pages. The button bar is not part of the processes on the local computer, rather it is hardcoded into the pages provided by information indexers such as Yahoo and Alta-Vista. Second, the button bar is NOT stored separately from the initial data file, it is part of the file. Once you visit a location you no longer have any such navigation tool. Thus the button bar is a transient phenomenon, visible only within the confines of the Yahoo page. Once you visit a site the button bar is gone, and because it is not stored, you must hit the back button on the browser one or more times to return to the Yahoo search, and then select the next site to visit. Third, you can not select a location identifier with the buttons on Yahoo and Alta-Vista, rather you select a set, e.g. "next 20", of location identifiers.

The applicant claims the ability to select a parsing and storage operation responsive to a selection of a first icon, e.g. the update button. The applicant claims that the subsequent display of any of the data files stored on the network in the search window, any files from any site, will not prevent the display of a first data file corresponding to a selected one of the location identifiers in the stored initial list responsive only to the selection of the second icon. This ability to perform a two dimensional traversal to next site on initial list is a unique feature of the applicant's invention.

Independent claims 13 and respective dependent claims 16-17 contain an additional limitation not found in any of the examiners cited references. Each claims the "slide show" feature of automatic site searching.

*"... automatically ... retrieve at a predefined interval data files corresponding to each of the location identifiers in the stored initial list, together with successively displaying the data files in the search window, responsive to a single selection of the second icon." (Amended: Claim 18, Line 18, 22-24).*

Thus independent claim 13 and dependent claims 16-17 are believed to be allowable because they contain a patentably distinct feature not found in any of the references.

The applicant has amended rejected independent claims 1, 7, 13 and 18 to overcome the examiner's rejection under 35. U.S.C. § 102(a). The applicant therefore requests that independent claims 1,7,13 and 18 be allowed. Remaining rejected dependent claims 4-5, 10-11,16-17 and 21-22 depend directly or indirectly from independent claims 1,7, 13 and 18 which amended independent claims are believed to be in allowable form. For this reason and for other reasons of independent significance claims 4-5, 10-11,16-17 and 21-22 are believed to be in allowable form and the applicant therefore requests that they be allowed.

11-12: __Rejection Under 35 U.S.C. § 103(a) of Claims 6 and 12:__

Claims 6 and 12 are rejected under 35 U.S.C. 103(a) as being unpatentable over. Applicant's admitted prior art in view of AltaVista, "http:/www.altavista.com," 2/20/95, screen printouts pp.1-2. Claims 6 and 12 have been amended to depend directly, from respectively, amended independent claims 1 and 7.

Examiner has cited Alta-Vista as teaching a button bar with previous and next icons. The Examiner has indicated that the combination of the Alta-Vista button bar into Yahoo

search engine is obvious and the applicant concurs. However, such a combination does not produce the claimed features of the applicant's invention.

The navigation tools provided by the Internet search providers such as Yahoo and Alta Vista, i.e. the "next 20 button" and "the 1-10, 10-20, etc. button bars " do not achieve singly or in combination the claimed functionality of the applicant's invention in several respects. First, both Yahoo and Alta-Vista (See Appendix C, line 171-188, and Appendix D, line 183-202) hardcode the various permutations of the button bar into the initial and each subsequent data file received from them. Thus, the user has no choice as to the creation of the button bar, it is provided only provided for locations catalogued by Yahoo or Alta-Vista and only within the context of their pages. The button bar is not part of the processes on the local computer, rather it is hardcoded into the pages provided by information indexers such as Yahoo and Alta-Vista. Second, the button bar is NOT stored separately from the initial data file, it is part of the file. Once you visit a location you no longer have any such navigation tool. Thus the button bar is a transient phenomenon, viable only within the confines of the Yahoo page. Once you visit a site the button bar is gone, and because it is not stored, you must hit the back button on the browser one or more times to return to the Yahoo search, and then select the next site to visit. Third, you can not select a location identifier with the buttons on Yahoo and Alta-Vista, rather you select a set, e.g. "next 20", of location identifiers.

The applicant claims the ability to select a parsing and storage operation responsive to a selection of a first icon, e.g. the update button. The applicant claims that the subsequent display of any of the data files stored on the network in the search window, any files from any site, will not prevent the display of a first data file corresponding to a selected one of the location identifiers in the stored initial list responsive only to the selection of the second icon. This ability to perform a two dimensional traversal to next site on initial list is a unique feature of the applicant's invention.

The applicant has amended rejected independent claims 1, 7 to overcome the examiner's rejection under 35. U.S.C. § 103(a). The applicant therefore requests that independent claims 1 and 7 be allowed. Remaining rejected dependent claims 6 and 12 depend directly or indirectly from independent claims 1 and 7, which amended independent claims are believed to be in allowable form. For this reason and for other reasons of independent

significance claims 6 and 12 are believed to be in allowable form and the applicant therefore requests that they be allowed.

13: **Rejection Under 35 U.S.C. § 103(a) of Claims 23-26:**

Independent Claims 23 and 25 and claims dependent thereon, respectively 24 and 26 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of CNN interactive, "http:/cnn.com/index," 2/20/98, screen printout pp. 1-7.

Each of claims 23 and 25 contains features not found in any of the cited references. *"... maintaining the list window containing the list of location identifiers while displaying any of the data files stored on the network in the browser window ... retrieving a first data file corresponding to a one of the location identifiers displayed in the list window together with displaying the first data file in the browser window, responsive to a selection of the corresponding one of the location identifiers displayed in the list window." (Amended claim 23, line 22-23, 28-31)(Amended claim 25, line 29-31, 34-37).*

Examiner has cited the CNN site as displaying a "jumper window containing the index image of WORLD..." (Office Action, page 8). Applicant concurs that CNN displays on each page a uniform index of their site. Examiner has cited the combination of the CNN site index and the Yahoo search engine is obvious and the applicant concurs. However, such a combination does not produce the claimed features of the applicant's invention.

The navigation tools provided by CNN, i.e. the site index and Yahoo do not achieve singly or in combination the claimed functionality of the applicant's invention in several respects. First, CNN (See Appendix A, line 29-112, and Appendix B, line 31-129) hardcodes the various permutations of the index all the pages of their site. Thus, the user has no choice as to the creation of the index, it is provided only for locations within the CNN site. Neither the index nor its creation is part of the processes on the local computer, rather it is hardcoded into the pages provided by CNN. Second, the index is NOT stored separately from the initial data file, it is part of the file. If you leave the CNN site you no longer have any index. Thus the index is a transient phenomenon, viable only within the confines of the pages of the CNN site. Once you visit another site the CNN index is gone, and because it is not stored, you must hit the back button on the browser one or more times to return to the CNN site, and then select the next section of the site to visit.

The applicant claims the ability to select a parsing and storage and display operation responsive to a selection of a first icon, e.g. the update button, in which the hot-links are displayed in a list window. The applicant claims that the subsequent display of any of the data files stored on the network in the search window, any files from any site, will not prevent the display of a first data file in the browser window responsive only to a selection from the list window of a location identifier corresponding to the first data file. This ability to perform a two dimensional traversal to next site on initial list is a unique feature of the applicant's invention.

The applicant has amended rejected independent claims 23, 25 to overcome the examiner's rejection under 35. U.S.C. § 103(a). The applicant therefore requests that independent claims 23 and 25 be allowed. Remaining rejected dependent claims 24 and 26 depend directly from independent claims 23 and 25, which amended independent claims are believed to be in allowable form. For this reason and for other reasons of independent significance claims 24 and 26 are believed to be in allowable form and the applicant therefore requests that they be allowed.

## CONCLUSION

Applicant has canceled claims 2-3, 8-9, 14-15 and 19-20. Applicant has amended each of remaining claims 1, 4-7, 10-13, 16-18 and 21-26 into allowable form and requests that they be allowed.

In view of the above remarks, Applicant submits that this application is now ready for allowance. Early notice to this effect is solicited.

Respectfully submitted,

Wilson Sonsini Goodrich & Rosati

By: ______________________

Charles C. Cary
Registration No. 36,764

650 Page Mill Road
Palo Alto, CA 94304-1050
(415) 493-9300
Date: June 3, 1998

What's new in
today?
For All The
interactive
MAIN PAGE

June 3, 1998 -- Updated 10:49 a.m. EDT (1449 GMT)

## 60 dead, hundreds injured in high-speed German train crash

At least 60 people were reported to have been killed and 200 others injured when a high-speed InterCity Express (ICE) passenger train struck a car that had crashed onto the tracks near the northern town of Celle Wednesday morning, officials at the scene said.

(FULL STORY)

Gray Davis wins California Democratic gubernatorial primary

Lewinsky hires new lawyers

Police say Hartman's wife told friends about shooting

Deadly storms return to East

Shuttle TV antenna knocked out

Live: NASA-TV

APPENDIX: A

**CNN-MAIN PAGE**

```
<html>
<head>
<title>CNN Interactive</title>
<script language="Javascript" src="/virtual/1998/code/cnn.js">
</script>
<link rel="stylesheet" href="/virtual/1998/code/cnn.css" type="text/css">
</head>
<body bgcolor="white" link="#3333cc" vlink="#777777"
onload="if(parent.frames.length!=0)top.location='http://cnn.com';">
<a name="top"></a>
<table width=600 cellpadding="0" cellspacing="0" border="0">
<tr><td colspan="3"><table border="0" width="600" cellspacing="0"
cellpadding="0"><tr><td width="120"><A
HREF="/event.ng/Type=click&RunID=11075&ProfileID=469&AdID=5902&GroupID=1&
FamilyID=328&TagValues=434.435.586.598.606.629.644.645&Redirect=http:%2F%2Fallp
olitics.com" target="_top"><img src="/ads/advertiser/cnn/9805/promos/tempolitics120.gif"
border=1 height=60 width=120 alt="What's new in Politics today?"></a></td><td
width="8" align=right><a href="/ads/e.market/"><img
src="/images/1998/05/homepage/ad.info.gif" width=7 height=62 border=0 alt="ad
info"></a></td><td width="468"><A
HREF="/event.ng/Type=click&RunID=11294&ProfileID=34&AdID=6188&GroupID=15&
FamilyID=849&TagValues=249.434.435.586.594.598.506.629&Redirect=http:%2F%2Fww
w.pagenet.com%2F" target="_top"><img src="/ads/advertiser/pagenet/9805/pn.slide.99.gif"
border=1 height=60 width=468 alt=""></a></td></tr></table><hr noshade width="600"
size="1" align="LEFT">
</td></tr><tr valign=top><td width="125">
<a href="/index.html"><img src="/images/1998/05/homepage/cnnin.logo.gif" alt="CNNin"
width="125" height="76" border="0" hspace="0" vspace="0"></a><br>

<!--TOP-LEVEL NAVIGATION-->
<table border="0" width="125" cellspacing="0" cellpadding="2" bgcolor="#CCCCFF">
<tr>
<td bgcolor="#333399"><img src="/images/1998/05/homepage/icon.arrow.left.gif"
width="15" height="15" align="RIGHT"><b><font face="Helvetica, Arial,sans-serif"
size="1"> <a href="/index.html"><font color="#FFFFFF">MAIN
PAGE</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/WORLD/"><font color="#000000">WORLD</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a href="/US/"><font
```

```
color="#000000">U.S.</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/LOCAL/"><font color="#000000">U.S. LOCAL</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/allpolitics/"><font color="#000000">POLITICS</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/WEATHER/"><font color="#000000">WEATHER</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/cnnfn/"><font color="#000000">BUSINESS</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/cnnsi/"><font color="#000000">SPORTS</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TECH/"><font color="#000000">SCI-TECH</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/SHOWBIZ/"><font
color="#000000">ENTERTAINMENT</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TRAVEL/"><font color="#000000">TRAVEL</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/HEALTH/"><font color="#000000">HEALTH</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/STYLE/"><font color="#000000">STYLE</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/SPECIALS/"><font color="#000000">IN-DEPTH</font></a></font></b></td>
```

```
</tr>
<tr>
<td><hr size=1 noshade></td>
</tr>
<tr>
  <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="http://cnn.com/CustomNews/"><font color="#000000">custom
news</font></a></font></td>
</tr>
<tr>
  <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/QUICKNEWS/"><font color="#000000">news summary</font></a></font></td>
</tr>
<tr>
  <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/almanac/daily/"><font color="#000000">daily almanac</font></a></font></td>
</tr>
<tr>
  <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TRANSCRIPTS/"><font color="#000000">on-air
transcripts</font></a></font><br><br></td>
</tr>
</table>

<!--/TOP-LEVEL NAVIGATION -->
```

What's new in Showbiz today?

CNN interactive

# weather

mainpage

MAIN PAGE
WORLD
U.S.
U.S. LOCAL
POLITICS
WEATHER
BUSINESS
SPORTS
SCI-TECH
ENTERTAINMENT
TRAVEL
HEALTH
STYLE
IN-DEPTH

CNN WEB SITES
allpolitics
SVENSKA
EN ESPAÑOL
em português

WEB SERVICES

DISCUSSION
message boards
chat
feedback

SITE GUIDE

## Deadly storms return to East

Rescue crews went house to house searching for victims Wednesday after powerful storms and possibly tornadoes slammed into the East Coast for the second time this week. At least two people were killed in Pennsylvania. There also was extensive damage in Maryland.

FULL STORY

## Carolinas stormy; Texas gets heat wave

Thunderstorms were lining up over the Carolinas and into the muggy Tennessee Valley early Wednesday as the southern Plains got ready for more blistering heat. Stormy weather was shaping up across the Pacific Northwest.

FULL STORY

## Tornado victims get help

FOUR DAY FORECASTS FOR 6,100 CITIES WORLDWIDE

u.s. cities

world cities

ALLERGY REPORT

SPECIALS

STAY INFORMED DURING WEATHER EMERGENCIES

APPENDIX: B

## CNN WEATHER

```
<HTML>
<HEAD>
<TITLE>CNN - Weather</TITLE>
<LINK REL="stylesheet" HREF="/virtual/1998/code/cnn.css" TYPE="text/css">
<SCRIPT LANGUAGE="javascript" SRC="/virtual/weather/vector.js">
</SCRIPT>
</HEAD>
<BODY BGCOLOR="WHITE" TEXT="#000000" LINK="#3333CC"
VLINK="#666666">
<a name="top"></a>
<table width=600 cellpadding="0" cellspacing="0" border="0">
<tr valign="top"><td colspan="3">
<table border="0" width="600" cellspacing="0" cellpadding="0"><tr valign="TOP"><td
width="120"><A
HREF="/event.ng/Type=click&RunID=11075&ProfileID=469&AdID=5904&GroupID=1&
FamilyID=328&TagValues=434.435.586.598.606.629.644.645&Redirect=http:%2F%2Fcnn
.com%2FSHOWBIZ" target="_top"><img
src="/ads/advertiser/cnn/9805/promos/tempshowbiz120.gif" border=1 height=60 width=120
alt="What's new in Showbiz today?"></a></td><td width="8" align=right><a
href="/ads/e.market/"><img src="/images/1998/05/homepage/ad.info.gif" width=7
height=62 border=0 alt="ad info"></a></td><td width="468"><A
HREF="/event.ng/Type=click&RunID=9909&ProfileID=48&AdID=5942&GroupID=24&F
amilyID=328&TagValues=307.434.435.586.594.598.606.629&Redirect=http:%2F%2Fwww
.roughcut.com" target="_top"><img src="/ads/advertiser/cnn/9805/rcgodzilla468.gif"
border=1 height=60 width=468 alt="TNT Rough Cut and Propecia present the summer
movie monster mash"></a></td></tr></table>
<hr noshade width="600" size="1" align="LEFT">
</td></tr><tr valign=top><td width="125">
<a href="/index.html"><img src="/images/1998/05/homepage/cnnin.logo.gif" alt="CNNin"
width="125" height="76" border="0" hspace="0" vspace="0"></a><br>

<!--TOP-LEVEL NAVIGATION-->
<table border="0" width="125" cellspacing="0" cellpadding="2" bgcolor="#CCCCFF">
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/index.html"><font color="#000000">MAIN PAGE</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/WORLD/"><font color="#000000">WORLD</font></a></font></b></td>
</tr>
<tr>
```

```
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a href="/US/"><font
color="#000000">U.S.</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/LOCAL/"><font color="#000000">U.S. LOCAL</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/allpolitics/"><font color="#000000">POLITICS</font></a></font></b></td>
</tr>
<tr>
<td bgcolor="#333399"><img src="/images/1998/05/homepage/icon.arrow.down.gif"
width="15" height="15" align="RIGHT"><b><font face="Helvetica, Arial,sans-serif"
size="1"> <a href="/WEATHER/"><font
color="#FFFFFF">WEATHER</font></a></font></b></td>
</tr>
<tr>
<td bgcolor="#9999FF"><b><font face="Helvetica, Arial,sans-serif" size="1"> 
 <a href="/WEATHER/images.html"><font color="#000000">weather
maps</font></a></font></b></td>
</tr>
<tr>
<td bgcolor="#9999FF"><b><font face="Helvetica, Arial,sans-serif" size="1"> 
 <a href="/WEATHER/storm.center/"><font color="#000000">storm
center</font></a></font></b></td>
</tr>
<tr>
<td bgcolor="#9999FF"><b><font face="Helvetica, Arial,sans-serif" size="1"> 
 <a href="/WEATHER/allergy/"><font color="#000000">allergy
report</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/cnnfn/"><font color="#000000">BUSINESS</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/cnnsi/"><font color="#000000">SPORTS</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TECH/"><font color="#000000">SCI-TECH</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
```

```
href="/SHOWBIZ/"><font
color="#000000">ENTERTAINMENT</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TRAVEL/"><font color="#000000">TRAVEL</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/HEALTH/"><font color="#000000">HEALTH</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/STYLE/"><font color="#000000">STYLE</font></a></font></b></td>
</tr>
<tr>
<td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/SPECIALS/"><font color="#000000">IN-DEPTH</font></a></font></b></td>
</tr>
<tr>
    <td><hr size=1 noshade></td>
</tr>
<tr>
<td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="http://cnn.com/CustomNews/"><font color="#000000">custom
news</font></a></font></td>
</tr>
<tr>
<td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/QUICKNEWS/"><font color="#000000">news summary</font></a></font></td>
</tr>
<tr>
<td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/almanac/daily/"><font color="#000000">daily almanac</font></a></font></td>
</tr>
<tr>
<td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TRANSCRIPTS/"><font color="#000000">on-air
transcripts</font></a></font><br><br></td>
</tr>
</table>

<!--/TOP-LEVEL NAVIGATION -->
```

AltaVista A DIGITAL Internet Service | Search | Zones | Services | Help | Feedback

Search the Web for documents in: any language

computer graphics [Search] [Refine]

Tip: Use quotation marks to find exact phrases: "I have a dream". More tips...

Search: Advanced, Browse Categories, Find a Person, Find a Business, Search Usenet

About 53,754,269 matches were found.

**Real Name[SM] Address - computer graphics**
Subscribe your company, brands and trademarks to the Real Name System.

1. **TU Vienna - Computer Graphics - Algorithms and Programming Methodology**
[URL: eiunix.tuwien.ac.at/]
TU Vienna > Computer Graphics, Abteilung für Algorithmen und Programmiermethodik (Prof. Barth) (Algorithms and Programming Methodology Group)...
Last modified 12-Mar-98 - page size 8K - in English [ Translate ]

2. **hitmel galleries for 3d computer graphics!**
[URL: www.aamgghh.com/]
studio and gallery of 3d computer artist Dave Hill
Last modified 14-Feb-98 - page size 4K - in English [ Translate ]

3. **Okino Computer Graphics**
[URL: www.okino.com/]
Okino Computer Graphics develops and markets a broad range of 3d rendering, visualization, 3d data translation/conversion and toolkit software: the NuGraf
Last modified 23-Aug-97 - page size 1K - in English [ Translate ]

4. **Computer Graphics at Stanford University**
[URL: www-graphics.stanford.edu/]
Welcome to the World Wide Web server of the Stanford Computer Graphics Laboratory. The URL of this page is http://graphics.stanford.edu. **** Workshop on..
Last modified 30-Mar-98 - page size 3K - in English [ Translate ]

5. **Paradigm Productions - 3D Computer Graphics, Animation & Design**
[URL: www.2dimes.com/]
3D Computer Graphics * Animation * Design. Paradigm Productions. P.O. Box 770188. Memphis, Tennessee 38177-0188. 901-685-7703. http://www.2dimes.com....
Last modified 30-Dec-97 - page size 3K - in English [ Translate ]

6. **University of Otago, NZ, Computer Graphics Laboratory**
[URL: atlas.otago.ac.nz:800/graphics/heydenresearch.html]
This research project investigates ways of visualising the spatial relationships of spectral data. The spectral data is sampled from the sub-surface of...
Last modified 17-Jul-97 - page size 1K - in English [ Translate ]

7. **Computer Graphics and Interactive Media Page**
[URL: community.bellcore.com/]

Amazon.com suggests
Books of the Day
Titles about computer gra...

Entertainment
Finance
Health
Travel

Free Email
Translation

Our Search Network
Search in Chinese
Search in Japanese
Search in Korean

Netscape

Computer Graphics and Interactive Media Home Page. Welcome to the Computer Graphics and Interactive Media Page. We are a research group in Bellcore's...
Last modified 12-Mar-98 - page size 783 bytes - in English [Translate]

8. 3D Animation Grafik Computer Graphics Web-Design Layout Film Video HTML Multim
[URL: www.cmr-sc.com/]
Computergrafic Meinhard Ritter und SCARABAEUS COMPUTER GRAFIK André Dokmanov. Professionelle 2D/3D-Konstruktionen und Animationen für Film und Video...
Last modified 20-Feb-98 - page size 6K

9. UCD Computer Graphics Lab Home Page
[URL: muldoon.cipic.ucdavis.edu/]
UC Davis Visualization and Computer Graphics. People. Research. Publications. Notes. Gallery. Courses. Facilities. Join Us. Source Code....
Last modified 14-Mar-98 - page size 3K - in English [Translate]

10. 6.837--Computer Graphics SGI locations
[URL: graphics.lcs.mit.edu/6.837/f96/sgis.html]
Current public SGI machines: 1-142 10 SGI's. 2-225 13 SGI's. 11-113 3 SGI's. 11-116 3 SGI's. 37-312 4 SGI's. 66-080 10 SGI's. W20-575 25 SGI's. Rotch...
Last modified 9-Sep-96 - page size 1K - in English [Translate]

Pages: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 [>>]

word count: computer: 24087421; graphics: 38023009

Search | Zones | ... | digital
©1998 Digital Equipment Corporation ...
About AltaVista ...

APPENDIX: C

**ALTA VISTA**
**Page 1 of ____**

```
<html><head>
<title>AltaVista: Simple Query computer graphics</title>
</head><body bgcolor=#ffffff text=#000000 link=#000099 vlink=#663366 alink=#ff0000>
<MAP NAME="hdr">
<AREA SHAPE=RECT COORDS="378,33,420,51" HREF="/" ALT=Home>
<AREA SHAPE=RECT COORDS="424,33,456,52" HREF="/av/content/zones.html"
ALT=Zones>

<b>10. </b><a href="http://graphics.lcs.mit.edu/6.837/f96/sgis.html"><b>6.837--Computer
Graphics SGI locations</b></a><br>
<font face=arial size=-2>[<b>URL:</b>
graphics.lcs.mit.edu/6.837/f96/sgis.html]</font><br>
Current public SGI machines: 1-142 10 SGI's. 2-225 13 SGI's. 11-113 3 SGI's. 11-116 3
SGI's. 37-312 4 SGI's. 66-080 10 SGI's. W20-575 25 SGI's. Rotch...<br><font face=arial
size=-2>Last modified 9-Sep-96 - page size 1K - in English [ <a
href="http://babelfish.altavista.digital.com/cgi-bin/translate?urltext=http%3a%2f%2fgraphic
s%2elcs%2emit%2eedu%2f6%2e837%2ff96%2fsgis%2ehtml&language=en">Translate</a>
]</font><P>
</font><font face=arial size=-1>Pages: <b>1</b> <a
href="/cgi-bin/query?pg=q&q=computer+graphics&stq=10&c9k">2</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=20&c9k">3</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=30&c9k">4</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=40&c9k">5</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=50&c9k">6</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=60&c9k">7</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=70&c9k">8</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=80&c9k">9</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=90&c9k">10</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=100&c9k">11</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=110&c9k">12</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=120&c9k">13</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=130&c9k">14</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=140&c9k">15</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=150&c9k">16</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=160&c9k">17</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=170&c9k">18</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=180&c9k">19</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=190&c9k">20</a>
 <a
```

AltaVista A DIGITAL Internet Service Search Zones Services Help Feedback

Search the Web for documents in any language

computer graphics Search Refine

Advanced Search · Browse Categories · Find a Person · Find a Business · Search Usenet

About 44,662,431 matches were found.

81. F.V.C.C. - Printing, Copying, Graphics, Computer Services
[URL: www.fv-chamber.com/biz/printgraph.html]
Printing, Copying, Graphics, Computer Services. Kinko's Bob Bowie & Kirk Hoover 18709 Brookhurst Street Fountain Valley, CA 92708 Phone: (714)...
Last modified 4-Dec-97 - page size 1K - in English [Translate]

82. Computer Graphics
[URL: the-duke.duq-duke.duq.edu/notes/week_7/COMPAN_G.htm]
Computer Graphics & Animation. Computer animation is the use of computers to creat e animations. There are a few different ways to make computer...
Last modified 18-Aug-98 - page size 3K - in English [Translate]

83. Techimage - 3D Computer Graphics
[URL: www.techimage.co.uk/noframes/houdini/L1_14.html]
Expandable Foundation: Future specialised tools will fit into the Houdini foundation seamlessly. Techimage Ltd., 25 Lodersfield, Lechlade,...
Last modified 10-Apr-97 - page size 1K - in English [Translate]

84. CS 790a -- Computer Graphics -- Class 28
[URL: www.cs.unr.edu/~fredh/class/790a/class/class28.html]
CS 790a -- Computer Graphics -- Class 28. Question-Answer session. Senior Project Presentation. Mr. Bull. Last Modified: 2/14/97 fredh@cs.unr.edu
Last modified 21-Mar-97 - page size 369 bytes - in English [Translate]

85. TIME-INK - Computer Graphics Home Page
[URL: timeink.com/default.html]
Viewing this page requires a browser capable of displaying frames.
Last modified 8-Dec-97 - page size 435 bytes - in English [Translate]

86. SFTW301 - Computer Graphics
[URL: www.umac.mo/fst/sftw301.html]
SFTW301 - Computer Graphics. Conceptual model for the interactive computer graphics programmer. Coordinate systems. Graphical input and output....
Last modified 24-Sep-97 - page size 600 bytes - in English [Translate]

87. ARC 104, INTRODUCTION TO COMPUTER GRAPHICS
[URL: www2.sunydutchess.edu/Credit/Courses/ARC104.html]
ARCHITECTURAL TECHNOLOGY. NOTE: The College reserves the right to retain certain selected works of students enrolled in its architectural design courses...
Last modified 4-Nov-97 - page size 1K - in English [Translate]

88. Computer Graphics FAQ's

Amazon.com suggests
Books of the Day
Titles about computer gra...

Entertainment
Finance
Health
Travel

Free Email
Translation

Our Search Network
Search in Chinese
Search in Japanese
Search in Korean

Netscape

[URL: www.bergen.org/AAST/ComputerAnimation/He..._Raytrace2.html]
Raytracing FAQ - Part 2. This is part 2 of the comp.graphics.rendering.raytracing Frequently Asked Questions list. The latest version of the FAQ is...
Last modified 9-Dec-96 - page size 48K - in English [Translate]

89. Bibliography on computer graphics and vision
[URL: wheat.uwaterloo.ca/bibliography/Graphics/Contrib.html]
Bibliography on computer graphics and vision. This bibliography is a part of the Computer Science Bibliography Collection.
Last modified 31-Mar-98 - page size 6K - in English [Translate]

90. CSE328 FUNDAMENTALS OF COMPUTER GRAPHICS
[URL: www.cs.sunysb.edu/~theo/328/course.html]
CSE328: FUNDAMENTALS OF COMPUTER GRAPHICS. Monday, Friday 12:40-2:00pm Room Life Sciences 030 (it may change soon) Instructor: T. Pavlidis,...
Last modified 31-Mar-98 - page size 5K - in English [Translate]

Pages: [<<] 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 [>>]

word count: computer: 24067421; graphics: 38023009

Search | ... | digital
©1995-98 Digital Equipment Corporation ...
About AltaVista ...

**APPENDIX: D**

**ALTA VISTA**

**Page 9 of.......**

```
<html><head>
<title>AltaVista: Simple Query computer graphics</title>
</head><body bgcolor=#ffffff text=#000000 link=#000099 vlink=#663366 alink=#ff0000>
<MAP NAME="hdr">
<AREA SHAPE=RECT COORDS="378,33,420,51" HREF="/" ALT=Home>
<AREA SHAPE=RECT COORDS="424,33,456,52" HREF="/av/content/zones.html"
ALT=Zones>
<AREA SHAPE=RECT COORDS="462,33,507,52" HREF="/av/content/services.html"

CSE328: FUNDAMENTALS OF COMPUTER GRAPHICS. Monday, Friday
12:40-2:00pm Room Life Sciences 030 (it may change soon) Instructor: T.
Pavlidis,...<br><font face=arial size=-2>Last modified 31-Mar-98 - page size 5K - in
English [ <a
href="http://babelfish.altavista.digital.com/cgi-bin/translate?urltext=http%3a%2f%2fwww%
2ecs%2esunysb%2eedu%2f%7etheo%2f328%2fcourse%2ehtml&language=en">Translate</
a> ]</font><P>
</font><font face=arial size=-1>Pages: <a
href="/cgi-bin/query?pg=q&q=computer+graphics&stq=70&c9k">[<b>&lt;&lt;</b>]</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=0&c9k">1</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=10&c9k">2</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=20&c9k">3</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=30&c9k">4</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=40&c9k">5</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=50&c9k">6</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=60&c9k">7</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=70&c9k">8</a>
<b>9</b> <a
href="/cgi-bin/query?pg=q&q=computer+graphics&stq=90&c9k">10</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=100&c9k">11</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=110&c9k">12</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=120&c9k">13</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=130&c9k">14</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=140&c9k">15</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=150&c9k">16</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=160&c9k">17</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=170&c9k">18</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=180&c9k">19</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=190&c9k">20</a>
<a
```

#6/A 6-15-98

GP 2772

*CERTIFICATE OF MAILING*
I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on: June 4, 1998.

Donna L. Hengst
Donna L. Hengst

JUN 18 1998 G42 PATENT & TRADEMARK OFFICE

PATENT
Attorney Docket No. 18041.701

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of
Gilbert Borman et al.
Application No. 08/727,085
Filed: October 8, 1996
Title: INTERNET SEARCH TOOLS

Group Art Unit: 2772
Examiner: Stephen Hong

RECEIVED 98 JUN 11 AM 10:12 GROUP 2700

AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Responsive to the Official Action of March 3, 1998, Applicant respectfully requests reconsideration of the above-identified application in view of the following amendments and remarks.

IN THE SPECIFICATION:

IN THE TITLE:

Please delete the title "Internet Search Tools" and amend to read -- METHOD AND APPARATUS FOR RETRIEVING DATA FROM A NETWORK USING LOCATION IDENTIFIERS--.

::ODMA\PCDOCS\SQL1\218512\10

**IN THE CLAIMS:**

Please cancel claims 2-3, 8-9, 14-15 and 19-20.

Please amend the remaining claims 1, 4-7, 10-13, 16-18 and 21-26 as follows:

1. (Amended) A computer implemented method [and system for retrieving information from] for searching on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, and the method for searching comprising the [following steps] acts performed on the local computer of [:] :

constructing a search window on a display screen of the local computer;

displaying a first and a second icon separate from the search window on said display screen;

[receiving a 1st file of information] retrieving an initial data file from the network together with displaying the initial data file in the search window, and the initial data file [which includes site] including location identifiers [and other information];

parsing [said 1st file of information] the location [to extract a list comprising site] identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon; and

[responsive to a jump command, determining which of the list of site identifiers is currently selected and automatically selecting an other of said site identifiers from said list.]

retrieving a first data file corresponding to a selected one of the location identifiers in the stored initial list together with displaying the first data file in the search window, responsive to a selection of the second icon.

2. (Amended) The computer implemented method of claim 1 wherein;

said [1st] initial data file comprises information in a markup language; and

said [site] location identifiers comprise URLs.

27

G 000250

3. ~~9.~~ (Amended) The computer implemented method of claim [5] 1 wherein: said [1st] initial file and said [2nd] first data file comprise information in a markup language; and said [site] location identifiers comprise URLs.

4. ~~6.~~ (Amended) The computer implemented method of claim [5] 1 wherein said [responsive step] retrieving act further comprises; retrieving the first data file corresponding to the one of the location identifiers in the stored initial list [automatically selecting] selected from a group consisting of: a next [site] location identifier, a prior [site] location identifier, a first [site] location identifier and a last [site] location identifier, [said other of said site identifiers from said list.] together with displaying the first data file in the search window, responsive to a selection of the second icon.

2

5. ~~7.~~ (Amended) A computer usable medium having computer readable program code means embodied therein for searching on a local computer [causing a retrieval of information from] a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, the computer readable program code means in said article of manufacture comprising:

A

computer readable program code means for causing a computer to construct a search window on a display screen of the local computer;

computer readable program code means for causing a computer to display a first and a second icon separate from the search window on said display screen;

computer readable program code means for causing a computer to [receive] retrieve [a 1st] an initial data file [of information] from the network and displaying the initial data file in the search window, and the initial data file [which includes site] including location identifiers [and other information];

computer readable program code means for causing a computer to parse the location identifiers from [said 1st] the initial data file [of information] to [extract a] form an initial list [comprising site] of location identifiers together with storing the initial list, responsive to a

:ODMA\PCDOCS\SCL1\218512\10

28

selection of the first icon; and

computer readable program code means for causing a computer [responsive to a jump command,] to [determine which of the list of site identifiers is currently selected and to automatically select an other of said site identifiers from said list.] retrieve a first data file corresponding to a selected one of the location identifiers in the stored initial list together with displaying the first data file in the search window, responsive to a selection of the second icon.

2 A

6. ~~10.~~ (Amended) The computer readable program code means in said article of manufacture of claim 5 ~~7~~ comprising:

computer readable program code means for causing a computer to [receive] retrieve [said 1st] the initial data file [of information], wherein said [1st] initial data file, comprises information in a markup language and said [site] location identifiers comprise URLs.

7. ~~11.~~ (Amended) The computer readable program code means in said article of manufacture of claim [9] 5 ~~7~~ comprising:

computer readable program code means for causing a computer to [receive] retrieve [a 1st] the initial data file [of information] and [to access a 2nd] the first data file, wherein each of said [1st] initial and said [2nd] first data files, comprise information in a markup language and said [site] location identifiers comprise URLs.

3 A

8. ~~12.~~ (Amended) The computer readable program code means in said article of manufacture of claim [11] 5 ~~7~~ comprising:

computer readable program code means for causing a computer to retrieve the first data file corresponding to the one of the location identifiers in the stored initial list [automatically select] selected [said other of said site identifiers from said list] from a group consisting of: a next [site] location identifier, a prior [site] location identifier, a first [site] location identifier and a last [site] location identifier[.] together with displaying the first data file in the search window, responsive to a selection of the second icon.

9. ~~13.~~ (Amended) A computer implemented method [of retrieving information] for searching

on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, and the method for searching, comprising the [following steps] acts performed on the local computer of [;] :

constructing a search window on a display screen of the local computer;

displaying a first and a second icon separate from the search window on said display screen;

[receiving a 1st file of information] retrieving an initial data file from the network together with displaying the initial data file in the search window, and the initial data file [which includes site] including location identifiers [and other information];

parsing [said 1st file of information] the location [to extract a list comprising site] identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon; and

automatically [sending a plurality of jump commands to the browser wherein each of said jump commands includes a one of said site identifiers from said list comprising site identifiers, and wherein further responsive to said plurality of jump commands a site corresponding to each of said site identifiers is accessed.] retrieving at a predefined time interval data files corresponding to each of the location identifiers in the stored initial list, together with successively displaying the data files in the search window, responsive to a single selection of the second icon.

10. ~~16.~~ (Amended) The computer implemented method of claim 9 ~~13~~ wherein:

said [1st] initial data file comprises information in a markup language; and

said [site] location identifiers comprise URLs.

11. ~~17.~~ (Amended) The computer implemented method of claim [15] 9 ~~15~~ wherein:

said [1st] initial data file and said first data file [comprises] comprise information in a markup language; and

said [site] location identifiers comprise URLs.

12. ~~18.~~ (Amended) A computer usable medium having computer readable program code means

embodied therein for [causing a retrieval of information from] for searching on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, and the computer readable program code means in said article of manufacture comprising:

computer readable program code means for causing a computer to construct a search window on a display screen of the local computer;

computer readable program code means for causing a computer to display a first and a second icon separate from the search window on said display screen;

4

computer readable program code means for causing a computer to [receive] retrieve [a 1st ] an initial data file [of information] from the network together with displaying the initial data file in the search window, and the initial data file [which includes site] including location identifiers [and other information];

A

computer readable program code means for causing a computer to parse said [1st] initial data file [of information] to [extract] form [a] an initial list [comprising site] of location identifiers together with storing the initial list, responsive to a selection of the first icon;

computer readable program code means for causing a computer to automatically [send a plurality of jump commands wherein each of said jump commands includes a one of said site identifiers from said list comprising site identifiers, and wherein further responsive to said plurality of jump commands, a site corresponding to each of said site identifiers is accessed.] retrieve at a predefined time interval data files corresponding to each of the location identifiers in the stored initial list, together with successively displaying the data files in the search window, responsive to a single selection of the second icon.

---

~~21~~ 13. (Amended) The computer readable program code means in said article of manufacture of claim ~~18~~ 12 comprising:

5

computer readable program code means for causing a computer to receive said [1st] initial data file [of information], wherein said [1st] initial data file, comprises information in a markup language and said [site] location identifiers comprise URLs.

A

~~22~~ 14. (Amended) The computer readable program code means in said article of manufacture

12 of claim [20] 18 comprising:

computer readable program code means for causing a computer to receive said [1st] initial data file and said first data file [of information], wherein said [1st] initial data file and said first data file, [comprises] comprise information in a markup language and said [site] location identifiers comprise URLs.

15. 23. (Amended) A computer-implemented method [of retrieving information] for searching on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, and the method for searching comprising the [following steps] acts performed on the local computer of:

constructing a browser window on a display screen of the local computer;

displaying a first icon and a list window separate from the browser window on said display screen;

[receiving] retrieving into [a] the browser window [a 1st] an initial data file [of information] from the network [which includes site identifiers and other information] together with displaying the initial data file in the browser window, and the initial data file including location identifiers;

parsing [said 1st file of information to extract a] the location identifiers from the initial data file to form an initial list [comprised] of [said 1st file site] location identifiers together with storing and displaying the initial list in the list window, responsive to a selection of the first icon;

[displaying a jumper window;

receiving into said jumper window said set of 1st file site identifiers;]

[selecting a one of said 1st file site identifiers from said browser window, wherein the browser accesses a location corresponding to said one selected and retrieves from said location a 2nd file which includes side identifiers and other information;]

[receiving into said browser window said 2nd file of information;]

[selecting an other of said 1st file site identifier from said jumper window, wherein the browser accesses a location corresponding to said other selected site identifier and retrieves from said location a 3rd file;] and

5

A

[receiving into said browser said 3rd file.]

retrieving a first data file corresponding to a one of the location identifiers displayed in the list window together with displaying the first data file in the browser window, responsive to a selection of the corresponding one of the location identifiers displayed in the list window.

16. (Amended)

~~24.~~ A computer-implemented method of [retrieving information through a browser according to] of claim ~~23~~ 15, wherein:

wherein said [1st] initial data file and said [2nd] first data file comprise information in a markup language and said [site] location identifiers comprise URLs.

17. ~~25.~~ (Amended) A computer usable medium having computer readable program code means embodied therein for [causing a retrieval of information from a] for searching on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files, the computer readable program code means in said article of manufacture comprising:

computer readable program code means for constructing a browser window on a display screen of the local computer;

computer readable program code means for displaying a first icon and a list window separate from the browser window on said display screen;

computer readable program code means for [causing a computer to receive] retrieving into [a] the browser window [a 1st] an initial data file [of information which includes site identifiers and other information] from the network together with displaying the initial data file in the browser window, and the initial data file including location identifiers;

computer readable program code means for [causing a computer to parse] parsing [said 1st] the location identifiers from the initial data file [of information] to [extract] form [a] an initial list [comprised] of [said 1st file site] location identifiers together with storing and displaying the initial list in the list window, responsive to a selection of the first icon;

[computer readable program code means for causing a computer to display a jumper window;

5

A

computer readable program code means for causing a computer to receive into said jumper window said set of 1st file site identifiers;]

[computer readable program code means for causing a computer to select a one of said 1st file site identifiers from said browser window, wherein the browser accesses a location corresponding to said one selected and retrieves from said location a 2nd file which includes side identifiers and other information;]

[computer readable program code means for causing a computer to receive into said browser window said 2nd file of information;]

[computer readable program code means for causing a computer to select an other of said 1st file site identifier from said jumper window, wherein the browser accesses a location corresponding to said other selected and retrieves from said location a 3rd file;] and

5

A

computer readable program code means for retrieving a first data file corresponding to a one of the location identifiers displayed in the list window together with displaying the first data file in the browser window, responsive to a selection of the corresponding one of the location identifiers displayed in the list window. [causing a computer to receive into said browser said 3rd file.]

18. Amended

26. The computer readable program code means in said article of manufacture of claim 25 17 comprising:

computer readable program code means [for causing a computer] to [receive] retrieve said [1st] initial data file of information, wherein said [1st] initial data file, comprises information in a markup language and said [site] location identifiers comprise URLs.

## REMARKS

This communication is responsive to Office Action of March 3, 1998. Claims 1-26 are present for examination of which claims 1,7,18, 23 and 25 are independent claims. Examiner has noted that the informal drawings are suitable for examination purposes only. Examiner has objected to the new title as not descriptive. Claims 1-6 stand rejected under 35 U.S.C. § 112, second paragraph, as being indefinite. Claims 1, 7 and 18 are rejected under 35 U.S.C. §101 because the claims are directed to "Manipulation of Abstract Ideas Without a Claimed Practical Application.." Claims 1-5, 7-11 and 13-22 are rejected under 35 U.S.C. 102(a) as being anticipated by Applicant's admitted known prior art. Claims 6 and 12 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of AltaVisa, "http:/www.altavista.com", 2/2098, screen printouts pp. 1-2. Claims 23-26 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of CNN Interactive, "http:/cnn.com/index", 2/20/98, screen printout pp.1-7.

Applicant has canceled claims 2-3, 8-9, 14-15 and 19-20. Applicant has amended the remaining claims 1, 4-7, 10-13, 16-18 and 21-26.

Applicant gratefully acknowledges the telephonic interview grated by the Examiner on June 4, 1998. Examiner and Applicant discussed inventive features of claims 1,13 and 23.

### 3: Drawings:

Applicant will submit formal drawings at such time as the Examiner indicates allowability of one or more claims.

### 4-5: Specification:

The title has been amended to a: --METHOD AND APPARATUS FOR RETRIEVING DATA FROM A NETWORK USING LOCATION IDENTIFIERS--. Applicant has reviewed the application for typographical errors.

### 6: Rejection Under 35 U.S.C. § 112, ¶ 2 of Claims 1-6:

Claims 1-6 stand rejected under 35 U.S.C. § 112, second paragraph as being indefinite for failing to particularly point out and distinctly claim the subject matter which Applicant regards as the invention.

Applicant amends Claims 1-6 to distinctly claim the invention as a "A computer implemented method for searching a network...." (Applicant's amended Claim 1, at lines 1-2) and requests that the Examiner reconsider and withdraw the rejection under 35 U.S.C. § 112 in view of the amendments.

*7-8:* __Rejection Under 35 U.S.C. § 101 of Claims 1, 7 and 18:__

Independent Claims 1, 7 and 18 stand rejected under 35 U.S.C. §101 because the claims are directed to "Manipulation of Abstract Ideas Without a Claimed Practical Application." Applicant has amended each of claims 1, 7, and 18 to include the practical limitation of retrieving data from remote Internet sites which are then displayed on a screen. Applicant requests that the Examiner reconsider and withdraw the rejection under 35 U.S.C. § 101 in view of the amendments.

*9-10:* __Rejection Under 35 U.S.C. § 102(a) of Claims 1-5, 7-11 and 13-22:__

Claims 1-5, 7-11 and 13-22 are rejected under 35 U.S.C. 102(a) as being anticipated by Applicant's admitted known prior art. Applicant has amended each of independent claims 1, 7, 13 and 18 to include the limitations performed on a local computer of:

*"...retrieving an initial data file from the network ... parsing the location identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon..." (Amended Claim 1, lines 9, 12-14)*

*" ... retrieve an initial data file from the network ...to parse the location identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon..." (Amended Claim 7, lines 11-12, 23-26)*

*"... retrieving an initial data file from the network... parsing the location identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon..."(Amended Claim 13, lines 8, 11-13)*

*" ... retrieve an initial data file from the network ... parse said initial data file to form an initial list of location identifiers together with storing the initial list ... responsive to a selection of the first icon..." (Amended Claim 18, lines 11-12, 15-17)*

Examiner has indicated that by underlining the URL hotlinks on each Web page the Netscape Browser parses the initial data file (Office Action at page 5). Assuming, arguendo,

that the underlining of URL hotlinks by the Netscape browser involves a parsing step, there are still claimed patentable distinctions between the "parsing" of the Netscape browser and the parsing claimed in the current invention. First, the Netscape browser does not provide a "first icon" for selecting which of the pages displayed in the search window will be parsed to form an initial list. Second, the Netscape browser does not store the initial list of location identifiers as is claimed by the applicant. In the specification at page 17 the applicant indicates that: "... if a determination is made that the refresh/update button ... has been selected, then an HTML encoded page displayed in the browser view window is parsed into ... hot links... [t]hen the hot-links [are stored] ... in storage segment 230" (Specification at page 17, lines 19-31). Thus the parsing in the applicant's invention is an optional treatment accorded to a web page displayed in the browser's view window, the selection of which option results in the extraction from the selected web page of specific information, i.e. hot links, and the storage of that information for later use. There is no corresponding capability in any of the references cited.

The Examiner has indicated that the Yahoo search engine shows where the user activates the next page request, and in view of the current page, the next page (i.e. site identifier is automatically chosen (Office Action, page 6). The navigation tools provided by the Internet search providers such as Yahoo and Alta Vista, i.e. the "next 20 button" and "the 1-10, 10-20, etc. button bars " do not achieve the claimed functionality of the applicant's invention in several respects. First, both Yahoo and Alta-Vista (See Appendix C, line 171-188, and Appendix D, line 183-202) hardcode the various permutations of the button bar into the initial and each subsequent data file received from them. Thus, the user has no choice as to the creation of the button bar, it is provided only provided for locations catalogued by Yahoo or Alta-Vista and only within the context of their pages. The button bar is not part of the processes on the local computer, rather it is hardcoded into the pages provided by information indexers such as Yahoo and Alta-Vista. Second, the button bar is NOT stored separately from the initial data file, it is part of the file. Once you visit a location you no longer have any such navigation tool. Thus the button bar is a transient phenomenon, viable only within the confines of the Yahoo page. Once you visit a site the button bar is gone, and because it is not stored, you must hit the back button on the browser one or more times to return to the Yahoo search, and then select the next site to visit. Third, you can not select a

location identifier with the buttons on Yahoo and Alta-Vista, rather you select a set, e.g. "next 20", of location identifiers.

The applicant claims the ability to select a parsing and storage operation responsive to a selection of a first icon, e.g. the update button. The applicant claims that the subsequent display of any of the data files stored on the network in the search window, any files from any site, will not prevent the display of a first data file corresponding to a selected one of the location identifiers in the stored initial list responsive only to the selection of the second icon. This ability to perform a two dimensional traversal to next site on initial list is a unique feature of the applicant's invention.

Independent claims 13 and respective dependent claims 16-17 contain an additional limitation not found in any of the examiners cited references. Each claims the "slide show" feature of automatic site searching.

*"... automatically ... retrieve at a predefined time interval data files corresponding to each of the location identifiers in the stored initial list, together with successively displaying the data files in the search window, responsive to a single selection of the second icon." (Amended Claim 18, Line 18, 22-24).*

Thus, independent claim 13 and dependent claims 16-17 are believed to be allowable because they contain a patentably distinct feature not found in any of the references.

The applicant has amended rejected independent claims 1, 7, 13 and 18 to overcome the examiner's rejection under 35. U.S.C. § 102(a). The applicant therefore requests that independent claims 1,7,13 and 18 be allowed. Remaining rejected dependent claims 4-5, 10-11,16-17 and 21-22 depend directly or indirectly from independent claims 1,7, 13 and 18 which amended independent claims are believed to be in allowable form. For this reason and for other reasons of independent significance claims 4-5, 10-11,16-17 and 21-22 are believed to be in allowable form and the applicant therefore requests that they be allowed.

11-12: <u>Rejection Under 35 U.S.C. § 103(a) of Claims 6 and 12:</u>

Claims 6 and 12 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of AltaVista, "http:/www.altavista.com," 2/20/98, screen printouts pp.1-2. Claims 6 and 12 have been amended to depend directly, from respectively, amended independent claims 1 and 7.

Examiner has cited Alta-Vista as teaching a button bar with previous and next icons. The Examiner has indicated that the combination of the Alta-Vista button bar into Yahoo search engine is obvious and the applicant concurs. However, such a combination does not produce the claimed features of the applicant's invention.

The navigation tools provided by the Internet search providers such as Yahoo and Alta Vista, i.e. the "next 20 button" and "the 1-10, 10-20, etc. button bars " do not achieve singly or in combination the claimed functionality of the applicant's invention in several respects. First, both Yahoo and Alta-Vista (See Appendix C, line 171-188, and Appendix D, line 183-202) hardcode the various permutations of the button bar into the initial and each subsequent data file received from them. Thus, the user has no choice as to the creation of the button bar, it is provided only provided for locations catalogued by Yahoo or Alta-Vista and only within the context of their pages. The button bar is not part of the processes on the local computer, rather it is hardcoded into the pages provided by information indexers such as Yahoo and Alta-Vista. Second, the button bar is NOT stored separately from the initial data file, it is part of the file. Once you visit a location you no longer have any such navigation tool. Thus the button bar is a transient phenomenon, viable only within the confines of the Yahoo page. Once you visit a site the button bar is gone, and because it is not stored, you must hit the back button on the browser one or more times to return to the Yahoo search, and then select the next site to visit. Third, you can not select a location identifier with the buttons on Yahoo and Alta-Vista, rather you select a set, e.g. "next 20", of location identifiers.

The applicant claims the ability to select a parsing and storage operation responsive to a selection of a first icon, e.g. the update button. The applicant claims that the subsequent display of any of the data files stored on the network in the search window, any files from any site, will not prevent the display of a first data file corresponding to a selected one of the location identifiers in the stored initial list responsive only to the selection of the second icon. This ability to perform a two dimensional traversal to next site on initial list is a unique feature of the applicant's invention.

The applicant has amended rejected independent claims 1, 7 to overcome the examiner's rejection under 35. U.S.C. § 103(a). The applicant therefore requests that independent claims 1 and 7 be allowed. Remaining rejected dependent claims 6 and 12 depend directly

or indirectly from independent claims 1 and 7, which amended independent claims are believed to be in allowable form. For this reason and for other reasons of independent significance claims 6 and 12 are believed to be in allowable form and the applicant therefore requests that they be allowed.

13: Rejection Under 35 U.S.C. § 103(a) of Claims 23-26:

Independent Claims 23 and 25 and claims dependent thereon, respectively 24 and 26 are rejected under 35 U.S.C. 103(a) as being unpatentable over Applicant's admitted prior art in view of CNN interactive, "http:/cnn.com/index," 2/20/98, screen printout pp. 1-7.

Each of claims 23 and 25 contains features not found in any of the cited references. *"... retrieving a first data file corresponding to a one of the location identifiers displayed in the list window together with displaying the first data file in the browser window, responsive to a selection of the corresponding one of the location identifiers displayed in the list window." (Amended claim 23, line 22-23, 28-31)(Amended claim 25, line 29-31, 34-37).*

Examiner has cited the CNN site as displaying a "jumper window containing the index image of WORLD..." (Office Action, page 8). Applicant concurs that CNN displays on each page a uniform index of their site. Examiner has cited the combination of the CNN site index and the Yahoo search engine is obvious and the applicant concurs. However, such a combination does not produce the claimed features of the applicant's invention.

The navigation tools provided by CNN, i.e. the site index and Yahoo do not achieve singly or in combination the claimed functionality of the applicant's invention in several respects. First, CNN (See Appendix A, line 29-112, and Appendix B, line 31-129) hardcodes the various permutations of the index all the pages of their site. Thus, the user has no choice as to the creation of the index, it is provided only for locations within the CNN site. Neither the index nor its creation is part of the processes on the local computer, rather it is hardcoded into the pages provided by CNN. Second, the index is NOT stored separately from the initial data file, it is part of the file. If you leave the CNN site you no longer have any index. Thus, the index is a transient phenomenon, viable only within the confines of the pages of the CNN site. Once you visit another site the CNN index is gone, and because it is not stored, you must hit the back button on the browser one or more times to return to the CNN site, and then select the next section of the site to visit.

The applicant claims the ability to select a parsing and storage and display operation responsive to a selection of a first icon, e.g. the update button, in which the hot-links are displayed in a list window. The applicant claims that the subsequent display of any of the data files stored on the network in the search window, any files from any site, will not prevent the display of a first data file in the browser window responsive only to a selection from the list window of a location identifier corresponding to the first data file. This ability to perform a two dimensional traversal to next site on initial list is a unique feature of the applicant's invention.

The applicant has amended rejected independent claims 23, 25 to overcome the examiner's rejection under 35. U.S.C. § 103(a). The applicant therefore requests that independent claims 23 and 25 be allowed. Remaining rejected dependent claims 24 and 26 depend directly from independent claims 23 and 25, which amended independent claims are believed to be in allowable form. For this reason and for other reasons of independent significance claims 24 and 26 are believed to be in allowable form and the applicant therefore requests that they be allowed.

CONCLUSION

Applicant has canceled claims 2-3, 8-9, 14-15 and 19-20. Applicant has amended each of remaining claims 1, 4-7, 10-13, 16-18 and 21-26 into allowable form and requests that they be allowed.

In view of the above remarks, Applicant submits that this application is now ready for allowance. Early notice to this effect is solicited.

Respectfully submitted,

Wilson Sonsini Goodrich & Rosati

By: [signature]

Charles C. Cary
Registration No. 36,764

650 Page Mill Road
Palo Alto, CA 94304-1050
(415) 493-9300
Date: June 4, 1998

Case 2:04-cv-70366-JAC-RSW Document 54-8 Filed 09/27/2005 Page 45 of

APPENDIX A

Do Not print

SSW

G 000265

What's new in Politics today? click here

For All The

VIDEO ON-DEMAND
AUDIO ON-DEMAND
CUSTOMIZE YOUR NEWS
NEWS SUMMARY
DESKTOP HEADLINES
SEARCH CNN
go

CNN interactive CNN.com

MAIN PAGE
WORLD
U.S.
LOCAL
POLITICS
WEATHER
BUSINESS
SPORTS
SCI-TECH
ENTERTAINMENT
TRAVEL
HEALTH
STYLE
IN-DEPTH

custom news
news summary
daily almanac
on-air transcripts

June 3, 1998 -- Updated 10:49 a.m. EDT (1449 GMT)

## 60 dead, hundreds injured in high-speed German train crash

At least 60 people were reported to have been killed and 200 others injured when a high-speed InterCity Express (ICE) passenger train struck a car that had crashed onto the tracks near the northern town of Celle Wednesday morning, officials at the scene said.

(FULL STORY)

Gray Davis wins California Democratic gubernatorial primary

Lewinsky hires new lawyers

Police say Hartman's wife told friends about shooting

Deadly storms return to East

Shuttle TV antenna knocked-out
Live: NASA-TV

**APPENDIX: A**

**CNN-MAIN PAGE**

```
<html>
<head>
<title>CNN Interactive</title>
<script language="Javascript" src="/virtual/1998/code/cnn.js">
</script>
<link rel="stylesheet" href="/virtual/1998/code/cnn.css" type="text/css">
</head>
<body bgcolor="white" link="#3333cc" vlink="#777777"
onload="if(parent.frames.length!=0)top.location='http://cnn.com';">
<a name="top"></a>
<table width=600 cellpadding="0" cellspacing="0" border="0">
<tr><td colspan="3"><table border="0" width="600" cellspacing="0"
cellpadding="0"><tr><td width="120"><A
HREF="/event.ng/Type=click&RunID=11075&ProfileID=469&AdID=5902&GroupID=1&
FamilyID=328&TagValues=434.435.586.598.606.629.644.645&Redirect=http:%2F%2Fallp
olitics.com" target="_top"><img src="/ads/advertiser/cnn/9805/promos/tempolitics120.gif"
border=1 height=60 width=120 alt="What's new in Politics today?"></a></td><td
width="8" align=right><a href="/ads/e.market/"><img
src="/images/1998/05/homepage/ad.info.gif" width=7 height=62 border=0 alt="ad
info"></a></td><td width="468"><A
HREF="/event.ng/Type=click&RunID=11294&ProfileID=34&AdID=6188&GroupID=15&
FamilyID=849&TagValues=249.434.435.586.594.598.606.629&Redirect=http:%2F%2Fww
w.pagenet.com%2F" target="_top"><img src="/ads/advertiser/pagenet/9805/pn.slide.99:gif"
border=1 height=60 width=468 alt=""></a></td></tr></table><hr noshade width="600"
size="1" align="LEFT">
</td></tr><tr valign=top><td width="125">
<a href="/index.html"><img src="/images/1998/05/homepage/cnnin.logo.gif" alt="CNNin"
width="125" height="76" border="0" hspace="0" vspace="0"></a><br>

<!--TOP-LEVEL NAVIGATION-->
<table border="0" width="125" cellspacing="0" cellpadding="2" bgcolor="#CCCCFF">
<tr>
<td bgcolor="#333399"><img src="/images/1998/05/homepage/icon.arrow.left.gif"
width="15" height="15" align="RIGHT"><b><font face="Helvetica, Arial,sans-serif"
size="1"> <a href="/index.html"><font color="#FFFFFF">MAIN
PAGE</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/WORLD/"><font color="#000000">WORLD</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a href="/US/"><font
```

```
color="#000000">U.S.</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/LOCAL/"><font color="#000000">U.S. LOCAL</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/allpolitics/"><font color="#000000">POLITICS</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/WEATHER/"><font color="#000000">WEATHER</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/cnnfn/"><font color="#000000">BUSINESS</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/cnnsi/"><font color="#000000">SPORTS</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TECH/"><font color="#000000">SCI-TECH</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/SHOWBIZ/"><font
color="#000000">ENTERTAINMENT</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TRAVEL/"><font color="#000000">TRAVEL</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/HEALTH/"><font color="#000000">HEALTH</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/STYLE/"><font color="#000000">STYLE</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/SPECIALS/"><font color="#000000">IN-DEPTH</font></a></font></b></td>
```

```
</tr>
<tr>
<td><hr size=1 noshade></td>
</tr>
<tr>
 <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="http://cnn.com/CustomNews/"><font color="#000000">custom
news</font></a></font></td>
</tr>
<tr>
 <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/QUICKNEWS/"><font color="#000000">news summary</font></a></font></td>
</tr>
<tr>
 <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/almanac/daily/"><font color="#000000">daily almanac</font></a></font></td>
</tr>
<tr>
 <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TRANSCRIPTS/"><font color="#000000">on-air
transcripts</font></a></font><br><br></td>
</tr>
</table>

<!--/TOP-LEVEL NAVIGATION -->
```

Case 2:04-cv-70366-JAC-RSW Document 54-8 Filed 09/27/2005 Page 50 of

APPENDIX B

Do not Print

SSH

G 000270