Case 2:04-cv-70366-JAC-RSW Document 54-9 Filed 09/27/2005 Page 1 of

What's new in Showcase today? click here

MAY 20 - JUNE 3
roughcut.com

CNN interactive **weather** mainpage

WEATHER

CNN WEB SITES:

allpolitics

SVENSKA
EN ESPAÑOL
em português

MORE SERVICES:

DISCUSSION:

SITE GUIDES:

## Deadly storms return to East

Rescue crews went house to house searching for victims Wednesday after powerful storms and possibly tornadoes slammed into the East Coast for the second time this week. At least two people were killed in Pennsylvania. There also was extensive damage in Maryland.

(FULL STORY)

## Carolinas stormy; Texas gets heat wave

Thunderstorms were lining up over the Carolinas and into the muggy Tennessee Valley early Wednesday as the southern Plains got ready for more blistering heat. Stormy weather was shaping up across the Pacific Northwest.

(FULL STORY)

## Tornado victims get help

FOUR-DAY FORECASTS FOR 6,100 CITIES WORLDWIDE

**u.s. cities**

**world cities**

ALLERGY REPORT

SPECIALS

STAY INFORMED DURING WEATHER EMERGENCIES

G 000271

Dockets.Justia.com

**APPENDIX: B**

**CNN WEATHER**

```
<HTML>
<HEAD>
<TITLE>CNN - Weather</TITLE>
<LINK REL="stylesheet" HREF="/virtual/1998/code/cnn.css" TYPE="text/css">
<SCRIPT LANGUAGE="javascript" SRC="/virtual/weather/vector.js">
</SCRIPT>
</HEAD>
<BODY BGCOLOR="WHITE" TEXT="#000000" LINK="#3333CC"
VLINK="#666666">
<a name="top"></a>
<table width=600 cellpadding="0" cellspacing="0" border="0">
<tr valign="top"><td colspan="3">
<table border="0" width="600" cellspacing="0" cellpadding="0"><tr valign="TOP"><td
width="120"><A
HREF="/event.ng/Type=click&RunID=11075&ProfileID=469&AdID=5904&GroupID=1&
FamilyID=328&TagValues=434.435.586.598.606.629.644.645&Redirect=http:%2F%2Fcnn
.com%2FSHOWBIZ" target="_top"><img
src="/ads/advertiser/cnn/9805/promos/tempshowbiz120.gif" border=1 height=60 width=120
alt="What's new in Showbiz today?"></a></td><td width="8" align=right><a
href="/ads/e.market/"><img src="/images/1998/05/homepage/ad.info.gif" width=7
height=62 border=0 alt="ad info"></a></td><td width="468"><A
HREF="/event.ng/Type=click&RunID=9909&ProfileID=48&AdID=5942&GroupID=24&F
amilyID=328&TagValues=307.434.435.586.594.598.606.629&Redirect=http:%2F%2Fwww
.roughcut.com" target="_top"><img src="/ads/advertiser/cnn/9805/rcgodzilla468.gif"
border=1 height=60 width=468 alt="TNT Rough Cut and Propecia present the summer
movie monster mash"></a></td></tr></table>
<hr noshade width="600" size="1" align="LEFT">
</td></tr><tr valign=top><td width="125">
<a href="/index.html"><img src="/images/1998/05/homepage/cnnin.logo.gif" alt="CNNin"
width="125" height="76" border="0" hspace="0" vspace="0"></a><br>

<!--TOP-LEVEL NAVIGATION-->
<table border="0" width="125" cellspacing="0" cellpadding="2" bgcolor="#CCCCFF">
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/index.html"><font color="#000000">MAIN PAGE</font></a></font></b></td>
</tr>
<tr>
 <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/WORLD/"><font color="#000000">WORLD</font></a></font></b></td>
</tr>
<tr>
```

```
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a href="/US/"><font
color="#000000">U.S.</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/LOCAL/"><font color="#000000">U.S. LOCAL</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/allpolitics/"><font color="#000000">POLITICS</font></a></font></b></td>
</tr>
<tr>
  <td bgcolor="#333399"><img src="/images/1998/05/homepage/icon.arrow.down.gif"
width="15" height="15" align="RIGHT"><b><font face="Helvetica, Arial,sans-serif"
size="1"> <a href="/WEATHER/"><font
color="#FFFFFF">WEATHER</font></a></font></b></td>
</tr>
<tr>
  <td bgcolor="#9999FF"><b><font face="Helvetica, Arial,sans-serif" size="1"> 
 <a href="/WEATHER/images.html"><font color="#000000">weather
maps</font></a></font></b></td>
</tr>
<tr>
  <td bgcolor="#9999FF"><b><font face="Helvetica, Arial,sans-serif" size="1"> 
 <a href="/WEATHER/storm.center/"><font color="#000000">storm
center</font></a></font></b></td>
</tr>
<tr>
  <td bgcolor="#9999FF"><b><font face="Helvetica, Arial,sans-serif" size="1"> 
 <a href="/WEATHER/allergy/"><font color="#000000">allergy
report</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/cnnfn/"><font color="#000000">BUSINESS</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/cnnsi/"><font color="#000000">SPORTS</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TECH/"><font color="#000000">SCI-TECH</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
```

```
href="/SHOWBIZ/"><font
color="#000000">ENTERTAINMENT</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TRAVEL/"><font color="#000000">TRAVEL</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/HEALTH/"><font color="#000000">HEALTH</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/STYLE/"><font color="#000000">STYLE</font></a></font></b></td>
</tr>
<tr>
  <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/SPECIALS/"><font color="#000000">IN-DEPTH</font></a></font></b></td>
</tr>
<tr>
      <td><hr size=1 noshade></td>
</tr>
<tr>
  <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="http://cnn.com/CustomNews/"><font color="#000000">custom
news</font></a></font></td>
</tr>
<tr>
  <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/QUICKNEWS/"><font color="#000000">news summary</font></a></font></td>
</tr>
<tr>
  <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/almanac/daily/"><font color="#000000">daily almanac</font></a></font></td>
</tr>
<tr>
  <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
href="/TRANSCRIPTS/"><font color="#000000">on-air
transcripts</font></a></font><br><br></td>
</tr>
</table>

<!--/TOP-LEVEL NAVIGATION -->
```

Case 2:04-cv-70366-JAC-RSW Document 54-9 Filed 09/27/2005 Page 5 of

**APPENDIX C**

Do not print
SSH

G 000275

APPENDIX C

AltaVista A DIGITAL Internet Service

Search Zones Services Help Feedback

Search the Web for documents in any language

computer graphics Search Refine

Tip: Use quotation marks to find exact phrases

About 53,754,269 matches were found.

Real Name[SM] Address - computer graphics
Subscribe your company, brands and trademarks to the Real Name System.

1. TU Vienna - Computer Graphics - Algorithms and Programming Methodology
[URL: eiunix.tuwien.ac.at/]
TU Vienna > Computer Graphics. Abteilung für Algorithmen und Programmiermethodik (Prof. Barth) (Algorithms and Programming Methodology Group)...
Last modified 12-Mar-98 - page size 8K - in English [ Translate ]

2. hitmel galleries for 3d computer graphics!
[URL: www.aarrgghh.com/]
studio and gallery of 3d computer artist Dave Hill
Last modified 14-Feb-98 - page size 4K - in English [ Translate ]

3. Okino Computer Graphics
[URL: www.okino.com/]
Okino Computer Graphics develops and markets a broad range of 3d rendering, visualization, 3d data translation/conversion and toolkit software: the NuGraf
Last modified 25-Aug-97 - page size 1K - in English [Translate ]

4. Computer Graphics at Stanford University
[URL: www-graphics.stanford.edu/]
Welcome to the World Wide Web server of the Stanford Computer Graphics Laboratory. The URL of this page is http://graphics.stanford.edu. **** Workshop on..
Last modified 30-Mar-98 - page size 3K - in English [ Translate ]

5. Paradigm Productions - 3D Computer Graphics, Animation & Design
[URL: www.2dimes.com/]
3D Computer Graphics * Animation * Design. Paradigm Productions. P.O. Box 770188. Memphis, Tennessee 38177-0188. 901-685-7703. http://www.2dimes.com....
Last modified 30-Dec-97 - page size 3K - in English [Translate ]

6. University of Otago, NZ, Computer Graphics Laboratory
[URL: atlas.otago.ac.nz:800/graphics/haydenresearch.html]
This research project investigates ways of visualising the spatial relationships of spectral data. The spectral data is sampled from the sub-surface of...
Last modified 17-Jul-97 - page size 1K - in English [ Translate]

7. Computer Graphics and Interactive Media Page
[URL: community.bellcore.com/]

Amazon.com suggests
Books on the Way
Titles about computer gra...

Zones
Entertainment
Finance
Health
Travel

Services
Free Email
Translation

International
Our Search Network
Search in Chinese
Search in Japanese
Search in Korean

Netscape Now!

APPENDIX: C

Computer Graphics and Interactive Media Home Page. Welcome to the Computer Graphics and Interactive Media Page. We're a research group in Bellcore's...
Last modified 12-Mar-96 - page size 783 bytes - in English [Translate]

8. 3D Animation Grafik Computer Graphics Web-Design Layout Film Video HTML Multim-
[URL: www.cnr-ac.com/]
Computergrafic Meinhard Ritter und SCARABAEUS COMPUTER GRAFIK André Dokmanov. Professionelle 2D/3D-Konstruktionen und Animationen für Film und Video...
Last modified 20-Feb-98 - page size 5K

9. UCD Computer Graphics Lab Home Page
[URL: muldoon.cipic.ucdavis.edu/]
UC Davis Visualization and Computer Graphics. People. Research. Publications. Notes. Gallery. Courses. Facilities. Join Us. Source Code....
Last modified 14-Mar-98 - page size 3K - in English [ Translate ]

10. 6.837--Computer Graphics SGI locations
[URL: graphics.lcs.mit.edu/6.837/f96/sgis.html]
Current public SGI machines: 1-142 10 SGI's. 2-225 13 SGI's. 11-113 3 SGI's. 11-116 3 SGI's. 37-312 4 SGI's. 66-080 10 SGI's. W20-575 25 SGI's. Rotch...
Last modified 9-Sep-96 - page size 1K - in English [Translate]

Pages: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 [>>]

word count: computer: 24067421; graphics: 38022009

digital

**APPENDIX: C**

**ALTA VISTA**

**Page 1 of ......**

```
<html><head>
<title>AltaVista: Simple Query computer graphics</title>
</head><body bgcolor=#ffffff text=#000000 link=#000099 vlink=#663366 alink=#ff0000>
<MAP NAME="hdr">
<AREA SHAPE=RECT COORDS="378,33,420,51" HREF="/" ALT=Home>
<AREA SHAPE=RECT COORDS="424,33,456,52" HREF="/av/content/zones.html"
ALT=Zones>

<b>10. </b><a href="http://graphics.lcs.mit.edu/6.837/f96/sgis.html"><b>6.837--Computer
Graphics SGI locations</b></a><br>
<font face=arial size=-2>[<b>URL:</b>
graphics.lcs.mit.edu/6.837/f96/sgis.html]</font><br>
Current public SGI machines: 1-142 10 SGI's. 2-225 13 SGI's. 11-113 3 SGI's. 11-116 3
SGI's. 37-312 4 SGI's. 66-080 10 SGI's. W20-575 25 SGI's. Rotch:..<br><font face=arial
size=-2>Last modified 9-Sep-96 - page size 1K - in English [ <a
href="http://babelfish.altavista.digital.com/cgi-bin/translate?urltext=http%3a%2f%2fgraphic
s%2elcs%2emit%2eedu%2f6%2e837%2ff96%2fsgis%2ehtml&language=en">Translate</a>
]</font><P>
</font><font face=arial size=-1>Pages: <b>1</b> <a
href="/cgi-bin/query?pg=q&q=computer+graphics&stq=10&c9k">2</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=20&c9k">3</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=30&c9k">4</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=40&c9k">5</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=50&c9k">6</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=60&c9k">7</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=70&c9k">8</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=80&c9k">9</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=90&c9k">10</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=100&c9k">11</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=110&c9k">12</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=120&c9k">13</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=130&c9k">14</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=140&c9k">15</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=150&c9k">16</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=160&c9k">17</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=170&c9k">18</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=180&c9k">19</a>
 <a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=190&c9k">20</a>
 <a
```

APPENDIX D

Do not print
SGH

G 000279

APPENDIX: D

AltaVista A DIGITAL Internet Service Search Zones Services Help Feedback

Search the Web for documents in any language

computer graphics Search Refine

About 44,652,431 matches were found.

81. F.V.C.C. - Printing, Copying, Graphics, Computer Services
[URL: www.fv-chamber.com/biz/printgraph.html]
Printing, Copying, Graphics, Computer Services. Kinko's Bob Bowie & Kirk Hoover 18709 Brookhurst Street Fountain Valley, CA 92708 Phone: (714)...
Last modified 4-Dec-97 - page size 1K - in English [Translate]

82. Computer Graphics
[URL: the-duke.duq-duke.duq.edu/notes/week_7/COMPAN_G.htm]
Computer Graphics & Animation. Computer animation is the use of computers to create animations. There are a few different ways to make computer...
Last modified 18-Aug-96 - page size 3K - in English [Translate]

83. Techimage - 3D Computer Graphics
[URL: www.techimage.co.uk/noframes/houdini/L1_14.html]
Expandable Foundation: Future specialised tools will fit into the Houdini foundation seamlessly. Techimage Ltd., 25 Lodersfield, Lechlade,...
Last modified 10-Apr-97 - page size 1K - in English [Translate]

84. CS 790a -- Computer Graphics -- Class 26
[URL: www.cs.unr.edu/~fredh/class/790a/class/class26.html]
CS 790a -- Computer Graphics -- Class 26. Question-Answer session. Senior Project Presentation. Mr. Bull. Last Modified: 2/14/97 fredh@cs.unr.edu
Last modified 21-Mar-97 - page size 369 bytes - in English [Translate]

85. TIME INK - Computer Graphics Home Page
[URL: timeink.com/default.html]
Viewing this page requires a browser capable of displaying frames.
Last modified 8-Dec-97 - page size 435 bytes - in English [Translate]

86. SFTW301 - Computer Graphics
[URL: www.umac.mo/fst/sftw301.html]
SFTW301 - Computer Graphics. Conceptual model for the interactive computer graphics programmer. Coordinate systems. Graphical input and output....
Last modified 24-Sep-97 - page size 600 bytes - in English [Translate]

87. ARC 104. INTRODUCTION TO COMPUTER GRAPHICS
[URL: www2.sunydutchess.edu/Credit/Courses/ARC104.html]
ARCHITECTURAL TECHNOLOGY. NOTE: The College reserves the right to retain certain works of students enrolled in its architectural design courses...
Last modified 4-Nov-97 - page size 1K - in English [Translate]

88. Computer Graphics FAQ's

Amazon.com suggests
Books of the Day
Titles about computer gra...

Zones
Entertainment
Finance
Health
Travel

Services
Free Email
Translation

International
Our Search Network
Search in Chinese
Search in Japanese
Search in Korean

Netscape NOW!

Case 2:04-cv-70366-JAC-RSW Document 54-9 Filed 09/27/2005 Page 11 of 40

APPENDIX: L

[URL: www.bergen.org/AAST/ComputerAnimation/He..._Raytrace2.html]
Raytracing FAQ - Part 2: This is part 2 of the comp.graphics.rendering.raytracing Frequently Asked Questions list. The latest version of the FAQ is...
Last modified 9-Dec-96 - page size 48K - in English [ Translate ]

89. Bibliography on computer graphics and vision
[URL: wheat.uwaterloo.ca/bibliography/Graphics/Contrib.html]
Bibliography on computer graphics and vision. This bibliography is a part of the Computer Science Bibliography Collection..
Last modified 31-Mar-98 - page size 6K - in English [ Translate ]

90. CSE328 FUNDAMENTALS OF COMPUTER GRAPHICS
[URL: www.cs.sunysb.edu/~theo/328/course.html]
CSE328: FUNDAMENTALS OF COMPUTER GRAPHICS. Monday, Friday 12:40-2:00pm Room Life Sciences 030 (it may change soon) Instructor: T. Pavlidis,...
Last modified 31-Mar-98 - page size 5K - in English [ Translate ]

Pages: [<<] 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20

word count: computer: 24067421; graphics: 38023009

Search | Zones | Search Tips | Help | Feedback | ... digital
© 1995-98 Digital Equipment Corporation | Disclaimer | Advertising Info | Privacy
About AltaVista | Set your Preferences | Add a Page | Text-Only Version

G 000281

APPENDIX: D

ALTA VISTA

```
<html><head>
<title>AltaVista: Simple Query computer graphics</title>
</head><body bgcolor=#ffffff text=#000000 link=#000099 vlink=#663366 alink=#ff0000>
<MAP NAME="hdr">
<AREA SHAPE=RECT COORDS="378,33,420,51" HREF="/" ALT=Home>
<AREA SHAPE=RECT COORDS="424,33,456,52" HREF="/av/content/zones.html"
ALT=Zones>
<AREA SHAPE=RECT COORDS="462,33,507,52" HREF="/av/content/services.html"
```

```
CSE328: FUNDAMENTALS OF COMPUTER GRAPHICS. Monday, Friday
12:40-2:00pm Room Life Sciences 030 (it may change soon) Instructor: T.
Pavlidis,...<br><font face=arial size=-2>Last modified 31-Mar-98 - page size 5K - in
English [ <a
href="http://babelfish.altavista.digital.com/cgi-bin/translate?urltext=http%3a%2f%2fwww%
2ecs%2esunysb%2eedu%2f%7etheo%2f328%2fcourse%2ehtml&language=en">Translate</
a> ]</font><P>
</font><font face=arial size=-1>Pages: <a
href="/cgi-bin/query?pg=q&q=computer+graphics&stq=70&c9k">[<b>&lt;&lt;</b>]</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=0&c9k">1</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=10&c9k">2</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=20&c9k">3</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=30&c9k">4</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=40&c9k">5</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=50&c9k">6</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=60&c9k">7</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=70&c9k">8</a>
<b>9</b> <a
href="/cgi-bin/query?pg=q&q=computer+graphics&stq=90&c9k">10</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=100&c9k">11</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=110&c9k">12</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=120&c9k">13</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=130&c9k">14</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=140&c9k">15</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=150&c9k">16</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=160&c9k">17</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=170&c9k">18</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=180&c9k">19</a>
<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=190&c9k">20</a>
<a
```

GP2772

Please type a plus sign (+) inside this box: +

PTO/SB/21 (REV)
Approved for use through 9/30/00. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

(to be used for all correspondence after initial filing)

OIPE JUN 08 1998 PATENT & TRADEMARK OFFICE JC42

| | |
|---|---|
| Application Number | 08/727,085 |
| Filing Date | October 8, 1996 |
| First Named Inventor | Gilbert Borman |
| Group Art Unit | 2772 |
| Examiner Name | S. Hong |
| Attorney Docket Number | 18041.701 |

Total Number of Pages in This Submission: ~~32~~ 36

## ENCLOSURES

- [x] Fee Transmittal Form
  - [x] Fees Attached
- [x] Amendment/Response
  - [ ] After Final
  - [ ] Affidavits/declarations
- [x] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53
- [ ] Assignment Papers (for an Application)
- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition Routing Slip (PTO/SB/69) and Accompanying Petition
- [ ] To Convert a Provisional Application
- [ ] Power of Attorney, Revocation, Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Small Entity Statement
- [ ] Request for Refund
- [ ] After Allowance Communication to Group
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to Group (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [ ] Additional Enclosure(s) (please identify below):

Remarks: Appendices A-D

RECEIVED 98 JUN 11 AM 10:11 GROUP 2700

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm or Individual Name | WILSON SONSINI GOODRICH & ROSATI |
| Signature | [signature] Reg. No. 38,754 |
| Date | June 4, 1998 |

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date:

| | | | |
|---|---|---|---|
| Typed or printed name | Donna L. Hengst | | |
| Signature | [signature] | Date | June 4, 1998 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

PTO/SB/17 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL

*Note: Effective October 1, 1997. Patent fees are subject to annual revision.*

TOTAL AMOUNT OF PAYMENT ($) 55.00

RECEIVED JUN 8 1998 (stamp)

| Complete if Known | |
|---|---|
| Application Number | 08/727,085 |
| Filing Date | October 8, 1996 |
| First Named Inventor | Gilbert Borman |
| Group Art Unit | 2772 |
| Examiner Name | S. Hong |
| Attorney Docket Number | 18041.701 |

## METHOD OF PAYMENT (check one)

Deposit Account Number: 23-2415 ( Docket No. 18041.701)

Deposit Account Name: Wilson Sonsini Goodrich & Rosati

[X] Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

[ ] Charge the Issue Fee Set in 37 CFR 1.18 at the Mailing of the Notice of Allowance

[ ] Payment Enclosed: [ ] Check [ ] Money Order [ ] Other

## FEE CALCULATION

### 1. FILING FEE

| Large Entity Fee Code | Large Entity Fee ($) | Small Entity Fee Code | Small Entity Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 790 | 201 | 395 | Utility filing fee | |
| 106 | 330 | 206 | 165 | Design filing fee | |
| 107 | 540 | 207 | 270 | Plant filing fee | |
| 108 | 790 | 208 | 395 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional filing fee | |

SUBTOTAL (1) ($)

### 2. CLAIMS

| | | | Extra | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|---|---|
| Total Claims | | - 20 = | | X | | = | |
| Independent Claims | | - 3 = | | X | | = | |
| Multiple Dependent Claims | | | | X | | = | |

| Large Entity Fee Code | Large Entity Fee ($) | Small Entity Fee Code | Small Entity Fee ($) | Fee Description |
|---|---|---|---|---|
| 103 | 22 | 203 | 11 | Claims in excess of 20 |
| 102 | 82 | 202 | 41 | Independent claims in excess of 3 |
| 104 | 270 | 204 | 135 | Multiple dependent claim |
| 109 | 82 | 209 | 41 | Reissue independent claims over original patent |
| 110 | 22 | 210 | 11 | Reissue claims in excess of 20 and over original patent |

SUBTOTAL (2) ($)

## FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Entity Fee Code | Large Entity Fee ($) | Small Entity Fee Code | Small Entity Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | $55.00 |
| 116 | 400 | 216 | 200 | Extension for reply within second month | |
| 117 | 950 | 217 | 475 | Extension for reply within third month | |
| 118 | 1,510 | 218 | 755 | Extension for reply within fourth month | |
| 128 | 2,060 | 228 | 1,030 | Extension for reply within fifth month | |
| 119 | 310 | 219 | 155 | Notice of Appeal | |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | |
| 121 | 270 | 221 | 135 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,320 | 241 | 660 | Petition to revive - unintentional | |
| 142 | 1,320 | 242 | 660 | Utility issue fee (or reissue) | |
| 143 | 450 | 243 | 225 | Design issue fee | |
| 144 | 670 | 244 | 335 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 790 | 246 | 395 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 149 | 790 | 249 | 395 | For each additional invention to be examined (37 CFR 1.129(b)) | |

Other fee (specify) ____________

Other fee (specify) ____________

* Reduced by Basic Filing Fee Paid

SUBTOTAL (3) ($) 55.00

RECEIVED JUN 11 AM 10: GROUP 2700 (stamp)

| SUBMITTED BY | | | Complete (if applicable) | |
|---|---|---|---|---|
| Typed or Printed Name | Charles C. Cary | | Reg. Number | 36,754 |
| Signature | [signature] | Date 6/4/98 | Deposit Account User ID | 23-2415 (Docket No. 18041.701) |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

PALIB1\PCDOCS\SQL1\236319\1

G 000284

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
| --- | --- | --- | --- |
| 08/727,098 | 10/08/96 | BURRAO [illegible] | 13041.701 |

CHARLES C[illegible]
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA 94304-1050

| EXAMINER | |
| --- | --- |
| HONG, S | |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2775 | 7 |

08/31/98
DATE MAILED:

# NOTICE OF ALLOWABILITY

PART I.

1. ☑ This communication is responsive to *Amendment filed 6/8/98*

2. ☑ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be sent in due course.

3. ☑ The allowed claims are *1-2, 4-7, 10-13, 16-18, and 21-26*

4. ☐ The drawings filed on [illegible] are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application Serial No. ______, filed on ______.

6. ☐ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☑ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

PART II.

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. ______. CORRECTION IS REQUIRED.

b. ☐ The proposed drawing correction filed on ______ has been approved by the examiner. CORRECTION IS REQUIRED.

c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
- Examiner's Amendment
- Examiner Interview Summary Record, PTOL-413
- Reasons for Allowance
- Notice of References Cited, PTO-892
- Information Disclosure Citation, PTO-1449
- Notice of Informal Application, PTO-152
- Notice re Patent Drawings, PTO-948
- Listing of Bonded Draftsmen
- Other

STEPHEN S. HONG
PATENT EXAMINER

PTOL-37 (REV. [illegible])

G 000255

## REASONS FOR ALLOWANCE

1. The following is an examiner's statement of reasons for allowance:

As per independent claims 1, 7, 13, 18, 23 and 25, the claimed feature of "displaying a first and second icon separate from the search window on said display screen...[and] parsing the location identifiers from the initial data file to form an initial list of location identifiers together with storing the initial list, responsive to a selection of the first icon (in claim 1, lines 8-15; substantially similar in the others)", in conjunction with the other claimed limitations, is not shown and would not have been obvious to a person of ordinary skill in the art at the time of the invention in view of the prior art of record.

As shown in the FIGURE 5A of the Applicant's invention, the first and second icons, which initiate parsing of the searched list and retrieve the data from a location in the list, are provided separate (item 300) from the browser window (item 400), which is not shown and not suggested by the prior art of record.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

2. Any inquiry concerning this communication or earlier communications from the examiner should be directed to Steve Hong whose telephone number is (703) 308-5465. The examiner can normally be reached on Monday-Friday from 8:00 AM-5:30 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Heather Herndon, can be reached on (703) 305-9701.

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 305-3900.

Any response to this action should be mailed to:

Commissioner of Patents and Trademarks
Washington, D.C. 20231

or faxed to:

(703) 308-9051, (for formal communications intended for entry)

Or:

(703) 305-9724 (for informal or draft communications, please label "PROPOSED" or "DRAFT")

Hand-delivered responses should be brought to Crystal Park II, 2121 Crystal Drive, Arlington, VA., Sixth Floor (Receptionist).

For any written or facsimile communication submitted ON OR AFTER APRIL 26, 1998, this Examiner, who was assigned to Art Unit 2772, will be assigned to Art Unit 2776. Please include the new Art Unit in the caption or heading of any communication submitted after the APRIL 26, 1998 date. Your cooperation in this matter will assist in the timely processing of the submission and is appreciated by the Office.

Stephen Hong

Patent Examiner

August 26, 1998

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

# NOTICE OF ALLOWANCE AND ISSUE FEE DUE

LM41/0831

CHARLES C. CARY
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA 94304-1050

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/727,085 | 10/08/96 | 018 | HONG, S | 2776 | 08/31/98 |

First Named Applicant: BORMAN, GILBERT

TITLE OF INVENTION: METHOD AND APPARATUS FOR RETRIEVING DATA FROM A NETWORK USING LOCATION IDENTIFIERS (AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3 18041.701 | 707-501.000 | I40 | UTILITY | YES | $660.00 | 11/30/98 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or

B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

***IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.***

PATENT AND TRADEMARK OFFICE COPY

**PART B—ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with applicable fees, to: Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

RECEIVED
Publishing Division
EM41?0801
NOV 17 1998
11

CHARLES C CARY
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA 94304-1050

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Donna L. Hengst (Depositor's name)
Donna L. Hengst (Signature)
11/13/98 (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/727,085 | 10/08/96 | 018 | HOMG, S | 2776 | 08/31/98 |

First Named Applicant: BORMAN, GILBERT

TITLE OF INVENTION: METHOD AND APPARATUS FOR RETRIEVING DATA FROM A NETWORK USING LOCATION IDENTIFIERS (AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3 18041.701 | 707-501.000 | I40 | UTILITY | YES | $660.00 | 11/30/98 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Wilson Sonsini Goodrich & Rosati
2 Paul Davis
3 Charles C. Cary

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE: TenRetni Dynamics, Inc.

(B) RESIDENCE: (CITY & STATE OR COUNTRY) SouthField, MI

Please check the appropriate assignee category indicated below (will not be printed on the patent) ☐ individual ☒ corporation or other private group entity ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):

☐ Issue Fee

☐ Advance Order - # of Copies ______

4b. The following fees or deficiency in these fees should be charged to:

DEPOSIT ACCOUNT NUMBER 23-2415
(ENCLOSE AN EXTRA COPY OF THIS FORM)

☒ Issue Fee

☒ Advance Order - # of Copies 310

The COMMISSIONER OF PATENTS AND TRADEMARKS IS requested to apply the Issue Fee to the application identified above.

(Authorized Signature) [signature] (Date) 11/13/98

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

12/07/1998 NTRAN1 00000071 08727085
01 FC:242 605.00 OP
02 FC:561 30.00 OP

Refund Ref: 12/07/1998 NTRAN1 00000053495
CHECK Refund Total: $25.00

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEES

OK

1-HO

RECEIVED
Publishing Division
NOV 17 1998

11

CERTIFICATE OF MAILING: I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on: November 13, 1998.

Donna L. Hengst

Patent
Attorney's Docket No. 18041.701

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of | Examiner: S. Hong |
| Gilbert Borman et al. | |
| Serial No.: 08/727,085 | Group Art Unit: 2776 |
| Filing Date: October 8, 1996 | Batch No.: I40 |
| For: METHOD AND APPARATUS FOR RETRIEVING DATA FROM A NETWORK USING LOCATION IDENTIFIERS (AS AMENDED) | |

TRANSMITTAL OF FORMAL DRAWINGS

Assistant Commissioner for Patents
Washington, D.C. 20231

ATTN: OFFICIAL DRAFTSMAN

Sir:

In response to the Notice of Allowance and Issue Fee Due date of August 31, 1998, please substitute the enclosed 14 sheets of formal drawings for the informal drawings previously filed with respect to the above-identified patent application.

Respectfully submitted,

WILSON, SONSINI, GOODRICH & ROSATI

By: [signature]
Charles C. Cary
Registration No. 36,764

650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
Date: November 13, 1998





5890172

FIG. 1

G 000291





APPROVED
BY
DRAFTSMAN
O.G. FIG.
CLASS
SUBCLASS

INTERNET
32
34
36
38
22
24
26
202
HARDWARE
204
STORAGE
PARSED
HTML
230
206
OPERATING SYS
218
208
USER I/O
220
210
PRESENTER
30
20
224
222
PARSER
216
226
USER I/O
212
228
PRESENTER
214
28
200
CLIENT

FIG. 2

| APPROVED BY DRAFTSMAN | O.G. FIG. | |
|---|---|---|
| | CLASS | SUBCLASS |
| | | |

FIG. 3



APPROVED O.G. FIG.
BY CLASS SUBCLASS
DRAFTSMAN

(PRIOR ART)
FIG. 4



APPROVED O.G. FIG.
BY CLASS SUBCLASS
DRAFTSMAN

FIG. 5A



| APPROVED BY DRAFTSMAN | O.G. FIG. | |
|---|---|---|
| | CLASS | SUBCLASS |

FIG. 5B

G 000296





APPROVED
O.G. FIG.
BY
CLASS
SUBCLASS
DRAFTSMAN

400
402
412
414
404
300
504
506
310
308
508
510
512
514
580
582
584
588
584
586
502b
406
Netscape - [NetSearch Results]
File Edit View Go Bookmarks Options Directory Window Help
Back Forward Home Reload Images Open Print Find Stop
Location: http://search.yahoo.com/bin/search?a=RAT.html
What's New What's Cool Handbook Net Search Net Directory Software
Internet Buffet
File Edit Action Help
Download Microsoft Internet Explorer 1.0 and get GREAT DEALS, FREE! Click Here
Entertainment Humor, Jokes, and Fun Rat Pack
Entertainment: Humor, Jokes, and Fun RAT
Entertainment: Movies and Films:Gen
Regional Alternative Theater (RAT)
Space Rat
Agrizap, Inc. - home of the Rat Zapper
Ricky Rock Rat
Rat Bite
Rat Pack Two, The
Bariavel, Marc - Thesis resea in the brain rat cortex. Nitric d
Computers and Internet:Internet:
OMSI Rat Cam
Entertainment:Advice
Pack-Rat's Nest - have a que
Entertainment:Comics and Anima
Akane's Kitchen of Pain - You to mind.
Entertainment:Comics and Anima
Spark, The - learn everything
Entertainment:Comics and Anima
Intelligent Life...? - weekly str
K. Rat - by Andy Mosier.
Ricky Rock Rat
Entertainment Humor, Jokes, and
Rat Bite - Rat Humor and othe
Entertainment Humor, Jokes, and
Rat Pack Two, The
Next 20
rat
Other Search Engines
Alta Vista-Open Text-WebCrawler-HotBot-Lycos-Infoseek-exite-DejaNews-More...
Copyright © 1994-96 Yahoo! All Rights Reserved.
Document Done

FIG. 5C



APPROVED BY DRAFTSMAN | O.G. FIG. | CLASS | SUBCLASS

FIG. 6

APPROVED BY DRAFTSMAN | O.G. FIG. | CLASS | SUBCLASS

(Prior Art)
FIG. 7

| APPROVED BY DRAFTSMAN | O.G. FIG. | |
|---|---|---|
| | CLASS | SUBCLASS |

FIG. 8A

APPROVED BY DRAFTSMAN | O.G. FIG. | CLASS | SUBCLASS

FIG. 8B

APPROVED BY DRAFTSMAN | O.G. FIG. | CLASS | SUBCLASS

FIG. 8C

| APPROVED | O.G. FIG. | |
|---|---|---|
| BY | CLASS | SUBCLASS |
| DRAFTSMAN | | |

Case 2:04-cv-70366-JAC-RSW Document 54-9 Filed 09/27/2005 Page 33 of

900
902
920
922
924
926
928
930
932
934
936
904
908
910
902
LEVEL 1 >
LEVEL 2 >
LEVEL 3 >
LEVEL 4 >
LEVEL 5 >

(Prior Art)
FIG. 9A

G 000303



Case 2:04-cv-70366-JAC-RSW Document 54-9 Filed 09/27/2005 Page 34 of

| APPROVED | O.G. FIG. | |
|---|---|---|
| BY | CLASS | SUBCLASS |
| DRAFTSMAN | | |

900
902
920
922
924
926
928
930
932
914
934
936
FIG. 9B
LEVEL 1 >
LEVEL 2 >
LEVEL 3 >
LEVEL 4 >
LEVEL 5 >

G 000304



PTO UTILITY GRANT
Paper Number

The United States of America

# The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to any statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extension.*

*Commissioner of Patents and Trademarks*

*Attest*

Form PTO-1584 (Rev. 2/97)

(RIGHT INSIDE)

FR-LGM

G 000305

08 727085

PATENT APPLICATION SERIAL NO. ______________

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO-1556
(5/87)

1-2-13-18-22-25

Form PTO 1130 (REV 9/94)

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

# PACE DATA ENTRY CODING SHEET

1ST EXAMINER 49 DATE 12-05-96

2ND EXAMINER [illegible signature] DATE 4-9-97

| APPLICATION NUMBER | TYPE APPL | FILING DATE (MONTH DAY YEAR) | SPECIAL HANDLING | GROUP ART UNIT | CLASS | SHEETS OF DRAWING |
|---|---|---|---|---|---|---|
| 08 727085 | 1 | 10 08 96 | 0 | 2306 | 364 | 14 |

| TOTAL CLAIMS | INDEPENDENT CLAIMS | SMALL ENTITY? | FILING FEE | FOREIGN LICENSE | ATTORNEY DOCKET NUMBER |
|---|---|---|---|---|---|
| 26 | 6 | 0 | 636 | 4 | 18041-70V |

## CONTINUITY DATA

| CONT CODE | STATUS CODE | PARENT APPLICATION SERIAL NUMBER | PCT APPLICATION SERIAL NUMBER | PARENT PATENT NUMBER | PARENT FILING DATE (MONTH DAY YEAR) |
|---|---|---|---|---|---|
| | | | PCT/ / | | |
| | | | PCT/ / | | |
| | | | PCT/ / | | |
| | | | PCT/ / | | |
| | | | PCT/ / | | |

## PCT/FOREIGN APPLICATION DATA

| FOREIGN PRIORITY CLAIMED | COUNTRY CODE | PCT/FOREIGN APPLICATION SERIAL NUMBER | FOREIGN FILING DATE (MONTH DAY YEAR) |
|---|---|---|---|
| | | | |

## PATENT APPLICATION FEE DETERMINATION RECORD
Effective October 1, 1996

Application or Docket Number: 08/727685

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | SMALL ENTITY FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY FEE |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | 385.00 | OR | | 770.00 |
| TOTAL CLAIMS | 26 | minus 20 = | * 6 | x$11= | 66 | OR | x$22= | 132 |
| INDEPENDENT CLAIMS | 6 | minus 3 = | * 3 | x40= | 120 | OR | x80= | 240 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | +130= | | OR | +260= | |
| | | | | TOTAL | | OR | TOTAL | 1142 |

* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

AMENDMENT C

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Staple Issue Slip Here

| POSITION | | ID NO. | DATE |
|---|---|---|---|
| CLASSIFIER | #44 | | 10-22-96 |
| EXAMINER | 49 | | 12-05-96 |
| TYPIST | | 351 | 4-10-97 |
| VERIFIER | | 277 | 4-11 |
| CORPS CORR. | | | |
| SPEC. HAND | | 333 | 4-9-97 |
| FILE MAINT. | | 354 | 12-5-96 |
| DRAFTING | | | |

## INDEX OF CLAIMS

| Claim Final | Claim Original | 2/20/97 | |
|---|---|---|---|
| 1 | (1) | ✓ | ≡ |
| | (2) | | |
| | (3) | | |
| 2 | 4 | | ≡ |
| 3 | 5 | | ≡ |
| 4 | 6 | | ≡ |
| 5 | (7) | | ≡ |
| | (8) | | |
| | (9) | | |
| 6 | 10 | | ≡ |
| 7 | 11 | | ≡ |
| 8 | 12 | | ≡ |
| 9 | (13) | | ≡ |
| | 14 | | |
| | 15 | | |
| 10 | 16 | | ≡ |
| 11 | 17 | | ≡ |
| 12 | (18) | | ≡ |
| | 19 | | |
| | 20 | | |
| 13 | 21 | | ≡ |
| 14 | 22 | | ≡ |
| 15 | (23) | | ≡ |
| 16 | 24 | | ≡ |
| 17 | (25) | | ≡ |
| 18 | 26 | ✓ | ≡ |
| | 27 | | |
| | 28 | | |
| | 29 | | |
| | 30 | | |
| | 31 | | |
| | 32 | | |
| | 33 | | |
| | 34 | | |
| | 35 | | |
| | 36 | | |
| | 37 | | |
| | 38 | | |
| | 39 | | |
| | 40 | | |
| | 41 | | |
| | 42 | | |
| | 43 | | |
| | 44 | | |
| | 45 | | |
| | 46 | | |
| | 47 | | |
| | 48 | | |
| | 49 | | |
| | 50 | | |

SYMBOLS

- ✓ ........ Rejected
- = ........ Allowed
- – (Through numeral) Canceled
- ÷ ........ Restricted
- N ........ Non-elected
- I ........ Interference
- A ........ Appeal
- O ........ Objected

| Claim Final | Claim Original | Date |
|---|---|---|
| | 51 | |
| | 52 | |
| | 53 | |
| | 54 | |
| | 55 | |
| | 56 | |
| | 57 | |
| | 58 | |
| | 59 | |
| | 60 | |
| | 61 | |
| | 62 | |
| | 63 | |
| | 64 | |
| | 65 | |
| | 66 | |
| | 67 | |
| | 68 | |
| | 69 | |
| | 70 | |
| | 71 | |
| | 72 | |
| | 73 | |
| | 74 | |
| | 75 | |
| | 76 | |
| | 77 | |
| | 78 | |
| | 79 | |
| | 80 | |
| | 81 | |
| | 82 | |
| | 83 | |
| | 84 | |
| | 85 | |
| | 86 | |
| | 87 | |
| | 88 | |
| | 89 | |
| | 90 | |
| | 91 | |
| | 92 | |
| | 93 | |
| | 94 | |
| | 95 | |
| | 96 | |
| | 97 | |
| | 98 | |
| | 99 | |
| | 100 | |

(LEFT INSIDE)

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 707 | 501<br>513<br>514<br>[illegible]<br>102<br>104 | 1/20/98 | SH |
| 345 | 329<br>333<br>335<br>338<br>339<br>340<br>346 | | |
| update | search | 8/26/98 | SSH |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 707 | 501<br>513 | 8/26/98 | SH |
| 345 | 339 | | |

## SEARCH NOTES

| | Date | Exmr. |
|---|---|---|
| Internet WWW search — Search Notes attached | 2/24/98 | SSH |
| update search | 8/26/98 | SH |

(RIGHT OUTSIDE)

G 000310