# EXHIBIT 7

**Filed Under Seal Pursuant to Protective Order dated 2/7/05**

Dockets.Justia.com

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.