UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.,                          Case No. 04-70366-CV
a Michigan limited liability corporation,            Hon. Julian Abele Cook
                                                     Magistrate Judge R. Steven Whalen
    Plaintiff,

vs.

GOOGLE INC.,
a Delaware corporation,

    Defendant.
_____/

SOMMERS SCHWARTZ, PC                    DICKINSON WRIGHT, PLLC
Andrew Kochanowski (P55117)             Kathleen A. Lang (P34695)
Nabeel N. Hamameh (P60981)              L. Pahl Zinn (P57516)
Attorneys For Plaintiff                 Attorneys For Defendant
2000 Town Center, 9th Floor             500 Woodward Ave., Ste. 4000
Southfield, MI 48075                    Detroit, MI 48226
(248) 355-0300                          (313) 223-3500

BANIAK, PINE & GANNON                   FISH & RICHARDSON P.C.
Michael Baniak                          Howard G. Pollack
Co-Counsel For Plaintiff                Attorneys For Defendant
150 N. Wacker Drive, Suite 1200         500 Arguello Street, Ste. 500
Chicago, IL 60606                       Redwood City, CA 94063
(312) 673-0360                          (650) 839-5070

                                        FISH & RICHARDSON P.C.
                                        Frank E. Scherkenbach
                                        225 Franklin Street
                                        Boston, MA 02110-2804
                                        (617) 542-5070
_____/

## PLAINTIFF NETJUMPER SOFTWARE, LLC'S WITNESS LIST

    Plaintiff, Netjumper Software, LLC, hereby submits the following witness list of those individuals who may be called to testify at trial of the above-captioned matter:

    1.    Gilbert Borman

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

2. Anup Mathur

3. Rajat Bhatnagar

4. Mukesh Kumar

5. Mark Lahti, Esq.

6. Bernard Galler (expert)

7. Richard Grauer (expert)

8. Phillip Green (expert)

9. Creighton Hoffman (expert)

10. Breen Hagan (adverse)

11. Steve Schimmel (adverse)

12. Larry Page (adverse)

13. Sergey Brin (adverse)

14. Eric Schmidt (adverse)

15. Alex Franz (adverse)

16. Eric Frederickson (adverse)

17. Susan Wijiski (adverse)

18. Omid Kordestani (adverse)

19. Celeste Chung (adverse)

20. Karen Bapni (adverse)

21. John Piscetello (adverse)

22. Hubert Pan (adverse)

23. Any and all witnesses whose identities become known during the course of discovery.

24. Any and all necessary foundation witnesses.

25. Any necessary rebuttal witnesses, expert or fact.

26. Any and all witnesses identified on Defendant Google Inc.'s witness list.

27. Plaintiff Netjumper Software, LLC reserves the right to further amend this witness list as the identity of additional witnesses become known.

    Respectfully submitted,

    **SOMMERS SCHWARTZ, P.C.**

    s/ Nabeel N. Hamameh (P60981)
    Nabeel N. Hamameh  (P60981)
    2000 Town Center, Suite 900
    Southfield, MI 48075
Dated:  October 10, 2005    (248) 355-0300

**PROOF OF SERVICE**

I certify that on October 10, 2005, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Kathleen A. Lang; klang@dickinsonwright.com
L. Pahl Zinn; pzinn@dickinsonwright.com
Michael H. Baniak; baniak@bpglaw.com

and I hereby certify that I have mailed by United States Postal Service First Class Mail the paper to the following non-ECF participants:

FISH & RICHARDSON P.C.
Howard G. Pollack
500 Arguello Street, Ste. 500
Redwood City, CA 94063

FISH & RICHARDSON P.C.
Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804

    s/Nabeel N. Hamameh  (P60981)
    Sommers Schwartz, PC
    2000 Town Center, Suite 900
    Southfield, MI 48075
    (248) 355-0300
    nhamameh@sommerspc.com

LAW OFFICES
**SOMMERS SCHWARTZ, P.C.**
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300