UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.,                         Case No. 04-70366-CV
a Michigan limited liability corporation,           Hon. Julian Abele Cook
                                                    Magistrate Judge R. Steven Whalen
    Plaintiff,

vs.

GOOGLE INC.,
a Delaware corporation,

    Defendant.
_____/

| | |
|---|---|
| SOMMERS SCHWARTZ, P.C. | DICKINSON WRIGHT, PLLC |
| Andrew Kochanowski (P55117) | Kathleen A. Lang (P34695) |
| Nabeel N. Hamameh (P60981) | L. Pahl Zinn (P57516) |
| Attorneys For Plaintiff | Attorneys For Defendant |
| 2000 Town Center, 9th Floor | 500 Woodward Ave., Ste. 4000 |
| Southfield, MI 48075 | Detroit, MI 48226 |
| (248) 355-0300 | (313) 223-3500 |
| | |
| BANIAK, PINE & GANNON | FISH & RICHARDSON P.C. |
| Michael Baniak | Howard G. Pollack |
| Co-Counsel For Plaintiff | Attorneys For Defendant |
| 150 N. Wacker Drive, Suite 1200 | 500 Arguello Street, Ste. 500 |
| Chicago, IL 60606 | Redwood City, CA 94063 |
| (312) 673-0360 | (650) 839-5070 |
| | |
| | FISH & RICHARDSON P.C. |
| | Frank E. Scherkenbach |
| | 225 Franklin Street, Ste. 3100 |
| | Boston, MA 02110-2804 |
| | (617) 542-5070 |

_____/

**PLAINTIFF'S ANSWER TO DEFENDANT'S SECOND AMENDED COUNTER-CLAIM AND
PLAINTIFF'S AFFIRMATIVE DEFENSES TO COUNTER-CLAIM, AND
<u>RESPONSE TO GOOGLE'S SECOND AMENDED AFFIRMATIVE DEFENSES</u>**

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

Dockets.Justia.com

## RESPONSE TO GOOGLE'S AFFIRMATIVE DEFENSES

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. As to paragraph 13, Denied.

    a.) Denied. The inventors were aware of advertisements for the NetCarta CyberPilot product, however they were not aware of the content of said product.

    b.) Admit that Gilbert Borman was aware of advertisements related to the NetCarta CyberPilot product, but denies he was aware of said product.

      i.) Admit.

    c.) Denied.

      i.) Denied.

      ii.) Denied.

    d.) Denied for reasons stated in paragraphs 13 (a) and (b).

    e.) Denied.

    f.) Denied.

    g.) Admitted that these references were not cited, but deny that they were material.

    h.) Denied.

    i.) Denied.

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

**PLAINTIFF'S ANSWER TO DEFENDANT'S AMENDED COUNTER-CLAIM AND PLAINTIFF'S AFFIRMATIVE DEFENSES TO COUNTER-CLAIM, COUNTS V-XII**

### Parties

14. Upon information and belief, admitted.

15. Admitted with the exception that Counterclaim Defendant's offices are no longer in Southfield, Michigan.

### Jurisdiction

16. Admitted that the action is brought under the cited statutes.

### Venue

17. Admitted.

**Count I: Declaratory Relief Regarding Non-Infringement of the '172 Patent**

18. Plaintiff Netjumper Software, LLC's ("Netjumper") answers to the allegations contained in paragraphs 14 through 17 above are incorporated herein by reference.

19. Denied.

20. Admitted.

21. No answer required. To the extent an answer is required, Netjumper denies this allegation and requests that Defendant Google's requests be denied.

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

**Count II: Declaratory Relief Regarding Non-Infringement of the '655 Patent**

22. Plaintiff Netjumper Software, LLC's ("Netjumper") answers to the allegations contained in paragraphs 14 through 17 above are incorporated herein by reference.

23. Denied.

24. Admitted.

25. No answer required. To the extent an answer is required, Netjumper denies this allegation and requests that Defendant Google's requests be denied.

**Count III: Declaratory Relief Regarding Invalidity and Unenforceability of the '172 Patent**

26. Plaintiff Netjumper Software, LLC's ("Netjumper") answers to the allegations contained in paragraphs 13 through 17 above are incorporated herein by reference.

27. Denied.

28. Admitted.

29. No answer required. To the extent an answer is required, Netjumper denies this allegation.

30. Denied.

31. Denied.

32. No answer required. To the extent an answer is required, Netjumper denies this allegation and requests that Defendant Google's requests be denied.

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

**Count IV: Declaratory Relief Regarding Invalidity and Unenforceability of the '655 Patent**

33. Plaintiff Netjumper Software, LLC's ("Netjumper") answers to the allegations contained in paragraphs 13 through 17 above are incorporated herein by reference.

34. Denied.

35. Admitted.

36. No answer required. To the extent an answer is required, Netjumper denies this allegation and requests that Defendant Google's requests be denied.

37. Denied.

38. Denied.

39. No answer required. To the extent an answer is required, Netjumper denies this allegation and requests that Defendant Google's requests be denied.

## **PRAYER FOR RELIEF**

A. That NetJumper be awarded damages, including enhanced damages for willful infringement and attorney fees.

B. That Google's request be denied.

C. That Google's request be denied.

D. That Google's request be denied.

E. That Google's request be denied.

F. That Google's request be denied.

G. That Google's request be denied.

H. That Google's request be denied.

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

I.  That Google's request be denied.

### PLAINTIFF'S AFFIRMATIVE DEFENSES TO COUNTER-CLAIM COUNTS I-IV

1. That the amended counter-claim is moot.

2. That the amended counter-claim fails to state a cause of action.

3. That the amended counter-claim is barred by estoppel.

4. That the amended counter-claim is barred by doctrine of unclean hands.

5. That the amended counter-claim is barred by waiver and/or consent.

6. That Google has suffered no harm or damages.

7. NetJumper reserves the right to add affirmative defenses.

### PRAYER FOR RELIEF

WHEREFORE, NetJumper respectfully requests:

A.  That the Amended Counter-Claim, Counts I-IV, be denied; and

B.  That Netjumper be awarded its costs and attorney fees necessitated in defense of this action.

Respectfully submitted,

Andrew Kochanowski (P55117)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
2000 Town Center Drive, Suite 900
Southfield, MI  48075
(248) 355-0300
akochanowski@sommerspc.com

**PROOF OF SERVICE**

I certify that on 10-17-05, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Kathleen A. Lang; klang@dickinsonwright.com
L. Pahl Zinn; pzinn@dickinsonwright.com
Michael H. Baniak; baniak@bpglaw.com

and I hereby certify that I have mailed by United States Postal Service First Class Mail the paper to the following non-ECF participants:

FISH & RICHARDSON P.C.
Howard G. Pollack
500 Arguello Street, Ste. 500
Redwood City, CA 94063

FISH & RICHARDSON P.C.
Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804

s/Andrew Kochanowski (P55117)
Sommers Schwartz, PC
2000 Town Center, Suite 900
Southfield, MI 48075
(248) 355-0300
akochanowski@sommerspc.com

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.