**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**FILED**
NOV - 1 2005
CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

NETJUMPER SOFTWARE, L.L.C.
a Michigan limited liability corporation,

        Plaintiff,

   v.

GOOGLE INC.,
a California corporation

        Defendant.

Civil Action No. 04-70366-CV
Hon. Julian Abele Cook

Magistrate Judge R. Steven Whalen

---

Andrew Kochanowski
Nabeel M. Hamameh
Sommers Schwartz, PC
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
Baniak Pine & Gannon
150 North Wacker Drive, Suite 1200
Chicago, IL 60606

*Attorneys for NetJumper Software, L.L.C.*

Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

*Attorneys for Google Inc.*

**ORDER GRANTING GOOGLE'S EX-PARTE MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMIT**

**ORDER GRANTING GOOGLE'S EX-PARTE MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMIT**

At a session of said Court held in the United States District Court for the Eastern District of Michigan, City of Detroit, County of Wayne, and State of Michigan,
on _____NOV - 1 2005_____

PRESENT:   HON. JULIAN ABELE COOK
United States District Court Judge

This matter having come before the Court by Google Inc.'s Ex-Parte Motion for Leave to File Reply Brief In Excess of Page Limit, the Court having read the Ex-Parte Motion, and otherwise being fully advised:

**IT IS ORDERED** that Google Inc.'s Ex-Parte Motion is granted pursuant to E.D. Mich. L.R. 7.1(c)(3)(A) and it may file a Reply Brief In Support Of Google's Motion For Summary Judgment Of Non-Infringement And Invalidity Of The '172 Patent which may not exceed twelve pages.

_____
United States District Court Judge

Dated: NOV - 1 2005

DETROIT 28155-1 903574v1