## INDEX OF EXHIBITS

Exhibit 1          Deposition of Bernard A. Galler

Exhibit 2          Deposition of Joseph Hardin

Exhibit 3          Evidence Supporting Markup Analysis

Exhibit 4          Plaintiff's Supplemental Answer to Interrogatory #1 of
                   Defendant Google Inc.'s First Set of Interrogatories

Exhibit 5          *Ortho-McNeil Pharmaceutical, Inc., v. Caraco Pharmaceutical
                   Laboratories, Ltd.*, 2005 WL 2679788 (E.D. Mich. Oct. 19, 2005)