UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NET JUMPER SOFTWARE, L.L.C.
a Michigan limited liability corporation,

        Plaintiff/Counterclaim
        Defendant,

v.

GOOGLE INC.,
a Delaware corporation

        Defendant/Counterclaim
        Plaintiff.

Civil Action No. 04-70366-CV
Hon. Julian Abele Cook

Magistrate Judge R. Steven Whalen

---

Andrew Kochanowski (P55117)
Nabeel N. Hamameh (P60981)
SOMMERS SCHWARTZ P.C.
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
BANIAK PINE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606

*Attorneys for NetJumper Software, L.L.C.*

Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

*Attorneys for Google Inc.*

---

**JOINT STIPULATION AND MOTION TO
ADJOURN THE DEADLINE FOR SERVICE OF EXPERT REPORTS
TO JANUARY 6, 2006 OR 90 DAYS BEFORE TRIAL, WHICHEVER IS LATER**

1

Plaintiff NetJumper Software, L.L.C. ("NetJumper") and Defendant Google Inc. ("Google") hereby file a joint stipulation and motion to adjourn the deadline for the service of opening expert reports by the party which bears the burden of proof to January 6, 2006 or 90 days before trial, whichever is later. This is the second change to the schedule requested by the Parties. This adjournment of the expert deadlines does not alter any dates in the current scheduling order and does not impact the Court.

The date for the exchange of expert reports is presently set by Fed. R. Civ. P 26(a)(2)(C), to wit, "[i]n the absence of other directions from the court or stipulation by the parties, the disclosures shall be made at least 90 days before the trial date." The Amended Scheduling Order entered on September 12, 2005 does not address expert reports. Trial is presently calendared for "March 7, 2006 or as soon thereafter as the Court's schedule will permit," which makes expert reports due December 7, 2005.

The parties desire an additional time, approximately one month, or longer if the trial will not proceed as scheduled, to prepare their expert reports for economy as well as in light of Google's motion for summary judgment, now pending before the Court, which may remove substantial issues for the experts and Court to consider, including the number of asserted claims, the number of accused products, and claim construction issues.

Accordingly, the parties hereby jointly stipulate to adjourn the deadline for the service of opening expert reports by the party which bears the burden of proof to January 6, 2006 or 90 days before trial, whichever is later, and respectfully request that the Court enter this stipulation and so order this modification.

SO STIPULATED:

By: __/s Nabeel N. Hamameh_____

SOMMERS SCHWARTZ, P.C.
Andrew Kochanowski (P55117)
Nabeel N. Hamameh (P60981)
2000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-0300

BANIAK, PINE & GANNON
Michael Baniak
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606
(312) 673-0360

*Attorneys for NetJumper Software, L.L.C.*

By: _/s L. Pahl Zinn_____

DICKINSON WRIGHT, PLLC
Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
500 Woodward Ave., Ste. 4000
Detroit, MI 48226
(313) 223-3500

FISH & RICHARDSON P.C.
Howard G. Pollack
500 Arguello Street, Ste. 500
Redwood City, CA 94063
(650) 839-5070

FISH & RICHARDSON P.C.
Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

*Attorneys for Defendant Google Inc.*

Dated: December 1, 2005
DETROIT 28155-1 910319