UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**
DEC 14 2005
CLE... OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

NETJUMPER SOFTWARE, L.L.C.,
a Michigan limited liability corporation,

    Plaintiff,

vs.

GOOGLE INC.,
a Delaware corporation,

    Defendant.

Case No. 04-70366-CV
Hon. Julian Abele Cook
Magistrate Judge R. Steven Whalen

SOMMERS SCHWARTZ, PC
Andrew Kochanowski (P55117)
Nabeel N. Hamameh (P60981)
Attorneys For Plaintiff
2000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-0300

BANIAK, PINE & GANNON
Michael Baniak
Co-Counsel For Plaintiff
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606
(312) 673-0360

DICKINSON WRIGHT, PLLC
Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
Attorneys For Defendant
500 Woodward Ave., Ste. 4000
Detroit, MI 48226
(313) 223-3500

FISH & RICHARDSON P.C.
Howard G. Pollack
Attorneys For Defendant
500 Arguello Street, Ste. 500
Redwood City, CA 94063
(650) 839-5070

FISH & RICHARDSON P.C.
Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

### ORDER ALLOWING ELECTRONIC EQUIPMENT INTO THE COURTROOM OF HON. JULIAN ABELE COOK

At a session of said Court, held at the Federal Courthouse, Detroit, Michigan, on: DEC 14 2005

Present: Honorable JULIAN ABELE COOK, JR.
U.S. District Court Judge

**IT IS HEREBY ORDERED** that NetJumper Software, LLC may bring the electronic equipment identified below into the courtroom of the Honorable Julian Abele Cook, for a hearing scheduled on December 14, 2005 at 1:00 p.m.:

1. Laptop computer;
2. Projector; and
3. Object display unit

_____
Hon. Julian Abele Cook
United States District Court Judge

Dated: DEC 14 2005