**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NET JUMPER SOFTWARE, L.L.C.
a Michigan limited liability corporation,

        Plaintiff/Counterclaim      Civil Action No. 04-70366-CV
        Defendant      Hon. Julian Abele Cook

    v.      Magistrate Judge R. Steven Whalen

GOOGLE INC.,
a Delaware corporation

        Defendant/Counterclaim
        Plaintiff.

_____/

Andrew Kochanowski (P55117)　　　　　　Kathleen A. Lang (P34695)
Nabeel N. Hamameh (P60981)　　　　　　　L. Pahl Zinn (P57516)
SOMMERS SCHWARTZ, P.C.　　　　　　　DICKINSON WRIGHT PLLC
2000 Town Center, Suite 900　　　　　　　500 Woodward Avenue, Suite 4000
Southfield, MI 48075　　　　　　　　　　Detroit, MI 48226-3425
　　　　　　　　　　　　　　　　　　　(313) 223-3500
Michael H. Baniak
BANIAK PINE & GANNON　　　　　　　Frank E. Scherkenbach
150 N. Wacker Drive, Suite 1200　　　　　FISH & RICHARDSON P.C.
Chicago, IL 60606　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02110-2804
*Attorneys for NetJumper Software, L.L.C.*
　　　　　　　　　　　　　　　　　　　Howard G. Pollack
　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　　500 Arguello Street, Suite 500
　　　　　　　　　　　　　　　　　　　Redwood City, CA 94063

                                     *Attorneys for Google Inc.*

_____/

**ORDER CONCERNING THE PARTIES' JOINT STIPULATION AND MOTION
TO ADJOURN THE DEADLINE FOR SERVICE OF EXPERT REPORTS
TO JANUARY 6, 2006 OR 90 DAYS BEFORE TRIAL, WHICHEVER IS LATER**

1

Having considered the parties' joint stipulated motion to adjourn the deadline for expert reports and good cause appearing,

IT IS HEREBY ORDERED that the motion be and hereby is GRANTED. The deadline for disclosure of opening expert reports is hereby extended to January 6, 2006 or 90 days before trial, whichever is later.

Dated: December __23__, 2005

            s/ Julian Abele Cook, Jr.
            Hon. Julian Abele Cook
            United States District Judge

### Certificate of Service

I hereby certify that on December 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system, and I further certify that I mailed a copy to the non-ECF participant(s).

            s/ Kay Alford
            Courtroom Deputy Clerk

DETROIT 28155-1 910320