## EXHIBIT LIST

Exhibit 1     Order Granting Defendant's Motion to Strike From Evidence the CD-ROM Filed With NetJumper's Notice of Amended Filing