NetJumper Sofware L. L. C. v. Google, Incorporated								Doc. 71 Att. 2

# EXHIBIT 1

Dockets.Justia.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NET JUMPER SOFTWARE, L.L.C.
a Michigan limited liability corporation,

        Plaintiff/Counterclaim      Civil Action No. 04-70366-CV
        Defendant,      Hon. Julian Abele Cook

v.      Magistrate Judge R. Steven Whalen

GOOGLE INC.,
a Delaware corporation

        Defendant/Counterclaim
        Plaintiff.

_____/

| | |
|---|---|
| Andrew Kochanowski<br>Sommers Schwartz, P.C.<br>2000 Town Center, Suite 900<br>Southfield, MI 48075<br><br>Michael H. Baniak<br>Baniak Pine & Gannon<br>150 N. Wacker Drive, Suite 1200<br>Chicago, IL 60606<br><br>*Attorneys for NetJumper Software, L.L.C.* | Kathleen A. Lang (P34695)<br>L. Pahl Zinn (P57516)<br>DICKINSON WRIGHT PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-3425<br>(313) 223-3500<br><br>Frank E. Scherkenbach<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br><br>Howard G. Pollack<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br><br>*Attorneys for Google Inc.* |

_____/

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE FROM EVIDENCE THE CD-ROM FILED WITH NETJUMPER'S NOTICE OF AMENDED FILING**

1

Having considered Google Inc.'s Motion to Strike From Evidence the CD-ROM Filed with Netjumper's Notice of Amended Filing and good cause appearing,

IT IS HEREBY ORDERED that Google Inc.'s Motion for to Strike be and hereby is GRANTED.

Dated:__January ___, 2006_____      _____
                                       The Hon. Julian Abele Cook
                                       United States District Judge


Presented By:                          DICKINSON WRIGHT PLLC


                                       By: _____
                                           L. Pahl Zinn

                                       Attorneys for Defendant/Counterclaim Plaintiff
                                       GOOGLE INC.

.

2