Dockets.Justia.com

# EXHIBIT C

# Issued by the
# UNITED STATES DISTRICT COURT

NORTHERN      DISTRICT OF CALIFORNIA

**NETJUMPER SOFTWARE, L.L.C.,**
A Michigan limited liability company
V.
**GOOGLE INC.,**
A Delaware corporation

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: [1] **04-70366-CV (Eastern District of Michigan-Southern Division)**

Case 2:04-cv-70366-JAC-RSW    Document 73-5    Filed 01/24/2006    Page 2 of

TO:    Mr. John Piscetello
c/o Michael M. Rosen, Esq.
Fish & Richardson, P.C.
12390 El Camino Real    San Diego, CA 92130

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Law offices of Fish & Richardson, P.C.<br>500 Arguello Street, Suite 500; Redwood City, California 94063 | August 17, 2005 at 1:30 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*    Attorney for Plaintiff | July 25, 2005 |

ISSUING OFFICER=S NAME, ADDRESS AND PHONE NUMBER
Nabeel N. Hamameh (P60981)
(248) 355-0300

Sommers Schwartz, PC
2000 Town Center, Suite 900, Southfield, MI 48075

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

---

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____           _____
                    DATE                                              SIGNATURE OF SERVER

                                                                      _____
                                                                      ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney=s fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts person except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert=s opinion or information not describing specific events or occurrences in dispute and resulting from the expert=s study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

Issued by the
# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF WASHINGTON _____

NETJUMPER SOFTWARE, L.L.C.,
A Michigan limited liability company
V.

GOOGLE INC.,
A Delaware corporation

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: [1] **04-70366-CV (Eastern District of Michigan-Southern Division)**

Case 2:04-cv-70366-JAC-RSW    Document 73-5    Filed 01/24/2006    Page 4 of

TO:  Mr. Eric Frederickson
c/o Michael M. Rosen, Esq.
Fish & Richardson, P.C.
12390 El Camino Real    San Diego, CA 92130

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Law offices of Fish & Richardson, P.C. 500 Arguello Street, Suite 500; Redwood City, California 94063 | August 18, 2005 at 9:30 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorney for Plaintiff | July 25, 2005 |

ISSUING OFFICER=S NAME, ADDRESS AND PHONE NUMBER
Nabeel N. Hamameh (P60981)         Sommers Schwartz, PC
(248) 355-0300                     2000 Town Center, Suite 900, Southfield, MI 48075

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
           DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

_____

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney=s fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
   (i) fails to allow reasonable time for compliance;
   (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts person except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
   (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
   (iv) subjects a person to undue burden.

(B) If a subpoena
   (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
   (ii) requires disclosure of an unretained expert=s opinion or information not describing specific events or occurrences in dispute and resulting from the expert=s study made not at the request of any party, or
   (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.,     Case No. 04-70366-CV
a Michigan limited liability corporation,     Hon. Julian Abele Cook
                                        Magistrate Judge R. Steven Whalen

    Plaintiff,

vs.

GOOGLE INC.,
a Delaware corporation,

    Defendant.
_____/

| SOMMERS SCHWARTZ, PC | DICKINSON WRIGHT, PLLC |
|---|---|
| Andrew Kochanowski (P55117) | Kathleen A. Lang (P34695) |
| Nabeel N. Hamameh (P60981) | L. Pahl Zinn (P57516) |
| Attorneys For Plaintiff | Attorneys For Defendant |
| 2000 Town Center, 9th Floor | 500 Woodward Ave., Ste. 4000 |
| Southfield, MI 48075 | Detroit, MI 48226 |
| (248) 355-0300 | (313) 223-3500 |
| | |
| BANIAK, PINE & GANNON | FISH & RICHARDSON P.C. |
| Michael Baniak | Howard G. Pollack |
| Co-Counsel For Plaintiff | Attorneys For Defendant |
| 150 N. Wacker Drive, Suite 1200 | 500 Arguello Street, Ste. 500 |
| Chicago, IL 60606 | Redwood City, CA 94063 |
| (312) 673-0360 | (650) 839-5070 |
| | |
| | FISH & RICHARDSON P.C. |
| | Frank E. Scherkenbach |
| | 225 Franklin Street |
| | Boston, MA 02110-2804 |
| | (617) 542-5070 |

_____/

## NOTICE OF DEPOSITION OF ERIC FREDERICKSON
## PURSUANT TO FED. R. CIV. P. 45 AND 30(b)(1)

PLEASE TAKE NOTICE that Plaintiff Netjumper Software, LLC ("Netjumper") will take the deposition of Eric Frederickson upon oral examination pursuant to Rules 45 and 30(b)(1) of the Federal Rules of Civil Procedure.

The deposition will commence at 9:30 a.m., or a convenient time to be chosen by the parties, on August 18, 2005 at the offices of Fish & Richardson, P.C., 500 Arguello Street, Ste. 500, Redwood City, CA 94063. The deposition will continue from day to day, if necessary, until completed. The deposition will be taken before a notary public or other officer authorized by law to administer oaths and recorded stenographically.

**SOMMERS SCHWARTZ, PC**

_____
Andrew Kochanowski (P55117)
Nabeel N. Hamameh (P60981)
Attorneys For Plaintiff
2000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-0300

Dated: July 25, 2005

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via U.S. mail and facsimile upon all counsel of record.

_____
Denise A. Posky

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NETJUMPER SOFTWARE, L.L.C., a Michigan limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | Case No. 04-70366-CV<br>Hon. Julian Abele Cook<br>Magistrate Judge R. Steven Whalen |

_____/

| | |
|---|---|
| SOMMERS SCHWARTZ, PC<br>Andrew Kochanowski (P55117)<br>Nabeel N. Hamameh (P60981)<br>Attorneys For Plaintiff<br>2000 Town Center, 9th Floor<br>Southfield, MI 48075<br>(248) 355-0300<br><br>BANIAK, PINE & GANNON<br>Michael Baniak<br>Co-Counsel For Plaintiff<br>150 N. Wacker Drive, Suite 1200<br>Chicago, IL 60606<br>(312) 673-0360 | DICKINSON WRIGHT, PLLC<br>Kathleen A. Lang (P34695)<br>L. Pahl Zinn (P57516)<br>Attorneys For Defendant<br>500 Woodward Ave., Ste. 4000<br>Detroit, MI 48226<br>(313) 223-3500<br><br>FISH & RICHARDSON P.C.<br>Howard G. Pollack<br>Attorneys For Defendant<br>500 Arguello Street, Ste. 500<br>Redwood City, CA 94063<br>(650) 839-5070<br><br>FISH & RICHARDSON P.C.<br>Frank E. Scherkenbach<br>225 Franklin Street<br>Boston, MA 02110-2804<br>(617) 542-5070 |

_____/

## NOTICE OF DEPOSITION OF JOHN PISCETELLO
## PURSUANT TO FED. R. CIV. P. 45 AND 30(b)(1)

PLEASE TAKE NOTICE that Plaintiff Netjumper Software, LLC ("Netjumper") will take the deposition of John Piscetello upon oral examination pursuant to Rules 45 and 30(b)(1) of the Federal Rules of Civil Procedure.

The deposition will commence at 1:30 p.m., or a convenient time to be chosen by the parties, on August 17, 2005 at the offices of Fish & Richardson, P.C., 500 Arguello Street, Ste. 500, Redwood City, CA 94063. The deposition will continue from day to day, if necessary, until completed. The deposition will be taken before a notary public or other officer authorized by law to administer oaths and recorded stenographically.

SOMMERS, SCHWARTZ, PC

Dated: July 25, 2005

*[signature]*
Andrew Kochanowski (P55117)
Nabeel N. Hamameh (P60981)
Attorneys For Plaintiff
2000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-0300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via U.S. mail and facsimile upon all counsel of record.

*[signature]*
Denise A. Posky