# EXHIBIT D

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER DATED 2/7/05