UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.,            Case No. 04-70366-CV
a Michigan limited liability corporation,      Hon. Julian Abele Cook
                                                     Magistrate Judge R. Steven Whalen

       Plaintiff,

vs.

GOOGLE INC.,
a Delaware corporation,

       Defendant.
_____/

## NOTICE OF HEARING

Please Take Notice that PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH AGREEMENT TO PRODUCE GOOGLE WITNESSES AFTER CLOSE OF DISCOVERY will be brought on for hearing before the Honorable Julian Abele Cook, in his courtroom in the Federal Courthouse, 231 W. Lafayette, Detroit, Michigan, on a date and time to be set by the Court.

                                                 Respectfully submitted,

                                                 Andrew Kochanowski (P55117)
                                                 SOMMERS SCHWARTZ, P.C.
                                                 Attorneys for Plaintiff
                                                 2000 Town Center Drive, Suite 900
                                                 Southfield, MI  48075
                                                 (248) 355-0300
                                                 akochanowski@sommerspc.com

DATED:  January 24, 2006

LAW OFFICES
SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C.  •  (248) 355-0300
2000 TOWN CENTER  •  SUITE 900  •  SOUTHFIELD, MICHIGAN 48075

Dockets.Justia.com

**PROOF OF SERVICE**

I certify that on 1-24-06, I electronically filed
the forgoing paper with the Clerk of the Court using
the ECF system which will send notification of such
filing to the following:

Kathleen A. Lang; klang@dickinsonwright.com
L. Pahl Zinn; pzinn@dickinsonwright.com
Michael H. Baniak; baniak@bpglaw.com

and I hereby certify that I have mailed by United
States Postal Service First Class Mail the paper
to the following non-ECF participants:

FISH & RICHARDSON P.C.
Howard G. Pollack
500 Arguello Street, Ste. 500
Redwood City, CA 94063

FISH & RICHARDSON
Jason M. Wolff
12390 El Camino Real
San Diego, CA 92130

FISH & RICHARDSON P.C.
Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804

                s/Andrew Kochanowski (P55117)
                Sommers Schwartz, PC
                2000 Town Center, Suite 900
                Southfield, MI 48075
                (248) 355-0300
                akochanowski@sommerspc.com

LAW OFFICES
SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300