MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.,

        Plaintiff(s),        Case Number:  04-70366

v.        Honorable Julian Abele Cook, Jr.

GOOGLE, INC., ET AL.,,        Magistrate Judge R. Steven Whalen

        Defendant(s),
_____/

## AMENDED ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    **IT IS ORDERED** that this matter is referred to United States Magistrate Judge R. Steven Whalen for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (B)(1)(A)) on:**

    Motion by Plaintiff to compel filed January 24, 2006

DATED: February 7, 2006        s/ Julian Abele Cook, Jr.
        Julian Abele Cook, Jr.
        United States District Judge

### CERTIFICATE OF MAILING

I certify that a copy of this order was served upon all counsel on the above date by electronic means.

        s/ Kay Alford
        Deputy Clerk