**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TO: Clerk of the Court
U.S. District Court – Eastern District of Michigan
Theodore Levin United States Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

Please enter the appearance of Jason W. Wolff, of Fish & Richardson P.C., 12390 El Camino Real, San Diego, California, 92130, telephone number (858) 678-5070, facsimile number (858) 678-5099, and email address wolff@fr.com, as additional counsel of record on behalf of Defendant and Counterclaim Plaintiff Google Inc.

Please also update the CM/ECF records so that notices of case filings will be electronically sent to Jason W. Wolff, who is a registered user of the CM/ECF system for the Eastern District of Michigan.

FISH & RICHARDSON P.C.

By:  /s Jason W. Wolff_____
Jason W. Wolff

12390 El Camino Real
San Diego, CA 92130
(858) 678-5070 telephone
(858) 678-5099 facsimile
wolff@fr.com

Attorneys for Defendant/Counterclaim Plaintiff, GOOGLE INC.

**NOTICE**

To:     Counsel of Record

PLEASE TAKE NOTICE that Jason W. Wolff, of Fish & Richardson P.C., 12390 El Camino Real, San Diego, California, 92130, telephone number (858) 678-5070, facsimile number (858) 678-5099, and email address wolff@fr.com, has formally entered an appearance as additional counsel of record on behalf of Defendant and Counterclaim Plaintiff Google Inc.

Dated:  February 13, 2006                FISH & RICHARDSON P.C.

                                         By:  /s Jason W. Wolff
                                              Jason W. Wolff

                                              12390 El Camino Real
                                              San Diego, CA  92130
                                              (858) 678-5070 telephone
                                              (858) 678-5099 facsimile
                                              wolff@fr.com

                                              Attorneys for Defendant/Counterclaim
                                              Plaintiff, GOOGLE INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on FEBRUARY 13, 2006, I electronically filed the above APPEARANCE AND NOTICE OF APPEARANCE with the Clerk of the Court using the ECF system, which will send notice of such filing upon the following attorneys: ANDREW KOCHANOWSKI and MICHAEL H. BANIAK, who are attorneys of record for NETJUMPER SOFTWARE, L.L.C.

Respectfully Submitted,

FISH & RICHARDSON P.C.

By: /s  Jason W. Wolff

12390 El Camino Real
San Diego, CA 92130
(858) 678-5070 telephone
(858) 678-5099 facsimile
wolff@fr.com

Attorneys for GOOGLE INC.