UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NET JUMPER SOFTWARE, L.L.C.
a Michigan limited liability corporation,

                        Plaintiff,           CIVIL NO.  04-70366

v.

                                         HON. JULIAN ABELE COOK, JR.

GOOGLE, INC.,
a Delaware corporation,

                        Defendant.
_____/

ORDER GRANTING GOOGLE'S EX-PARTE MOTION FOR LEAVE TO
FILE BRIEF IN EXCESS OF PAGE LIMIT

This matter having come before the Court by Google Inc's Ex-Parte Motion for Leave to File Brief in Excess of Page Limit filed on August 10, 2005.

**IT IS ORDERED** that Google Inc's Ex-Parte Motion is granted pursuant to E.D. Mich. L.R. 7.1(c)(3)(A) and the Brief in Support of Google's Motion for Summary Judgment of Non-Infringement and Invalidity of the 172 Patent exceeding the page limit set forth in E.D. Mich. L.R. 7.1 filed on August 17, 2005 is hereby accepted by the Court.

Dated: March 14, 2006                                  s/ Julian Abele Cook, Jr.
                                                                  JULIAN ABELE COOK, JR.
                                                                   U.S. District Court Judge