# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C,,
        Plaintiff(s),

CASE NUMBER: 04-70366

v.

HONORABLE JULIAN ABELE COOK, JR.

GOOGLE, INCORPORATED,
        Defendant(s).
_____/

## NOTICE OF:
## SCHEDULING CONFERENCE

You are hereby notified to appear before the Honorable Julian Abele Cook, Jr., United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 718 |
|---|---|---|
| APRIL 28, 2006 | 11:00 A.M. | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

## CERTIFICATE OF MAILING

I hereby certify that a copy of this notice was served upon all counsel of record on this date April 19, 2006 by electronic means.

Date: April 19, 2006

s/ Kay Alford
Deputy Clerk     313-234-5100