EXHIBIT 1

Exhibit 1: Proposed Constructions for Claims 1-8 of the '172 Patent

| Term[1] | First Found at Claim | Google's Construction | NetJumper's Construction[2] |
|---|---|---|---|
| (1) [Preambles] "…for searching on a local computer a network of nodes with data files stored at corresponding ones of the nodes and each of the data files identifiable by a location identifier and several of the data files containing location identifiers for others of the data files…" | [1a], [5a] | The preambles are not limitations, but even if they were, there is no support for NetJumper's construction, which ignores the majority of the terms and inserts new limitations that have no relationship to the plain language of preambles. | The "concept of a 'search'" is required. This includes "enter[ing] keywords or terms to search the Internet," but does not cover "enter[ing] an already known URL into a small display field generated by the software."[3] |
| (2) "parsing", "parse" | [1e], [5e] | The act of examining a string of text, breaking it into subunits, and establishing the relationships among the subunits.[4] | Extracting information or data from a file. |
| (3) "form" | [1e], [5e] | The act of forming or creating, but not storing, typically in volatile computer memory.[5] | |

---

[1] The dispute on issues (1) and (6) concern the prior art and the validity of the '172 patent. The dispute on issues (2)-(5) (all part of the "parsing clause") concern the alleged infringement of claims 1-8 of the '172 patent.
[2] Assumed from NetJumper's Opposition to Google's Motion for Summary Judgment (Document No. 54), updated infringement contentions (Document No. 62, Exhibit 4), and NetJumper's expert reports on liability.
[3] NetJumper's Expert Rebuttal Report of Bernard Galler, at 12 and 16. NetJumper's Opposition to Google's Motion for Summary Judgment argued that CyberPilot did not anticipate the patent because it "lack[ed] a search capability: one does not enter keywords or terms to search the Internet for, but enters an already known URL." *See* Document No. 54, at 32. The new construction adds the "small display field generated by the software." The intrinsic support for these limitations, including the new ones, is not apparent.
[4] *See* Exhibit 4, Institute of Electrical and Electronic Engineers ("IEEE"), *Dictionary of Electrical and Electronic Terms* (1996), at 747; *see also* Exhibit 5 ('655 patent prosecution history), at G 351 (claim 1) and G 446-447 (response to Office action).

Exhibit 1: Proposed Constructions for Claims 1-8 of the '172 Patent

| **(4) "storing"** | [1e], [5e] | The act of persistently storing or saving, such as to a computer disk drive, for example as a file.[6] | |
| --- | --- | --- | --- |
| **(5) "in response to selection of a first icon"** | [1e], [5e] | Referring to the acts of parsing, forming, and storing, they are performed in direct response to, and only if, the first icon was selected, which cannot happen until after the initial data file is retrieved and displayed.[7] | Contends that parsing is not "optional" and may be automatic; also contends that selection of the first icon does not have to happen *after* the initial data file is retrieved and displayed, in other words, it may happen before the initial data file is retrieved and displayed too. |
| **(6) "a group consisting of [members]"** | [4], [8] | One member of the group is required. | All members of the group are required; has also suggested, but not clarified, that there is an "automation" limitation.[8] |

---

[5] *See, e.g.*, Exhibit 2 ('172 patent), at 7:15-21; see also 6:41-7:15 (describing Figure 3), 8:22-28 (describing Figure 5B), and 10:1-17 (describing Figure 8A, steps 802 and 804), Exhibit 3 ('172 patent prosecution history), at G 260.
[6] *Id.*
[7] *See* Exhibit 2, at 6:41-7:15, describing Figure 3, 7:15-21, 10:1-17, describing Figure 8A, steps 802 and 804; Exhibit 3, at G 125, G 208, G 213, and G 260-61.
[8] NetJumper's Opposition to Google's Motion for Summary Judgment (Document No. 54), at 36 and its attached Exhibit 2 (Galler Declaration), at 30-31.