EXHIBIT 3
PART 3 OF 3

Dockets.Justia.com

**APPENDIX A**

G 000265

CNN Interactive

APPENDIX A

http://cnn.com/index.html



# 60 dead, hundreds injured in high-speed German train crash

At least 60 people were reported to have been killed and 200 others injured when a high-speed InterCity Express (ICE) passenger train struck a car that had crashed onto the tracks near the northern town of Celle Wednesday morning, officials at the scene said. ◼◣

(FULL STORY)

June 3, 1998 -- Updated 10:49 a.m. EDT (1449 GMT)

Gray Davis wins California Democratic gubernatorial primary

Lewinsky hires new lawyers

Police say Hartman's wife told friends about shooting ◼◣

Deadly storms return to East

Shuttle TV antenna knocked out ◼◣
Live: NASA-TV ◼◣

G 000266

<u>**APPENDIX: A**</u>

**CNN-MAIN PAGE**

```
1    <html>
2    <head>
3    <title>CNN Interactive</title>
4    <script language="Javascript" src="/virtual/1998/code/cnn.js">
5    </script>
6    <link rel="stylesheet" href="/virtual/1998/code/cnn.css" type="text/css">
7    </head>
8    <body bgcolor="white" link="#3333cc" vlink="#777777"
9    onload="if(parent.frames.length!=0)top.location='http://cnn.com';">
10   <a name="top"></a>
11   <table width=600 cellpadding="0" cellspacing="0" border="0">
12   <tr><td colspan="3"><table border="0" width="600" cellspacing="0"
13   cellpadding="0"><tr><td width="120"><A
14   HREF="/event.ng/Type=click&RunID=11075&ProfileID=469&AdID=5902&GroupID=1&
15   FamilyID=328&TagValues=434.435.586.598.606.629.644.645&Redirect=http:%2F%2Fallp
16   olitics.com" target="_top"><img src="/ads/advertiser/cnn/9805/promos/tempolitics120.gif"
17   border=1 height=60 width=120 alt="What's new in Politics today?"></a></td><td
18   width="8" align=right><a href="/ads/e.market/"><img
19   src="/images/1998/05/homepage/ad.info.gif" width=7 height=62 border=0 alt="ad
20   info"></a></td><td width="468"><A
21   HREF="/event.ng/Type=click&RunID=11294&ProfileID=34&AdID=6188&GroupID=15&
22   FamilyID=849&TagValues=249.434.435.586.594.598.606.629&Redirect=http:%2F%2Fww
23   w.pagenet.com%2F" target="_top"><img src="/ads/advertiser/pagenet/9805/pn.slide.99.gif"
24   border=1 height=60 width=468 alt=""></a></td></tr></table><hr noshade width="600"
25   size="1" align="LEFT">
26   </td></tr><tr valign=top><td width="125">
27   <a href="/index.html"><img src="/images/1998/05/homepage/cnnin.logo.gif" alt="CNNin"
28   width="125" height="76" border="0" hspace="0" vspace="0"></a><br>

29   <!--TOP-LEVEL NAVIGATION-->
30   <table border="0" width="125" cellspacing="0" cellpadding="2" bgcolor="#CCCCFF">
31   <tr>
32   <td bgcolor="#333399"><img src="/images/1998/05/homepage/icon.arrow.left.gif"
33   width="15" height="15" align="RIGHT"><b><font face="Helvetica, Arial,sans-serif"
34   size="1"> <a href="/index.html"><font color="#FFFFFF">MAIN
35   PAGE</font></a></font></b></td>
36   </tr>
37   <tr>
38   <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
39   href="/WORLD/"><font color="#000000">WORLD</font></a></font></b></td>
40   </tr>
41   <tr>
42   <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a href="/US/"><font
```

-2-

G 000267

```
43    color="#000000">U.S.</font></a></font></b></td>
44    </tr>
45    <tr>
46    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
47    href="/LOCAL/"><font color="#000000">U.S. LOCAL</font></a></font></b></td>
48    </tr>
49    <tr>
50    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
51    href="/allpolitics/"><font color="#000000">POLITICS</font></a></font></b></td>
52    </tr>
53    <tr>
54    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
55    href="/WEATHER/"><font color="#000000">WEATHER</font></a></font></b></td>
56    </tr>
57    <tr>
58    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
59    href="/cnnfn/"><font color="#000000">BUSINESS</font></a></font></b></td>
60    </tr>
61    <tr>
62    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
63    href="/cnnsi/"><font color="#000000">SPORTS</font></a></font></b></td>
64    </tr>
65    <tr>
66    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
67    href="/TECH/"><font color="#000000">SCI-TECH</font></a></font></b></td>
68    </tr>
69    <tr>
70    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
71    href="/SHOWBIZ/"><font
72    color="#000000">ENTERTAINMENT</font></a></font></b></td>
73    </tr>
74    <tr>
75    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
76    href="/TRAVEL/"><font color="#000000">TRAVEL</font></a></font></b></td>
77    </tr>
78    <tr>
79    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
80    href="/HEALTH/"><font color="#000000">HEALTH</font></a></font></b></td>
81    </tr>
82    <tr>
83    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
84    href="/STYLE/"><font color="#000000">STYLE</font></a></font></b></td>
85    </tr>
86    <tr>
87    <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
88    href="/SPECIALS/"><font color="#000000">IN-DEPTH</font></a></font></b></td>
```

-3-

G 000268

```
89    </tr>
90    <tr>
91    <td><hr size=1 noshade></td>
92    </tr>
93    <tr>
94     <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
95    href="http://cnn.com/CustomNews/"><font color="#000000">custom
96    news</font></a></font></td>
97    </tr>
98    <tr>
99     <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
100   href="/QUICKNEWS/"><font color="#000000">news summary</font></a></font></td>
101   </tr>
102   <tr>
103    <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
104   href="/almanac/daily/"><font color="#000000">daily almanac</font></a></font></td>
105   </tr>
106   <tr>
107    <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
108   href="/TRANSCRIPTS/"><font color="#000000">on-air
109   transcripts</font></a></font><br><br></td>
110   </tr>
111   </table>

112   <!--/TOP-LEVEL NAVIGATION -->
```

G 000269

**APPENDIX B**

G 000270

CNN - Weather

APPENDIX:   B

http://cnn.com/WEATHER/





## weather

mainpage





**FOUR-DAY FORECASTS FOR**
**6,100 CITIES WORLDWIDE**

### u.s. cities



### world cities



## Deadly storms return to East

Rescue crews went house to house searching for victims Wednesday after powerful storms and possibly tornadoes slammed into the East Coast for the second time this week. At least two people were killed in Pennsylvania. There also was extensive damage in Maryland.

(FULL STORY)

**ALLERGY REPORT**

## Carolinas stormy; Texas gets heat wave

Thunderstorms were lining up over the Carolinas and into the muggy Tennessee Valley early Wednesday as the southern Plains got ready for more blistering heat. Stormy weather was shaping up across the Pacific Northwest.

(FULL STORY)

**SPECIALS**

**STAY INFORMED DURING**
**WEATHER EMERGENCIES**

## Tornado victims get help

## APPENDIX: B

### CNN WEATHER

```
1   <HTML>
2   <HEAD>
3   <TITLE>CNN - Weather</TITLE>
4   <LINK REL="stylesheet" HREF="/virtual/1998/code/cnn.css" TYPE="text/css">
5   <SCRIPT LANGUAGE="javascript" SRC="/virtual/weather/vector.js">
6   </SCRIPT>
7   </HEAD>
8   <BODY BGCOLOR="WHITE" TEXT="#000000" LINK="#3333CC"
9   VLINK="#666666">
10  <a name="top"></a>
11  <table width=600 cellpadding="0" cellspacing="0" border="0">
12  <tr valign="top"><td colspan="3">
13  <table border="0" width="600" cellspacing="0" cellpadding="0"><tr valign="TOP"><td
14  width="120"><A
15  HREF="/event.ng/Type=click&RunID=11075&ProfileID=469&AdID=5904&GroupID=1&
16  FamilyID=328&TagValues=434.435.586.606.629.644.645&Redirect=http:%2F%2Fcnn
17  .com%2FSHOWBIZ" target="_top"><img
18  src="/ads/advertiser/cnn/9805/promos/tempshowbiz120.gif" border=1 height=60 width=120
19  alt="What's new in Showbiz today?"></a></td><td width="8" align=right><a
20  href="/ads/e.market/"><img src="/images/1998/05/homepage/ad.info.gif" width=7
21  height=62 border=0 alt="ad info"></a></td><td width="468"><A
22  HREF="/event.ng/Type=click&RunID=9909&ProfileID=48&AdID=5942&GroupID=24&F
23  amilyID=328&TagValues=307.434.435.586.594.598.606.629&Redirect=http:%2F%2Fwww
24  .roughcut.com" target="_top"><img src="/ads/advertiser/cnn/9805/rcgodzilla468.gif"
25  border=1 height=60 width=468 alt="TNT Rough Cut and Propecia present the summer
26  movie monster mash"></a></td></tr></table>
27  <hr noshade width="600" size="1" align="LEFT">
28  </td></tr><tr valign=top><td width="125">
29  <a href="/index.html"><img src="/images/1998/05/homepage/cnnin.logo.gif" alt="CNNin"
30  width="125" height="76" border=0 hspace="0" vspace="0"></a><br>

31  <!--TOP-LEVEL NAVIGATION-->
32  <table border="0" width="125" cellspacing="0" cellpadding="2" bgcolor="#CCCCFF">
33  <tr>
34   <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
35  href="/index.html"><font color="#000000">MAIN PAGE</font></a></font></b></td>
36  </tr>
37  <tr>
38   <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
39  href="/WORLD/"><font color="#000000">WORLD</font></a></font></b></td>
40  </tr>
41  <tr>
```

-2-

G 000272

```
42      <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a href="/US/"><font
43   color="#000000">U.S.</font></a></font></b></td>
44      </tr>
45      <tr>
46      <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
47   href="/LOCAL/"><font color="#000000">U.S. LOCAL</font></a></font></b></td>
48      </tr>
49      <tr>
50      <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
51   href="/allpolitics/"><font color="#000000">POLITICS</font></a></font></b></td>
52      </tr>
53      <tr>
54      <td bgcolor="#333399"><img src="/images/1998/05/homepage/icon.arrow.down.gif"
55   width="15" height="15" align="RIGHT"><b><font face="Helvetica, Arial,sans-serif"
56   size="1"> <a href="/WEATHER/"><font
57   color="#FFFFFF">WEATHER</font></a></font></b></td>
58      </tr>
59      <tr>
60      <td bgcolor="#9999FF"><b><font face="Helvetica, Arial,sans-serif" size="1"> 
61    <a href="/WEATHER/images.html"><font color="#000000">weather
62   maps</font></a></font></b></td>
63      </tr>
64      <tr>
65      <td bgcolor="#9999FF"><b><font face="Helvetica, Arial,sans-serif" size="1"> 
66    <a href="/WEATHER/storm.center/"><font color="#000000">storm
67   center</font></a></font></b></td>
68      </tr>
69      <tr>
70      <td bgcolor="#9999FF"><b><font face="Helvetica, Arial,sans-serif" size="1"> 
71    <a href="/WEATHER/allergy/"><font color="#000000">allergy
72   report</font></a></font></b></td>
73      </tr>
74      <tr>
75      <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
76   href="/cnnfn/"><font color="#000000">BUSINESS</font></a></font></b></td>
77      </tr>
78      <tr>
79      <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
80   href="/cnnsi/"><font color="#000000">SPORTS</font></a></font></b></td>
81      </tr>
82      <tr>
83      <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
84   href="/TECH/"><font color="#000000">SCI-TECH</font></a></font></b></td>
85      </tr>
86      <tr>
87      <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
```

-3-

G 000273

```
 88  href="/SHOWBIZ/"><font
 89  color="#000000">ENTERTAINMENT</font></a></font></b></td>
 90  </tr>
 91  <tr>
 92   <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
 93  href="/TRAVEL/"><font color="#000000">TRAVEL</font></a></font></b></td>
 94  </tr>
 95  <tr>
 96   <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
 97  href="/HEALTH/"><font color="#000000">HEALTH</font></a></font></b></td>
 98  </tr>
 99  <tr>
100   <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
101  href="/STYLE/"><font color="#000000">STYLE</font></a></font></b></td>
102  </tr>
103  <tr>
104   <td><b><font face="Helvetica, Arial,sans-serif" size="1"> <a
105  href="/SPECIALS/"><font color="#000000">IN-DEPTH</font></a></font></b></td>
106  </tr>
107  <tr>
108       <td><hr size=1 noshade></td>
109  </tr>
110  <tr>
111   <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
112  href="http://cnn.com/CustomNews/"><font color="#000000">custom
113  news</font></a></font></td>
114  </tr>
115  <tr>
116   <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
117  href="/QUICKNEWS/"><font color="#000000">news summary</font></a></font></td>
118  </tr>
119  <tr>
120   <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
121  href="/almanac/daily/"><font color="#000000">daily almanac</font></a></font></td>
122  </tr>
123  <tr>
124   <td><font face="Helvetica, Arial,sans-serif" size="1"> <a
125  href="/TRANSCRIPTS/"><font color="#000000">on-air
126  transcripts</font></a></font><br><br></td>
127  </tr>
128  </table>

129  <!--/TOP-LEVEL NAVIGATION -->
```

::ODMA\PCDOCS\SQL1\21\8512\10

G 000274

**APPENDIX C**

G 000275

AltaVista: Simple Query computer graphics    http://www.altavista.digite....om/c...&q=computer+graphics&search=Search

APPENDIX    C



**AltaVista** A DIGITAL Internet Service    Search  Zones  Services  Help  Feedback

About **53,754,289** matches were found.

**Real Name$^{SM}$ Address - computer graphics**
Subscribe your company, brands and trademarks to theReal Name System.

**1. TU Vienna - Computer Graphics - Algorithms and Programming Methodology**
[URL: eiunix.tuwien.ac.at/]
TU Vienna > Computer Graphics. Abteilung für Algorithmen und Programmiermethodik (Prof. Barth) (Algorithms and Programming Methodology Group)..
Last modified 12-Mar-98 - page size 8K - in English [ Translate ]

**2. hitmel galleries for 3d computer graphics!**
[URL: www.aarrgghh.com/]
studio and gallery of 3d computer artist Dave Hill
Last modified 14-Feb-98 - page size 4K - in English [ Translate ]

**3. Okino Computer Graphics**
[URL: www.okino.com/]
Okino Computer Graphics develops and markets a broad range of 3d rendering, visualization, 3d data translation/conversion and toolkit software: the NuGraf
Last modified 25-Aug-97 - page size 1K - in English [Translate]

**4. Computer Graphics at Stanford University**
[URL: www-graphics.stanford.edu/]
Welcome to the World Wide Web server of the Stanford Computer Graphics Laboratory. The URL of this page is http://graphics.stanford.edu. **** Workshop on..
Last modified 30-Mar-98 - page size 3K - in English [ Translate ]

**5. Paradigm Productions - 3D Computer Graphics, Animation & Design**
[URL: www.2dimes.com/]
3D Computer Graphics * Animation * Design. Paradigm Productions. P.O. Box 770188. Memphis, Tennessee 38177-0188. 901-685-7703. http://www.2dimes.ccm....
Last modified 30-Dec-97 - page size 3K - in English [Translate ]

**6. University of Otago, NZ, Computer Graphics Laboratory**
[URL: atlas.otago.ac.nz:800/graphics/haydenresearch.html]
This research project investigates ways of visualising the spatial relationships of spectral data. The spectral data is sampled from the sub-surface of...
Last modified 17-Jul-97 - page size 1K - in English [ Translate]

**7. Computer Graphics and Interactive Media Page**
[URL: community.bellcore.com/]

**Amazon.com suggests**
Books of the Day
Titles about computer gra...

**Zones**
Entertainment
Finance
Health
Travel

**Services**
Free Email
Translation

**International**
Our Search Network
Search in Chinese
Search in Japanese
Search in Korean

Netscape

G 000276

AltaVista: Simple Query computer graphics                    http://www.altavista.digita'-om/c...&q=computer+graphics&search=Search

APPENDIX: C

Computer Graphics and Interactive Media Home Page. Welcome to the
Computer Graphics and Interactive Media Page. We are a research
group in Bellcore's...
Last modified 12-Mar-98 - page size 783 bytes - in English [Translate ]

**8. 3D Animation Grafik Computer Graphics Web-Design Layout
Film Video HTML Multim**
[URL: www.cmr-sc.com/]
Computergrafic Meinhard Ritter und SCARABAEUS COMPUTER
GRAFIK André Dokmanov. Professionelle 2D/3D-Konstruktionen und
Animationen für Film und Video...
Last modified 20-Feb-98 - page size 6K

**9. UCD Computer Graphics Lab Home Page**
[URL: muldoon.cipic.ucdavis.edu/]
UC Davis Visualization and Computer Graphics. People. Research.
Publications. Notes. Gallery. Courses. Facilities. Join Us.
Source Code....
Last modified 14-Mar-98 - page size 3K - In English [ Translate ]

**10. 6.837--Computer Graphics SGI locations**
[URL: graphics.lcs.mit.edu/6.837/f96/sgis.html]
Current public SGI machines: 1-142 10 SGI's. 2-225 13 SGI's. 11-113 3
SGI's. 11-116 3 SGI's. 37-312 4 SGI's. 66-080 10 SGI's. W20-575 25
SGI's. Rotch...
Last modified 9-Sep-96 - page size 1K - in English [Translate ]

Pages: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 [>>]

word count: computer: 24067421; graphics: 38023009

d|i|g|i|t|a|l

G 000277

APPENDIX: C

ALTA VISTA
Page 1 of ......

1    &lt;html&gt;&lt;head&gt;
2    &lt;title&gt;AltaVista: Simple Query computer graphics&lt;/title&gt;
3    &lt;/head&gt;&lt;body bgcolor=#ffffff text=#000000 link=#000099 vlink=#663366 alink=#ff0000&gt;
4    &lt;MAP NAME="hdr"&gt;
5    &lt;AREA SHAPE=RECT COORDS="378,33,420,51" HREF="/" ALT=Home&gt;
6    &lt;AREA SHAPE=RECT COORDS="424,33,456,52" HREF="/av/content/zones.html"
7    ALT=Zones&gt;

159   &lt;b&gt;10. &lt;/b&gt;&lt;a href="http://graphics.lcs.mit.edu/6.837/f96/sgis.html"&gt;&lt;b&gt;6.837--**Computer**
160   **Graphics SGI locations**&lt;/b&gt;&lt;/a&gt;&lt;br&gt;
161   &lt;font face=arial size=-2&gt;[&lt;b&gt;URL:&lt;/b&gt;
162   graphics.lcs.mit.edu/6.837/f96/sgis.html]&lt;/font&gt;&lt;br&gt;
163   Current public SGI machines: 1-142 10 SGI's. 2-225 13 SGI's. 11-113 3 SGI's. 11-116 3
164   SGI's. 37-312 4 SGI's. 66-080 10 SGI's. W20-575 25 SGI's. Rotch...&lt;br&gt;&lt;font face=arial
165   size=-2&gt;Last modified 9-Sep-96 - page size 1K - in English [ &lt;a
166   href="http://babelfish.altavista.digital.com/cgi-bin/translate?urltext=http%3a%2f%2fgraphic
167   s%2clcs%2cmit%2eedu%2f6%2e837%2ff96%2fsgis%2ehtml&language=en"&gt;Translate&lt;/a&gt;
168   ]&lt;/font&gt;&lt;P&gt;
169   &lt;/font&gt;&lt;font face=arial size=-1&gt;Pages: &lt;b&gt;1&lt;/b&gt; &lt;a
170   href="/cgi-bin/query?pg=q&q=computer+graphics&stq=10&c9k"&gt;2&lt;/a&gt;
171    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=20&c9k"&gt;3&lt;/a&gt;
172    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=30&c9k"&gt;4&lt;/a&gt;
173    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=40&c9k"&gt;5&lt;/a&gt;
174    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=50&c9k"&gt;6&lt;/a&gt;
175    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=60&c9k"&gt;7&lt;/a&gt;
176    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=70&c9k"&gt;8&lt;/a&gt;
177    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=80&c9k"&gt;9&lt;/a&gt;
178    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=90&c9k"&gt;10&lt;/a&gt;
179    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=100&c9k"&gt;11&lt;/a&gt;
180    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=110&c9k"&gt;12&lt;/a&gt;
181    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=120&c9k"&gt;13&lt;/a&gt;
182    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=130&c9k"&gt;14&lt;/a&gt;
183    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=140&c9k"&gt;15&lt;/a&gt;
184    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=150&c9k"&gt;16&lt;/a&gt;
185    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=160&c9k"&gt;17&lt;/a&gt;
186    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=170&c9k"&gt;18&lt;/a&gt;
187    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=180&c9k"&gt;19&lt;/a&gt;
188    &lt;a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=190&c9k"&gt;20&lt;/a&gt;
      &lt;a

::ODMA\PCDOCS\SQL1\218512\10

G 000278

**APPENDIX D**

G 000279

AltaVista: Simple Query computer graphics  http://www.altavista.digital.com/c...g=q&q=computer+graphics&stq=80&c9k

APPENDIX:  D



About 44,652,431 matches were found.

**81. F.V.C.C. - Printing, Copying, Graphics, Computer Services**
[URL: www.fv-chamber.com/biz/printgraph.html]
Printing, Copying, Graphics, Computer Services. Kinko's Bob Bowie &
Kirk Hoover 18709 Brookhurst Street Fountain Valley, CA 92708 Phone:
(714)...
Last modified 4-Dec-97 - page size 1K - in English [Translate ]

**82. Computer Graphics**
[URL: the-duke.duq-duke.duq.edu/notes/week_7/COMPAN_G.htm]
Computer Graphics & Animation. Computer animation is the use of
computers to creat e animations. There are a few different ways to
make computer...
Last modified 18-Aug-96 - page size 3K - in English [Translate]

**83. Techimage - 3D Computer Graphics**
[URL: www.techimage.co.uk/noframes/houdini/L1_14.html]
Expandable Foundation: Future specialised tools will fit into the Houdini
foundation seamlessly. Techimage Ltd., 25 Lodersfield, Lechlade,...
Last modified 10-Apr-97 - page size 1K - in English [Translate ]

**84. CS 790a -- Computer Graphics -- Class 26**
[URL: www.cs.unr.edu/~frech/class/790a/class/class26.html]
CS 790a -- Computer Graphics -- Class 26. Question-Answer session.
Senior Project Presentation. Mr. Bull. Last Modified: 2/14/97
fredh@cs.unr.edu
Last modified 21-Mar-97 - page size 369 bytes - in English [Translate ]

**85. TIME INK - Computer Graphics Home Page**
[URL: timeink.com/default.html]
Viewing this page requires a browser capable of displaying frames.
Last modified 8-Dec-97 - page size 435 bytes - in English [ Translate]

**86. SFTW301 - Computer Graphics**
[URL: www.umac.mo/fst/sftw301.html]
SFTW301 - Computer Graphics. Conceptual model for the interactive
computer graphics programmer. Coordinate systems. Graphical input
and output...
Last modified 24-Sep-97 - page size 600 bytes - in English [ Translated

**87. ARC 104. INTRODUCTION TO COMPUTER GRAPHICS**
[URL: www2.sunydutchess.edu/Credit/Courses/ARC104.html]
ARCHITECTURAL TECHNOLOGY. NOTE: The College reserves the
right to retain certain selected works of students enrolled in its
architectural design courses...
Last modified 4-Nov-97 - page size 1K - in English [Translate ]

**88. Computer Graphics FAQ's**

**Amazon.com suggests**
Books of the Day
Titles about computer gra...

**Zones**
Entertainment
Finance
Health
Travel

**Services**
Free Email
Translation

**International**
Our Search Network
Search in Chinese
Search in Japanese
Search in Korean



G 000280

AltaVista: Simple Query computer graphics        http://www.altavista.digital.com/c...g=q&q=computer+graphics&stq=80&c9k

APPENDIX:  L

[URL: www.bergen.org/AAS`/ComputerAnimation/He..._Raytrace2.html]
Raytracing FAQ - Part 2. This is part 2 of the
comp.graphics.rendering.raytra ing Frequently Asked Questions list. The
latest version of the FAQ is...
Last modified 9-Dec-96 - page size 48K - in English [Translate]

**89. Bibliography on computer graphics and vision**
[URL: wheat.uwaterloo.ca/bibliography/Graphics/Contrib.html]
Bibliography on computer graphics and vision. This bibliography is a part
of the Computer Science Bibliography Collection.
Last modified 31-Mar-98 - page size 6K - in English [ Translate ]

**90. CSE328 FUNDAMENTALS OF COMPUTER GRAPHICS**
[URL: www.cs.sunysb.edu/~theo/328/course.html]
CSE328: FUNDAMENTALS OF COMPUTER GRAPHICS. Monday,
Friday 12:40-2:00pm Room Life Sciences 030 (it may change soon)
Instructor: T. Pavlidis,...
Last modified 31-Mar-98 - page size 5K - in English [ Translate ]

Pages: [<<] 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20

word count: computer: 24087421; graphics: 38023009

G 000281

**APPENDIX: D**

ALTA VISTA
Page 9 of........

| | |
|---|---|
| 1 | <html><head> |
| 2 | <title>AltaVista: Simple Query computer graphics</title> |
| 3 | </head><body bgcolor=#ffffff text=#000000 link=#000099 vlink=#663366 alink=#ff0000> |
| 4 | <MAP NAME="hdr"> |
| 5 | <AREA SHAPE=RECT COORDS="378,33,420,51" HREF="/" ALT=Home> |
| 6 | <AREA SHAPE=RECT COORDS="424,33,456,52" HREF="/av/content/zones.html" |
| 7 | ALT=Zones> |
| 8 | <AREA SHAPE=RECT COORDS="462,33,507,52" HREF="/av/content/services.html" |

| | |
|---|---|
| 174 | CSE328: FUNDAMENTALS OF COMPUTER GRAPHICS. Monday, Friday |
| 175 | 12:40-2:00pm Room Life Sciences 030 (it may change soon) Instructor: T. |
| 176 | Pavlidis,...<br><font face=arial size=-2>Last modified 31-Mar-98 - page size 5K - in |
| 177 | English [ <a |
| 178 | href="http://babelfish.altavista.digital.com/cgi-bin/translate?urltext=http%3a%2f%2fwww% |
| 179 | 2ecs%2esunysb%2eedu%2f%7etheo%2f328%2fcourse%2ehtml&language=en">Translate</ |
| 180 | a> ]</font><P> |
| 181 | </font><font face=arial size=-1>Pages: <a |
| 182 | href="/cgi-bin/query?pg=q&q=computer+graphics&stq=70&c9k">[<b>&lt;&lt;</b>]</a> |
| 183 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=0&c9k">1</a>** |
| 184 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=10&c9k">2</a>** |
| 185 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=20&c9k">3</a>** |
| 186 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=30&c9k">4</a>** |
| 187 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=40&c9k">5</a>** |
| 188 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=50&c9k">6</a>** |
| 189 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=60&c9k">7</a>** |
| 190 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=70&c9k">8</a>** |
| 191 | **<b>9</b> <a** |
| 192 | **href="/cgi-bin/query?pg=q&q=computer+graphics&stq=90&c9k">10</a>** |
| 193 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=100&c9k">11</a>** |
| 194 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=110&c9k">12</a>** |
| 195 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=120&c9k">13</a>** |
| 196 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=130&c9k">14</a>** |
| 197 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=140&c9k">15</a>** |
| 198 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=150&c9k">16</a>** |
| 199 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=160&c9k">17</a>** |
| 200 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=170&c9k">18</a>** |
| 201 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=180&c9k">19</a>** |
| 202 | **<a href="/cgi-bin/query?pg=q&q=computer+graphics&stq=190&c9k">20</a>** |
| | **<a** |

-3-

G 000282

G 02772

PTO/SB/21 (12-97)

Please type a plus sign (+) inside ...s box: [+]

Approved for u... through 9/30/00. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

(to be used for all correspondence after initial filing)

| | |
|---|---|
| Application Number | 08/727,085 |
| Filing Date | October 8, 1996 |
| First Named Inventor | Gilbert Borman |
| Group Art Unit | 2772 |
| Examiner Name | S. Hong |
| Attorney Docket Number | 18041.701 |

Total Number of Pages in This Submission  ~~22~~ 36

## ENCLOSURES

| | | |
|---|---|---|
| [x] | Fee Transmittal Form | |
| | [x] Fees Attached | |
| [x] | Amendment/Response | |
| | [ ] After Final | |
| | [ ] Affidavits/declarations | |
| [x] | Extension of Time Request | |
| | [ ] Express Abandonment Request | |
| | [ ] Information Disclosure Statement | |
| | [ ] Certified Copy of Priority Document(s) | |
| | [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53 | |

| | |
|---|---|
| Assignment Papers (for an Application) | |
| Drawing(s) | |
| Licensing-related Papers | |
| Petition Routing Slip (PTO/SB/69) and Accompanying Petition | |
| To Convert a Provisional Application | |
| Power of Attorney, Revocation, Change of Corresp. Address | |
| Terminal Disclaimer | |
| Small Entity Statement | |
| Request for Refund | |
| After Allowance Communication to Group | |
| Appeal Communication to Board of Appeals and Interferences | |
| Appeal Communication to Group (Appeal Notice, Brief, Reply Brief) | |
| Proprietary Information | |
| Status Letter | |
| Additional Enclosure(s) (please identify below): | |
| Remarks | Appendices A-D |

RECEIVED
JUN 11 AM 10: 11
GROUP 2100

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual Name | WILSON SONSINI GOODRICH & ROSATI | |
|---|---|---|
| Signature | | Reg. No. 36,754 |
| Date | June 4, 1998 | |

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date:

| Typed or printed name | Donna L. Hangst | | |
|---|---|---|---|
| Signature | Donna L. Hangst | Date | June 4, 1998 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

G 000283

PTO/SB/17 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL

Note: Effective October 1, 1997, and 1998
Patent fees are subject to annual revision.

OTAL AMOUNT OF PAYMENT ($) 55.00

| Complete if Known | |
|---|---|
| Application Number | 08/727,085 |
| Filing Date | October 8, 1996 |
| First Named Inventor | Gilbert Borman |
| Group Art Unit | 2772 |
| Examiner Name | S. Hong |
| ttorney Docket Number | 18041.701 |

## METHOD OF PAYMENT (check one)

eposit
ccount
umber    23-2415 ( Docket No. 18041.701)

eposit
ccount
ame    Wilson Sonsini Goodrich & Rosati

[X] Charge Any Additional Fee Required under 37 CFR 1.16 and 1.17    [ ] Charge the Issue Fee Set in 37 CFR 1.18 at the Mailing of the Notice of Allowance

[ ] Payment Enclosed:
[ ] Check    [ ] Money Order    [ ] Other

## FEE CALCULATION

### 1. FILING FEE

| Large Fee Code | Entity Fee ($) | Small Fee Code | Entity Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 790 | 201 | 395 | Utility filing fee | |
| 106 | 330 | 206 | 165 | Design filing fee | |
| 107 | 540 | 207 | 270 | Plant filing fee | |
| 108 | 790 | 208 | 395 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional filing fee | |

SUBTOTAL (1) ($)

### 2. CLAIMS

| | | Extra | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|---|
| Total Claims | | - 20 = | X | | = | |
| Independent Claims | | - 3 = | X | | = | |
| Multiple Dependent Claims | | | X | | = | |

| Large Fee Code | Entity Fee ($) | Small Fee Code | Entity Fee ($) | Fee Description | |
|---|---|---|---|---|---|
| 103 | 22 | 203 | 11 | Claims in excess of 20 | |
| 102 | 82 | 202 | 41 | Independent claims in excess of 3 | |
| 104 | 270 | 204 | 135 | Multiple dependent claim | |
| 109 | 82 | 209 | 41 | Reissue independent claims over original patent | |
| 110 | 22 | 210 | 11 | Reissue claims in excess of 20 and over original patent | |

SUBTOTAL (2) ($)

## FEE CALCULATION (continued)

### ADDITIONAL FEES

| arge Fee Code | Entity Fee ($) | Small Fee Code | Entity Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | 55.00 |
| 116 | 400 | 216 | 200 | Extension for reply within second month | |
| 117 | 950 | 217 | 475 | Extension for reply within third month | |
| 118 | 1,510 | 218 | 755 | Extension for reply within fourth month | |
| 128 | 2,060 | 228 | 1,030 | Extension for reply within fifth month | |
| 119 | 310 | 219 | 155 | Notice of Appeal | |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | |
| 121 | 270 | 221 | 135 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,320 | 241 | 660 | Petition to revive - unintentional | |
| 142 | 1,320 | 242 | 660 | Utility issue fee (or reissue) | |
| 143 | 450 | 243 | 225 | Design issue fee | |
| 144 | 670 | 244 | 335 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 790 | 246 | 395 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 149 | 790 | 249 | 395 | For each additional invention to be examined (37 CFR 1.129(b)) | |
| | | | | Other fee (specify) | |
| | | | | Other fee (specify) | |

* Reduced by Basic Filing Fee Paid    SUBTOTAL (3) ($)    55.00

## SUBMITTED BY

| Typed or Printed Name | Charles C. Cary | | Complete (if applicable) | |
|---|---|---|---|---|
| | | Reg. Number | 38,754 | |
| Signature | | Date | 6/4/98 | Deposit Account User ID | 23-2415 (Docket No. 18041.701) |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

DRH:\ODMA\PCDOCS\SQL1\236319\1

G 000284

8/727,085

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademarks Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/721,085 | 10/03/96 | BURMAN | 16041.701 |

CHARLES C. CARY
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

LM4170831

| EXAMINER |
|---|
| HONG, S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2776 | 7 |

08/31/98

DATE MAILED

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to *Amendment filed 6/8/98*

2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☒ The allowed claims are *1, 4-7, 10-13, 16-18 and 21-26*

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. §119. The certified copy has (☐) been received (☐) not been received (☐) been filed in parent patent application Serial No. _____ filed on _____.

6. ☐ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.

   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include, in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
- Examiner's Amendment
- Examiner Interview Summary Record, PTOL-413
- Notice of Allowance, PTO-37
- Notice of References Cited, PTO-892
- Information Disclosure Citation, PTO-1449

- Notice of Informal Application, PTO-152
- Notice re Patent Drawings, PTO-948
- Listing of Bonded Draftsmen
- Other:

*Stephen Hong*

STEPHEN S. HONG
PATENT EXAMINER

PTO-37 (REV 4-89) ☆

USCOMM-DC 89-3789

G 000265

Application/Control Number: 08/727,085                                        Page 2

Art Unit: 2776

## REASONS FOR ALLOWANCE

1.     The following is an examiner's statement of reasons for allowance:

As per independent claims 1, 7, 13, 18, 23 and 25, the claimed feature of "displaying a

first and second icon separate from the search window on said display screen...[and] parsing the

location identifiers from the initial data file to form an initial list of location identifiers together

with storing the initial list, responsive to a selection of the first icon (in claim 1, lines 8-15;

substantially similar in the others)", in conjunction with the other claimed limitations, is not

shown and would not have been obvious to a person of ordinary skill in the art at the time of the

invention in view of the prior art of record.

As shown in the FIGURE 5A of the Applicant's invention, the first and second icons,

which initiate parsing of the searched list and retrieve the data from a location in the list, are

provided separate (item 300) from the browser window (item 400), which is not shown and not

suggested by the prior art of record.

Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."

Application/Control Number: 08/727,085                                              Page 3

Art Unit: 2776

2.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Steve Hong whose telephone number is (703) 308-5465. The examiner can normally be reached on Monday-Friday from 8:00 AM-5:30 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Heather Herndon, can be reached on (703) 305-9701.

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 305-3900.

**Any response to this action should be mailed to:**
Commissioner of Patents and Trademarks
Washington, D.C. 20231
**or faxed to:**
(703) 308-9051, (for formal communications intended for entry)
**Or:**
(703) 305-9724 (for informal or draft communications, please label "PROPOSED" or "DRAFT")

Hand-delivered responses should be brought to Crystal Park II, 2121 Crystal Drive, Arlington. VA., Sixth Floor (Receptionist).
For any written or facsimile communication submitted ON OR AFTER APRIL 26, 1998, this Examiner, who was assigned to Art Unit 2772, will be **assigned to Art Unit 2776**. Please include the new Art Unit in the caption or heading of any communication submitted after the APRIL 26, 1998 date. Your cooperation in this matter will assist in the timely processing of the submission and is appreciated by the Office.

Stephen Hong

Patent Examiner

August 26, 1998

G 000287

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

LM41/0831

CHARLES C CARY
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA 94304-1050

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/727,068 | 10/08/96 | 018 | HONG, S | 2776 | 08/31/98 |

| First Named Applicant | BORMAN, | GILBERT |
|---|---|---|

| TITLE OF INVENTION | METHOD AND APPARATUS FOR RETRIEVING DATA FROM A NETWORK USING LOCATION IDENTIFIERS (AS AMENDED) |
|---|---|

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3  18041.701 | 707-501.000 | I40 | UTILITY | YES | $660.00 | 11/30/98 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status; or

B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.

Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

**PATENT AND TRADEMARK OFFICE COPY**

PTOL-85 (REV. 10-96) Approved for use through 08/30/98. (0651-0033)

*U.S. GPO 1996-417-532/40290

A 000288

**PART B—ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with applic    fees, to:    Box ISSUE FEE
Assistant Commissioner for Patents,
Washington, D.C. 20231

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use

RECEIVED
Publishing Division
LM417-085/11

NOV 17 1998

11

CHARLES C CARY
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA 94304-1050

**Note:** The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Donna L. Hengst    (Depositor's name)

Donna L. Hengst    (Signature)

11/13/98    (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/727,085 | 10/08/96 | 018 | HONG, S    2776 | 08/31/98 |

First Named Applicant    BORMAN,    GILBERT

TITLE OF INVENTION    METHOD AND APPARATUS FOR RETRIEVING DATA FROM A NETWORK USING LOCATION IDENTIFIERS (AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3    18041.701 | 707-501.000 | I40 | UTILITY | YES | $660.00 | 11/30/98 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1    Wilson Sonsini
2    Goodrich Rosati
    Paul Davis
3    Charles C. Cary

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    TenRetni Dynamics, Inc.

(B) RESIDENCE: (CITY & STATE OR COUNTRY)    SouthField, MI

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ individual    ☑ corporation or other private group entity    ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☐ Issue Fee
☐ Advance Order - # of Copies

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER    23-2415
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☑ Issue Fee
☑ Advance Order - # of Copies    10

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)    (Date)    11/13/98

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

12/07/1998 MTHAI1    00000071 08727085

01 FC:1242    605.00 OP
02 FC:1561    30.00 OP

Refund Acct
12/07/1998 MTHAI1    0000069495

CHECK Refund Total:    $25.00

**TRANSMIT THIS FORM WITH FEES**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

G000288

RECEIVED
Publishing Division

NOV 1 7 1998

11

CERTIFICATE OF MAILING:  I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:  Assistant Commissioner for Patents, Washington, D.C. 20231, on: November 13, 1998.

*Donna L. Hengst*

Donna L. Hengst

**Patent**
**Attorney's Docket No. 18041.701**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of                              )
                                                  )        Examiner:  S. Hong
   Gilbert Borman et al.                          )
                                                  )
Serial No.: 08/727,085                            )        Group Art Unit: 2776
                                                  )
Filing Date: October 8, 1996                      )        Batch No.:  I40
                                                  )
For:    METHOD AND APPARATUS FOR                  )
        RETRIEVING DATA FROM A NETWORK            )
        USING LOCATION IDENTIFIERS                )
        (AS AMENDED)                              )

### TRANSMITTAL OF FORMAL DRAWINGS

Assistant Commissioner for Patents
Washington, D.C. 20231

**ATTN:  OFFICIAL DRAFTSMAN**

Sir:

        In response to the Notice of Allowance and Issue Fee Due date of August 31, 1998,

please substitute the enclosed 14 sheets of formal drawings for the informal drawings previously

filed with respect to the above-identified patent application.

                        Respectfully submitted,

                        WILSON, SONSINI, GOODRICH & ROSATI


                By:     _____

                        Charles C. Cary
                        Registration No. 36,764

650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
Date:  November 13, 1998

G 000290



FIG. 1

G 000291



FIG. 2

G 000292

APPROVED BY DRAFTSMAN | O.G. FIG.
CLASS | SUBCLASS



FIG. 3

| APPROVED | O.G. FIG. | |
|----------|-----------|--|
| BY | CLASS | SUBCLASS |
| DRAFTSMAN | | |

**400**

**402**    **412**    **414**    **404**



**406**

**410**

**408**

**(PRIOR ART)**
**FIG. 4**

G 000294



**FIG. 5A**

G 000295



**FIG. 5B**

G 000296





**FIG. 5C**





**FIG. 6**

G 000298





**(Prior Art)**
**FIG. 7**

G 000299



FIG. 8A

G 000300



**FIG. 8B**





**FIG. 8C**





(Prior Art)
FIG. 9A

LEVEL 1 >
LEVEL 2 >
LEVEL 3 >
LEVEL 4 >
LEVEL 5 >

G 000303





FIG. 9B

G 000304



PTO UTILITY GRANT

Paper Number

## The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to an statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extension.*

*Bruce Lehman*

Commissioner of Patents and Trademarks

Attest

The United States of America

Form PTO-1584 (Rev. 2/97)

(RIGHT INSIDE)

FPI-LOM

G 000305

08 727085

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO-1556
(5/87)

G 000306

Form PTO 1130
(REV 2/94)

## PACE DATA ENTRY CODING SHEET

### U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

1-2-13-18-23-25

| | 1ST EXAMINER | | DATE 12-05-96 |
|---|---|---|---|
| | 2ND EXAMINER | | DATE 4-9-97 |

| CONT STATUS CODE | | | |
|---|---|---|---|

| APPLICATION NUMBER | | |
|---|---|---|
| 08 727085 | | |

| TOTAL CLAIMS | INDEPENDENT CLAIMS | TYPE APPL | SMALL ENTITY? |
|---|---|---|---|
| 16 | 16 | A | A |

| FILING DATE | | | FILING FEE | FOREIGN LICENSE | SPECIAL HANDLING | GROUP ART UNIT | CLASS | SHEETS OF DRAWING |
|---|---|---|---|---|---|---|---|---|
| MONTH 10 | DAY 07 | YEAR 96 | 676 | A | A | 3106 | 364 | 17 |

| ATTORNEY DOCKET NUMBER |
|---|
| 1810411-701 |

### CONTINUITY DATA

| PARENT APPLICATION SERIAL NUMBER | | PCT APPLICATION SERIAL NUMBER | PARENT PATENT NUMBER | PARENT FILING DATE |
|---|---|---|---|---|
| | | P C T / | | MONTH DAY YEAR |

### PCT/FOREIGN APPLICATION DATA

| FOREIGN PRIORITY CLAIMED | COUNTRY CODE | PCT/FOREIGN APPLICATION SERIAL NUMBER | FOREIGN FILING DATE |
|---|---|---|---|
| | | | MONTH DAY YEAR |

G 000307

| PATENT APPLICATION FEE DETERMINATION RECORD | | Application or Docket Number |
|---|---|---|
| Effective October 1, 1996 | | 08/727085 |

## CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 385.00 | OR | | 770.00 |
| TOTAL CLAIMS | 26 minus 20 = | 6 | x$11= | 66 | OR | x$22= | 132 |
| INDEPENDENT CLAIMS | 6 minus 3 = | 3 | x40= | 120 | OR | x80= | 240 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| | | | TOTAL | | OR | TOTAL | 1142 |

\* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

| AMENDMENT A | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | \* | Minus \*\* | = | x$11= | | OR | x$22= | |
| Independent | \* | Minus \*\*\* | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT B | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | ADDI- | | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | \* | Minus \*\* | = | x$11= | | OR | x$22= | |
| Independent | \* | Minus \*\*\* | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT C | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | \* | Minus \*\* | = | x$11= | | OR | x$22= | |
| Independent | \* | Minus \*\*\* | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 10/96)          \*U.S. Government Printing Office: 1996 - 413-268/49191          Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

Staple Issue Slip Here

| POSITION | | ID NO. | DATE |
|---|---|---|---|
| CLASSIFIER | #4 | | 10-22-96 |
| EXAMINER | 491 | | 12-05-96 |
| TYPIST | | 351 | 4-10-97 |
| VERIFIER | | 277 | 4-11 |
| CORPS CORR. | | | |
| SPEC. HAND | | 333 | 4-9-97 |
| FILE MAINT. | | 854 | 12-5-96 |
| DRAFTING | | | |

## INDEX OF CLAIMS

| Final | Original | Date | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | | | | | |
| | 2 | | | | | | |
| | 3 | | | | | | |
| 2 | 4 | | | | | | |
| 3 | 5 | | | | | | |
| 4 | 6 | | | | | | |
| 5 | 7 | | | | | | |
| | 8 | | | | | | |
| | 9 | | | | | | |
| 6 | 10 | | | | | | |
| 7 | 11 | | | | | | |
| 8 | 12 | | | | | | |
| | 13 | | | | | | |
| | 14 | | | | | | |
| | 15 | | | | | | |
| 10 | 16 | | | | | | |
| 11 | 17 | | | | | | |
| 12 | 18 | | | | | | |
| | 19 | | | | | | |
| | 20 | | | | | | |
| 13 | 21 | | | | | | |
| 14 | 22 | | | | | | |
| 15 | 23 | | | | | | |
| 16 | 24 | | | | | | |
| 17 | 25 | | | | | | |
| 18 | 26 | | | | | | |
| | 27 | | | | | | |
| | 28 | | | | | | |
| | 29 | | | | | | |
| | 30 | | | | | | |
| | 31 | | | | | | |
| | 32 | | | | | | |
| | 33 | | | | | | |
| | 34 | | | | | | |
| | 35 | | | | | | |
| | 36 | | | | | | |
| | 37 | | | | | | |
| | 38 | | | | | | |
| | 39 | | | | | | |
| | 40 | | | | | | |
| | 41 | | | | | | |
| | 42 | | | | | | |
| | 43 | | | | | | |
| | 44 | | | | | | |
| | 45 | | | | | | |
| | 46 | | | | | | |
| | 47 | | | | | | |
| | 48 | | | | | | |
| | 49 | | | | | | |
| | 50 | | | | | | |

| Final | Original | Date | | | | | |
|---|---|---|---|---|---|---|---|
| | 51 | | | | | | |
| | 52 | | | | | | |
| | 53 | | | | | | |
| | 54 | | | | | | |
| | 55 | | | | | | |
| | 56 | | | | | | |
| | 57 | | | | | | |
| | 58 | | | | | | |
| | 59 | | | | | | |
| | 60 | | | | | | |
| | 61 | | | | | | |
| | 62 | | | | | | |
| | 63 | | | | | | |
| | 64 | | | | | | |
| | 65 | | | | | | |
| | 66 | | | | | | |
| | 67 | | | | | | |
| | 68 | | | | | | |
| | 69 | | | | | | |
| | 70 | | | | | | |
| | 71 | | | | | | |
| | 72 | | | | | | |
| | 73 | | | | | | |
| | 74 | | | | | | |
| | 75 | | | | | | |
| | 76 | | | | | | |
| | 77 | | | | | | |
| | 78 | | | | | | |
| | 79 | | | | | | |
| | 80 | | | | | | |
| | 81 | | | | | | |
| | 82 | | | | | | |
| | 83 | | | | | | |
| | 84 | | | | | | |
| | 85 | | | | | | |
| | 86 | | | | | | |
| | 87 | | | | | | |
| | 88 | | | | | | |
| | 89 | | | | | | |
| | 90 | | | | | | |
| | 91 | | | | | | |
| | 92 | | | | | | |
| | 93 | | | | | | |
| | 94 | | | | | | |
| | 95 | | | | | | |
| | 96 | | | | | | |
| | 97 | | | | | | |
| | 98 | | | | | | |
| | 99 | | | | | | |
| | 100 | | | | | | |

SYMBOLS

| | |
|---|---|
| ✓ | Rejected |
| = | Allowed |
| - (Through numeral) | Cancelled |
| + | Restricted |
| N | Non-elected |
| I | Interference |
| A | Appeal |
| O | Objected |

(LEFT INSIDE)

G 000309

## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 707 | 501<br>513<br>514<br>10<br>102<br>104 | 1/20/98 | SL1 |
| 345 | 329<br>333<br>335<br>338<br>339<br>340<br>346 | | |
| Update search | | 8/26/98 | SS1+ |

## SEARCH NOTES

| | Date | Exmr. |
|---|------|-------|
| Internet WWW search<br>— Search Notes attached | 2/24/98 | SSH |
| Update search | 8/26/98 | S1+ |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 707 | 501<br>513 | 8/26/98 | S1+ |
| 345 | 339 | | |

(RIGHT OUTSIDE)                 G 000310

CNN Interactive                                                    http://cnn.com/index.htm



**CNNSI** Want to know Nagano? Click here for the best coverage
February 20, 1998 -- Updated 11:57 a.m. EST (1657 GMT)

TEXT - ONLY HOME PAGE
FASTER EUROPEAN ACCESS

WORLD
U.S.
LOCAL
WEATHER
SPORTS
SCI-TECH
TRAVEL
STYLE
SHOWBIZ
BOOKS
HEALTH
EARTH
SPECIALS

CNNSI
allpolitics
CNNfn
EN ESPAÑOL

## Annan begins 'sacred' mission in Iraq



With a peaceful settlement of the weapons inspection crisis as his "sacred duty," U.N. Secretary-General Kofi Annan arrived in Baghdad at sundown on Friday on a last-minute mission that could decide whether the standoff will be solved by diplomacy or bombs.

**FULL STORY**

- Special: Standoff with Iraq



Sinn Fein expelled from peace talks

2 charged with making biological weapons

Lawyer: Reported Jordan-Lewinsky timeline wrong



Lipinski outduels Kwan for Olympic gold



ON CNN
CNN Programming Schedule

- Tune in to CNN
- Tune in to CNN International
- Headline News Weblinks
- Upcoming on IMPACT

That's like getting 142 free pizzas.    p a r t y

Advertising information for CNN Web sites

# T O P   S T O R I E S

02/20/98 12:03:59

G 000311

CNN Interactive                                                      http://cnn.com/index.htm









# TOP STORIES

## U. S.

- Wedding cake fetches $26,000 as Windsor auction begins
- Japanese-Americans observe National Day of Remembrance
- In other news. . .

## NAGANO OLYMPICS

- Czechs sting Canada in scintillating semifinal shootout, will face Russia in finals
- Italy's Compagnoni takes slalom gold
- Germany leads the 4-man bobsled heading to 2-run race for gold
- Jim Kelley: U.S. hockey: 1 win; 0 medals; countless apologies

## ALLPOLITICS

- Mrs. Clinton supports Bush opponent
- INS removes 70 percent more aliens
- Liddy wants contents of bugged conversations made known
- McGovern nominated for U.N. post

## CNNfn

- Ciena shares takes a dive
- Cautious start for the Dow
- Bass brews hotel deal?
- Oil prices ride with Annan

## BOOKS

- Color Bill Clinton! Red, white or blue?
- Nation's largest bookseller charged with child pornography
- The other controversial

## WORLD

- U.N.: $109 million needed to aid Sudan
- Croatian capital braces for protests
- At least 16 countries offer U.S. support on Iraq
- U.S. wrestlers receive hometown reception from Iranian fans

## CNN/SI

- West unhappy about trade to Vancouver
- CDC issues warning to wrestlers
- Seikaly traded again

## SCI-TECH

- U.S. cities gird for possible chemical attacks ◼

## COMPUTING

- Report: AOL, MCI subpoenaed in Microsoft case
- Busy Signal' survey rates national ISPs

## SPACE

- NASA dodging rumors about ice on the moon
- John Glenn takes spin toward space ◼

## HEALTH

- Radon linked to 21,800 U.S. deaths a year
- Study finds new hormones that affect appetite

## EARTH

- Sifting trash in search of the perfect landfill

2044 2

02/20/98 12:04:00

G 000312

CNN Interactive                                     http://cnn.com/index.htm

royals of the 20th century
- The Poll: How do you imagine characters?

## SHOWBIZ

- Grandpa Jones, banjo player and 'Hee Haw' Regular, dead at 84
- Testimony begins in Spielberg stalker case

## WEATHER

- Forecast for most of U.S.: Rainy
- Cars crash, homes evacuated in northern California storm
- Rains, flooding wreak havoc in Brazil ◙
- Four-day U.S. forecasts by zip code
- World forecasts

## STANDOFF WITH IRAQ

- Flashback: A multimedia recap of the Gulf War
- For and Against: Where key countries stand
- Interactive Map: Allied forces in the Gulf
- Interactive Map: Where Iraq's neighbors stand

## COMMUNITY

- Will there be a diplomatic resolution to the situation in Iraq?
- Daily news chat 9AM-12AM EST!
- Check out our new BOOKS message boards!

## VIDEO VAULT

- A song on their lips -- and garbage in their hands ◙

## VIEWS

- Mitchell Cartoon: 'Take

## SPECIALS

- A conversation with Benjamin Netanyahu ◙
- The Outspoken Oliphant
- 1998 Grammy Awards: Listen to the music
- El Niño Returns: Meet the trackers
- Black History Month: The story of desegregation

## CUSTOM NEWS

- Florida woman throws baby out window on highway
- McDonald's to offer Beanie Babies again
- Customers gripe about AOL rate hike
- Review: PBS examines Reagan

## TRAVEL

- Travel deals abound amid Asian economic crisis
- Plane's new defibrillator saves passenger
- U.S. issues travel advisory on West Bank, Gaza
- Destinations: Landlubbing writer takes to the Gulf coast

## FRINGE

- Wannabe a wannabe? Here's how ◙

## WHEELS

- America continues its love affair with the pickup

## 3-D GLOBE

- Spain's literacy rate, average life span and much more
- Which year did

CNN Interactive

out Saddam?'
- AllPolitics: Pundits and Prose

## QUICK NEWS

- Get daily updates via e-mail

Which year did Bangladesh and tribal rebels sign a landmark accord?
- 3-D Globe highlights trouble spots



## FEEDBACK

- What you said!

## PAGER

- Get automatic updates

## JOBS

- PeopleSoft Software Engineer
- CNN/SI Artist/Web designer
- CNN/SI SoftwareDevelopers
- Software developers
- CNN Interactive Interns

## CUSTOM NEWS

- Register for your personal news

## AIRMEDIA

- Download a free demo

## POINTCAST

- Download it free!







Back to the top

© 1998 Cable News Network, Inc.
All Rights Reserved.

Terms under which this service is provided to you.

CNN - Earth                                                    http://cnn.com/EARTH






M A I N   P A G E

El Niño returns
Message Board: El Niño winter

## Sifting trash in search of the perfect landfill



A University of Wisconsin-Madison professor is digging through the trash to find out what happens in landfills. Robert Ham believes well-designed landfills can be tools for recycling, rather than tombs that harbor trash for generations.

FULL STORY



## Society loses in clash of science, politics

When politics and science clash, science and society are the losers, said a noted aquatic ecologist at the annual meeting of the American Association for the Advancement of Science in Philadelphia.

FULL STORY



## Countries join together to save the tiger



CNN - Earth

http://cnn.com/EARTH





## to save the tiger



The Chinese Year of the Tiger is upon us, and last week tiger conservationists from around the world wrapped up a conference in Dallas with the message that although tiger populations are severely endangered, countries are joining together in the fight to save the wild cats from extinction.

FULL STORY

## Sea lion pups struggle against El Niño's wrath



Sea lion pups are being pounded by El Niño-driven winter storms drenching the California coastline.

FULL STORY

## El Niño brings flamingos back to lake in Kenya



El Niño has brought floods, blizzards and other types of severe weather to all parts of the globe.

FULL STORY

| Air times | | |
|---|---|---|
| | Sat. (ET) | Sun. (ET) |
| CNN | 5:30a | 3:00p |
| CNNI USA | 11:30a | 7:30p |
| CNNI Euro/Latin | 11:30a | 7:30p & 11:30a (Mon) |
| CNNI Asia | 11:30a | 7:30p |

02/20/98 12:03:03
G 000316

CNN - Earth                                                http://cnn.com/EARTH

# MORE STORIES

- Study: Mercury in Everglades comes from distant sources
- Lynx to be protected as endangered species
- Bald chimp snaps, crackles, pops his way to new coat
- Manatees are freed from prison of drainage pipe
- Orangutans, saved from fire, return to freedom
- Study: Africa apes use symbols to mark jungle trails
- Federal judges refuse to block logging of pines in Minnesota
- Wounded falcon may never fly again
- Salt mine in whale breeding area raises concern
- Sri Lankan killer elephant gets a new home
- King penguin chick makes debut in Omaha
- Bob the lobster, spared in Denver, could die in Boston
- El Niño predictions on target -- so far
- Rescuers work frantically to save beached whales
- Lustful lizards have to bite the bullet



© 1998 Cable News Network, Inc.
All Rights Reserved.

Terms under which this service is provided to you.

02/20/98 12:03:0?

G 000317

AltaVista: Simple Query computer graphics    http://www.altavista.digital.com/c...+graphics&navig10.x=7&navig10.y=



Search [ the Web ▼ ] for documents in [ any language ▼ ]

[ computer graphics ]

[ search ] [ refine ]

About 3195851 documents match your query.    Help · Preferences · New Search · Advanced Search

**Click to find related books at amazon.com**

11. **Computer Vision, Graphics, and Image Processing, volume me 48 (1989)**
Computer Vision, Graphics, and Image Processing, volume 48 (1989), number 1. Hsiao, J.Y. and
A.A. Sawchuk, Unsupervised textured image segmentation using..
*http://www.ph.tn.tudelft.nl/PRInfo/volumes/Computer.Vision,.Graphics,.and.Image.Processing.48.h*
*- size 2K - 20-Dec-97 - English - Translate*

12. **Santa Monica Chamber Directory - Computer - Graphics**
Computer - Graphics. DSL IMAGING INC 11022 SANTA MONICA BL #100, LOS ANGELES,
CA, 90025 (310)479-2826, Fax: (310)479-7966. GRAPHICAL PLANET 1530A...
*http://www.smchamber.com/directory/class/Computer---Graphics.html - size 1K - 16-Dec-97 -*
*English - Translate*

13. **35 West Computer Graphics Page**
Computer Graphic Sample by 35 West Productions
*http://www.35west.com/om3big.html - size 1K - 20-Dec-97 - English - Translate*

14. **Computer Vision, Graphics, and Image Processing, volume me 52 (1990)**
Computer Vision, Graphics, and Image Processing, volume 52 (1990), number 1. Pridmore, T.P.,
J.E.W. Mayhew, and J.P. Frisby, Exploiting image-plane data...
*http://www.ph.tn.tudelft.nl/PRInfo/volumes/Computer.Vision,.Graphics,.and.Image.Processing.52.h*
*- size 4K - 20-Dec-97 - English - Translate*

15. **The Graphics/Games/Computer & CAD SITE**
Come Join the FUN at this site.
*http://www.inil.com/users/ccarr/ - size 6K - 13-Dec-97 - English - Translate*

16. **Computer Vision, Graphics, and Image Processing, volume me 46 (1989)**
Computer Vision, Graphics, and Image Processing, volume 46 (1989), number 1. Bajcsy, R. and
S. Kovacic, Multiresolution elastic matching, pp. 1-21....
*http://www.ph.tn.tudelft.nl/PRInfo/volumes/Computer.Vision,.Graphics,.and.Image.Processing.46.h*
*- size 2K - 20-Dec-97 - English - Translate*

AltaVista: Simple Query computer graphics    http://www.altavista.digital-com/c...+graphics&navig10.x=7&navig10.y=

**17. Computer Graphics**
GRAPHICS AT TRANSVIDEO To complement our post-production capabilities, we have a wide range computer graphics production services. Along with what we have.
*http://www.transvideo.com/graphics_idx.html* - size 4K - 4-Dec-97 - English - *Translate*

**18. Computer Graphics Service Documentation**
*http://hlhp1.physik.uni-ulm.de/GP/* - size 308 bytes - 10-Mar-97

**19. AZTEK Computer Graphics**
ACT-UP. A lot of logos and animations have been released for ActUp and Positiv Evolution. These movies were projected on giants screens during parties....
*http://soleil.bart.fr/~aztek/actupeng.html* - size 4K - 20-Dec-97 - English - *Translate*

**20. Computer Vision, Graphics, and Image Processing, volume me 50 (1990)**
Computer Vision, Graphics, and Image Processing, volume 50 (1990), number 1. Korsten, M.J. and Z. Houkes, The estimation of geometry and motion of a...
*http://www.ph.tn.tudelft.nl/PRInfo/volumes/Computer.Vision,.Graphics,.and.Image.Processing.50.h - size 2K - 20-Dec-97 - English - Translate*

**Tip:** To exclude a word, add a minus sign directly in front of it: **eclipse -sun**

Word count: computer: 18479695; graphics: 31974589



prev • | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 | next 3



Buy Your PC Online
click here

Our Network | Add/Remove URL | Feedback | Help
Advertising Info | About AltaVista | Jobs | Text-Only

 **Digital Equipment Corporation** 
Disclaimer | Privacy Statement
Copyright 1995-98 © All Rights Reserved

02/20/98 20:26:4
G 000319

AltaVista: Simple Query URL access remote control          http://www.alti ista.digital.com/c...&fmt=.&q=URL+a cess+rem te+c

08/ 727.085



| AltaVista | | 100hot Athletes! Michael J◌ 2Dennis Ro◌ | Earth's Biggest Bookstore amazon.com |

Home owners quick cash options:

$25,000     $50,000     $75,000     Other Amount

Translations   Free eMail
Business Search  People Search  Browse by Subject

Search  [the Web ▼] for documents in  [any language . ▼]

[ URL access remote control                    ] [                    ]

search   refine

About **642376** documents match your query.

Help . Preferences . New Search . Advanced Search

## Welcome to the AltaVista Search Service
a service of Digital Equipment Corporation

We noticed that you have accessed
Digital Equipment Corporation AltaVista Search Service
indirectly.
To access the site directly and enjoy all of
its features, go to the following page and bookmark it!

## Our URL is http://altavista.digital.com

**Click to find related books at amazon.com**

1. **Image on remote URL**
     Image on remote URL. [ Replies ] [ Post Reply ] [ Java Q&A Exchange ] [ Help ] Posted by
     alespa@geocities.com on April 16, 1997 at 07:09:16: I would like..
     *http://www.digitalfocus.com/faq/MM/forum_messages/177.html* - size 4K - 16-Apr-97 - English
     - *Translate*

2. **rmi-users.logfile: Remote Class loading must be based on URL?**
     Remote Class loading must be based on URL? Randolph S. Kahle
     (RandyKahle@KAHLEASSOCIATES.COM) Wed, 10 Sep 1997 16:47:26 -0500. Messages
     sorted by: [ date..
     *http://java.sun.com/products/jdk/rmi/archives/3389.html* - size 8K - 23-Dec-97 - English -
     *Translate*

3. **InetExmpl**
     INet Address Example Click the Button "Find Local Host" to check the Local host IP address.
     Enter a remote host URL and then click "Find...
     *http://www.usafast.com/~kiran/InetExmpl.html* - size 2K - 4-Jun-97 - English - Translate

4. **Appendix D: Software Index**
     Search this book | Previous | Table of contents | Next. Appendix D: Software Index. This page lists
     all the software reviewed in this book. The items are..
     
     *http://witiko.ifs.uni-linz.ac.at/~tom/HTML/tricks/Teaching/appendicies/2400-appendixD-index.htm*

G 000920

AltaVista: Simple Query URL access remote control          http://www.altavista.digital.com/c...&fmt=.&q=URL+access+remote+c

- *size 37K - 27-Sep-95*
 *http://137.82.136.19/Teaching/appendicies/2400-appendixD-index.html - size 37K - 27-Sep-95*

**5. contrib: Applications/Networking**
define({_list_end_},{})define({_list_item_},{})dnl --> contrib: Applications/Networking.
*getwww-1.4-1 Download an entire html source tree from a remote...
*http://ns.cinfo.ru/linux/WWW/www_redhat.com/linux-info/pkglist/contrib/Applications/Networking*
*- size 9K - 4-Apr-97 - English - Translate*

**6. Drop Stuff w/Expander Enhancer**
Search this book | Previous | Table of contents | Next. Drop Stuff w/Expander Enhancer. Version:
3.5.2. Author: Leonard Rosenthol. Requirements: System 7..
*http://www.macwiz.com/macwiz/Tricks/Teaching/manuscript/0600-0002.html - size 3K -
11-Jun-96 - English - Translate*

**7. GraphicConverter**
Search this book | Previous | Table of contents | Next. GraphicConverter. Version: 2.0.7. Author:
Thorsten Lemke. Requirements: System 7, 2MB RAM. Cost:...
*http://www.macwiz.com/macwiz/Tricks/Teaching/manuscript/0600-0006.html - size 2K -
11-Jun-96 - English - Translate*

**8. Scripting WWW Browsers**
Search this book | Previous | Table of contents | Next. Scripting WWW Browsers. Version: 0.01.
Author: Eric Lease Morgan. Requirements: HyperCard 2.2....
*http://www.esu6.k12.ne.us/teaching/manuscript/0700-0002.html - size 7K - 20-Dec-97 - English
- Translate*

**9. Sound Machine**
Search this book | Previous | Table of contents | Next. Sound Machine. Version: 2.1. Author: Rod
Kennedy. Requirements: System 7, 68020 microprocessor (or.
*http://www.macwiz.com/macwiz/Tricks/Teaching/manuscript/0600-0010.html - size 3K -
11-Jun-96 - English - Translate*

**Tip:** If the first few results don't satisfy you, add more words to the query. Think of words likely to appear in the
documents you are looking for

Word count: remote: 3762630; URL: 7990799; control: 13849159; access: 15203121

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20    *next*
2

Home owners quick cash options:
$25,000    $50,000    $75,000    Other Amount

Our Network | Add/Remove URL | Feedback | Help
Advertising Info | About AltaVista | Jobs | Text-Only

**digital**    **Digital Equipment Corporation**    **AltaVista**
Disclaimer | Privacy Statement
Copyright 1995-98 © All Rights Reserved

G-00032

AltaVista: Simple Query acess sites remote control          http://www.altavista.digital.com/c...kl=XX&q=acess+sites+remote+co



Search [the Web ▼] for documents in [any language ▼]

[search] [refine]

About **415540** documents match your query.          Help . Preferences . New Search . Advanced Search

**Click to find related books at amazon.com**

1. **Remote Internet Acess**
   Remote Internet Access. Goldsmiths Computer Services Guide C3.1 Author: Peter Christian
   Version 1.0, Feb. 1997. Introduction. The Computer Services..
   *http://scorpio.gold.ac.uk/guides/c301.html - size 11K - 21-Feb-97 - English - Translate*

2. **LAN Magazine Buyers Guide/Russian edition - Companies**
   Elilalee. E. Eastern Research. ECCS. Edimax Computer. EDP. EFA Corporation of America.
   Efficient Networks. EFI Electronics. Eicon Technology. EliaShim. EMC.
   *http://www.iae.lt/visaginas/home/lan/E.htm - size 18K - 2-Oct-97 - English - Translate*

3. **Networking and Communications Case Study Sign Up**
   nbsp;   Case Study and Reference Sign Up. You are invited to sign up and register to be a case
   study and/or a reference candidate, and be showcased...
   *http://www.microsoft.com/communications/commcaSEstudysignup.htm - size 5K - 8-Jan-98 -
   English - Translate*

4. **Taurus Alpha 1 - Filebase**
   Taurus Alpha 1 - Welcome to combined FidoNet and Internet technology! Filearea: DOS * DFUE
   Programme. Back to area selection DIR * DOS Back to homepage....
   *http://taurus.hyperbox.org/filebase/A000003B.HTM - size 9K - 30-Jan-98 - German - Translate*

5. **Texascom - Home Page**
   NETModem/E. The complete Remote Acess server for PC and Macintosh workgroups. Now
   there's an easy way to implement dial-in, dial-out, and LAN-to-LAN...
   *http://www.texascom.co.id/products/network/shiva/ntmode.htm - size 6K - 25-Feb-97 - English
   - Translate*

6. **Networking and Communications Case Studies**
   nbsp; Communications Case Studies.     Boca.net, a full-service Internet Service Provider (ISP) for
   southeastern Florida, aims to become and...
   *http://www.asia.microsoft.com/communications/commcasestudy.htm - size 7K - 8-Jan-98 -
   English - Translate*

7. **3Com EdgeServer Pro**

AltaVista: Simple Query acess sites remote control                    http://www.altavista.digital.com/c...kl=XX&q=acess+sites+remote+co

nbsp;     *     Product Overview | Product Reviews | Windows NT Solutions BSDI Solutions |
Product News and Programs | Edgeware...
  *http://edgeserver.usr.com/* - size 6K - 13-Nov-97 - English *- Translate*

8. **No Title**
   Notetaker:" vnsuter@ucdavis.edu (Vicki Suter) CPB Steering Committee Meeting Notes DATE:
   5/23/97 TIME: 2-4 PM LOCATION: City Council Chambers Conference...
   *http://dcas.ucdavis.edu/access/cpb/organizational/5_23.html* - size 5K - 20-Dec-97 - English -
   *Translate*

9. **InfoMall Mid-Hudson Activities with LJW**
   LJW. Poughkeepsie. LJW is a supplier of High Performance computing software routines and
   tools. InfoMall Mid Hudson is providing computer access and...
   *http://www.infomall.org/home/Mid-Hudson/LJW.html* - size 808 bytes - 30-Oct-95 - English -
   *Translate*

10. **SI: Ascend Communications (ASND) (#736/28719)**
    Subject: Ascend Communications (ASND) | Previous | Next | Respond | To: david jung (626 )
    From: david jung. Thursday, Sep 5 1996 3:38PM EST Reply # of...
    *http://www.techstocks.com/~wsapi/investor/reply-259440* - size 5K - 26-Dec-97 - English -
    *Translate*

**Tip:** Don't be alarmed by a large number of results. All documents containing at least ONE of the terms in your
query are counted, but the first few documents are better matches.

Word count: acess: 14755; remote: 3762632; sites: 10231579; control: 13849161



 

Home owners quick cash options:
$25,000        $50,000

Our Network | Add/Remove URL | Feedback | Help
Advertising Info | About AltaVista | Jobs | Text-Only

**digital**        **Digital Equipment Corporation**        **AltaVista**
                        Disclaimer | Privacy Statement                Personal Search 97
                   Copyright 1995-98 ▼ All Rights Reserved

AltaVista: Simple Query parsing URL                    http://www.altavista.digital.com/c...?pg=q&what=web&kl=XX&q=parsing+



Search  [ the Web  ▼ ]  for documents in  [ any language  ▼ ]

[ parsing URL ]

[ search ]  [ refine ]

About 60985 documents match your query.              Help . Preferences . New Search . Advanced Search

**Click to find related books at amazon.com**

1. **Parsing a URL**
   Working with URLs. Parsing a URL. The URL class provides several methods that let you query
   URL objects. You can get the protocol, host name, port number,.
   *http://eemumbles.swan.ac.uk/java/docs/tutorial/networking/urls/urlInfo.html - size 5K -
   25-Dec-97 - English - Translate*
   *http://babbage.cs.qc.edu/Java/tutorial/networking/urls/urlInfo.html - size 5K - 11-Jul-97 -
   English - Translate*
   *http://www1.fh-wedel.de/~si/buecher/TheJavaTutorial/networking/urls/urlInfo.html - size 5K -
   28-Apr-97 - English - Translate*
   *http://silly.tau.ac.il/~tutjava/networking/urls/urlInfo.html - size 5K - 24-Dec-96 - English -
   Translate*

2. **Macscrpt digest (d018): Re: URL parsing osaxen**
   Re: URL parsing osaxen. Kevin Chval (spiral@TICKETS.STANFORD.EDU) Mon, 13 Nov 1995
   14:14:07 -0800. Messages sorted by: [ date ][ thread ][ subject ][...
   *http://www.its.unimelb.edu.au/hma/pub/macscrpt/d018/0055.html - size 4K - 29-Jan-96 -
   English - Translate*

3. **Re: URL parsing and IPv6 addresses**
   Prev][Next][Index][Thread] Re: URL parsing and IPv6 addresses. To: www-talk@w3.org.
   Subject: Re: URL parsing and IPv6 addresses. From: David Nessl...
   *http://lists.w3.org/Archives/Public/www-talk.old/msg02793.html - size 3K - 6-Aug-96 - English
   - Translate*

4. **Re: URL parsing and IPv6 addresses**
   Prev][Next][Index][Thread] Re: URL parsing and IPv6 addresses. To: www-talk
   <www-talk@w3.org> Subject: Re: URL parsing and IPv6 addresses. From:...
   *http://lists.w3.org/Archives/Public/www-talk/msg02830.html - size 3K - 18-Jul-97 - English -
   Translate*

5. **Parsing a URL**
   Working with URLs. Parsing a URL. The URL class provides several methods that let you query
   it for information about the URL. You can get the protocol,...
   *http://www.ee.ic.ac.uk/hp/media/html/Java/Tutorial/networking/urls/urlInfo.html - size 4K -*

AltaVista: Simple Query parsing URL                http://www.altavista.digital.com/~ ..?pg=q&what=web&kl=XX&q=parsing+

24-Dec-97 - English - *Translate*
🖻 *http://www.csm.uwe.ac.uk/~pcsmarti/javacourse/java/networking/urls/urlInfo.html - size 5K -*
21-Dec-97 - English - *Translate*

### 6. LYNX-DEV DIRED, URL parsing (was: Multiple bookmark file support)

Prev][Next][Index][Thread] LYNX-DEV DIRED, URL parsing (was: Multiple bookmark file
support) To: lynx-dev@sig.net. Subject: LYNX-DEV DIRED, URL parsing...
🖻 *http://www.flora.org/lynx-dev/html/month1296/msg00062.html - size 5K - 3-Dec-96 - English -*
*Translate*

Tip: The word count, located below the results, indicates how many times a term appears in the entire Web.
Use it as a spelling or usage checker: type in both spellings for a word, and see which one wins.

Word count: parsing: 141942; URL: 7990799





Our Network | Add/Remove URL | Feedback | Help
Advertising Info | About AltaVista | Jobs | Text-Only

  **Digital Equipment Corporation**  
Disclaimer | Privacy Statement
Copyright 1995-98 ® All Rights Reserved

G 000325
02/20/98 12:07:05