EXHIBIT 4

IEEE Std 100-1996

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

Standards Coordinating Committee 10, Terms and Definitions
Jane Radatz, Chair

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.

ISBN 1-55937-833-6



**parking (1) (multiprocessor architecture)** The process whereby the current master retains control of the bus when there are no other masters wishing to use it.
(C/MM) 896.1-1987s
(2) **(MULTIBUS II)** The state of the bus owner where, after the completion of the current transfer operation, ownership is retained until there is a request by another agent for the use of the bus. (C/MM) 1296-1987s

**parking lamp (illuminating engineering)** A lighting device placed on a vehicle to indicate its presence when parked.
(EEC/IE) [126]

**parking stand** A bracket, designed for installation on an apparatus, suitable for holding accessory devices, such as the insulated parking bushing and the grounding bushing.
(PE/T&D) 386-1995

**PARLOG** A logic programming language used widely for parallel computing, supporting declarative programming.
(C) 610.13-1993

**parse (software)** To determine the syntactic structure of a language unit by decomposing it into more elementary subunits and establishing the relationships among the subunits. For example, to decompose blocks into statements, statements into expressions, expressions into operators and operands.
(C) 610.12-1990

**PARSEC** *See:* PARser and Extensible Compiler.

**parsec (pc)** The distance at which 1 astronomical unit subtends an angle of 1 second of arc; approximately, 1 pc = 206 265 AU = 30857 × $10^{12}$ m.    (QUL) 268-1982s

**parser** A software tool that parses computer programs or other text, often as the first step of assembly, compilation, interpretation, or analysis.    (C) 610.12-1990

**PARser and Extensible Compiler (PARSEC)** An extensible language using syntax similar to PL/1; PARSEC is derived from PROTEUS and is yused as the base language for writing PL/PROPHET.    (C) 610.13-1993

**part (1) (unique identification in power plants and related facilities)** An element of a component not amenable to further disassembly for maintenance purposes.
(PE) 803-1983r, 804-1983r
(2) The lowest element of a physical or system architecture, specification tree, or system breakdown structure that can not be partitioned (e.g., bolt, nut, bracket, semiconductor, computer software unit). (C/SE) 1220-1994

**partial (audio and electroacoustics)**
1) A physical component of a complex tone.
2) A component of a sound sensation that may be distinguished as a simple tone that cannot be further analyzed by the ear and that contributes to the timbre of the complex sound.

*Notes:* 1. The frequency of a partial may be either higher or lower than the basic frequency and may or may not be an integral multiple or submultiple of the basic frequency. If the frequency is not a multiple or submultiple, the partial is inharmonic. 2. When a system is maintained in steady forced vibration at a basic frequency equal to one of the frequencies of the normal modes of vibration of the system, the partials in the resulting complex tone are not necessarily identical in frequency with those of the other normal modes of vibration.
(SP) [32]

**partial automatic control** Control that is a combination of manual and automatic control. For example, to cause a voltage reduction, the local automatic load tap changing closed-loop control may be biased by way of a supervisory control command. (PE/SWG/SUB) C37.1-1994, C37.100-1992

**partial-automatic station** A station that includes protection against the usual operating emergencies, but in which some or all of the steps in the normal starting or stopping sequence, or in the maintenance of the required character of service, must be performed by a station attendant or by supervisory control. (PE/SWG) C37.100-1992

**partial-automatic transfer equipment (or throwover)** Equipment that automatically transfers load to another (emergency) source of power when the original (preferred) source to which it has been connected fails, but that will not automatically retransfer the load to the original source under any conditions. *Note:* The restoration of the load to the preferred source from the emergency source upon the reenergization of the preferred source after an outage may be of the continuous-circuit restoration type or the interrupted-circuit restoration type.
(PE/SWG) C37.100-1992

**partial body irradiation (electrobiology)** Pertains to the case in which part of the body is exposed to the incident electromagnetic energy. *See also:* electrobiology.
(NIR) C95.1-1982s

**partial carry (1) (parallel addition)** A technique in which some or all of the carries are stored temporarily instead of being allowed to propagate immediately. *See also:* carry.
(C) [20], [85]
(2) (A) **(mathematics of computing)** A carry process in which the carry digits are stored temporarily, instead of being processed as they occur. *Contrast:* complete carry. *See also:* cascaded carry; partial sum. (B) **(mathematics of computing)** The numeral that represents the carry digits generated in definition "A".    (C) 1084-1986w

**partial checkback message** Message from the initiating end is mirrored by the receiving end back to the initiating end to verify error-free transmission of the message.
(PE/SWG/SUB) C37.1-1987s, C37.100-1992

**partial correctness (software)** In proof of correctness, a designation indicating that a program's output assertions follow logically from its input assertions and processing steps. *Contrast:* total correctness.    (C) 610.12-1990

**partial dial abandon or a partial dial timeout** Occurs if the call is abandoned or times out without sufficient digits dialed.
(COM) 973-1990w

**partial-dialing timing** The time interval following each dialed digit except the last that determines if the call shall be treated as if dialing had stopped prematurely. For nonimmediate start trunk types, the partial-dial timing interval may be shorter. Instead of timing each digit, an alternative for multifrequency trunks is an overall time limit from the beginning of the start signal until end of pulsing. (COM) 973-1990w

**Partial Differential Equation Language (PDEL)** An application-oriented language used for solving partial differential equations in which the user does not have to program the numerical analysis algorithms. *Note:* Used as a preprocessor to PL/1. (C) 610.13-1993

**partial directivity** *See:* directivity, partial.

**partial discharge (PD) (1) (liquid-filled power transformers)** An electric discharge that only partially bridges the insulation between conductors. *See also:* corona.    (PE) [125]
(2) **(power and distribution transformers)** An electric discharge which only partially bridges the insulation between conductors, and which may or may not occur adjacent to a conductor. *Notes:* 1. Partial discharges occur when the local electric-field intensity exceeds the dielectric strength of the dielectric involved, resulting in local ionization and breakdown. Depending on intensity, partial discharges are often accompanied by emission of light, heat, sound, and radio influence voltage (with a wide frequency range). 2. The relative intensity of partial discharge can be observed at the transformer terminals by measurement of the apparent charge (coulombs). However, the apparent charge (terminal charge) should not be confused with the actual charge transferred across the discharging element in the dielectric which in most cases cannot be ascertained. Partial discharges tests using the radio influence voltage techniques which are responsive to the apparent terminal charges are generally used for measurement of relative discharge intensity. 3. Partial discharges can also be detected and located using sonic techniques. 4. "Corona" has also been used to describe partial discharges. This is a non-preferred term since it has other unrelated meanings.    (PE) C57.12.80-1978r