INDEX OF EXHIBITS

Exhibit 1    First Supplemental Initial Disclosure Statement of Defendant Google Inc. (April 29, 2005)

Exhibit 2    Google Inc's Witness List (October 11, 2005)

Exhibit 3    Letter to Hamameh from Wolff (July 8, 2006)

Exhibit 4    Notice of Deposition of Randall Stark

Exhibit 5    E-mail to Hamameh from Rosen (July 12, 2006)

Exhibit 6    E-mail to Wolff from Hamameh (July 20, 2006)