EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NET JUMPER SOFTWARE, L.L.C.
a Michigan limited liability corporation,

        Plaintiff,

v.

GOOGLE INC.,
a Delaware corporation

        Defendant.

Civil Action No. 04-70366-CV
Hon. Julian Abele Cook

Magistrate Judge R. Steven Whalen

_____/

Andrew Kochanowski
Sommers, Schwartz, Silver & Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
Baniak Pine & Gannon
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606

*Attorneys for NetJumper Software, L.L.C.*

Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

*Attorneys for Google Inc.*

_____/

**FIRST SUPPLEMENTAL INITIAL DISCLOSURE STATEMENT OF
DEFENDANT GOOGLE INC.**

Google Inc. ("Google") provides the following disclosures pursuant to Fed. R. Civ. P. 26(a)(1). Google does not waive any evidentiary objections to the information disclosed or any applicable privileges. Google reserves the right to supplement and/or amend its disclosure.

1

A. **The name and, if known, the address and telephone number for each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

The following individuals are employees of Google and/or represented by Google's counsel, and likely to have potentially discoverable information that Google may use to support its claims or defenses. These individuals are represented by counsel for Google and may not be contacted except through Google's counsel Fish & Richardson P.C.:

| Individual | Subjects of Information |
|---|---|
| Adam Dingle | Google Toolbar |
| Breen Hagan | Google Toolbar |
| Dave Marmaros | Google Toolbar |
| Fritz Schneider | Google Toolbar |
| Tom Nielsen | Google Toolbar |
| Nikhil Bhatla | Google Viewer |
| Orkut Buyukkokten | Google Viewer |
| Alex Franz | Goograb.com |
| Celeste Chung | Goograb.com |
| Heather Folsom | Goograb.com |
| John Piscitello | Goograb.com |
| Kiran Bapna | Goograb.com |
| Marissa Mayer | Goograb.com |
| Nelson Minar | Goograb.com |

The following individuals/entities are not employees of Google, but likely have potentially discoverable information that Google may use to support its claims or defenses:

| Individual | Contact Information | Subjects of Information |
|---|---|---|
| Joel Spolsky | 535 Eighth Ave, 18th Fl New York, NY 10018 | Google Toolbar |
| Microsoft Corp. | One Microsoft Way Redmond WA 98052 | Internet Explorer API |
| Tucows Inc. | 96 Mowat Avenue Toronto, ON Canada M6K 3M1 | Goograb.com |
| Scorpions Communications, Inc. | 2574 West 2nd Street Brooklyn, NY 11223 | Goograb.com |
| NationalNet, Inc. | Matthew P. Collins, Esq. 2763 Highway 138 Jonesboro, GA 30236 | Goograb.com |
| Alex Petrov | Known to Plaintiff | Goograb.com |
| Dan Jaffa | Known to Plaintiff | Goograb.com |

2

| Charles Cary, Esq. | IP Creators<br>P.O. Box 2789<br>Cupertino, CA 95015 | Patents-in-suit |
|---|---|---|
| David Weitz, Esq. | Syrrx, Inc.<br>10410 Science Center Dr<br>San Diego CA 92121 | Patents-in-suit |
| David Bir, Esq. | Bir Law PLC<br>45094 Middlebury Ct<br>Canton, MI 48188 | Patents-in-suit |
| Wilson Sonsini Goodrich & Rosati | 650 Page Mill Road<br>Palo Alto, CA 94304 | Patents-in-suit |
| Brooks & Cushman P.C. | 1000 Town Center<br>22nd Floor<br>Southfield, MI 48075 | Patents-in-suit |
| HCL Technologies Ltd. | A-10/11, Sector 3<br>Noida- 201 301<br>UP<br>India | Patents-in-suit |
| HCL Consulting | Known to Plaintiff | Patents-in-suit |
| HCL Technologies America, Inc. | 330 Potrero Avenue<br>Sunnyvale CA 94085 | Patents-in-suit |
| Gilbert Borman | Plaintiff | Patents-in-suit |
| Rajat Bhatnagar | Known to Plaintiff | Patents-in-suit |
| Arul Sebastian | Unknown (Chennai, India) | Patents-in-suit |
| Anup Mathur | Known to Plaintiff | Patents-in-suit |
| Vinay Wadhwa | Unknown (New Dehli, India) | Patents-in-suit |
| C. Vinay Kumar Singh | Unknown (Guaragon, India) | Patents-in-suit |
| Mukesh Kumar | Known to Plaintiff | Patents-in-suit |
| Randall Stark | 8411 NE 20th Street<br>Clyde Hill, WA 98004 | NetCarta, CyberPilot Pro products |
| Howard Harawitz | 1743 Henry Street<br>Halifax,<br>Nova Scotia B3H 3K5<br>Canada | Brooklyn North Software, URL Grabber and HTML Assistant products |
| Vadim Yasinovsky | 16 Cynthia Road<br>Newton, MA 02459 | Clear Software, Inc., ClearWeb products |
| William Richard | 2476 Mountain Road<br>Torrington, CT 06970 | Grasp Information Corp. products, including KnowIt All and SearchPal |

3

Messrs. Randall Stark and Howard Harawitz are represented by Counsel for Google, Fish & Richardson P.C., and may not be contacted except through Google's counsel Fish & Richardson P.C.

 **B.** **A copy of, or a description by category and location of all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Google provides the following description by category of documents, data compilations, and tangible things that Google may use to support its claims or defenses. The information is believed to be located at the location listed.

| Category of Documents | Location |
|---|---|
| Conception, design, and development of Google products; communications with Plaintiff; trademarks | Google Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| Patent-in-suit, including prosecution history; cited prior art; non-cited prior art; documents describing technology related to patents-in-suit | Fish & Richardson P.C.<br>500 Arguello Street, Ste. 500<br>Redwood City, CA 94063 |

 **C.** **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable.

D.  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Not applicable.

Dated:  April 29, 2005                              FISH & RICHARDSON P.C.

                                                    By: /s/ Howard G. Pollack
                                                        Howard G. Pollack

                                                    Attorneys for Defendant
                                                    GOOGLE INC.

10508799.doc

5

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served, via facsimile and U.S. Mail, upon all counsel of record, as identified below, on April 29, 2005:

| | |
|---|---|
| Andrew Kochanowski, Esq.<br>Sommers, Schwartz, Silver & Schwartz, P.C.<br>2000 Town Center, Suite 900<br>Southfield, MI  48075<br>Facsimile: (248) 746-4001 | Attorneys for Plaintiff<br>NETJUMPER SOFTWARE, L.L.C. |
| Michael H. Baniak, Esq.<br>Baniak Pine & Gannon<br>150 N. Wacker Drive, Suite 1200<br>Chicago, IL 60606<br>Facsimile: (312) 673-0361 | Attorneys for Plaintiff<br>NETJUMPER SOFTWARE, L.L.C. |

_____
Jason W. Wolff

10508799.doc