EXHIBIT 3

# FISH & RICHARDSON P.C.

12390 El Camino Real
San Diego, California
92130

Telephone
858 678-5070

Facsimile
858 678-5099

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC



**VIA FACSIMILE AND U.S. MAIL**

July 7, 2006

Nabeel N. Hamameh, Esq.
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075

Re: NetJumper Software, L.L.C. v. Google Inc.
USDC-E.D. MI - Case No. 2:04CV70366

Dear Nabeel:

Further to our discussions last week, and my messages this week, I have not heard back from you regarding deposition scheduling, so am noticing Prof. Galler's deposition for Tuesday, July 25, 2006, in Ann Arbor. As I previously informed you, Dr. Luna and Prof. Steckel are not available for deposition on the dates noticed, and these depositions will be in San Diego and New York, respectively.

Regarding the other depositions, we discussed extending the remaining expert depositions into August, particularly in light of the updated Toolbar data Andy requested to supplement the previous calculations in the damages reports. We both agreed this was fine. Furthermore, I understand from Frank that NetJumper does not have issue with Google taking Dr. Stark's deposition out of turn, given his unavailability for the scheduled trial date. Again, please tell me when you are available to attend Dr. Stark's deposition, which will be in Bellevue, and we can work to find a mutually agreeable date.

I will send you a draft stipulation next week to address these issues.

Very truly yours,

Jason W. Wolff

JYW/jra

10646634.doc

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME   : 07/07/2006 16:34
                                              NAME   :
                                              FAX    : 13128612200
                                              TEL    :
                                              SER.#  : BROD5J246123


  DATE,TIME                    07/07 16:33
  FAX NO./NAME                 912487464001
  DURATION                     00:00:34
  PAGE(S)                      02
  RESULT                       OK
  MODE                         STANDARD
                               ECM
```

# FISH & RICHARDSON P.C.

12390 El Camino Real
San Diego, California
92130

Telephone
858 678-5070

Facsimile
858 678-5099

Web Site
www.fr.com

| | |
|---|---|
| Date | July 7, 2006 |
| To | Nabeel N. Hamameh, Esq.<br>Sommers, Schwartz, Silver & Schwartz, P.C.<br>2000 Town Center, Suite 900<br>Southfield, MI 48075<br><br>Telephone: (248) 355-0300 |
| Facsimile number | 16113-00153531 / (248) 746-4001 |
| From | Jason W. Wolff |
| Re | NetJumper, L.L.C. v. Google Inc.<br>Our Ref.: 16113-001LL1 |
| Number of pages including this page | 2 |
| Message | Letter attached. |