EXHIBIT 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

NET JUMPER SOFTWARE, L.L.C.
a Michigan limited liability corporation,

        Plaintiff/Counterclaim
        Defendant,

v.

GOOGLE INC.,
a Delaware corporation

        Defendant/Counterclaim
        Plaintiff.

Civil Action No. 04-70366-CV
Hon. Julian Abele Cook

Magistrate Judge R. Steven Whalen

United States District Court for the Eastern
    District of Michigan, Southern
    Division

_____/

Andrew Kochanowski
Sommers Schwartz, P.C.
2000 Town Center, 9th Floor
Southfield, MI 48075

Michael H. Baniak
Baniak Pine & Gannon
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606

*Attorneys for Net Jumper Software, L.L.C.*

Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110

Howard G. Pollack
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

*Attorneys for Google Inc.*

## NOTICE OF DEPOSITION OF RANDALL STARK

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure Defendant Google Inc. ("Google") will take the deposition upon oral examination of Randall Stark.

The deposition will commence on August 22, 2006 at 9:00 a.m. at the Hyatt Regency Bellevue, 900 Bellevue Way NE, Bellevue, Washington, USA 98004-4272 or at another

=
=

mutually acceptable time and location. The deposition will continue from day-to-day thereafter until completed. The deposition will be taken before a notary public or other person authorized by law to administer oaths and will be recorded by audio, visual and stenographic means.

Dated: July 21, 2006

FISH & RICHARDSON P.C.

By: _____
Jason W. Wolff
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
Attorneys for Defendant/Counterclaim
Plaintiff GOOGLE INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served, via U.S. mail and electronic means upon all counsel of record, as identified below, on July 21, 2006:

| | |
|---|---|
| Nabeel Hamameh, Esq.<br>Sommers Schwartz, P.C.<br>2000 Town Center, Suite 900<br>Southfield, MI 48075 | Attorneys for Plaintiff<br>NETJUMPER SOFTWARE, L.L.C. |
| Michael H. Baniak, Esq.<br>Baniak Pine & Gannon<br>150 N. Wacker Drive, Suite 1200<br>Chicago, IL 60606 | Attorneys for Plaintiff<br>NETJUMPER SOFTWARE, L.L.C. |

_____
Jason Wolff

=

mutually acceptable time and location. The deposition will continue from day-to-day thereafter until completed. The deposition will be taken before a notary public or other person authorized by law to administer oaths and will be recorded by audio, visual and stenographic means.

Dated: July 21, 2006

FISH & RICHARDSON P.C.

By: _____
Jason W. Wolff
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
Attorneys for Defendant/Counterclaim
Plaintiff GOOGLE INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served, via U.S. mail and electronic means upon all counsel of record, as identified below, on July 21, 2006:

| | |
|---|---|
| Nabeel Hamameh, Esq.<br>Sommers Schwartz, P.C.<br>2000 Town Center, Suite 900<br>Southfield, MI 48075 | Attorneys for Plaintiff<br>NETJUMPER SOFTWARE, L.L.C. |
| Michael H. Baniak, Esq.<br>Baniak Pine & Gannon<br>150 N. Wacker Drive, Suite 1200<br>Chicago, IL 60606 | Attorneys for Plaintiff<br>NETJUMPER SOFTWARE, L.L.C. |

_____
Jason Wolff