EXHIBIT 5

**Jason Wolff**

| | |
|---|---|
| **From:** | Michael M. Rosen |
| **Sent:** | Wednesday, July 12, 2006 11:02 PM |
| **To:** | nhamameh@sommerspc.com |
| **Cc:** | Jason Wolff |
| **Subject:** | Google/NetJumper: Stipulation and order |
| **Attachments:** | Google-NJ depo scheduling stip.doc; Google-NJ depo scheduling proposed order.doc |

 

Google-NJ depo scheduling stip...   Google-NJ depo scheduling prop...

```
            Nabeel:

Long time no speak.  How's everything in Detroit?  We've been enjoying a lovely, hot
summer here in San Diego.

I'm writing to follow up on Jason's letter from last week regarding modifications to the
scheduling order to accommodate several depositions.  I have enclosed a draft stipulation
and proposed order for your and our signatures.  Please let me know if it's acceptable to
you and, if not, whether you have any changes.

All the best,
Mike
```

1

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NETJUMPER SOFTWARE, L.L.C.
a Michigan limited liability corporation,

        Plaintiff,

   v.

GOOGLE INC.,
a Delaware corporation

        Defendant.

Civil Action No. 04-70366-CV
Hon. Julian Abele Cook

Magistrate Judge R. Steven Whalen

---

| | |
|---|---|
| Andrew Kochanowski<br>Nabeel M. Hamameh<br>SOMMERS SCHWARTZ, PC<br>2000 Town Center, Suite 900<br>Southfield, MI  48075 | Kathleen A. Lang (P34695)<br>L. Pahl Zinn (P57516)<br>DICKINSON WRIGHT PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-3425<br>(313) 223-3500 |
| Michael H. Baniak<br>Gary E. Hood<br>BANIAK PINE & GANNON<br>150 North Wacker Drive, Suite 1200<br>Chicago, IL 60606 | Frank E. Scherkenbach<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 |
| *Attorneys for NetJumper Software, L.L.C.* | Howard G. Pollack<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 |
| | Jason W. Wolff<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130-2081 |
| | *Attorneys for Google Inc.* |

**JOINT STIPULATED MOTION TO MODIFY THE COURT'S SCHEDULING ORDER
OF MAY 26, 2006**

Plaintiff NetJumper Software L.L.C. ("NetJumper") and Defendant Google Inc. ("Google") hereby file a joint stipulated motion to modify the Court's oral Scheduling Order of May 26, 2006. The parties desire additional time to conduct expert depositions, including to supplement their respective damages expert reports to reflect newly available data regarding the Google Toolbar. Accordingly, they jointly move to extend the deadline for expert discovery from July 31, 2006, to August 18, 2006.

Additionally, Google seeks leave to depose Dr. Randall Stark, out of turn, by August 31, 2006. Dr. Stark was identified as a trial witness for Google, but Google recently learned that he will be in Cambridge, England, and therefore unavailable during the current trial schedule in February 2007. NetJumper does not oppose such leave.

No other dates should be affected by these changes to the schedule.

Respectfully Submitted,

SOMMERS SCHWARTZ, P.C.

Dated: _____

By: /s/ Nabeel M. Hamameh
Andrew Kochanowski
Nabeel M. Hamameh
SOMMERS SCHWARTZ, PC
2000 Town Center, Suite 900
Southfield, MI  48075

*Attorneys for NetJumper Software, L.L.C.*


FISH & RICHARDSON P.C.

By: /s/ Jason W. Wolff
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
wolff@fr.com

*Attorneys for Google Inc.*

1