UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETJUMPER SOFTWARE, L. L. C.,        CIVIL ACTION NO. 04-CV-70366

                                           DISTRICT JUDGE JULIAN ABELE COOK

      v.                                MAGISTRATE JUDGE R. STEVEN WHALEN

GOOGLE INC.,

        Defendants,
_____/

## AMENDED NOTICE OF HEARING

      The District Judge having entered an order pursuant to 28 U.S.C. 636 (b)(1)(A) referring **DEFENDANT'S EMERGENCY MOTION FOR LEAVE TO TAKE THE DEPOSITION OF RANDALL STARK #87**   (filed 7/24/06) to United States Magistrate Judge  R. Steven Whalen for hearing and determination:

      The motion is set for hearing on **AUGUST 3, 2006 at 9:30 a.m.,**  before Magistrate Judge R. Steven Whalen, in courtroom 662, Theodore Levin U.S. Courthouse, Detroit, Michigan.

      A separate copy of any responsive pleadings shall be **sent directly** to Magistrate Judge Whalen's chambers at 673  U.S. Courthouse, Detroit, MI 48226.

                                                   s/R. STEVEN WHALEN
                                                   UNITED STATES MAGISTRATE JUDGE

Dated:  July 26, 2006

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 26, 2006.

                                                   s/Susan Jefferson
                                                   Case Manager