## INDEX OF EXHIBITS

**EXHIBIT 1**:    NetJumper's Suggested Claim Constructions

**EXHIBIT 2**:    Declaration of Bernard A. Galler dated September 27, 2005