# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.
a Michigan limited liability corporation,

        Plaintiff,

  v.

GOOGLE INC.,
a Delaware corporation

        Defendant.

Civil Action No. 04-70366-CV
Hon. Julian Abele Cook, Jr.

Magistrate Judge R. Steven Whalen

---

Andrew Kochanowski
Nabeel N. Hamameh
SOMMERS SCHWARTZ, PC
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
Gary E. Hood
BANIAK PINE & GANNON
150 North Wacker Drive, Suite 1200
Chicago, IL 60606

*Attorneys for NetJumper Software, L.L.C.*

Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Jason W. Wolff
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081

*Attorneys for Google Inc.*

**JOINT STIPULATED MOTION TO MODIFY THE COURT'S SCHEDULING ORDER OF MAY 25, 2006 REGARDING EXPERT DEPOSITIONS**

**DUE TO SCHEDULING CONFLICTS,** Plaintiff NetJumper Software L.L.C. ("NetJumper") and Defendant Google Inc. ("Google") hereby file a joint stipulated motion to modify the Court's oral Scheduling Order of May 25, 2006. The parties desire additional time to conduct expert depositions, including to supplement their respective damages expert reports to reflect newly available data regarding the Google Toolbar. Accordingly, they jointly move to extend the deadline for expert discovery from July 31, 2006, to September 30, 2006.

No other dates should be affected by these changes to the schedule and these modifications should have no affect on the Court's schedule.

Respectfully Submitted,

SOMMERS SCHWARTZ, P.C.

Dated: July 31, 2006

By: /s/ Nabeel N. Hamameh
Andrew Kochanowski
Nabeel N. Hamameh
SOMMERS SCHWARTZ, PC
2000 Town Center, Suite 900
Southfield, MI 48075
*Attorneys for NetJumper Software, L.L.C.*

FISH & RICHARDSON P.C.

By: /s/ Jason W. Wolff
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
wolff@fr.com
*Attorneys for Google Inc.*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>July 31, 2006</u>, I electronically filed <u>JOINT STIPULATED MOTION TO MODIFY THE COURT'S SCHEDULING ORDER OF MAY 25, 2006 REGARDING EXPERT DEPOSITIONS</u>, together with its attached exhibits, with the Clerk of the Court using the ECF system, which will send notice of such filing upon the following attorney: <u>ANDREW KOCHANOWSKI and MICHAEL H. BANIAK</u>.

By: <u>/s/ Jason W. Wolff</u>

FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
wolff@fr.com

2