EXHIBIT 7




**Welcome** - Already a member? Sign in      My Itineraries    My Account    Customer Support

| **Summary** |
| --- |
| **1 Ticket** / **One way** |
| **DTW** Detroit to |
| **SEA** Seattle |
| |
| **Leave:**      Mon 21-Aug |
| |
| 1 adult      $585.87 |
| Taxes & Fees    $54.24 |
| Booking Fee    $5.00 |
| **Total**      **$645.11** |

**QUESTIONS?**

- Can I use a credit card with a billing address outside the U.S.?
- Is it safe to buy online?
- Need help with this page?
- Other FAQs

## Total price for this trip: $645.11

**Coupons**    What's a coupon?

Only one coupon may be used per purchase. You're not signed in to an account. To use a saved coupon, or to save a coupon to your account, please sign in.

○ I have a coupon.   --Enter redemption code--
● I don't have a coupon.
→ Apply and reprice

### 1   Review the flight details

 Mon 21-Aug-06

| **Detroit** (DTW) | to | **Seattle** (SEA) | 1,927 mi | |
|---|---|---|---|---|
| Depart 12:15 pm | | Arrive 2:00 pm | (3,101 km) | |
| Terminal EM | | | Duration: 4hr 45mn | Flight: **215** |

**Economy/Coach Class**, Food For Purchase, Boeing 757, 60% on time

Total distance: 1,927 mi (3,101 km)        Total duration: 4hr 45mn

*Tip:* **Flight terminals may change.** Please confirm the terminal with the airline before leaving for the airport.

### 2   Review the rules and restrictions

- Ticket changes may incur penalties and/or increased fares.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 **per ticket** will be charged by Expedia for any changes you make to the flights in this itinerary. This fee is waived for changes made online. More info
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $5.00 booking fee.
- Please read important information regarding airline liability limitations.
- Read an overview of all the rules and restrictions applicable to this fare.
- Read the complete penalty rules for changes and cancellations applicable to this fare.

☐ **I have read and accept the rules and restrictions.** (please check the box to continue)

### 3   Select a booking option

**Fares are not guaranteed until purchased.**

▶ **Continue with booking**

Due to the restrictions associated with this fare, tickets must be purchased immediately. It is not possible to reserve this fare for later ticketing.

▶ Save this to my itinerary.

Not ready to book yet? Save your item(s) and come back later to pick up where you left off. Note: prices and availability are subject to change.

▶ Cancel and go to home page.

 

**Welcome** - Already a member? *Sign in*     My Itineraries   My Account   Customer Support

| Summary |
|---|
| **1 Ticket** / **One way** |
| **LGW** London to **DTW** Detroit |
| **Leave:**       Mon 21-Aug |
| 1 adult                $942.00 |
| Taxes & Fees       $81.84 |
| Booking Fee         $5.00 |
| **Total**              **$1,028.84** |

**QUESTIONS?**

- Can I use a credit card with a billing address outside the U.S.?
- Is it safe to buy online?
- Need help with this page?
- Other FAQs

## Total price for this trip: $1,028.84

**Coupons**   What's a coupon?

Only one coupon may be used per purchase. You're not signed in to an account. To use a saved coupon, or to save a coupon to your account, please sign in.

○ I have a coupon.   --Enter redemption code--
● I don't have a coupon.
➔ Apply and reprice

### 1  Review the flight details

**Mon 21-Aug-06**

| **London** (LGW) | to | **Detroit** (DTW) | 3,755 mi |  |
|---|---|---|---|---|
| Depart 1:50 pm |  | Arrive 5:25 pm | (6,043 km) |  |
| Terminal S |  | Terminal EM | Duration: 8hr 35mn | Flight: **31** |

**Economy/Coach Class**, AIRBUS INDUSTRIE A330-300

Total distance: 3,755 mi (6,043 km)                                           Total duration: 8hr 35mn

*Tip:* **Flight terminals may change.** Please confirm the terminal with the airline before leaving for the airport.

### 2  Review the rules and restrictions

- Tickets are nonrefundable. A fee of GBP 50.00 per ticket will be charged for itinerary changes after the tickets are issued, provided that the booking rules were followed.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 **per ticket** will be charged by Expedia for any changes you make to the flights in this itinerary. This fee is waived for changes made online.   More info
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $5.00 booking fee.
- Please read important information regarding airline liability limitations.
- Read an overview of all the rules and restrictions applicable to this fare.
- Read the complete penalty rules for changes and cancellations applicable to this fare.

☐  **I have read and accept the rules and restrictions.** (please check the box to continue)

### 3  Select a booking option

**Fares are not guaranteed until purchased.**

➔ **Choose and continue to more options.**

Due to the restrictions associated with this fare, tickets must be purchased immediately. It is not possible to reserve this fare for later ticketing.

➔ Save this to my itinerary.

Not ready to book yet? Save your item(s) and come back later to pick up where you left off. Note: prices and availability are subject to change.

➔ Cancel and go to home page.