EXHIBIT 8

I, Randall Stark, do hereby declare under penalty of perjury of the laws of the United States that:

On June 21, 2006, I informed Jason W. Wolff that the new trial date for this matter posed considerable difficulties for me.

On September 15, 2006, I am moving to Cambridge, England, which is 75 miles outside of London. I do not plan on returning to the US prior to September 15, 2007.

While in England, I will be enrolled in an eleven month graduate program for a Master's Degree in Computational Biology at the University of Cambridge. I understand that the trial in this case is presently scheduled for February 13, 2007. This date falls in the middle of my second term (Lent Term), which runs from January 16, 2007 through March 17, 2007. Term time is an intensive period of classes, lectures, and assignments crucial to successfully completing the course. I am expected to be resident in Cambridge during the totality of the course, particularly during Term time (the periods between Terms, while less hectically scheduled, are also periods of intensive work and study).

Returning to the United States from England for the presently scheduled trial date is simply not feasible. It creates considerable hardship for me as my absence would compromise my standing in the program and harm my chances of obtaining a degree -- a goal I have invested considerable time and resources to achieve. I expect this course to take my full focus and attention, and missing even a short time is problematic, much less the period of distraction entailed my traveling to and returning from the US (and subsequent recovery from jet lag, which has been a problem for me in the past).

Due to these exigent circumstances, it is my preference to have my deposition taken prior to my departure for England.

*[signature]*

Randall Stark    July 31, 2006