EXHIBIT 9

Student Number:   300522989

Application Number: 10052528



Board of Graduate Studies
Admissions Office

This certificate confirms that Dr Randall Jeffrey Stark has satisfied all the conditions of the offer described below, and has been admitted to the University of Cambridge for a period of 3 terms in order to undertake that course.

The conditions of offer include provision of evidence of financial means of support during the course.

This certificate may be used when making a visa application.

**Date of formal admission letter: 14 July 2006**

**Title of course: MPhil in Computational Biology**

**Term of admission: Michaelmas Term 2006**

**Date of admission: 01 October 2006**

**College membership: Darwin College**

L.E. Friday
Secretary of the Board of Graduate Studies

Page 1 of 1  7/28/2006