INDEX OF EXHIBITS

Exhibit 6    NetJumper's Answers to Google's 1st Set of Interrogatories (9/20/2004)

Exhibit 7    Zenith Elecs. Corp. v. ExZec., Inc., 1995 US LEXIS 6177 (N.D.Ill. 1995)

Exhibit 8    Information from IEEE Website (http://www.ieee.org)

Exhibit 9    Proposed Claim Construction Chart