EXHIBIT 8

Print Page | Close

## About the IEEE

The IEEE, a non-profit organization, is the world's leading professional association for the advancement of technology.

The full name of the IEEE is the Institute of Electrical and Electronics Engineers, Inc., although the organization is referred to by the letters I-E-E-E and pronounced Eye-triple-E.

### Who the IEEE Serves

Through its global membership, the IEEE is a leading authority on areas ranging from aerospace systems, computers and telecommunications to biomedical engineering, electric power and consumer electronics among others.

Members rely on the IEEE as a source of technical and professional information, resources and services.

To foster an interest in the engineering profession, the IEEE also serves student members in colleges and universities around the world.

Other important constituencies include prospective members and organizations that purchase IEEE products and participate in conferences or other IEEE programs.

### Quick Facts

The IEEE has:
» more than 365,000 **members,** including 68,000 students, in over 150 countries.
» 311 **sections** in ten geographic regions worldwide.
» about 1,570 **chapters** that unite local members with similar technical interests.
» more than 1,430 **student branches** at colleges and universities in 80 countries.
» 39 **societies** and 5 **technical councils** representing the wide range of technical interests.
» 128 **transactions, journals and magazines**.
» more than 300 **conferences** worldwide each year.
» about 900 **active IEEE standards** and more than 400 in development.

**» Learn more about the IEEE today.**



 Print Page  |  Close

# IEEE Today

- » Membership
- » Publications
- » Digital Library
- » Conferences
- » Standards
- » Education Offerings
- » Grants
- » Awards

## Membership

There are **more than 365,000 IEEE members in over 150 countries** around the world

IEEE members are **engineers, scientists and allied professionals** whose technical interests are rooted in electrical and computer sciences, engineering and related disciplines.

The **highest grade of membership** – IEEE fellow – is attained through nomination by peers and approval by the IEEE Board of Directors for distinction in the profession.

» Learn more about IEEE membership.

## Publications

The IEEE publishes **nearly a third of the world's technical literature** in electrical engineering, computer science and electronics.

This includes about 130 **journals, transactions and magazines** and over 400 **conference proceedings** published annually. In cooperation with John Wiley and Sons, Inc., the IEEE also produces **technical books, monographs, guides and textbooks**.

IEEE journals are consistently among the **most highly cited** in electrical and electronics engineering, telecommunications and other technical fields.

» Learn more about IEEE publications.

## Digital Library

All IEEE content since 1988 plus select content dating back to 1950 is available in digital format.

The IEEE *Xplore*® digital library contains **more than 1.2 million documents** from IEEE and IEE journals, transactions, magazines, letters, conference proceedings and active IEEE standards.

» Learn more about the IEEE *Xplore*® digital library.

## Conferences

Each year, **over 100,000 technical professionals** attend the more than 300 conferences sponsored or cosponsored by the IEEE.

From microelectronics and microwaves to sensors and security, IEEE conferences cover **relevant topics** that showcase the depth and breadth of members' technical fields.

» Learn more about IEEE conferences.

## Standards

The IEEE is a **leading developer of international standards** that underpin many of today's telecommunications, information technology and power generation products and services.

Often the central source for standardization in a broad range of emerging technologies, the IEEE Standards Association has a portfolio of some **900 active standards and more than 400 standards in development**. This includes the prominent IEEE 802® standards for wireless networking.

» Learn more about IEEE standards.

## Education Offerings

By awarding **continuing education units** and **professional development hours**, the IEEE helps its members meet their continuing education requirements, and develops products and services in support of these efforts.

The IEEE is an **authorized provider of continuing education units** through the International Association of Continuing Education and Training.

At the pre-college level, the IEEE works with industry, universities and government to **raise students' literacy** in science, math, engineering and technology.

» Learn more about IEEE educational opportunities.

## Grants

Through the IEEE Foundation General Fund and over 80 smaller special-purpose funds, the IEEE Foundation provides approximately **US$2 million in philanthropic support each year** to IEEE-related programs worldwide.

This support helps

- develop educational and public-information programs;
- sustain historical research services;
- subsidize workshops that facilitate the exchange of electronic information;
- propel technological innovation; and
- increase public awareness about the vast impact of engineering on society.

» Learn more about the IEEE Foundation.

## Awards

Accomplishments in IEEE technical fields are recognized with annual awards for **outstanding contributions** to technology, society and the engineering profession.

The IEEE Medal of Honor, the **IEEE's highest award**, recognizes an individual for an **exceptional contribution or extraordinary career** in the IEEE fields of interest. Past recipients have included such visionaries as:

- Guglielmo Marconi (1920, for radio telegraphy)
- William Shockley (1980, for junction, analog and junction field-effect transistors)
- Andrew S. Grove (2000, for pioneering research in metal oxide semiconductor devices and technology)

» Learn more about IEEE awards.

