# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NET JUMPER SOFTWARE, L.L.C.
a Michigan limited liability corporation,

        Plaintiff/Counterclaim      Civil Action No. 04-70366-CV
        Defendant,      Hon. Julian Abele Cook, Jr.

v.      Magistrate Judge R. Steven Whalen

GOOGLE INC.,
a Delaware corporation

        Defendant/Counterclaim
        Plaintiff.

_____/

## ORDER ON STIPULATION GOVERNING EXPERT DISCOVERY

      The Parties, having filed with the Court a Joint Stipulation Governing Expert Discovery and the Court, having considered the stipulation, hereby enters the stipulation in these proceedings.

      IT IS SO ORDERED.

Dated:  August 24, 2006

                      By:  s/ Julian Abele Cook, Jr.
                             Julian Abele Cook, Jr.
                             United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 24, 2006.

                      s/ Kay Alford
                      Case Manager