UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.,

        Plaintiff,

                                          Case number 04-70366
v.                                       Honorable Julian Abele Cook, Jr.

GOOGLE, INC.,

        Defendant.

_____

ORDER

On July 24, 2006, the Plaintiff, NetJumper Software, L.L.C. ("NetJumper"), filed an "Emergency Motion for One-Week Extension of Deadline to File Response Brief to Defendant Google, Inc's Markman Brief." On the same day, the Defendant, Google, Inc. ("Google"), responded with the comment that it "does not oppose the extension that NetJumper seeks[.]"

To the extent that there is no genuine disagreement between the parties, the Court grants NetJumper's motion for an one-week extension to file its Response to Google's *Markman* Brief.[1] Thus, NetJumper will have a period of seven days from the date of this order in which to file its response brief to Google's Markman brief. Should it fail or neglect to fully comply with this directive, the authorization to file a response brief will become null and void automatically without further action by the Court.

---

[1] It should be noted that the official record in this matter indicates that NetJumper filed its Response on July 31, 2006.

IT IS SO ORDERED.

Dated:   September 1, 2006                              s/ Julian Abele Cook, Jr.
           Detroit, Michigan                              JULIAN ABELE COOK, JR.
                                                                         United States District Court Judge

Certificate of Service

I hereby certify that on September 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system, and I further certify that I mailed a copy to the non-ECF participant(s).

                                                                                     s/ Kay Alford
                                                                                     Courtroom Deputy Clerk