# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.,
    Plaintiff(s),

CASE NUMBER: 04-70366

v.

HONORABLE JULIAN ABELE COOK, JR.

GOOGLE, INC.,
    Defendant(s).
                                           /

## NOTICE OF:
## MARKMAN HEARING

You are hereby notified to appear before the Honorable Julian Abele Cook, Jr., United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 716 |
|---|---|---|
| AUGUST 13, 2007 | 9:00 A.M. | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

**HEARING ADJOURNED FROM JULY 16, 2007**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this notice was served upon all counsel of record on this date June 28, 2007 by electronic means.

Date: June 28, 2007

s/ Kay Alford
Deputy Clerk    313-234-5100