IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NETJUMPER SOFTWARE, LLC, a Michigan limited liability corporation, | Civil Action No. 04-70366-CV |
| Plaintiff, | Hon. Julian Abele Cook |
| v. | |
| GOOGLE INC., a Delaware corporation, | Magistrate Judge R. Steven Whalen |
| Defendant. | |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

To:   Kathleen A. Lang              Jason W. Wolff
      L. Pahl Zinn                  Fish & Richardson P.C.
      Dickinson Wright              12390 El Camino Real
      500 Woodward Avenue, Suite 4000    San Diego, CA  92130
      Detroit, MI  48226-3425

Please take notice of the following new firm name, address, telephone number, facsimile

number, and email address for counsel of record for Plaintiff NetJumper Software, L.L.C.:

Michael H. Baniak
baniak@mbhb.com
McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Chicago, Illinois  60606
(312) 913-0001  Telephone
(312) 913-0002  Facsimile

Dockets.Justia.com

Respectfully submitted,

August 7, 2007                   s/Michael H. Baniak
                                Michael H. Baniak
                                baniak@mbhb.com
                                McDonnell Boehnen Hulbert & Berghoff
                                300 South Wacker Drive
                                Chicago, Illinois  60606
                                (312) 913-0001  Telephone
                                (312) 913-0002  Facsimile

                                and

                                Andrew Kochanowski  (P55117)
                                Nabeel N. Hamameh  (P60981)
                                SOMMERS SCHWARTZ, P.C.
                                2000 Town Center, Suite 900
                                Southfield, Michigan  48075
                                (248) 355-0300  Telephone
                                (248) 936-2140  Facsimile

                                Attorneys for Plaintiff
                                NETJUMPER SOFTWARE, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2007, I electronically filed the foregoing with the Clerk

of the Court using the ECF system, which will send notice of such filing upon the following

attorneys:

Kathleen A. Lang
L. Pahl Zinn
Dickinson Wright
500 Woodward Avenue, Suite 4000
Detroit, MI  48226-3425

Jason W. Wolff
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA  92130

August 7, 2007                          s/Michael Baniak
                                        Michael H. Baniak
                                        baniak@mbhb.com
                                        McDonnell Boehnen Hulbert & Berghoff
                                        300 South Wacker Drive
                                        Chicago, Illinois  60606
                                        (312) 913-0001  Telephone
                                        (312) 913-0002  Facsimile