# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.
a Michigan limited liability corporation,

      Plaintiff,

  v.

GOOGLE INC.,
a Delaware corporation

      Defendant.

Case No. 04-70366-CV
Hon. Julian Abele Cook, Jr.
Magistrate Judge R. Steven Whalen

---

Andrew Kochanowski (P55117)
Nabeel M. Hamameh (P60981)
SOMMERS SCHWARTZ, PC
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
MCDONNELL, BOEHNEN HULBERT &
BERGHOFF, LLP
300 South Wacker Drive
Chicago, IL 60606

*Attorneys for NetJumper Software, L.L.C.*

Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110

Howard G. Pollack
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Jason W. Wolff
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130

*Attorneys for Google Inc.*

## DEFENDANT GOOGLE INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY
## IN SUPPORT OF ITS CLAIM CONSTRUCTION BRIEFS

Defendant Google Inc. ("Google"), by its attorneys, Fish & Richardson P.C. and Dickinson Wright PLLC, submits the United States Court of Appeals, Federal Circuit's decision in *E-Pass Technologies, Inc. v. 3Com Corp., et. al.*, 473 F.3d 1213 (Fed. Cir. 2007) (Exhibit 1) in support of its Opening Claim Construction Brief, filed on July 11, 2006 (Doc. #86) and its Claim Construction Reply Brief, filed on August 7, 2006 (Doc. # 97). The *E-Pass* case further supports the authority provided in footnote 35 in Google's opening brief and the statement made in footnote 23 in Google's reply brief. *See, e.g.*, *E-Pass*, 473 F.3d at 1222 (construing method claims to be performed in the order recited because each step relied upon the completed result of a prior step).

Respectfully submitted,

FISH & RICHARDSON, P.C.

By:  /s/ Jason W. Wolff
12390 EL Camino Real
San Diego, CA 92130
(858) 678-5070
wolff@fr.com

*Attorneys for Google Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

By: /s/ Jason W. Wolff
FISH & RICHARDSON, P.C.
12390 EL Camino Real
San Diego, CA 92130
(858) 678-5070
wolff@fr.com

2