# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.
a Michigan limited liability corporation,

      Plaintiff,

  v.

GOOGLE INC.,
a Delaware corporation

      Defendant.

Case No. 04-70366-CV
Hon. Julian Abele Cook
Magistrate Judge R. Steven Whalen

---

Andrew Kochanowski (P55117)
Nabeel M. Hamameh (P60981)
Sommers Schwartz, PC
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
McDonnell, Boehnen Hulbert & Berghoff, LLP
300 South Wacker Drive,
Chicago, IL 60606

*Attorneys for NetJumper Software, L.L.C.*

Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

*Attorneys for Google Inc.*

## EX-PARTE ORDER ALLOWING ELECTRONIC EQUIPMENT INTO COURT ROOM OF HON. JULIAN ABELE COOK

IT IS HEREBY ORDERED that Defendant Google Inc. may bring the electronic equipment identified below into the court room of Hon. Julian Abele Cook, for a hearing scheduled on August 30, 2007 at 9:00 a.m.:

    1.    Two (2) IBM ThinkPad laptop computers; and

2. One (1) proxima projector.

Attorneys for Google Inc. shall present a True Copy of this Order to the United States Marshall upon entry to the court house.

s/ Julian Abele Cook, Jr.
District Court Judge

Dated: August 29, 2007

DETROIT 28155-1 1006026v1