UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.,　　　　　　　Case No. 04-70366-CV
a Michigan limited liability corporation,　　　　Hon. Julian Abele Cook
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen
　　　　Plaintiff,

vs.

GOOGLE INC.,
a Delaware corporation,

　　　　Defendant.
_____/

SOMMERS SCHWARTZ, PC　　　　　　　　DICKINSON WRIGHT, PLLC
Andrew Kochanowski (P55117)　　　　　　Kathleen A. Lang (P34695)
Attorney for Plaintiff　　　　　　　　　　L. Pahl Zinn (P57516)
2000 Town Center　　　　　　　　　　　Attorneys For Defendant
Suite 900　　　　　　　　　　　　　　　500 Woodward Ave., Ste. 4000
Southfield, MI 48075　　　　　　　　　　Detroit, MI 48226
(248) 355-0300　　　　　　　　　　　　(313) 223-3500

MCDONNELL BOEHNEN HULBERT
& BERGHOFF LLP
Michael H. Baniak
Co-Counsel For Plaintiff
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001
_____/

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

## **NOTICE OF WITHDRAWAL OF ATTORNEY**

PLEASE TAKE NOTICE that Nabeel N. Hamameh (Bar No. P60981) is no longer employed at Sommers Schwartz, P.C. and should be removed from the record, and from the Court's ECF System, as counsel for the Plaintiff in this matter, and that Andrew Kochanowski is lead counsel for the Plaintiff.

Respectfully submitted,

s/Andrew Kochanowski (P55117)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
2000 Town Center Drive, Suite 900
Southfield, MI 48075
(248) 355-0300
akochanowski@sommerspc.com

Dated: January 30, 2008

**PROOF OF SERVICE**

I certify that on 1-30-08, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Kathleen A. Lang; klang@dickinsonwright.com
L. Pahl Zinn; pzinn@dickinsonwright.com
Jason W. Wolff; wolff@fr.com
Michael H. Baniak; baniak@mbhb.com

s/Andrew Kochanowski (P55117)
Sommers Schwartz, PC
2000 Town Center, Suite 900
Southfield, MI 48075
(248) 355-0300
akochanowski@sommerspc.com

LAW OFFICES
**SOMMERS SCHWARTZ, P.C.**
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

2