MIE 300 Scheduling Order (Rev. 3/98)

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NETJUMPER SOFTWARE, L.L.C.,

                Plaintiff(s),

v.

CIVIL ACTION NO. 04-70366

HON. JULIAN ABELE COOK, JR.

GOOGLE, INCORPORATED,

                Defendant(s).
_____/

## **SCHEDULING ORDER**

The following dates constitute the **Order of this Court.**

1. Motions in Limine due: **JULY 7, 2008**

2. Deadline for filing Joint Pretrial Order: **JULY 7, 2008**

3. Final Pretrial Conference date and time: **JULY 14, 2008 AT 1:00 P.M.**

4. Jury Trial set for: **JULY 22, 2008 AT 8:30 A.M.**

Date: May 13, 2008                              s/ Julian Abele Cook, Jr.
                                                                       JULIAN ABELE COOK, JR.
                                                                       UNITED STATES DISTRICT JUDGE

cc: all counsel of record by electronic means