MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.,

                 Plaintiff(s),                 Case Number:  04-70366

v.                 Honorable Julian Abele Cook, Jr.

GOOGLE, INCORPORATED,                 Magistrate Judge R. Steven Whalen

                 Defendant(s),
_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

     **IT IS ORDERED** that this matter is referred to United States Magistrate Judge R. Steven Whalen for the following purpose(s):

- **SETTLEMENT CONFERENCE**

\*\*  Pretrial Conference July 14, 2008
\*\*  Jury Trial July 22, 2008

DATED: <u>May 13, 2008</u>                 s/ Julian Abele Cook, Jr.
                 Julian Abele Cook, Jr.
                 United States District Judge

## CERTIFICATE OF SERVICE

I certify that a copy of this order was served upon all counsel of record on the above date by electronic means.

                 s/ Kay Doaks
                 Deputy Clerk