UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETJUMPER SOFTWARE, L. L. C.,          CASE NO. 04-CV-70366
         Plaintiff(s),

                            DISTRICT JUDGE JULIAN ABELE COOK, JR.

                            MAGISTRATE JUDGE R. STEVEN WHALEN

GOOGLE, INCORPORATED,
         Defendant(s),
                                  /

## NOTICE OF SETTLEMENT CONFERENCE

     **TAKE NOTICE** that the above-entitled matter has been scheduled for settlement proceedings on **WEDNESDAY, JULY 2, 2008 at 10:00 A.M.,** before Magistrate Judge R. Steven Whalen, at 673 Theodore Levin Courthouse, 231 W. Lafayette, Detroit, MI 48226.

     **All parties with settlement authority are required to be present.**

     **Parties are to submit Ex-Parte Mediation Summaries (limited to ten pages in length**) **directly**
**to Magistrate Judge Whalen no later than \* FRIDAY, JUNE 27, 2008.\***

     **DO NOT E-FILE EX-PARTE MEDIATION SUMMARIES** forward directly to **Magistrate Judge Whalen's Chambers.**

                                        s/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

Dated: May 19, 2008

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 19, 2008.

                                        s/Susan Jefferson
                                        Case Manager