# INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | USPTO action dated October 5, 2007, granting Google's request for reexamination of the '172 patent. |
| 2 | USPTO Press Release #05-38 dated July 29, 2005. |
| 3 | *Donnelly Corp. v. Guardian Indus*., 2007 WL 3104794 at*3, No. 05-74444 (E.D. Mich. October 22, 2007). |
| 4 | Order Granting Defendant IPG Photonics Corporation's Motion to Stay Litigation Pending Reexamination (Dkt. No. 65), in *IMRA America, Inc. v. IPG Photonics Corp*., Case No. 2:06-cv-1539 (E.D. Mich., Judge Taylor). |
| 5 | Defendant IPG Photonics Corporation's Motion to Stay the Litigation Pending Reexamination (Dkt. No. 24) in *IMRA America, Inc. v. IPG Photonics Corp*., Case No. 2:06-cv-1539 (E.D. Mich., Judge Taylor). |
| 6 | *Middleton, Inc. v. Minn. Mining and Mfg. Co*., 2004 WL 1968669 at *3, No. 4:03-CV-40493 (S.D. Iowa Aug. 24, 2004). |
| 7 | Detroit News interview of Gilbert Borman, the controlling member of Plaintiff NetJumper Software LLC and first named inventor on the '172 patent. |
| 8 | Printout from USPTO Public PAIR website indicating the status and current assignment of the reexamination proceedings for the '172 patent. |
| 9 | Letter to Andy Kochanowski, counsel for NetJumper Software LLC, from Frank Scherkenbach, counsel for Google Inc., dated April 15, 2008. |
| 10. | *KLA-Tencor Corp. v. Nanometrics, Inc*., 2006 WL 708661 at *4, No. C 05-03116 (N.D. Cal. March 16, 2006) |
| 11 | *Magna Donnelly Corp. v. Pilkington North Am., Inc*., 2007 WL 772891 at *2, No. 4:06-CB-126 (W.D. Mich. March, 12, 2007). |