Exhibit 4

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN
(SOUTHERN DIVISION)

| | |
|---|---|
| IMRA AMERICA, INC., a Michigan corporation,<br>    Plaintiff,<br><br>v.<br><br>IPG PHOTONICS CORPORATION, a Delaware corporation,<br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:06-15139 (ADT) (MKM) |

Edward H. Pappas. (P23224)
Robert L. Kelly (P34412)
J. Benjamin Dolan (P47839)
DICKINSON WRIGHT PLLC
38525 Woodward Avenue - Suite 2000
Bloomfield Hills, MI 48304-2970
Telephone: (248) 433-7200
Facsimile: (248) 433-7274
epappas@dickinsonwright.com
rkelly@dickinsonwright.com
bdolan@dickinsonwright.com

Craig S. Summers
Amy C. Chun
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
amy.chun@kmob.com
craig.summers@kmob.com

Attorneys for Plaintiff
IMRA AMERICA, INC.

Barbara L. Mandell (P36437)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Telephone: 248-203-0570
Facsimile: 248-203-0763
bmandell@dykema.com

Kurt L. Glitzenstein
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Telephone: 617-542-5070
Facsimile: 617-542-8906
glitzenstein@fr.com

Attorneys for Defendant
IPG PHOTONICS CORPORATION

**ORDER GRANTING DEFENDANT IPG PHOTONICS CORPORATION'S MOTION
TO STAY THE LITIGATION PENDING REEXAMINATION [D/E 24]**

The Court, having considered Defendant IPG Photonics Corporation's Motion to Stay the Litigation Pending Reexamination, and having considered the arguments for and against the Motion, finds that there is good cause for granting the motion and, therefore,

IT IS HEREBY ORDERED THAT:

1. The motion is GRANTED.

2. The above-captioned litigation is stayed pending completion of the reexamination of United States Patent No. 5,818,630 by the United States Patent & Trademark Office.

3. The Stipulated Scheduling Order (Dkt. 48), entered on February 19, 2008, is vacated.

4. The hearing date for Plaintiff IMRA America Inc.'s Motion to Compel Production of Documents and an In-Person Inspection of Defendant's Electronically Stored Documents (Dkt. 46) is vacated with a new hearing date to be set in the event that the stay is lifted.

IT IS SO ORDERED.

DATED: April 3, 2008                             s/ Anna Diggs Taylor
                                                 ANNA DIGGS TAYLOR
                                                 UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on April 4, 2008.

                                                 s/Johnetta M. Curry-Williams
                                                 Case Manager

APPROVED:

By: /Kurt L. Glitzenstein/

Attorneys for Defendant
IPG Photonics Corporation

Kurt L. Glitzenstein
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
Telephone: 617-542-5070
Facsimile: 617-542-8906
glitzenstein@fr.com

Barbara L. Mandell
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Telephone: 248-203-0570
Facsimile: 248-203-0763
bmandell@dykema.com

Attorneys for Defendant
IPG Photonics Corporation

APPROVED AS TO FORM ONLY:

By: /Amy C. Chun/

Attorneys for Plaintiff
IMRA America, Inc.

Amy C. Chun
Knobbe Martens Olson & Bear LLP.
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949 760-0404
Facsimile: 949 760-9502
amy.chun@kmob.com

Attorneys for Plaintiff
IMRA America, Inc.