Exhibit 7

This is a printer friendly version of an article from **The Detroit News**
To print this article open the file menu and choose Print.

Back



## Tiny Metro tech firm takes on giant Google

NetJumper LLC is accusing the search engine company of patent infringement.

**Paul Egan / The Detroit News**

May 5, 2006

    **BLOOMFIELD HILLS** -- A tiny Metro Detroit high-tech company is fighting a court battle against Internet goliath Google Inc., accusing the search engine company of patent infringement.
    NetJumper LLC founder Gilbert Borman, grandson of the man who started the Farmer Jack grocery store chain, has many legal hurdles to clear before he can hope to collect the millions of dollars in damages he seeks.
    But NetJumper, a Bloomfield Hills company no longer in business, recently cleared one when a federal judge rejected Google's bid to have the case thrown out.
    "There is a genuine issue of a material fact as to whether the Google toolbar infringed upon the (NetJumper) patent," Judge Julian Abele Cook Jr. wrote March 29 in allowing the 2-year-old case to proceed.
    A Google spokesman said Wednesday that the firm believes the suit is "without merit and will defend against it vigorously."
    The case is one in a long line of patent suits against high-tech companies, including one high-profile case against Research in Motion, which makes the popular BlackBerry device.
    Last month, a Commerce Township company, z4 Technologies, won a $133 million federal jury verdict against Microsoft Corp. and Autodesk Inc. in a case involving software patents.
    The patent at issue in the NetJumper case relates not to the Google search engine, but to the Google Toolbar, an accessory users download to make using Google easier. And it's not the whole toolbar that's at issue, but two "Web buttons" that can be added to the toolbar marked "next" and "previous."
    The buttons allow Internet users to view a series of search results, one after another, without having to use the "back" button to return to the list each time they are finished looking at one search result and want to move on to the next.
    "Why do you have to click back to go forward?" asked Borman, 47.
    "If I had a penny for every time people click their 'back' button, I could retire in a day."
    Borman's "next" and "previous" buttons were patented by NetJumper in 1999 and incorporated into the Google Toolbar without permission, NetJumper and Borman allege.
    In its complaint, NetJumper alleged more than 14 million Google Toolbars had been downloaded from the Internet by 2004, when NetJumper filed the suit. The number is likely in the tens of millions today.
    "Prior to the institution of this litigation, NetJumper had been in communication with Google concerning potential uses of its patented technologies, and in the course of various discussions with Google had disclosed the subject patents to Google," NetJumper's complaint alleges.
    "Google's acts of infringement have been -- and continue to be -- willful and wanton."
    In court pleadings, Google admits NetJumper contacted the company "concerning potential uses of technology purportedly developed by NetJumper," but denies any infringement. Google alleges NetJumper's patent is different from the toolbar buttons and questions the validity of NetJumper's patent, alleging another company developed the buttons earlier.
    Google also has filed a counterclaim, alleging NetJumper infringed on Google's trademark and made false representations with NetJumper's now-defunct "GooGrab.com" Web site.
    Federal court records show Google has been sued six other times in patent-related cases, in California,

Wisconsin, Texas and Massachusetts. Three of the cases were dismissed, and three are active.

Far and away the world's most popular search engine, Google, co-founded by a Michiganian, has grown from an operation started in a California garage in 1998 to a $100 billion corporation today.

Borman, who grew up in the family grocery business as a member of the last generation to go through high school and college without touching a computer, is perhaps an unlikely technological innovator and challenger to Google.

"I've always had a passion for invention and new things," Borman said. He has used e-mail since about 1993, when the technology was in its infancy, and said he has been a heavy user of the Internet since about 1995.

Anik Ganguly, who worked with Borman at a now-defunct technology company called Campbell Services Inc. in the mid-1990s, said Borman is "a very creative individual (who) has an absolute fascination with technology and the Internet."

NetJumper once employed several people but is no longer active. "Right now, NetJumper is we're a lawsuit at this point," Borman said.

If he wins the patent case, Google would have to reach an agreement with NetJumper to continue using the buttons in its toolbar.

Borman admits it was somewhat daunting to look across the courtroom and see Google's seven attorneys.

"You go and dance with Godzilla, you might just get squished," he said.

*You can reach Paul Egan at (313) 222-2069 or pegan@detnews.com.*