# Exhibit 8



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Home    |    Patents    |    Trademarks    |    Other**

**Patent eBusiness**
- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

**Patent Information**
Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

**Patent Searches**
Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

**Other**
Copyrights
Trademarks
Policy & Law
Reports

**Patent Application Information Retrieval**

Order Certified Application As Filed   Order Certified File Wrapper   View Order List

**90/010,014**    Method and Apparatus for Retrieving Data From a Network Using Location Identifiers

*Tabs: Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent*

### Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 90/010,014 | Customer Number: | - |
| Filing or 371 (c) Date: | 08-23-2007 | Status: | Response after Non-Final Action Entered (or Ready for Examiner Action) |
| Application Type: | Re-Examination | Status Date: | 01-15-2008 |
| Examiner Name: | BANANKHAH, MAJID A | Location: | ELECTRONIC |
| Group Art Unit: | 3992 | Location Date: | - |
| Confirmation Number: | 6603 | Earliest Publication No: | - |
| Attorney Docket Number: | NJI 0104 R | Earliest Publication Date: | - |
| Class / Subclass: | 715/200 | Patent Number: | - |
| First Named Inventor: | 5,890,172 , , | Issue Date of Patent: | - |

| | |
|---|---|
| Title of Invention: | Method and Apparatus for Retrieving Data From a Network Using Location Identifiers |

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC) .
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy