# Exhibit 9

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

VIA FACSIMILE

April 15, 2008

Andrew Kochanowski, Esq.
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075

Re: NetJumper Software, L.L.C. v. Google Inc.
USDC-E.D. MI - Case No. 2:04CV70366

Dear Andy:

In view of the Court's March 29 claim construction order, we do not believe NetJumper can satisfy its burden to prove infringement. I am writing, therefore, to suggest that NetJumper stipulate to noninfringement of the '172 patent in view of that claim construction. In exchange, Google would agree to dismiss its declaratory judgment counterclaims without prejudice. NetJumper would of course also have to formally dismiss the '655 patent, which it has told both the Court and Google on several occasions it does not intend to pursue, and which it has not pursued. This would put the case in condition for appeal, and avoid the necessity of further expensive and unnecessary motion practice in the district court.

Please let us have your response by April 30.

Sincerely,

*Frank E. Scherkenbach*

Frank E. Scherkenbach

FES/kjr

21901712