UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NetJumper Software, LLC

           Plaintiff(s),           Case No. 04-70366

v.                                    Judge Julian Abele Cook, Jr.

Google, Inc.

           Defendant(s).
_____/

## NOTICE OF ERROR DIRECTED TO
## JASON WOLFF

Document number __116__, filed on __May 28, 2008__ was reviewed and the following error was found:

☐ Docket entry was made on the wrong case. Document must be refiled.

☐ Title of the document and the document content do not match. Document must be refiled.

☐ Docket text does not match document filed. Document must be refiled.

☐ PDF image was not uploaded. Document must be refiled.

☐ Document is a complaint combined with a motion for preliminary relief, or a response or reply to a motion combined with a counter-motion. Document was stricken.

☐ Document is a response or objection to a presentence report or a criminal witness list. Document was stricken.

☐ Document is discovery or a disclosure under 26(a) (1),(2). Document was stricken.

☑ Other: Docket text does not match document filed. <u>DO NOT REFILE DOCUMENT.</u>

Disciplinary action will be imposed if errors continue to occur in this or other cases where counsel is listed as the attorney of record.

<u>Certificate of Service</u>
I hereby certify that the parties and/or counsel of record were served with a copy of this notice.

DAVID J. WEAVER, CLERK OF COURT

By: s/Peggy S. Miller
Deputy Clerk

Date: May 29, 2008