## INDEX OF EXHIBITS

**EXHIBIT 1**:	Letter dated June 9, 2008 from Jason W. Wolff to Andrew Kochanowski

**EXHIBIT 2**:	Google, Inc.'s Witness List

**EXHIBIT 3**:	Exhibit B to Hardin Invalidity Report

**EXHIBIT 4**:	Google screen shot from May 29, 2008 showing infringement

**EXHIBIT 5**:	Cited Westlaw Cases

- *Cooper Technologies Co. v. Thomas & Betts Corp.*, 2008 WL 906315 *1 (E.D. Tex. 2008)

- *Fujitsu Ltd. v. Nanya Technology Corp.*, 2007 WL 3314623 (N.D. Cal. 2007)

- *KLA-Tencor Corp. v Nanometrics, Inc.,* 2006 WL 708661 *3 (N.D. Cal. 2007)

- *Magna Donnelly Corp. v Pilkington North America, Inc.* 2007 WL 772891*2 (WD Mich 2007)

- *Nanometrics, Inc. v Nova Measuring Measurements, Limited,* 2007 WL 627920 *1 (ND Cal 2007)

- *Richo Co. v Aeroflex, Inc.,* 2006 WL 3708069 (ND Cal 2006)

- *Visto Corp. v. Research in Motion Ltd.*, 2007 WL 2900478 *1 (E.D. Tex. 2007)