# EXHIBIT 3

Dockets.Justia.com

# Hardin Invalidity Report, Exhibit B

Documents and Things Considered

| Description | Bates Number |
|---|---|
| U.S. Patent No. 5,890,172 | NetJumper 001303 - 001319 |
| File History for U.S. Patent No. 5,890,172 | G 000073 – G 000310 |
| U.S. Patent No. 6,226,655 | NetJumper 001288 - 001302 |
| File History for U.S. Patent No. 6,226,655 | G 000326 – G 000505 |
| U.S. Patent No. 5,801,702 | NetJumper 000954 - 000980 |
| U.S. Patent No. 5,808,613 | NetJumper 000096 - 000116 |
| U.S. Patent No. 6,034,689 | NetJumper 000117 – 000146 |
| U.S. Patent No. 6,038,610 | NetJumper 000023 – 000044 |
| Walker, Janet, Document Examiner: Delivery Interface for Hypertext Documents, Proceedings of the ACM Conference on Hypertext, Chapel Hill, NC, November 1987, pp. 307-323 | G 001234 – G 001250 |
| Harawitz, Howard, HTML Assistant Pro (software and documentation, including help files), Brooklyn North Software Works Inc., Halifax, Nova Scotia, 1994-1995 and Harawitz, Howard, URL Grabber '95 (software and documentation, including help files), Brooklyn North Software Works Inc., Halifax, Nova Scotia, 1995 | See G 001944 – G 001964, G 002600, G 002601, G 003708, G 005454 |
| Isakowitz, Thomas et al., RMM: A Methodology for Structured Hypermedia Design, Communications of the ACM, Vol. 38, No. 8, August 1995, pp. 34-44 | G 001251 – G 001261 |
| Wood, Andrew, et al., A World-Wide Web Visualiser and Its Implications for Collaborative Browsing and Software Agents, submitted to HCI95, United Kingdom, 1995 | G 001180 – G 001190 |
| Wood, Andrew et al., HyperSpace: Browsing with Visualization, 3rd International WWW Conference, Darmstadt, Germany, April 1995 | G 001191 – G 001195 |
| NetCarta, CyberPilot Pro 1.0B1, February 1996 | G 003709 – G 003714 *et seq.* |
| Scannell, Ed, Utility manages Internet Address lists, Infoworld, December 18, 1995, p. 16 (Clearweb95) | NetJumper 001115 |
| Printouts from http://www.grasp.com | NetJumper 001117 – 001119 |
| Bieber, Michael and Jiangling Wan, Backtracking in a Multiple-window Hypertext Environment, Proceedings of the 1994 ACM European conference on Hypermedia Technology, Edinburgh, Scotland, September 1994 pp. 158 – 166 | G 000821- 000829 |
| Newcomb, Steven, The "HyTime" Hypermedia/Time-based Document Structuring Language, Communications of the ACM, Vol 34, No. 11, November 1991, pp. 67-83 | G 002602 – G002618 |

1

# Hardin Invalidity Report, Exhibit B

## Documents and Things Considered

| Description | Bates Number |
|---|---|
| Boy, Guy A., Indexing Hypertext Documents in Context, Proceedings of the third annual ACM conference on Hypertext. San Antonio, Texas, December 1991, pp. 51 – 61 | G 000725 – G000735 |
| Caloini, Andrea, Matching Hypertext Models to Hypertext Systems: A Compilative Approach, In Proceedings of European Conference on Hypertext, November 1992, pp. 91 – 1010 | G 0026267 – G 002637 |
| Carver, Curtis, et al., A Methodology For Active, Student-Controlled Learning: Motivating Our Weakest Students, *SIGCSE Bulletin*, 28 (1), 1996, 195-199 | G 002638 – G 002642 |
| Dieberger, Andreas, Browsing the WWW by interacting with a textual virtual environment – A framework for experimenting with navigational metaphors, Proceedings of the the 7th ACM conference on Hypertext. Bethesda, Maryland, March 1996, pp. 170 – 179 | G 000881 – G000890 |
| Egan, Dennis, et al., Hypertext For the Electronic Library? CORE Sample Results, Proceedings of the 3rd Annual ACM conference on Hypertext San Antonio, Texas, December 1991, pp. 299 – 312 | G 001037 – G 001050 |
| Hasan, Masum, et al., Browsing Local and Global Information, Proceedings of the 1995 Conference of the Centre for Advanced Studies on Collaborative Research Toronto, Ontario, Canada, November 1995 p. 27 | G 001024 – G 001036 |
| Iannella, Renato, HyperSAM – A Management Tool for Large User Interface Guideline Sets, SIGCHI Bulletin, Vol. 27, No. 2, April 1995, pp. 42 – 45 | G 001062 – G 001065 |
| Koegel, John, et al., HyOctane: A HyTime Engine for an MMIS, ACM Multimedia, 1993 | G 002619 – G 002626 |
| Nabkel, Jafar and Eviatar Shafrir, Blazing the Trial: Design Considerations for Interactive Information Pioneers, SIGCHI Bulletin, Vol. 27, No. 1, January 1995, pp. 45-54 | G 000849 – G 000858 |
| Ohnemus, Kenneth R., Implementing A Large Scale Windows Help System: Critical Success Factors and Lessons Learned, Proceedings of the 13th Annual Int'l Conference on Systems Documentation: Emerging from chaos: solutions for the growing complexity of our jobs Savannah, Georgia, United States; February 1996, pp. 106-115 | G 000620 – G 000629 |

# Hardin Invalidity Report, Exhibit B

## Documents and Things Considered

| Description | Bates Number |
|---|---|
| Oren, Tim, The Architecture of Static Hypertexts, Proceeding of the ACM conference on Hypertext, November 1987, pp. 291 – 306 | G 002643 – G 002658 |
| Mendelson, Edward, Internet Organizers, PC Magazine, Vol. 15, No. 9, May 14, 1996, pp.197 -202 | Deposition Exhibit 30 |
| Muchmore, Michael, There Back Again, PC Magazine, Vol. 16, No. 14, August 1997, p. 40 | NetJumper 000510 |
| Thuring, Manfred, et al., Hypermedia and Cognition: Designing for Comprehension, Communications of the ACM, Vol. 38, No. 8, August 1995, pp. 57-66 | G 001118 – G 001127 |
| Tilley, Scott R. and Walter M. Lamia, Personalized Information Structures II: Hyperstructure Hotlists, Proceedings of the 13th Annual Int'l Conference on Systems documentation: emerging from chaos: solutions for the growing complexity of our jobs, Savannah, Georgia, February 1995, pp. 171 - 180 | G 000891 – G 000900 |
| May 26, 1996 http://www.netcarta.com/prod/cyberpro/ - CyberPilot Pro for Windows 95 and NT | NetJumper 000758 – 000760 |
| Ward, et al., Classroom Presentation of Dynamic Events Using Hypertext, Technical Symposium on Computer Science Education, Proceedings of the twelfth SIGCSE technical symposium on Computer science education, 1981, pp. 126 - 131 | G 013968 – G 013973 |
| March 17, 2005 Portions of Deposition transcript of Rajat Bhatnagar | None |
| June 29, 2005 Portions of Deposition transcript of Gilbert Borman | None |
| June 30, 2005 Portions of Deposition transcript of Gilbert Borman | None |
| Corrected Brief in Support of Google's Motion for Summary Judgment of Non-Infringement and Invalidity of the '172 Patent | None |
| Declaration of Joseph Hardin in Support of Google's Motion for Summary Judgment on Non-Infringement and Invalidity of the '172 Patent (and exhibits) | None |
| Declaration of Jason W. Wolff in Support of Google's Motion for Summary Judgment on Non-Infringement and Invalidity of the '172 Patent (and exhibits) | None |
| Declaration of Randall Stark (in Support of Google's Motion for Summary Judgment on Non-Infringement and Invalidity of the '172 Patent (and exhibits)) | None |
| Plaintiff NetJumper's Response to Defendant Google's | None |

# Hardin Invalidity Report, Exhibit B

## Documents and Things Considered

| Description | Bates Number |
|---|---|
| Motion for Summary Judgment of Non-Infringement and Invalidity of the '172 Patent (and exhibits 1- 7) | |
| Declaration of Bernard Galler (In Support of Plaintiff NetJumper's Response to Defendant Google's Motion for Summary Judgment of Non-Infringement and Invalidity of the '172 Patent) | None |
| Declaration of Anup Mather (In Support of Plaintiff NetJumper's Response to Defendant Google's Motion for Summary Judgment of Non-Infringment and Invalidity of the '172 Patent) | None |
| Declaration of Nabeel Hamameh (In Support of Plaintiff NetJumper's Response to Defendant Google's Motion for Summary Judgment of Non-Infringement and Invalidity of the '172 Patent) | None |
| Google's Reply Brief in Support of its Motion for Summary Judgment of Non-Infringement and Invalidity of the '172 Patent (and exhibits) | None |
| Ruthfield, Scott, The Internet's History and Development -From Wartime Took to the Fish-Cam | G 013974 – G 013978 |
| Leiner, et al., "The Past and Future History of the Internet" | G 013979 – G 013985 |
| A Little History of the World Wide Web | G 013986 – G 013991 |
| Berners-Lee, Tim; The World Wide Web: Past: Present and Future | G 013992 – G 014004 |
| October 12, 1994, UniNews Newsletter | G 014005 – G 014016 |
| Grasp Web Tree Display of Results | G 014020 – G 014021 |
| Google groups/Usenet archives re Clearweb | G 014022 – G 014039 |
| The Client's Side of the World Wide Web | G 014040 – G 014050 |
| Google groups za.ads.misc > New uploads to Winsock-L @ PAPA | G 014051 – F 014068 |
| CD-ROM provided by Google July 28, 2005 | G 005988 |
| Laptop computer with Windows95 virtual machine, including Clearweb95, CyberPilot96, Harawitz95 related software, as well as Netscape Navigator 2.0 and Microsoft Internet Explorer 3.0 | See, G 003708, G 003714, G 005455, G 005988 |
| January 11, 2005 correspondence from Mr. Wolff to Mr. Hamameh (with invalidity charts) | None |
| April 1, 2005 correspondence from Mr. Wolff to Mr. Hamameh (with charts) | None |
| April 6, 2005 correspondence from Mr. Wolff to Mr. Hamameh (with invalidity charts) | None |

4

# Hardin Invalidity Report, Exhibit B

## Documents and Things Considered

| Description | Bates Number |
|---|---|
| September 20, 2004 Plaintiff's Answers to Defendant Google Inc.'s First Set of Interrogatories Nos. 1-5 | None |
| September 21, 2005 Plaintiff's Supplemental Answers to Defendant Google Inc.'s First Set of Interrogatories | None |

## Summary of Exhibits

Exhibit A:   c.v.
Exhibit C:   Proposed Claim Constructions
Exhibit D:   CyberPilot96 Invalidity Chart for '172 Patent
Exhibit E:   Walker87 Invalidity Chart for '172 Patent
Exhibit F:   Clearweb95 Invalidity Chart for '172 Patent
Exhibit G:   Isakowich95 Invalidity Chart for '172 Patent
Exhibit H:   Harawitz95 Invalidity Chart for '172 Patent
Exhibit I:   Wood995 Invalidity Chart for '172 Patent
Exhibit J:   KnowItAll96 Invalidity Chart for '172 Patent
Exhibit K:   CyberPilot96 Screen Captures for '172 Patent
Exhibit L:   CyberPilot96 Invalidity Chart for '655 Patent
Exhibit M:   Clearweb95 Invalidity Chart for '655 Patent
Exhibit N:   PCMagazine96 Invalidity Chart for '655 Patent

50321254.doc