# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NETJUMPER SOFTWARE, L.L.C.
a Michigan limited liability corporation,

        Plaintiff,

  v.

GOOGLE INC.,
a Delaware corporation

        Defendant.

Civil Action No. 04-70366-CV
Hon. Julian Abele Cook

Magistrate Judge R. Steven Whalen

_____

Andrew Kochanowski
SOMMERS SCHWARTZ, PC
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
Gary E. Hood
MCDONNEL BOEHNEN HULBERT &
BERGHOFF, LLP
300 South Wacker Drive
Chicago, IL 60606

*Attorneys for NetJumpe Software, L.L.C.*

Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Jason W. Wolff
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130

*Attorneys for Google Inc.*

**EX PARTE MOTION AND BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF FIVE PAGE LIMIT**

NOW COMES Google Inc., by its attorneys, and moves this Court pursuant to E.D. Mich. LR 7.1(c)(3)(A) for leave to file a reply brief in support of its Motion To Stay Pending Resolution of the Reexamination Proceedings Before the United States Patent Office and Trademark Office, or in the Alternative to Continue the Trial Date Until Late September or Early October (Dkt. No. 115) that exceeds the page limit. In support of this ex-parte motion, Google states as follows:

1. Google's motion to stay or in the alternative to continue the trial date (Dkt. Nos. 115) involves opposition to numerous arguments raised by NetJumper in its response brief (Dkt. No. 119), some of which Google believes to be misrepresentations of the record and have no merit, and accordingly require additional pages to address completely.

2. Google will endeavor to use the fewest pages possible in presenting its arguments to the Court.

WHEREFORE, Google respectfully request this Court enter the Order that has been submitted through the ECF system granting Google leave of the Court to file a reply brief in excess of the limit set by the E.D. Mich. LR 7.1.

Respectfully submitted,

FISH & RICHARDSON P.C.

By: _/s/ Jason W. Wolff_
12390 El Camino Real
San Diego, CA
(858) 678-5070
wolff@fr.com

*Attorneys for Google Inc*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2008, I electronically filed Defendant Google Inc.'s EX PARTE MOTION AND BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF FIVE PAGE LIMIT, with the Clerk of the Court using the ECF system, which will send notice of such filing upon the following attorneys: ANDREW KOCHANOWSKI and MICHAEL H. BANIAK.

                               By: /s/ Jason W. Wolff
                                      FISH & RICHARDSON P.C.
                                      12390 El Camino Real
                                      San Diego, CA 92130
                                      (858) 678-5070
                                      wolff@fr.com