**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NETJUMPER SOFTWARE, L.L.C.
a Michigan limited liability corporation,

        Plaintiff,

  v.

GOOGLE INC.,
a Delaware corporation

        Defendant.

Civil Action No. 04-70366-CV
Hon. Julian Abele Cook

Magistrate Judge R. Steven Whalen

---

Andrew Kochanowski
SOMMERS SCHWARTZ, PC
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak
Gary E. Hood
MCDONNEL BOEHNEN HULBERT &
BERGHOFF, LLP
300 South Wacker Drive
Chicago, IL 60606

*Attorneys for NetJumper Software, L.L.C.*

Kathleen A. Lang (P34695)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Howard G. Pollack
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Jason W. Wolff
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130

*Attorneys for Google Inc.*

# ORDER GRANTING GOOGLE'S EX-PARTE MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMIT

This matter having come before the Court by Google Inc.' Ex-Parte Motion for Leave to File Reply Brief In Excess of Page Limit, the Court having read the Ex-Parte Motion, and otherwise being fully advised:

**IT IS ORDERED** that Google Inc.' Ex-Parte Motion is granted pursuant to E.D. Mich. L.R. 7.1(c)(3)(A) and it may file a Reply Brief In Support Of Google's Motion To Stay Pending Resolution of the Reexamination Proceedings Before the United States Patent Office and Trademark Office, or in the Alternative to Continue the Trial Date Until Late September or Early October, which may exceed five pages.

                                      s/ Julian Abele Cook, Jr.
                                      United States District Court Judge

Dated: July 9, 2008

DETROIT 28155-1 891822v1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on July 9, 2008.

                                        s/ Kay Alford
                                        Case Manager